# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

UNITED STATES OF AMERICA,    )
         Plaintiff,    )
               )     Case No. 4:19-cv-00415
v.                   )
               )
ALEXANDRU BITTNER,      )
         Defendant.    )

## UNITED STATES OF AMERICA'S COMPLAINT

The United States of America, pursuant to 31 U.S.C. § 3711(g)(4)(C), at the direction of the Attorney General of the United States, or his delegate, and at the request of the Secretary of the Treasury, or his delegate, files this Complaint against Alexandru Bittner to reduce to judgment and collect outstanding civil penalties assessed against Alexandru Bittner for his non-willful failure to timely report his financial interest in foreign bank accounts as required by 31 U.S.C. § 5314 and its implementing regulations, plus accrued interest on the assessed penalties, late payment penalties and associated fees.  In support hereof, the United States alleges as follows:

## JURISDICTION AND VENUE

1.      The Court has subject matter jurisdiction under 28 U.S.C. §§ 1331, 1345 and 1355 because this action arises under a federal statute for the recovery of a penalty and the United States is the Plaintiff.  Further, upon completion of service of process, this Court will have personal jurisdiction over Alexandru Bittner pursuant to Fed. R. Civ. P. 4(k).

2.      Venue is proper in this district under 28 U.S.C. § 1391(b) because Alexandru Bittner is a United States citizen whose last known address was in Plano, Texas.  Alternatively, venue may be proper under 28 U.S.C. §§ 1391(c) and 1395.

## ALEXANDRU BITTNER'S FAILURE TO TIMELY REPORT HIS FINANCIAL INTEREST IN HIS FOREIGN BANK ACCOUNTS

3.      31 U.S.C. § 5314 authorizes the Secretary of the Treasury to require United States persons to report certain transactions with foreign financial agencies.  United States persons who have a financial interest in, or signature authority over, a bank, securities, or other financial account in a foreign country that exceeds $10,000 in aggregate value must file a Form TD F 90-22.1, "Report of Foreign Bank and Financial Accounts," commonly known as an "FBAR," with the IRS reporting the account for each year in which such relationship exists.  31 U.S.C. § 53143; 31 C.F.R. § 1010.350(a); § 1010.306(c).  For the 2007 through 2011 years at issue, an FBAR was due by June 30 "of each calendar year with respect to foreign financial accounts exceeding $10,000 maintained during the previous calendar year."  31 C.F.R. § 1010.306(c).[1]

4.      Mr. Bittner is originally from Romania.  He moved to the United States in 1982 and became a naturalized U.S. citizen in 1987.  In 1990, Mr. Bittner and his family moved to Romania, where he became a successful businessman owning and investing in numerous businesses.  Mr. Bittner and his family resided in Romania until 2011 when they returned to the United States.  However, at all times from the 2007 through 2011 years at issue, Mr. Bittner was a U.S. citizen.  Thus, Mr. Bittner was a United States person as defined in 31 C.F.R. § 1010.350 for the years 2007 through 2011.

---

[1] Beginning with the 2016 tax year, the due date of the FBAR form is April 15.  Pub. L. No. 114-41, § 2006(b)(11).

5.	Prior to May 21, 2012, Mr. Bittner had never filed an FBAR despite having signature authority or control over in excess of 50 accounts from 2007 through 2011 as follows:

| Year | Total Number of Mr. Bittner's Foreign Accounts |
|------|------------------------------------------------|
| 2007 | 61 |
| 2008 | 51 |
| 2009 | 53 |
| 2010 | 53 |
| 2011 | 55 |

6.	Mr. Bittner also failed to disclose on his 2007 through 2011 federal income tax returns that he had foreign bank accounts.  Bittner included a Schedule B as part of his income tax return for every year from 2007 through 2011.  Yet, Bittner answered "no" to the question on Schedule B regarding whether he had a financial interest in, or signature authority over, a financial account located in a foreign country.

7.	On May 21, 2012, Mr. Bittner filed delinquent FBARs for 2007, 2008 and 2010. However, Mr. Bittner's late-filed FBARs only reported a single foreign bank account for 2007, 2008, and 2010 as follows:

| Year | Name on Account | Name of Bank | Account Number | Bank Location | Reported max value in account |
|------|-----------------|--------------|----------------|---------------|-------------------------------|
| 2007 | Alexandru Bittner | UniCredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 0320 | Romania | $470,278 |
| 2008 | Alexandru Bittner | UniCredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 0320 | Romania | $500,000 |
| 2010 | Alexandru Bittner | UniCredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 0320 | Romania | $659,350 |

8.	On May 21, 2012, Mr. Bittner filed a late FBAR reporting two foreign bank accounts for 2009 as follows:

3

| Year | Name on Account | Name of Bank | Account Number | Bank Location | Reported max value in account |
|------|-----------------|--------------|----------------|---------------|-------------------------------|
| 2009 | Alexandru Bittner | Banca Agricola | XXXXXX7200 | Romania | $1,140,000 |
| 2009 | Alexandru Bittner | UniCredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 0320 | Romania | $333,333 |

9.      On May 21, 2012, Mr. Bittner timely filed an FBAR for 2011, reporting a single foreign bank account at Piraeus Bank in Romania with a maximum account balance of $996,000. The IRS did not assess an FBAR penalty on the Piraeus account.

