UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 4:19-cv-00415

Name of party requesting extension: ALEXANDRU BITTNER (Defendant)

Is this the first application for extension of time in this case?   ☑ Yes   ☐ No

If no, please indicate which application this represents:   ☐ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: June 10, 2019

Number of days requested:   ☑ 30 days   ☐ 15 days   ☐ Other ____ days

New Deadline Date: 07/31/2019   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Theodore Joshua Wu

State Bar No.: 24110746

Firm Name: Clark Hill PLC

Address: 2301 Broadway, San Antonio, Texas 78215

Phone: 210.250.6078

Fax: 210.258.2703

Email: josh.wu@clarkhillstrasburger.com

A certificate of conference does not need to be filed with this unopposed application.