**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>            Plaintiff,                )<br>                                )<br>v.                                )<br>                                )<br>ALEXANDRU BITTNER,                )<br>            Defendant.                ) | Case No. 4:19-cv-00415 |

## ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Before the Court is an Unopposed Motion for Withdrawal of Theodore Joshua Wu as

Counsel for Defendant Alexandru Bittner.  The Court has determined that the motion should be

GRANTED. It is hereby,

ORDERED that Theodore Joshua Wu is withdrawn as counsel for Defendant Alexandru

Bittner in this matter.