# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    *Plaintiff*,<br><br>v.<br><br>ALEXANDRU BITTNER,<br>    *Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.  4:19-CV-00415<br>Judge Mazzant |

## ORDER

Pending before the Court is Defendant's unopposed Motion to Withdraw as Counsel (Dkt. #7).  Defendant requests that the Court permit Theodore Joshua Wu to withdraw as attorney.  Having considered the motion, the Court finds that it should be **GRANTED**.

It is therefore **ORDERED** that Theodore Joshua Wu's appearance as counsel for Defendant is withdrawn as of the date of this Order.  The **CLERK** is **DIRECTED** to remove Mr. Wu from the CM/ECF service list for this action.

   **IT IS SO ORDERED.**
   SIGNED this 1st day of October, 2019.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE