IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ALEXANDRU BITTNER,<br>    Defendant. | Case No. 4:19-cv-00415 |

**ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO BE RELIEVED OF THE MEDIATION REQUIREMENT**

Upon consideration of the United States' Unopposed Motion to be relieved of the Mediation Requirement, the Court finds that the motion should be GRANTED.

IT IS ORDERED that the parties are relieved of the requirement to mediate this case.