IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>     Plaintiff,  )  <br>                                        )  <br> v.  )  <br>                                        )  <br> ALEXANDRU BITTNER,  )  <br>     Defendant.  )  <br> _____) | Case No. 4:19-cv-00415 |

## **ORDER**

Upon consideration of the United States' Unopposed Motion to be relieved of the Mediation Requirement (Dkt. #10), the Court finds that the motion should be **GRANTED**. The parties are relieved of the requirement to mediate this case.

    **IT IS SO ORDERED.**

    **SIGNED this 20th day of December, 2019.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE