UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>     Plaintiff,          )<br>                            )   Case No. 4:19-cv-00415<br>v.                          )<br>                            )   Filed Electronically<br>ALEXANDRU BITTNER,         )<br>     Defendant.            ) | |

### DEFENDANT ALEXANDRU BITTNER'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER

Defendant, Alexandru Bittner ("Bittner"), by his undersigned counsel, respectfully move the Court for leave to file a first amended answer and in support thereof, state as follows:

1. The Court's Scheduling Order (Doc. 9) provides that January 2, 2020 is the deadline for Defendant's final amended pleadings.

2. Bittner desires to amend his Answer to add defenses under the Administrative Procedures Act, the Equal Protection and Due Process Clauses of the Fifth Amendment, and to make other edits for purposes of clarification.

3. Defendant's counsel has conferred with Plaintiff's counsel concerning this motion and the proposed amendment, and Plaintiff does not object to the filing of an amended answer but is not in agreement with the defenses or relief sought.

WHEREFORE, Defendant respectfully requests the Court to grant this Motion.

Dated: January 2, 2020           Respectfully submitted,

                                  CLARK HILL STRASBURGER

Legal\B6544\A63010\4841-5495-0832.v1-1/2/20

By: /s/ Farley P. Katz
FARLEY P. KATZ, LEAD ATTORNEY
State Bar No. 11108790
FKatz@clarkhill.com
RACHAEL RUBENSTEIN
State Bar No. 24073919
RRubenstein@clarkhill.com
FORREST M. "TEO" SEGER III
State Bar No. 24070587
TSeger@clarkhill.com

CLARK HILL STRASBURGER
2301 Broadway Street
San Antonio, Texas 78215
210-250-6000 Ph.
210-250-6100 Fax

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that on January 2, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

  Herbert W. Linder
  Holly M. Church
  Attorneys, Tax Division
  United States Department of Justice
  717 N. Harwood, Suite 400
  Dallas, Texas 75201
  Herbert.W.Linder@usdoj.gov
  Holly.M.Church@usdoj.gov
  *Attorneys for Plaintiff,*
  *United States*

      /s/Rachael Rubenstein
      RACHAEL RUBENSTEIN