UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|             Plaintiff,          ) | |
|                                 ) | Case No. 4:19-cv-00415 |
| v.                              ) | |
|                                 ) | Filed Electronically |
| ALEXANDRU BITTNER,              ) | |
|             Defendant.          ) | |

**ORDER GRANTING DEFENDANT ALEXANDRU BITTNER'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER**

Before the Court is Defendant Alexandru Bittner's Unopposed Motion for Leave to File First Amended Answer (the "Motion"). The Court, having considered the Motion, is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Alexandru Bittner's Unopposed Motion for Leave to File First Amended Answer is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant Alexandru Bittner's First Amended Answer shall be filed in the above-numbered cause.