UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 4:19-cv-00415 |
| ALEXANDRU BITTNER, | § § § | |
| Defendant. | § | |

**NOTICE OF APPEARANCE OF FORREST M. "TEO" SEGER III
ON BEHALF OF DEFENDANT ALEXANDRU BITTNER**

PLEASE TAKE NOTICE that Forrest M. "Teo" Seger III, of the firm of Clark Hill Strasburger, hereby enters his appearance as counsel on behalf of Defendant Alexandru Bittner.

Dated: January 2, 2020

Respectfully submitted,

CLARK HILL STRASBURGER
2301 Broadway Street
San Antonio, Texas 78215
(210) 250-6000
(210) 250-6100 (Fax)

By:  /s/ Forrest M. "Teo" Seger III
FARLEY P. KATZ, LEAD ATTORNEY
State Bar No. 11108790
FKatz@clarkhill.com
RACHAEL RUBENSTEIN
State Bar No. 24073919
RRubenstein@clarkhill.com
FORREST M. "TEO" SEGER III
State Bar No. 24070587
TSeger@clarkhill.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on January 2, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Herbert W. Linder
>Holly M. Church
>Attorneys, Tax Division
>United States Department of Justice
>717 N. Harwood, Suite 400
>Dallas, Texas 75201
>Herbert.W.Linder@usdoj.gov
>Holly.M.Church@usdoj.gov
>*Attorneys for Plaintiff,*
>*United States*

                                            /s/ Forrest M. "Teo" Seger III
                                            FORREST M. "TEO" SEGER III

B6544\A63010\4832-4204-8432.v1-1/2/20