# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | Case No. 4:19-cv-00415 |
| v. ) | |
| ) | Filed Electronically |
| ALEXANDRU BITTNER, ) | |
|     Defendant. ) | |

## DEFENDANT ALEXANDRU BITTNER'S NOTICE OF DISCLOSURE OF EXPERT TESTIMONY

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and Local Rule CV-26 of the Eastern District Texas, the undersigned counsel of record for Defendant Alexandru Bittner hereby certifies that all counsel of record were served today with Defendant's Designation of Expert Witness, and the exhibits thereto, via e-mail and United States Mail.

Dated: January 2, 2020

Respectfully submitted,

CLARK HILL STRASBURGER

By:  /s/  Farley P. Katz
FARLEY P. KATZ, LEAD ATTORNEY
State Bar No. 11108790
FKatz@clarkhill.com
RACHAEL RUBENSTEIN
State Bar No. 24073919
RRubenstein@clarkhill.com
FORREST M. "TEO" SEGER III
State Bar No. 24070587
TSeger@clarkhill.com

CLARK HILL STRASBURGER
2301 Broadway Street
San Antonio, Texas 78215
210-250-6000 Ph.
210-250-6100 Fax

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 2, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Herbert W. Linder
Holly M. Church
Attorneys, Tax Division
United States Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
Herbert.W.Linder@usdoj.gov
Holly.M.Church@usdoj.gov
*Attorneys for Plaintiff,*
*United States*

   /s/Rachael Rubenstein
RACHAEL RUBENSTEIN