# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | Case No. 4:19-cv-00415 |
| v. ) | |
| ) | |
| ALEXANDRU BITTNER, ) | |
|     Defendant. ) | |

## ORDER GRANTING DEFENDANT ALEXANDRU BITTNER'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER

Before the Court is Defendant Alexandru Bittner's Unopposed Motion for Leave to File First Amended Answer (the "Motion" - Dkt. #12). The Court, having considered the Motion, is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Alexandru Bittner's Unopposed Motion for Leave to File First Amended Answer is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant Alexandru Bittner's First Amended Answer (Dkt. #13) is deemed filed.

**SIGNED** this 3rd day of January, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE