IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　)<br>v. )<br>　　　　　　　　　　　　　　　　)<br>ALEXANDRU BITTNER, )<br>　　　Defendant. )<br>_____) | Case No. 4:19-cv-00415 |

**ORDER GRANTING UNITED STATES' MOTION TO STRIKE THE EXPERT TESTIMONY AND REPORT OF SCOTT D. MICHEL**

Upon consideration of the United States' Motion to Strike the Expert Testimony and Report of Scott D. Michel, the Court finds that the motion should be GRANTED.

IT IS ORDERED that Expert Testimony and Report of Scott D. Michel is struck and excluded.

_____                               _____
DATED                                                             UNITED STATES DISTRICT JUDGE

1