UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ALEXANDRU BITTNER,<br>    Defendant. | )<br>)<br>)    Case No. 4:19-cv-00415<br>)<br>)    Filed Electronically<br>)<br>)<br>) |

### ORDER GRANTING JOINT MOTION FOR MODIFICATION
### OF THE SCHEDULING ORDER

On this day came to be heard the Parties' Joint Motion for Modification of the Scheduling Order ("Motion"). The Court finds that good causes exists for granting the Motion.

Accordingly, it is hereby ordered that the Motion is granted in its entirety and the Parties shall have until April 13, 2020 to complete discovery and until April 23, 2020 to file dispositive motions.