# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> ALEXANDRU BITTNER, § <br> *Defendant*. § <br> § | Civil Action No. 4:19-CV-00415 <br> Judge Mazzant |

### ORDER

Pending before the Court is the Parties' Joint Motion for Modification of the Scheduling Order (Dkt. #18). The parties ask the Court to extend the deadline to complete discovery until April 13, 2020 and the dispositive motions deadline until April 23, 2020.

After consideration, the Court finds good cause to extend the discovery deadline. However, the Court declines to extend the dispositive motions deadline at this time. The discovery deadline is hereby extended until April 13, 2020.

**IT IS SO ORDERED.**

**SIGNED this 11th day of February, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE