# CONSENT TO EXTEND THE TIME TO ASSESS CIVIL PENALTIES PROVIDED BY 31 U.S.C. § 5321 FOR FBAR VIOLATIONS

**WHEREAS,** the parties to this agreement desire to extend the time during which the penalties provided by 31 U.S.C. 5321 may be assessed and collected,

**WHEREAS,** the parties to this agreement are aware that they have the right to refuse to sign this consent,

_____Alexandru Bittner,_____,
(name and taxpayer identification number)

United States person, of _____
(address)

_____

and the Commissioner of the Internal Revenue Service, hereby agree and consent to the following:

(1) For violations with respect to the requirement, established under 31 U.S.C. 5314, for a United States person to report having a financial interest in or signature authority, or other authority, over a financial account during the calendar years _____ending December 31, 2007_____ that was maintained with a financial institution located in a foreign country, the amount of any penalty provided by 31 U.S.C. 5321 may be assessed at any time on or before ___June 30, 2017___.

(2) This consent does not reduce, waive, or extend any period of limitation under 26 U.S.C. 6501 for assessing or collecting tax. This consent also does not supersede or amend any other agreement between the United States person and the Internal Revenue Service.

Date: 06/24/2016         Signature of the United States Person: [signed] Alex Bittner

Date: _____            Signature of Authorized Representative: _____

Date: 6/28/16            Signature of the Commissioner's Delegate: [signed]
                         Title: [signed]

Internal Revenue Service
JUN 28 2016
LB&I International

**Government Exhibit 13**

DOJ 000698