10.     For the years 2007 through 2011, Mr. Bittner also had a personal bank account (Account Number XXXX XXXX XXXX XXXX XXXX 0310) with UniCredit Tiriac Bank in Romania, which exceeded $10,000 for each year as follows:

| Year | Maximum Account Balance |
|------|-------------------------|
| 2007 | $495,373 |
| 2008 | $227,365 |
| 2009 | $362,508 |
| 2010 | $665,021 |
| 2011 | $1,013,382 |

11.     From 2007 through 2011, Mr. Bittner's foreign bank accounts contained more than $10,000 in aggregate.   Consequently, Mr. Bittner was required to timely file FBARs reporting *every* bank, securities, or other financial account in a foreign country in which he had a financial interest, or over which he had signature authority.

***Alexandru Bittner had had a financial interest in, or signature authority over, numerous foreign bank accounts for years 2007 through 2011.***

12.     In 2007, Mr. Bittner had signature authority or control over, or an interest in, the

following foreign bank accounts:

| Name on Account | Name of Bank | Account Number | Bank Location |
|---|---|---|---|
| Alexandru Bittner | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 0310 | Romania |
| Alexandru Bittner | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 0020 | Romania |
| Alexandru Bittner | Unicredit Tiriac Bank (HVB Bank) | XXXX XXXX XXXX XXXX XXXX 0320 | Romania |
| Alexandru Bittner | Raiffeisen Bank S.A | XXXX XXXX XXXX XXXX XXXX 7875 | Romania |
| Bittner Alexandru | Credit Europe Bank (ex Finansbank) | XXXXXXX— XXXXXXXXX1170 | Romania |
| Alexandru Bittner | Liechtensteinische Landesbank Aktiengesellschaft | XXXX XXXX XXXX XXXX X536 0 | Liechtenstein |
| Alexandru Bittner | Royal Bank of Canada (Suisse) SA | XXXX XXXX XXXX XXXX X070 0 | Switzerland |
| Hotel Venetia Co SA | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Hotel Venetia Co SA | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Hotel Venetia Co SA | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Hotel Venetia Co SA | Alpha Bank Romania | XXXX XXXX XXXX XXXX XXXX EU01 | Romania |
| Hotel Venetia Co SA | Alpha Bank Romania | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Hotel Venetia Co SA | Alpha Bank Romania | XXXX XXXX XXXX XXXX XXXX US01 | Romania |
| Afrodita Estival SRL | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Afrodita Estival SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 4978 | Romania |
| Comprest SA | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 1000 | Romania |
| Comprest SA | RBS Romania Bank | XXXX XXXX XXXX XXXX XXXX 2746 | Romania |
| Comprest SA | Banca Transilvania | XXXX XXXX XXXX XXXX XXXX 47XX | Romania |
| NBN Com SRL | Raiffeisen Bank | XXXX XXXX XXXX | Romania |

| Name on Account | Name of Bank | Account Number | Bank Location |
|---|---|---|---|
| | | XXXX XXXX 0465 | |
| Agrement Serv SRL | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Agrement Serv SRL | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 8310 | Romania |
| Terra Invest SRL | OTP Bank (ex RoBank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Anfrance Impex SRL | BRD Groupe Societe Generale | XXXX XXXX XXXX XXXX XXXX 4450 | Romania |
| Piscicola Tour SRL | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 0310 | Romania |
| Piscicola Tour SRL | BRD Group Societe General | XXXX XXXX XXXX XXXX XXXX 3700 | Romania |
| Piscicola Tour SRL | BRD Group Societe General | XXXXXXXX0 EUR | Romania |
| Piscicola Tour SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 5107 | Romania |
| Piscicola Tour SRL | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Ecofish SRL | Unicredit Tiriac Bank (ex HVB Bank) | XXXX XXXX XXXX XXXX XXXX 7310 | Romania |
| Ecofish SRL | Exim Bank | XXXX XXXX XXXX XXXX XXXX RO02 | Romania |
| Ecofish SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 3700 | Romania |
| Ecofish SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 3700 | Romania |
| Ecofish SRL | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Ecofish SRL | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0003 | Romania |
| Danubiu RO 2002 SRL | Unicredit Tiriac Bank (ex HVB Bank) | XXXX XXXX XXXX XXXX XXXX 9310 | Romania |
| Danubiu RO 2002 SRL | Exim Bank | XXXX XXXX XXXX XXXX XXXX RO02 | Romania |
| Danubiu RO 2002 SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 3700 | Romania |
| Danubiu RO 2002 SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 3700 | Romania |
| Danubiu RO 2002 SRL | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0003 | Romania |
| Piscicola Murighiol SRL | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Piscicola Jurilovca | Raiffeisen Bank | XXXX XXXX XXXX | Romania |

| Name on Account | Name of Bank | Account Number | Bank Location |
|---|---|---|---|
| SA | | XXXX XXXX 5335 | |
| Aquarom Elite SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 3741 | Romania |
| Rondo Invest SRL | RBS Romania Bank | XXXX XXXX XXXX XXXX XXXX 7892 | Romania |
| Top Invest | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Starmob International SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Midas Construct SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO02 | Romania |
| Intelgralnet SRL | OTP Bank (ex RoBank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Metamob Intl SRL | OTP Bank (ex RoBank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| LCA Service SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO02 | Romania |
| Midas Constructii 2000 SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO03 | Romania |
| Midas Constructii 2000 SRL | Raiffeisen Bank | XXXXXX1800 | Romania |
| Midas Constructii 2000 SRL | Banca Comerciala Romana | XXXX.X-XXX.1ROL | Romania |
| Stibro 2000 SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Stibro 2000 SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX EUR1 | Romania |
| Stibro 2000 SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 1279 | Romania |
| Hotel Venetia SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO02 | Romania |
| Intertrade Distributie Produse Alimentare SRL | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Intertrade Distributie Produse Alimentare SRL | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0002 | Romania |
| Intertrade Distributie Produse Alimentare SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 4450 | Romania |
| Intertrade Distributie Produse Alimentare SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 4450 | Romania |
| Intertrade | Trezorerie | XXXX XXXX XXXX | Romania |

| Name on Account | Name of Bank | Account Number | Bank Location |
|---|---|---|---|
| Distributie Produse Alimentare SRL | | XXXX XXXX 7728 | |
| Gama Mac Grup SRL | Unicredit Tiriac Bank (ex HVB Bank) | XXXX XXXX XXXX XXXX XXXX 7000 | Romania |

13.     In 2007, Mr. Bittner had signature authority or control over, or an interest in, all of the foreign accounts listed in paragraph 12.  The aggregate balance in all of Mr. Bittner's foreign accounts exceeded $10,000 in 2007.  Thus, on or before June 30, 2008, Mr. Bittner was required to file FBARs reporting his interest in each of these foreign bank accounts for 2007 listed in paragraph 12.

14.     Mr. Bittner failed to timely file FBARs for 2007 reporting his signature authority or control over, or interest in, all of the foreign accounts listed in paragraph 12.

15.     In 2008, Mr. Bittner had signature authority or control over, or an interest in, the following foreign bank accounts:

| Name on Account | Name of Bank | Account Number | Bank Location |
|---|---|---|---|
| Alexandru Bittner | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 0310 | Romania |
| Alexandru Bittner | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 0020 | Romania |
| Alexandru Bittner | Unicredit Tiriac Bank (HVB Bank) | XXXX XXXX XXXX XXXX XXXX 0320 | Romania |
| Alexandru Bittner | Raiffeisen Bank S.A | XXXX XXXX XXXX XXXX XXXX 7875 | Romania |
| Bittner Alexandru | Credit Europe Bank (ex Finansbank) | XXXXXXX—XXXXXXXXX1170 | Romania |
| Alexandru Bittner | Liechtensteinische Landesbank Aktiengesellschaft | XXXX XXXX XXXX XXXX X536 0 | Liechtenstein |
| Alexandru Bittner | Royal Bank of Canada (Suisse) SA | XXXX XXXX XXXX XXXX X070 0 | Switzerland |
| Hotel Venetia Co SA | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Hotel Venetia Co SA | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Hotel Venetia Co SA | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |

| Name on Account | Name of Bank | Account Number | Bank Location |
|---|---|---|---|
| Hotel Venetia Co SA | Alpha Bank Romania | XXXX XXXX XXXX XXXX XXXX EU01 | Romania |
| Hotel Venetia Co SA | Alpha Bank Romania | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Hotel Venetia Co SA | Alpha Bank Romania | XXXX XXXX XXXX XXXX XXXX US01 | Romania |
| Afrodita Estival SRL | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Afrodita Estival SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 4978 | Romania |
| Comprest SA | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 1000 | Romania |
| Comprest SA | RBS Romania Bank | XXXX XXXX XXXX XXXX XXXX 2746 | Romania |
| Comprest SA | Banca Transilvania | XXXX XXXX XXXX XXXX XXXX 47XX | Romania |
| NBN Com SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 0465 | Romania |
| Agrement Serv SRL | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 8310 | Romania |
| Anfrance Impex SRL | BRD Groupe Societe Generale | XXXX XXXX XXXX XXXX XXXX 4450 | Romania |
| Piscicola Tour SRL | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 0310 | Romania |
| Piscicola Tour SRL | BRD Group Societe General | XXXX XXXX XXXX XXXX XXXX 3700 | Romania |
| Piscicola Tour SRL | BRD Group Societe General | XXXXXXXXX0 EUR | Romania |
| Ecofish SRL | Unicredit Tiriac Bank (ex HVB Bank) | XXXX XXXX XXXX XXXX XXXX 7310 | Romania |
| Ecofish SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 3700 | Romania |
| Ecofish SRL | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Ecofish SRL | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0003 | Romania |
| Danubiu RO 2002 SRL | Unicredit Tiriac Bank (ex HVB Bank) | XXXX XXXX XXXX XXXX XXXX 9310 | Romania |
| Danubiu RO 2002 SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 3700 | Romania |
| Danubiu RO 2002 SRL | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0003 | Romania |
| Piscicola Murighiol SRL | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |

| Name on Account | Name of Bank | Account Number | Bank Location |
|---|---|---|---|
| Piscicola Jurilovca SA | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 5335 | Romania |
| Avidprod SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 3700 | Romania |
| Aquarom Elite SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 3741 | Romania |
| Rondo Invest SRL | RBS Romania Bank | XXXX XXXX XXXX XXXX XXXX 7892 | Romania |
| Top Invest | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Starmob International SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Midas Construct SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO02 | Romania |
| Intelgralnet SRL | OTP Bank (ex RoBank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Metamob Intl SRL | OTP Bank (ex RoBank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| LCA Service SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO02 | Romania |
| Midas Constructii 2000 SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO03 | Romania |
| Midas Constructii 2000 SRL | Raiffeisen Bank | XXXXXX1800 | Romania |
| Stibro 2000 SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Stibro 2000 SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX EUR1 | Romania |
| Stibro 2000 SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 1279 | Romania |
| Hotel Venetia SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO02 | Romania |
| Intertrade Distributie Produse Alimentare SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 4450 | Romania |
| Intertrade Distributie Produse Alimentare SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 4450 | Romania |
| Intertrade Distributie Produse Alimentare SRL | Trezorerie | XXXX XXXX XXXX XXXX XXXX 7728 | Romania |
| Gama Mac Grup SRL | Unicredit Tiriac Bank (ex HVB Bank) | XXXX XXXX XXXX XXXX XXXX 7000 | Romania |

16.     In 2008, Mr. Bittner had signature authority or control over, or an interest in, all of the foreign accounts listed in paragraph 15.  The aggregate balance in all of Mr. Bittner's foreign accounts exceeded $10,000 in 2008.  Thus, on or before June 30, 2009, Mr. Bittner was required to file FBARs reporting his interest in each of these foreign bank accounts listed in paragraph 15 for 2008.

17.     Mr. Bittner failed to timely file FBARs reporting his signature authority or control over, or interest in, all of the foreign accounts listed in paragraph 15 for 2008.

18.     In 2009, Mr. Bittner had signature authority or control over, or an interest in, the following foreign bank accounts:

| Name on Account | Name of Bank | Account Number | Bank Location |
| --- | --- | --- | --- |
| Alexandru Bittner | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 0310 | Romania |
| Alexandru Bittner | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 0020 | Romania |
| Alexandru Bittner | Unicredit Tiriac Bank (HVB Bank) | XXXX XXXX XXXX XXXX XXXX 0320 | Romania |
| Alexandru Bittner | Raiffeisen Bank S.A | XXXX XXXX XXXX XXXX XXXX 7875 | Romania |
| Bittner Alexandru | Credit Europe Bank (ex Finansbank) | XXXXXXX—XXXXXXXXX1170 | Romania |
| Alexandru Bittner | Liechtensteinische Landesbank Aktiengesellschaft | XXXX XXXX XXXX XXXX X536 0 | Liechtenstein |
| Alexandru Bittner | Royal Bank of Canada (Suisse) SA | XXXX XXXX XXXX XXXX X070 0 | Switzerland |
| Hotel Venetia Co SA | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Hotel Venetia Co SA | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Hotel Venetia Co SA | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Hotel Venetia Co SA | Alpha Bank Romania | XXXX XXXX XXXX XXXX XXXX EU01 | Romania |
| Hotel Venetia Co SA | Alpha Bank Romania | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Hotel Venetia Co SA | Alpha Bank Romania | XXXX XXXX XXXX XXXX XXXX US01 | Romania |

| Name on Account | Name of Bank | Account Number | Bank Location |
|---|---|---|---|
| Afrodita Estival SRL | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Afrodita Estival SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 4978 | Romania |
| Comprest SA | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 1000 | Romania |
| Comprest SA | RBS Romania Bank | XXXX XXXX XXXX XXXX XXXX 2746 | Romania |
| Comprest SA | Banca Transilvania | XXXX XXXX XXXX XXXX XXXX 47XX | Romania |
| NBN Com SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 0465 | Romania |
| Agrement Serv SRL | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 8310 | Romania |
| Anfrance Impex SRL | BRD Groupe Societe Generale | XXXX XXXX XXXX XXXX XXXX 4450 | Romania |
| Piscicola Tour SRL | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 0310 | Romania |
| Piscicola Tour SRL | BRD Group Societe General | XXXX XXXX XXXX XXXX XXXX 3700 | Romania |
| Piscicola Tour SRL | BRD Group Societe General | XXXXXXXXX0 EUR | Romania |
| Ecofish SRL | Unicredit Tiriac Bank (ex HVB Bank) | XXXX XXXX XXXX XXXX XXXX 7310 | Romania |
| Ecofish SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 3700 | Romania |
| Ecofish SRL | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Danubiu RO 2002 SRL | Unicredit Tiriac Bank (ex HVB Bank) | XXXX XXXX XXXX XXXX XXXX 9310 | Romania |
| Danubiu RO 2002 SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 3700 | Romania |
| Piscicola Murighiol SRL | BRD Group Societe General | XXXX XXXX XXXX XXXX XXXX 3700 | Romania |
| Piscicola Murighiol SRL | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Piscicola Jurilovca SA | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 5335 | Romania |
| Avidprod SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 3700 | Romania |
| Avidprod SRL | Trezorerie | XXXX XXXX XXXX XXXX XXXX 0374 | Romania |
| Aquarom Elite SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 3741 | Romania |

| Name on Account | Name of Bank | Account Number | Bank Location |
|---|---|---|---|
| Rondo Invest SRL | RBS Romania Bank | XXXX XXXX XXXX XXXX XXXX 7892 | Romania |
| Top Invest | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Starmob International SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Supermob Intl SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Midas Construct SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO02 | Romania |
| Intelgralnet SRL | OTP Bank (ex RoBank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Metamob Intl SRL | OTP Bank (ex RoBank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| LCA Service SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO02 | Romania |
| Midas Constructii 2000 SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO03 | Romania |
| Stibro 2000 SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Stibro 2000 SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX EUR1 | Romania |
| Stibro 2000 SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 1279 | Romania |
| Hotel Venetia SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO02 | Romania |
| Intertrade Distributie Produse Alimentare | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 4450 | Romania |
| Intertrade Distributie Produse Alimentare SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 4450 | Romania |
| Intertrade Distributie Produse Alimentare SRL | Trezorerie | XXXX XXXX XXXX XXXX XXXX 7728 | Romania |
| Intertrade Distributie Produse Alimentare SRL | Trezorerie | XXXX XXXX XXXX XXXX XXXX 3225 | Romania |
| Intertrade Distributie Produse Alimentare SRL | Banca Italo Romena | XXXX XXXX XXXX XXXX XXXX CC01 | Romania |
| Intertrade Distributie Produse Alimentare SRL | Banca Italo Romena | XXXX XXXX XXXX XXXX XXXX CC01 | Romania |
| Gama Mac Grup | Unicredit Tiriac Bank | XXXX XXXX XXXX | Romania |

| Name on Account | Name of Bank | Account Number | Bank Location |
| --- | --- | --- | --- |
| SRL | (ex HVB Bank) | XXXX XXXX 7000 | |

19.     In 2009, Mr. Bittner had signature authority or control over, or an interest in, all of the foreign accounts listed in paragraph 18.  The aggregate balance in all of Mr. Bittner's foreign accounts exceeded $10,000 in 2009.  Thus, on or before June 30, 2010, Mr. Bittner was required to file FBARs reporting his interest in each of these foreign bank accounts for 2009 listed in paragraph 18.

20.     Mr. Bittner failed to timely file  a 2009 FBARs reporting his signature authority or control over, or interest in, all of the foreign accounts listed in paragraph 18 for 2009.

21.     In 2010, Mr. Bittner had signature authority or control over, or an interest in, the following foreign bank accounts:

| Name on Account | Name of Bank | Account Number | Bank Location |
| --- | --- | --- | --- |
| Alexandru Bittner | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 0310 | Romania |
| Alexandru Bittner | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 0020 | Romania |
| Alexandru Bittner | Unicredit Tiriac Bank (HVB Bank) | XXXX XXXX XXXX XXXX XXXX 0320 | Romania |
| Alexandru Bittner | Raiffeisen Bank S.A | XXXX XXXX XXXX XXXX XXXX 7875 | Romania |
| Bittner Alexandru | Credit Europe Bank (ex Finansbank | XXXXXXX— XXXXXXXXX1170 | Romania |
| Alexandru Bittner | Liechtensteinische Landesbank Aktiengesellschaft | XXXX XXXX XXXX XXXX X536 0 | Liechtenstein |
| Alexandru Bittner | Royal Bank of Canada (Suisse) SA | XXXX XXXX XXXX XXXX X070 0 | Switzerland |
| Hotel Venetia Co SA | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Hotel Venetia Co SA | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Hotel Venetia Co SA | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Hotel Venetia Co SA | Alpha Bank Romania | XXXX XXXX XXXX XXXX XXXX EU01 | Romania |
| Hotel Venetia Co | Alpha Bank Romania | XXXX XXXX XXXX | Romania |

| Name on Account | Name of Bank | Account Number | Bank Location |
|---|---|---|---|
| SA | | XXXX XXXX RO01 | |
| Hotel Venetia Co SA | Alpha Bank Romania | XXXX XXXX XXXX XXXX XXXX US01 | Romania |
| Afrodita Estival SRL | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Afrodita Estival SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 4978 | Romania |
| Comprest SA | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 1000 | Romania |
| Comprest SA | RBS Romania Bank | XXXX XXXX XXXX XXXX XXXX 2746 | Romania |
| Comprest SA | Piraeus Bank | XXXX XXXX XXXX XXXX XXXX 1000 | Romania |
| Comprest SA | Banca Transilvania | XXXX XXXX XXXX XXXX XXXX 47XX | Romania |
| Comprest SA | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 1606 | Romania |
| NBN Com SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 0465 | Romania |
| Anfrance Impex SRL | BRD Groupe Societe Generale | XXXX XXXX XXXX XXXX XXXX 4450 | Romania |
| Piscicola Tour SRL | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 0310 | Romania |
| Piscicola Tour SRL | BRD Group Societe General | XXXX XXXX XXXX XXXX XXXX 3700 | Romania |
| Piscicola Tour SRL | BRD Group Societe General | XXXXXXXXX0 EUR | Romania |
| Piscicola Murighiol SRL | BRD Group Societe General | XXXX XXXX XXXX XXXX XXXX 3700 | Romania |
| Piscicola Jurilovca SA | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 5335 | Romania |
| Avidprod SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 3700 | Romania |
| Aquarom Elite SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 3741 | Romania |
| Aquarom Elite SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 7308 | Romania |
| Aquarom Elite SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 5227 | Romania |
| Rondo Invest SRL | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 6000 | Romania |
| Rondo Invest SRL | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 6001 | Romania |
| Rondo Invest SRL | RBS Romania Bank | XXXX XXXX XXXX | Romania |

| Name on Account | Name of Bank | Account Number | Bank Location |
|---|---|---|---|
| | | XXXX XXXX 7892 | |
| Rondo Invest SRL | Pireaus Bank | XXXX XXXX XXXX XXXX XXXX 1000 | Romania |
| Top Invest | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Starmob International SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Supermob Intl SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Midas Construct SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO02 | Romania |
| Intelgralnet SRL | OTP Bank (ex RoBank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Metamob Intl SRL | OTP Bank (ex RoBank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| LCA Service SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO02 | Romania |
| Midas Constructii 2000 SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO03 | Romania |
| Stibro 2000 SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Stibro 2000 SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX EUR1 | Romania |
| Stibro 2000 SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 1279 | Romania |
| Hotel Venetia SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO02 | Romania |
| Intertrade Distributie Produse Alimentare SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 4450 | Romania |
| Intertrade Distributie Produse Alimentare SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 4450 | Romania |
| Intertrade Distributie Produse Alimentare SRL | Trezorerie | XXXX XXXX XXXX XXXX XXXX 3225 | Romania |
| Intertrade Distributie Produse Alimentare SRL | Banca Italo Romena | XXXX XXXX XXXX XXXX XXXX CC01 | Romania |
| Intertrade Distributie Produse Alimentare SRL | Banca Italo Romena | XXXX XXXX XXXX XXXX XXXX CK01 | Romania |
| Intertrade Distributie Produse Alimentare SRL | Banca Italo Romena | XXXX XXXX XXXX XXXX XXXX CC01 | Romania |

| Name on Account | Name of Bank | Account Number | Bank Location |
|---|---|---|---|
| Gama Mac Grup SRL | Unicredit Tiriac Bank (ex HVB Bank) | XXXX XXXX XXXX XXXX XXXX 7000 | Romania |

22.     In 2010, Mr. Bittner had signature authority or control over, or an interest in, all of the foreign accounts listed in paragraph 21. The aggregate balance in all of Mr. Bittner's foreign accounts exceeded $10,000 in 2010. Thus, on or before June 30, 2011, Mr. Bittner was required to file FBARs reporting his interest in each of these foreign bank accounts for 2010 listed in paragraph 21.

23.     Mr. Bittner failed to timely file FBARs reporting his signature authority or control over, or interest in, all of the foreign accounts listed in paragraph 21 for 2010.

24.     In 2011, Mr. Bittner had signature authority, control or an interest in the following foreign bank accounts:

| Name on Account | Name of Bank | Account Number | Bank Location |
|---|---|---|---|
| Alexandru Bittner | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 0310 | Romania |
| Alexandru Bittner | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 0020 | Romania |
| Alexandru Bittner | Unicredit Tiriac Bank (HVB Bank) | XXXX XXXX XXXX XXXX XXXX 0320 | Romania |
| A. Bittner | Pireaus | XXXX XXXX XXXX XXXX XXXX 0000 | Romania |
| A. Bittner | Pireaus | XXXX XXXX XXXX XXXX XXXX 2000 | Romania |
| Alexandru Bittner | Raiffeisen Bank S.A | XXXX XXXX XXXX XXXX XXXX 7875 | Romania |
| Alexandru Bittner | Liechtensteinische Landesbank Aktiengesellschaft | XXXX XXXX XXXX XXXX X536 0 | Liechtenstein |
| Alexandru Bittner | Royal Bank of Canada (Suisse) SA | XXXX XXXX XXXX XXXX X070 0 | Switzerland |
| Hotel Venetia Co SA | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Hotel Venetia Co SA | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Hotel Venetia Co SA | Banca Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |

| Name on Account | Name of Bank | Account Number | Bank Location |
|---|---|---|---|
| Hotel Venetia Co SA | Alpha Bank Romania | XXXX XXXX XXXX XXXX XXXX EU01 | Romania |
| Hotel Venetia Co SA | Alpha Bank Romania | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Hotel Venetia Co SA | Alpha Bank Romania | XXXX XXXX XXXX XXXX XXXX US01 | Romania |
| Afrodita Estival SRL | Bana Comerciala Romana | XXXX XXXX XXXX XXXX XXXX 0001 | Romania |
| Afrodita Estival SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 4978 | Romania |
| Comprest SA | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 1000 | Romania |
| Comprest SA | RBS Romania Bank | XXXX XXXX XXXX XXXX XXXX 2746 | Romania |
| Comprest SA | Piraeus Bank | XXXX XXXX XXXX XXXX XXXX 1000 | Romania |
| Comprest SA | Banca Transilvania | XXXX XXXX XXXX XXXX XXXX 47XX | Romania |
| Comprest SA | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 1606 | Romania |
| Comprest SA | Volksbank | XXXX XXXX XXXX XXXX XXXX 2701 | Romania |
| NBN Com SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 0465 | Romania |
| Prodlemn Maneciu SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 3000 | Romania |
| Anfrance Impex SRL | BRD Groupe Societe Generale | XXXX XXXX XXXX XXXX XXXX 4450 | Romania |
| Piscicola Tour SRL | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 0310 | Romania |
| Piscicola Tour SRL | BRD Group Societe General | XXXX XXXX XXXX XXXX XXXX 3700 | Romania |
| Piscicola Tour SRL | BRD Group Societe General | XXXXXXXXX0 EUR | Romania |
| Piscicola Murighiol SRL | BRD Group Societe General | XXXX XXXX XXXX XXXX XXXX 3700 | Romania |
| Piscicola Murighiol SRL | Trezorerie | XXXX XXXX XXXX XXXX XXXX 4461 | Romania |
| Piscicola Jurilovca SA | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 5335 | Romania |
| Avidprod SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 3700 | Romania |
| Aquarom Elite SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 3741 | Romania |

| Name on Account | Name of Bank | Account Number | Bank Location |
|---|---|---|---|
| Aquarom Elite SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 7308 | Romania |
| Aquarom Elite SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 5227 | Romania |
| Rondo Invest SRL | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 6000 | Romania |
| Rondo Invest SRL | Unicredit Tiriac Bank | XXXX XXXX XXXX XXXX XXXX 6001 | Romania |
| Rondo Invest SRL | Pireaus Bank | XXXX XXXX XXXX XXXX XXXX 1000 | Romania |
| Top Invest | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Starmob International SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Supermob Intl SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Midas Construct SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO02 | Romania |
| Intelgralnet SRL | OTP Bank (ex RoBank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Metamob Intl SRL | OTP Bank (ex RoBank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| LCA Service SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO02 | Romania |
| Midas Constructii 2000 SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO03 | Romania |
| Stibro 2000 SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX RO01 | Romania |
| Stibro 2000 SRL | Credit Europe Bank (ex Finansbank) | XXXX XXXX XXXX XXXX XXXX EUR1 | Romania |
| Stibro 2000 SRL | Raiffeisen Bank | XXXX XXXX XXXX XXXX XXXX 1279 | Romania |
| Intertrade Distributie Produse Alimentare SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 4450 | Romania |
| Intertrade Distributie Produse Alimentare SRL | BRD Group Societe Generale | XXXX XXXX XXXX XXXX XXXX 4450 | Romania |
| Intertrade Distributie Produse Alimentare SRL | Banca Italo Romena | XXXX XXXX XXXX XXXX XXXX CC01 | Romania |
| Intertrade Distributie Produse Alimentare SRL | Banca Italo Romena | XXXX XXXX XXXX XXXX XXXX CK01 | Romania |

| Name on Account | Name of Bank | Account Number | Bank Location |
|---|---|---|---|
| Intertrade Distributie Produse Alimentare SRL | Banca Italo Romena | XXXX XXXX XXXX XXXX XXXX CC01 | Romania |
| Gama Mac Grup SRL | Unicredit Tiriac Bank (ex HVB Bank) | XXXX XXXX XXXX XXXX XXXX 7000 | Romania |

25.     In 2011, Mr. Bittner had signature authority or control over, or an interest in, all of the foreign accounts listed in paragraph 24.  The aggregate balance in all of Mr. Bittner's foreign accounts exceeded $10,000 in 2011.  Thus, on or before June 30, 2012, Mr. Bittner was required to file FBARs reporting his interest in each of these foreign bank accounts for 2011 listed in paragraph 24.

26.     Mr. Bittner failed to timely file FBARs reporting his signature authority or control over, or interest in, all of the foreign accounts listed in paragraph 24 for 2011.

## COUNT 1
### Judgment for FBAR Penalties

27.     For violations involving the non-willful failure to report the existence of a foreign account, the maximum amount of the penalty that may be assessed is $10,000 per account.  31 U.S.C. § 5321(a)(5)(B)(i).

28.     Mr. Bittner failed to timely file FBARs for 2007 through 2011 reporting all of the foreign bank accounts listed in paragraphs 12, 15, 18, 21 and 24, respectively.  Mr. Bittner's failure to timely report his financial interest in, or signature authority over, all of his foreign bank accounts was non-willful.

29.     Due to Mr. Bittner's non-willful failure to timely file FBARs reporting his financial interest in, or signature authority over, the foreign bank accounts listed in paragraphs 12, 15, 18, 21 and 24, a delegate of the Treasury Secretary assessed a $10,000 penalty per account violation against him on June 8, 2017, pursuant to 31 U.S.C. § 5321(a)(5) as follows:

| Tax Year | FBAR Account Violations | Aggregate Amount of Assessments | |
|----------|------------------------|--------------------|---|
| 2007 | 61 | $610,000 | |
| 2008 | 51 | $510,000 | |
| 2009 | 53 | $530,000 | |
| 2010 | 53 | $530,000 | |
| 2011 | 54 | $540,000 | |
| | | **Total:** | **$2,720,000** |

30.     A delegate of the Treasury Secretary gave Mr. Bittner notice and demand of the

FBAR penalty assessments for the years 2007 through 2011.  Despite the notice and demand for

payment, Mr. Bittner has failed to pay the FBAR penalties assessed against him.  Therefore,

interest and other statutory additions continue to accrue on the unpaid assessments.

31.     As of October 22, 2018, Mr. Bittner owed the United States $2,981,343.56 in

penalties assessed under 31 U.S.C. § 5321, including interest and other statutory additions that

have accrued, and will continue to accrue, as provided by law.

***The FBAR penalty assessments against Alexandru Bittner for years 2007 through 2011 were timely.***

32.     The IRS' assessments of the FBAR penalties for the years 2007 through 2011

were timely.  Pursuant to 31 U.S.C. § 5321(b)(1), the statute of limitations on the assessment of

an FBAR penalty is six years from the date of the violation.  The date of the violations for statute

of limitations calculations is the date the Form TD F 90-22.1 is due, which is June 30 of the

subsequent calendar year.  For example, the FBAR for the earliest year at issue – the 2007 year –

was due on June 30, 2008.  Thus, the statute of limitations for assessment for 2007 was June 30,

2014.

33.     However, Mr. Bittner signed several consents to extend the time to assess Civil

Penalties provided by 31 U.S.C. § 5321 for FBAR violations (FBAR penalties) for the 2007

through 2009 years, which extended the statute of limitation for assessment for FBAR penalties

to June 30, 2017. Accordingly, the IRS had to assess the FBAR penalties for the 2007 through

2009 years before June 30, 2017.  The FBAR penalties for 2007 through 2009 were timely assessed on June 8, 2017.

34.     For 2010 and 2011, the FBARs were due on June 30, 2011, and June 30, 2012, respectively.  Consequently, the IRS had until June 30, 2017, and June 30, 2018, to assess the FBAR penalties for the years 2010 and 2011, respectively.  The FBAR penalties for 2010 and 2011 were timely assessed on June 8, 2017.

35.     Likewise, this suit is timely because it was commenced within two years of the assessment date.  Pursuant to 31 U.S.C. § 5321(b)(2), a suit to reduce to judgment an FBAR assessment must be commenced within two years from the date of assessment.  Since the FBAR penalties for the years 2007 through 2011 were assessed on June 8, 2017, the United States has until June 8, 2019,[2] to timely file this suit.

WHEREFORE, the United States of America requests as follows:

A.      That the Court enter judgment in favor of the United States against Alexandru Bittner for his FBAR penalty assessments for the years 2007 through 2011 in the aggregate amount of $2,981,343.56 as of October 22, 2018, plus accruals and such other and further relief as the Court deems just and proper; and

B.      That the Court order any other relief that is just and proper.

---

[2] June 8, 2019 falls on a Saturday.  Therefore, the actual deadline to file this Complaint is June 10, 2019.  FED. R. CIV. P. 6 (a)(1)(C).

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

By:  /s/ Herbert W. Linder
     HOLLY M. CHURCH
     Attorney, Tax Division
     State Bar No. 24040691
     HERBERT W. LINDER
     Ohio Bar No. 0065446
     Department of Justice
     717 N. Harwood, Suite 400
     Dallas, Texas 75201
     (214) 880-2432/(214) 880-9754
     (214) 880-9742 (FAX)
     Holly.M.Church@USDOJ.gov
     Herbert.W.Linder@usdoj.gov

ATTORNEYS FOR UNITED STATES

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

UNITED STATES OF AMERICA

**DEFENDANTS**

ALEXANDRU BITTNER.

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant — Collin
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Herbert W. Linder, U.S. Department of Justice, Tax Division
717 N. Harwood Street, Suite 400, Dallas, TX 75201
(214) 880-9754

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1 U.S. Government
      Plaintiff

☐ 3 Federal Question
      *(U.S. Government Not a Party)*

☐ 2 U.S. Government
      Defendant

☐ 4 Diversity
      *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff)*
*(For Diversity Cases Only)* and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☒ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | Liability | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | **Habeas Corpus:** | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding

☐ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district *(specify)*

☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
31 USC Sections 5314

Brief description of cause:
Seek judgment regarding outstanding federal penalty assessments for failure to report interest in foreign accounts.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $
2,981,343.56

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE
06/05/2019

SIGNATURE OF ATTORNEY OF RECORD
/s/ Herbert W. Linder

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed.  The attorney filing a case should complete the form as follows:

**I.        (a) Plaintiffs-Defendants.**  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence.  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing.  (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys.  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.       Jurisdiction.**  The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings.  Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff.  (1) Jurisdiction based on 28 U.S.C. 1345 and 1348.  Suits by agencies and officers of the United States are included here.

United States defendant.  (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question.  (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; federal question actions take precedence over diversity cases.)

**III.      Residence (citizenship) of Principal Parties.**  This section of the JS 44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

**IV.      Nature of Suit**.  Place an "X" in the appropriate box.  If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit.  If the cause fits more than one nature of suit, select the most definitive.

**V.       Origin**.  Place an "X" in one of the seven boxes.

Original Proceedings.  (1) Cases which originate in the United States district courts.

Removed from State Court.  (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.

Remanded from Appellate Court.  (3) Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.

Reinstated or Reopened.  (4) Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.

Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation.  (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.  When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment.  (7) Check this box for an appeal from a magistrate judge's decision.

**VI.      Cause of Action**.  Report the civil statute directly related to the cause of action and give a brief description of the cause.  **Do not cite jurisdictional statutes unless diversity**.              Example:              U.S. Civil Statute: 47 USC 553
                                                               Brief Description: Unauthorized reception of cable service

**VII.     Requested in Complaint**.  Class Action.  Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand.  In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.    Related Cases**.  This section of the JS 44 is used to reference related pending cases if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature**.  Date and sign the civil cover sheet.