

**UniCredit Țiriac Bank**

printat de BITTNER ALEXANDRU

**Lista Tranzactii** 05.09.2013 10:54:05

| | |
|---|---|
| Cont ales | 0020 \| CA/PREMIUM/MAIN \| USD |
| Titular de cont | BITTNER ALEXANDRU |
| CUI/CNP | 1170 |
| Adresa | STR.GR.COBALESCU/NR.41 BL CORP B/SC.B/ET.4/AP.9/SECTOR 1 |
| Istoric | ○ 10 Ultimele zile |
| | De la Pana la |
| Data inregistrarii | ◉ 01.01.2011 31.12.2011 |
| Tip | Toate |

| Data inregistrarii | Data valutei | Detaliile tranzactiei | Valoare Tranz. | Valuta |
|---|---|---|---|---|
| 30.12.2011 | 30.12.2011 | IMPOZIT DOB (16,00 pct) | -2,34 | USD |
| 30.12.2011 | 30.12.2011 | Int.Appl. to 31/12/11 | 14,63 | USD |
| 13.12.2011 | 13.12.2011 | BITTNER ALEXANDRU USA, CONT: 2000, LA:BANK OF AMERICA, N.A., TRANSFER PERSONAL, Ref.:1347100660 | -425.000,00 | USD |
| 07.12.2011 | 07.12.2011 | PAYMENT FEE 1341107104 | -213,82 | USD |
| 07.12.2011 | 07.12.2011 | BITTNER ALEXANDRU ., CONT: 2000, LA:BANK OF AMERICA, N.A., TRANSFER PERSONAL, Ref.:1341107104 | -100.000,00 | USD |
| 02.12.2011 | 02.12.2011 | BITTNER ALEXANDRU STR.GR.COBALESCU/, CONT: 0310, LA:UNICREDIT TIRIAC BANK SA, FX:3.25400000, RON 1.708.350,00 @3,254, Ref.:1336103068 | 525.000,00 | USD |
| 30.09.2011 | 30.09.2011 | IMPOZIT DOB (16,00 pct) | -6,32 | USD |
| 30.09.2011 | 30.09.2011 | Int.Appl. to 30/09/11 | 39,50 | USD |
| 15.09.2011 | 15.09.2011 | PAYMENT FEE 1258102701 | -1.042,55 | USD |
| 15.09.2011 | 15.09.2011 | BITTNER ALEXANDRU USA, CONT: 0493, LA:BANK OF AMERICA, N.A., TRANSFER PERSONAL, Ref.:1258102701 | -487.000,00 | USD |
| 19.08.2011 | 19.08.2011 | PAYMENT FEE 1231100780 | -1.071,19 | USD |
| 19.08.2011 | 19.08.2011 | BITTNER SHERRY ROUTING 1633, CONT: 4328, LA:BANK OF AMERICA, N.A., TRANSFER PERSONAL SOTIE, Ref.:1231100780 | -500.000,00 | USD |
| 18.08.2011 | 18.08.2011 | BITTNER ALEXANDRU STR.GR.COBALESCU/, CONT: 0310, LA:UNICREDIT TIRIAC BANK SA, FX:2.97500000, RON 2.945.250,00 @2,975, Ref.:1230110896 | 990.000,00 | USD |
| 30.06.2011 | 30.06.2011 | IMPOZIT DOB (16,00 pct) | -0,13 | USD |
| 30.06.2011 | 30.06.2011 | Int.Appl. to 30/06/11 | 0,83 | USD |
| 22.06.2011 | 22.06.2011 | BITTNER ALEXANDRU STR.GR.COBALESCU/, CONT: 0310, LA:UNICREDIT TIRIAC BANK SA, FX:2.88520000, FX, Ref.:1173105169 to RON | -800,00 | USD |

UniCredit Tiriac Bank S.A.
Aceasta informatie nu angajeaza banca. Nu este un document oficial al bancii. Pagina 1

GOVERNMENT
EXHIBIT
21
PENGAD 800-631-6989

DOJ 001695

UniCredit Tiriac Bank

printat de BITTNER ALEXANDRU

| Data inregistrarii | Data valutei | Detaliile tranzactiei | Valoare Tranz. | Valuta |
|---|---|---|---|---|
| 31.05.2011 | 31.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.49003672, 4729, Ref.:1151114232 | -143,22 | USD |
| 31.05.2011 | 31.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.49003672, 4676, Ref.:1151114100 | -127,14 | USD |
| 31.05.2011 | 31.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.49003672, 4348, Ref.:1151113757 | -85,22 | USD |
| 31.05.2011 | 31.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.49003672, 3750, Ref.:1151113188 | -200,57 | USD |
| 31.05.2011 | 31.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.49003672, 3178, Ref.:1151112579 | -25,36 | USD |
| 30.05.2011 | 30.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.47954127, 9552, Ref.:1150108256 | -80,78 | USD |
| 30.05.2011 | 30.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.47954127, 9545, Ref.:1150108260 | -30,45 | USD |
| 30.05.2011 | 30.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.47954127, 9539, Ref.:1150108253 | -32,22 | USD |
| 30.05.2011 | 30.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.47954127, 9544, Ref.:1150108254 | -69,05 | USD |
| 30.05.2011 | 30.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.47954127, 9077, Ref.:1150107699 | -55,66 | USD |
| 30.05.2011 | 30.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.47954127, 9076, Ref.:1150107687 | -104,87 | USD |
| 27.05.2011 | 27.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.47607976, 2160, Ref.:1147107627 | -64,11 | USD |
| 26.05.2011 | 26.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.46940207, 4019, Ref.:1146106675 | -128,59 | USD |
| 25.05.2011 | 25.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.45516427, 6463, Ref.:1145107305 | -22,92 | USD |
| 24.05.2011 | 24.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, | -1.290,55 | USD |

UniCredit Ţiriac Bank

printat de BITTNER ALEXANDRU

| Data inregistrarii | Data valutei | Detaliile tranzactiei | Valoare Tranz. | Valuta |
|---|---|---|---|---|
| | | LA:UNICREDIT TIRIAC BANK SA, FX:1.45807172, 8343, Ref.:1144113535 | | |
| 24.05.2011 | 24.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.45807172, 8016, Ref.:1144113206 | -305,90 | USD |
| 24.05.2011 | 24.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.45807172, 7474, Ref.:1144112682 | -49,94 | USD |
| 24.05.2011 | 24.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.45807172, 467, Ref.:1144112653 | -32,54 | USD |
| 24.05.2011 | 24.05.2011 | PAYMENT FEE 1144100354 | -29,16 | USD |
| 24.05.2011 | 24.05.2011 | BITTNER SHERRY ROUTING 1633, CONT: 4328, LA:BANK OF AMERICA, N.A., TRANSFER PERSONAL SOTIE, Ref.:1144100354 | -2.500,00 | USD |
| 23.05.2011 | 23.05.2011 | BITTNER ALEXANDRU STR.GR.COBALESCU/, CONT: 0320, LA:UNICREDIT TIRIAC BANK SA, FX:1.35622662, FX, Ref.:1143107855 | 813,74 | USD |
| 23.05.2011 | 23.05.2011 | BITTNER ALEXANDRU STR.GR.COBALESCU/, CONT: 0310, LA:UNICREDIT TIRIAC BANK SA, FX:2.99360000, FX, Ref.:1143107804 | 3.340,00 | USD |
| 13.05.2011 | 13.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.47495756, 0798 Ref.:1133104324 | -76,99 | USD |
| 10.05.2011 | 10.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.48277833, 9084, Ref.:1130112931 | -564,94 | USD |
| 10.05.2011 | 10.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.48277833, 8588, Ref.:1130112423 | -49,30 | USD |
| 10.05.2011 | 10.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.48277833, 8593, Ref.:1130112426 | -61,79 | USD |
| 09.05.2011 | 09.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.49184149, 5423, Ref.:1129106767 | -56,90 | USD |
| 09.05.2011 | 09.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.49184149, 5434, Ref.:1129106797 | -45,72 | USD |
| 06.05.2011 | 06.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.51055218, 7926, Ref.:1126105876 | -41,54 | USD |
| 05.05.2011 | 05.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, | -50,39 | USD |

UniCredit Ţiriac Bank

printat de BITTNER ALEXANDRU

| Data inregistrarii | Data valutei | Detaliile tranzactiei | Valoare Tranz. | Valuta |
|---|---|---|---|---|
| | | LA:UNICREDIT TIRIAC BANK SA, FX:1.53732719, 626, Ref.:1125106913 | | |
| 05.05.2011 | 05.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.53732719, 1630, Ref.:1125106915 | -151,46 | USD |
| 03.05.2011 | 03.05.2011 | CASH DEPOSIT/FX ACCOUNT CAK-FCD/1090/A/0073 DEP. CONT PETRE I./BUC.3 0236 | 1.100,00 | USD |
| 03.05.2011 | 03.05.2011 | PAYMENT FEE 1123109293 | -30,76 | USD |
| 03.05.2011 | 03.05.2011 | SHERRY BITTNER ., CONT: 4328, LA:BANK OF AMERICA, N.A., TRANSFER, Ref.:1123109293 | -4.500,00 | USD |
| 03.05.2011 | 03.05.2011 | BITTNER ALEXANDRU STR.GR.COBALESCU/, CONT: 0310, LA:UNICREDIT TIRIAC BANK SA, FX:2.82280000, schimb valutar, Ref.:1123105636 | 3.500,00 | USD |
| 02.05.2011 | 02.05.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.53948882, 1414, Ref.:1122106386 | -187,46 | USD |
| 29.04.2011 | 29.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0251, LA:UNICREDIT TIRIAC BANK SA, FX:2.68410000, 4930, Ref.:1119106808 | -10,52 | USD |
| 29.04.2011 | 29.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.53869081, 4417, Ref.:1119106128 | -528,02 | USD |
| 28.04.2011 | 28.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.53943641, 8057, Ref.:1118107986 | -59,78 | USD |
| 27.04.2011 | 27.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0251, LA:UNICREDIT TIRIAC BANK SA, FX:2.71460000, 9762, Ref.:1117113672 | -8,92 | USD |
| 27.04.2011 | 27.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0251, LA:UNICREDIT TIRIAC BANK SA, FX:2.71460000, 0058, Ref.:1117113940 | -10,46 | USD |
| 27.04.2011 | 27.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0251, LA:UNICREDIT TIRIAC BANK SA, FX:2.71460000, 0059, Ref.:1117113901 | -10,46 | USD |
| 27.04.2011 | 27.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.52140278, 9325, Ref.:1117113237 | -525,80 | USD |
| 27.04.2011 | 27.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.52140278, 9327, Ref.:1117113218 | -525,80 | USD |
| 27.04.2011 | 27.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.52140278, 9323, Ref.:1117113222 | -29,48 | USD |

UniCredit Ţiriac Bank

printat de BITTNER ALEXANDRU

| Data inregistrarii | Data valutei | Detaliile tranzactiei | Valoare Tranz. | Valuta |
|---|---|---|---|---|
| 27.04.2011 | 27.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.52140278, 8667, Ref.:1117112466 | -33,50 | USD |
| 27.04.2011 | 27.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.52140279, 8008, Ref.:1117111793 | -33,99 | USD |
| 27.04.2011 | 27.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.52140278, 8050, Ref.:1117111837 | -422,97 | USD |
| 27.04.2011 | 27.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.52140278, 8021, Ref.:1117111768 | -31,60 | USD |
| 22.04.2011 | 22.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.51166612, 6977, Ref.:1112107308 | -5,22 | USD |
| 22.04.2011 | 22.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.51166612, 7112, Ref.:1112107456 | -37,44 | USD |
| 22.04.2011 | 22.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.51166612, 7118, Ref.:1112107460 | -123,14 | USD |
| 20.04.2011 | 20.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.50237121, 0965, Ref.:1110108356 | -1.023,70 | USD |
| 20.04.2011 | 20.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.50237121, 0784, Ref.:1110108162 | -37,51 | USD |
| 19.04.2011 | 19.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.47445463, 2247, Ref.:1109113557 | -303,04 | USD |
| 19.04.2011 | 19.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.47445463, 1665, Ref.:1109112936 | -327,30 | USD |
| 19.04.2011 | 19.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.47445463, 1481, Ref.:1109112761 | -30,54 | USD |
| 19.04.2011 | 19.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.47445463, 1595, Ref.:1109112872 | -22,71 | USD |
| 19.04.2011 | 19.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.47445463, 1597, Ref.:1109112894 | -27,12 | USD |
| 05.04.2011 | 05.04.2011 | OTHER AMOUNTS TO PAY, CONT: 0321, | -801,97 | USD |

UniCredit Tiriac Bank

printat de BITTNER ALEXANDRU

| Data inregistrarii | Data valutei | Detaliile tranzactiei | Valoare Tranz. | Valuta |
|---|---|---|---|---|
| | | LA:UNICREDIT TIRIAC BANK SA, FX:1.47203832, 6225, Ref.:1095112555 | | |
| 31.03.2011 | 31.03.2011 | OTHER AMOUNTS TO PAY, CONT: 10321, LA:UNICREDIT TIRIAC BANK SA, FX:1.47214200, 7999, Ref.:1090106775 | -645,18 | USD |
| 31.03.2011 | 31.03.2011 | Int.Appl. to 31/03/11 | 0,99 | USD |
| 18.03.2011 | 18.03.2011 | BITTNER ALEXANDRU STR.GR.COBALESCU/, CONT: 0310, LA:UNICREDIT TIRIAC BANK SA, FX:3.02540000, schimb valutar, Ref.:1077107185 | 9.000,00 | USD |
| 28.01.2011 | 28.01.2011 | CASH DEPOSIT/FX ACCOUNT CAK-FCD/1090/A/0026 DEP. CONT PETRE I./BUC.3 0236 | 1.600,00 | USD |
| 28.01.2011 | 28.01.2011 | BITTNER CHRISTINE ., CONT: 8361, LA:BANK OF AMERICA, N.A., TRANSFER FIICA, Ref.:1028106416 | -6.000,00 | USD |
| 20.01.2011 | 20.01.2011 | PAYMENT FEE 1020107113 | -27,88 | USD |
| 20.01.2011 | 20.01.2011 | BITTNER CHRISTINE ROUTING 9593, CONT: 8361, LA:BANK OF AMERICA, N.A., TRANSFER FIICA, Ref.:1020107113 | -9.000,00 | USD |
| 14.01.2011 | 14.01.2011 | PAYMENT FEE 1014108110 | -27,61 | USD |
| 14.01.2011 | 14.01.2011 | BITTNER CHRISTINE ROUTING 0959, CONT: 8361, LA:BANK OF AMERICA, N.A., TRANSFER FICA, Ref.:1014108110 | -8.700,00 | USD |
| 06.01.2011 | 06.01.2011 | PAYMENT FEE 1006104462 | -27,19 | USD |
| 06.01.2011 | 06.01.2011 | BITTNER CHRISTINE ., CONT: 9593, LA:BANK OF AMERICA, N.A., TRANSFER FIICA CADOU, Ref.:1006104462 | -9.300,00 | USD |
| 06.01.2011 | 06.01.2011 | BITTNER ALEXANDRU STR.GR.COBALESCU/, CONT: 30310, LA:BANCA COMERCIALA HVB TIRIAC S.A., FX:3.29770000, RON 98.931,00 @3,2977, Ref.:1006103654 | 30.000,00 | USD |

| | | |
|---|---|---|
| Sold deschidere | 06.01.2011 | 1.487,87 USD |
| Credit total pentru tranzactiile selectate | ( 13 ) | 1.564.409,69 USD |
| Debit total pentru tranzactiile selectate | ( 75 ) | -1.565.030,70 USD |
| Totalul tranzactiilor selectate | ( 88 ) | -621,01 USD |
| Sold inchidere | 30.12.2011 | 866,86 USD |

UniCredit Ţiriac Bank

printat de BITTNER ALEXANDRU

**Lista Tranzactii**

05.09.2013 10:54:34

| | |
|---|---|
| Cont ales | 0020 \| CA/PREMIUM/MAIN \| USD |
| Titular de cont | BITTNER ALEXANDRU |
| CUI/CNP | 1170 |
| Adresa | STR.GR.COBALESCU/NR.41 BL CORP B/SC.B/ET.4/AP.9/SECTOR 1 |
| Istoric | 10 Ultimele zile |
| | De la Pana la |
| Data inregistrarii | 01.01.2010 31.12.2010 |
| Tip | Toate |

| Data inregistrarii | Data valutei | Detaliile tranzactiei | Valoare Tranz. | Valuta |
|---|---|---|---|---|
| 31.12.2010 | 31.12.2010 | Int.Appl. to 31/12/10 | 0,24 | USD |
| 16.12.2010 | 16.12.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:BANCA COMERCIALA HVB TIRIAC S.A., FX:1.36822571, 1123, Ref.:350107025 | -603,39 | USD |
| 14.12.2010 | 14.12.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:BANCA COMERCIALA HVB TIRIAC S.A., FX:1.38795612, 5236, Ref.:348110898 | -68,87 | USD |
| 14.12.2010 | 14.12.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:BANCA COMERCIALA HVB TIRIAC S.A., FX:1.38795612, 5240, Ref.:348110889 | -101,02 | USD |
| 14.12.2010 | 14.12.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:BANCA COMERCIALA HVB TIRIAC S.A., FX:1.38795612, 5242, Ref.:348110904 | -259,80 | USD |
| 10.12.2010 | 10.12.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:BANCA COMERCIALA HVB TIRIAC S.A., FX:1.37227748, 6547, Ref.:344106286 | -92,75 | USD |
| 10.12.2010 | 10.12.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:BANCA COMERCIALA HVB TIRIAC S.A., FX:1.37227748, 6542, Ref.:344106297 | -57,51 | USD |
| 30.11.2010 | 30.11.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.34587420, 4249, Ref.:334112637 | -218,15 | USD |
| 30.11.2010 | 30.11.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.34587420, 4250, Ref.:334112650 | -218,15 | USD |
| 29.11.2010 | 29.11.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.37141776, 0532, Ref.:333106566 | -152,73 | USD |
| 26.11.2010 | 26.11.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.36904762, 3996, Ref.:330106210 | -57,61 | USD |
| 23.11.2010 | 23.11.2010 | CASH DEPOSIT/FX ACCOUNT CAK-FCD/2014/A/0008 ALIM. CONT BARBULESCU SERGHEI 0035 | 3.000,00 | USD |
| 30.09.2010 | 30.09.2010 | Int.Appl. to 30/09/10 | 1,01 | USD |

UniCredit Ţiriac Bank

printat de BITTNER ALEXANDRU

| Data inregistrarii | Data valutei | Detaliile tranzactiei | Valoare Tranz. | Valuta |
|---|---|---|---|---|
| 30.09.2010 | 30.09.2010 | BITTNER ALEXANDRU STR.GR.COBALESCU/, CONT: 0310, LA:UNICREDIT TIRIAC BANK SA, FX:3.08090000, FX, Ref.:273102975 to RON | -2.500,00 | USD |
| 07.09.2010 | 07.09.2010 | Card Transaction, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.23756583, 4131, Ref.:250112214 | 12,31 | USD |
| 03.09.2010 | 03.09.2010 | BITTNER ALEXANDRU STR.GR.COBALESCU/, CONT: 0310, LA:UNICREDIT TIRIAC BANK SA, FX:3.27040000, FX, Ref.:246105151 to RON | -5.000,00 | USD |
| 03.09.2010 | 03.09.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.32705479, 4299, Ref.:246105070 | -360,96 | USD |
| 31.08.2010 | 31.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.31139579, 1869, Ref.:243112497 | -289,12 | USD |
| 31.08.2010 | 31.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.31139579, 0442, Ref.:243110923 | -181,31 | USD |
| 30.08.2010 | 30.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.31748664, 8150, Ref.:242105344 | -77,11 | USD |
| 27.08.2010 | 27.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.31728089, 2023, Ref.:239106598 | -382,01 | USD |
| 27.08.2010 | 27.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.31728089, 1969, Ref.:239106542 | -52,68 | USD |
| 27.08.2010 | 27.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.31728089, 1962, Ref.:239106543 | -31,46 | USD |
| 26.08.2010 | 26.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0251, LA:UNICREDIT TIRIAC BANK SA, FX:3.26920000, 6140, Ref.:238106209 | -9,99 | USD |
| 26.08.2010 | 26.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.31530650, 5867, Ref.:238105762 | -524,04 | USD |
| 26.08.2010 | 26.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.31530650, 5912, Ref.:238105806 | -50,64 | USD |
| 26.08.2010 | 26.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.31530650, 5476, Ref.:238105273 | -221,83 | USD |
| 25.08.2010 | 25.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, | -1.359,02 | USD |

UniCredit Ţiriac Bank

printat de BITTNER ALEXANDRU

| Data inregistrarii | Data valutei | Detaliile tranzactiei | Valoare Tranz. | Valuta |
|---|---|---|---|---|
| | | LA:UNICREDIT TIRIAC BANK SA, FX:1.30846240, 9146, Ref.:237107412 | | |
| 24.08.2010 | 24.08.2010 | OTHER AMOUNTS TO PAY, CONT 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.30615716, 0301, Ref.:236110893 | -34,65 | USD |
| 24.08.2010 | 24.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.30615716, 0315, Ref.:236110897 | -34,65 | USD |
| 20.08.2010 | 20.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.32464645, 2170, Ref.:232105937 | -38,23 | USD |
| 20.08.2010 | 20.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.32464645, 2178, Ref.:232105951 | -54,62 | USD |
| 20.08.2010 | 20.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.32464645, 2166, Ref.:232105935 | -32,23 | USD |
| 19.08.2010 | 19.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0251, LA:UNICREDIT TIRIAC BANK SA, FX:3.22420000, 6476, Ref.:231106139 | -9,96 | USD |
| 19.08.2010 | 19.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.32746108, 6271, Ref.:231105850 | -516,86 | USD |
| 19.08.2010 | 19.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.32746108, 5976, Ref.:231105413 | -72,53 | USD |
| 18.08.2010 | 18.08.2010 | BITTNER ALEXANDRU STR.GR.COBALESCU/, CONT: 0310, LA:UNICREDIT TIRIAC BANK SA, FX:3.35900000, SCHIMB VALUTAR, Ref.:230106875 | 6.000,00 from RON | USD |
| 18.08.2010 | 18.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.33246568, 9660, Ref.:230106721 | -38,30 | USD |
| 18.08.2010 | 18.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.33246568, 9684, Ref.:230106746 | -109,57 | USD |
| 18.08.2010 | 18.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.33246568, 9723, Ref.:230106772 | -246,91 | USD |
| 17.08.2010 | 17.08.2010 | COMMISSION FOR CASH TRANS CAK-FCW/1090/A/0054 | -66,00 | USD |
| 17.08.2010 | 17.08.2010 | CASH WITHDRAWAL/FX ACC. CAK-FCW/1090/A/0054 PETRE I./BUC.3 0236 | -11.000,00 | USD |
| 17.08.2010 | 17.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.33122324, | -17,90 | USD |

UniCredit Tiriac Bank

printat de BITTNER ALEXANDRU

| Data inregistrarii | Data valutei | Detaliile tranzactiei | Valoare Tranz. | Valuta |
|---|---|---|---|---|
| | | 2463, Ref.:229112509 | | |
| 17.08.2010 | 17.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.33122324, 1647, Ref.:229111669 | -25,16 | USD |
| 17.08.2010 | 17.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.33122324, 1627, Ref.:229111651 | -47,70 | USD |
| 17.08.2010 | 17.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.33122324, 1581, Ref.:229111541 | -50,23 | USD |
| 17.08.2010 | 17.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.33122324, 1530, Ref.:229111500 | -14,80 | USD |
| 17.08.2010 | 17.08.2010 | BITTNER ALEXANDRU STR.GR.COBALESCU/, CONT: 0320, LA:UNICREDIT TIRIAC BANK SA, FX:1.24300000, schimb, Ref.:229103867 | 14.916,00 | USD |
| 17.08.2010 | 17.08.2010 | BITTNER ALEXANDRU STR.GR.COBALESCU/, CONT: 0310, LA:UNICREDIT TIRIAC BANK SA, FX:3.35460000, schimb, Ref.:229103841 | 2.000,00 | USD |
| 16.08.2010 | 16.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.32309400, 9595, Ref.:228104055 | -25,23 | USD |
| 16.08.2010 | 16.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0251, LA:UNICREDIT TIRIAC BANK SA, FX:3.24240000, 9769, Ref.:228104226 | -9,68 | USD |
| 16.08.2010 | 16.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.32309400, 9567, Ref.:228104009 | -516,79 | USD |
| 16.08.2010 | 16.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.32309400, 9180, Ref.:228103613 | -27,61 | USD |
| 12.08.2010 | 12.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.32550595, 6909, Ref.:224105143 | -36,40 | USD |
| 12.08.2010 | 12.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.32550595, 6924, Ref.:224105161 | -56,41 | USD |
| 11.08.2010 | 11.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0251, LA:UNICREDIT TIRIAC BANK SA, FX:3.18980000, 1474, Ref.:223107061 | -51,60 | USD |
| 11.08.2010 | 11.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.34804690, 1254, Ref.:223106845 | -2.038,02 | USD |

UniCredit Ţiriac Bank

printat de BITTNER ALEXANDRU

| Data inregistrarii | Data valutei | Detaliile tranzactiei | Valoare Tranz. | Valuta |
|---|---|---|---|---|
| 11.08.2010 | 11.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.34804690, 0897, Ref.:223106464 | -79,84 | USD |
| 10.08.2010 | 10.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.35759494, 3612, Ref.:222111700 | -90,32 | USD |
| 10.08.2010 | 10.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.35759494, 3597, Ref.:222111669 | -109,59 | USD |
| 10.08.2010 | 10.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.35759494, 2272, Ref.:222110246 | -21,34 | USD |
| 10.08.2010 | 10.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.35759494, 2183, Ref.:222110098 | -31,20 | USD |
| 10.08.2010 | 10.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.35759494, 2175, Ref.:222110107 | -29,62 | USD |
| 09.08.2010 | 09.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0251, LA:UNICREDIT TIRIAC BANK SA, FX:3.12080000, 0950, Ref.:221106070 | -53,14 | USD |
| 09.08.2010 | 09.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.37464753, 0831, Ref.:221105949 | -90,75 | USD |
| 09.08.2010 | 09.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.37464753, 0770, Ref.:221105894 | -2.089,92 | USD |
| 06.08.2010 | 06.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0251, LA:UNICREDIT TIRIAC BANK SA, FX:3.14970000, 4780, Ref.:218106032 | -10,06 | USD |
| 06.08.2010 | 06.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.36520938, 4688, Ref.:218105948 | -28,90 | USD |
| 06.08.2010 | 06.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.36520939, 4350, Ref.:218105505 | -522,00 | USD |
| 05.08.2010 | 05.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.36237198, 8164, Ref.:217105030 | -23,47 | USD |
| 04.08.2010 | 04.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.36539314, 2429, Ref.:216106922 | -63,19 | USD |
| 03.08.2010 | 03.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, | -135,74 | USD |

UniCredit Ţiriac Bank

printat de BITTNER ALEXANDRU

| Data inregistrarii | Data valutei | Detaliile tranzactiei | Valoare Tranz. | Valuta |
|---|---|---|---|---|
| | | LA:UNICREDIT TIRIAC BANK SA, FX:1.36123334, 4522, Ref.:215112255 | | |
| 03.08.2010 | 03.08.2010 | BITTNER ALEXANDRU STR.GR.COBALESCU/, CONT: 0320, LA:UNICREDIT TIRIAC BANK SA, FX:1.27120000, EUR 3.933,29 @1,2712, Ref.:215105699 | 5.000,00 | USD |
| 02.08.2010 | 02.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0251, LA:UNICREDIT TIRIAC BANK SA, FX:3.17900000, 1684, Ref.:214106382 | -10,01 | USD |
| 02.08.2010 | 02.08.2010 | Card Transaction, CONT 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.26329787, 1616, Ref.:214106322 | 82,83 | USD |
| 02.08.2010 | 02.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.35262661, 1244, Ref.:214105855 | -15,77 | USD |
| 02.08.2010 | 02.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.35262661, 1240, Ref.:214105848 | -146,34 | USD |
| 02.08.2010 | 02.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.35262661, 1252, Ref.:214105859 | -521,07 | USD |
| 02.08.2010 | 02.08.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.35262661, 1241, Ref.:214105854 | -18,03 | USD |
| 30.07.2010 | 30.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.34969710, 5469, Ref.:211107114 | -115,99 | USD |
| 30.07.2010 | 30.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.34969710, 5446, Ref.:211107079 | -57,59 | USD |
| 29.07.2010 | 29.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.35169040, 9414, Ref.:210106086 | -521,02 | USD |
| 28.07.2010 | 28.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.34637011, 3098, Ref.:209107452 | -25,43 | USD |
| 27.07.2010 | 27.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.34555809, 5680, Ref.:208111181 | -67,59 | USD |
| 27.07.2010 | 27.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.34555809, 5641, Ref.:208111138 | -42,53 | USD |
| 27.07.2010 | 27.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, | -386,22 | USD |

UniCredit Ţiriac Bank

printat de BITTNER ALEXANDRU

| Data inregistrarii | Data valutei | Detaliile tranzactiei | Valoare Tranz. | Valuta |
|---|---|---|---|---|
| | | LA:UNICREDIT TIRIAC BANK SA, FX:1.34555809, 5385, Ref.:208110846 | | |
| 27.07.2010 | 27.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.34555809, 4872, Ref.:208110299 | -35,64 | USD |
| 27.07.2010 | 27.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.34555809, 4345, Ref.:208109740 | -252,48 | USD |
| 27.07.2010 | 27.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.34555809, 4348, Ref.:208109744 | -26,32 | USD |
| 26.07.2010 | 26.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.33610267, 2523, Ref.:207106572 | -53,98 | USD |
| 23.07.2010 | 23.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.34099022, 5596, Ref.:204106464 | -61,58 | USD |
| 23.07.2010 | 23.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.34099022, 5549, Ref.:204106416 | -605,44 | USD |
| 22.07.2010 | 22.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.32239500, 9493, Ref.:203105933 | -64,76 | USD |
| 22.07.2010 | 22.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.32239500, 9472, Ref.:203105893 | -108,78 | USD |
| 22.07.2010 | 22.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.32239500, 9199, Ref.:203105528 | -21,58 | USD |
| 21.07.2010 | 21.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.33321017, 3437, Ref.:202107798 | -95,90 | USD |
| 21.07.2010 | 21.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.33321017, 3390, Ref.:202107404 | -44,50 | USD |
| 21.07.2010 | 21.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.33321017, 3082, Ref.:202107002 | -65,47 | USD |
| 21.07.2010 | 21.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.33321017, 3081, Ref.:202106968 | -98,38 | USD |
| 20.07.2010 | 20.07.2010 | OTHER AMOUNTS TO PAY, CONT 0251, LA:UNICREDIT TIRIAC BANK SA, FX:3.23980000, | -9,67 | USD |

UniCredit Ţiriac Bank

printat de BITTNER ALEXANDRU

| Data inregistrarii | Data valutei | Detaliile tranzactiei | Valoare Tranz. | Valuta |
|---|---|---|---|---|
| | | 6143, Ref.:201112383 | | |
| 20.07.2010 | 20.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.33650225, 5685, Ref.:201111922 | -39,41 | USD |
| 20.07.2010 | 20.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.33650225, 5673, Ref.:201111908 | -51,58 | USD |
| 20.07.2010 | 20.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.33650225, 5697, Ref.:201111935 | -178,82 | USD |
| 20.07.2010 | 20.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.33650225, 5684, Ref.:201111886 | -31,38 | USD |
| 20.07.2010 | 20.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.33650225, 5229, Ref.:201111408 | -53,66 | USD |
| 20.07.2010 | 20.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.33650225, 5166, Ref.:201111354 | -10,92 | USD |
| 20.07.2010 | 20.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.33650225, 5186, Ref.:201111357 | -516,72 | USD |
| 20.07.2010 | 20.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.33650225, 5158, Ref.:201111315 | -16,43 | USD |
| 19.07.2010 | 19.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.34180353, 3482, Ref.:200106012 | -173,63 | USD |
| 19.07.2010 | 19.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.34180353, 3224, Ref.:200105709 | -28,18 | USD |
| 15.07.2010 | 15.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.31803759, 1177, Ref.:196105878 | -26,29 | USD |
| 15.07.2010 | 15.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.31803759, 1217, Ref.:196105931 | -63,00 | USD |
| 15.07.2010 | 15.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.31803759, 0817, Ref.:196105415 | -46,92 | USD |
| 15.07.2010 | 15.07.2010 | BITTNER ALEXANDRU STR.GR.COBALESCU/, CONT 0310, LA:UNICREDIT TIRIAC BANK SA, FX:3.41870000, schimb valutar, Ref.:196100205 from RON | 3.000,00 | USD |

UniCredit Țiriac Bank

printat de BITTNER ALEXANDRU

| Data inregistrarii | Data valutei | Detaliile tranzactiei | Valoare Tranz. | Valuta |
|---|---|---|---|---|
| 14.07.2010 | 14.07.2010 | OTHER AMOUNTS TO PAY, CONT:0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.31490838, 1488, Ref.:195106698 | -45,47 | USD |
| 13.07.2010 | 13.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.29640188, 6619, Ref.:194110567 | -49,69 | USD |
| 13.07.2010 | 13.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.29640188, 6555, Ref.:194110465 | -69,46 | USD |
| 13.07.2010 | 13.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.29640188, 6598, Ref.:194110537 | -81,17 | USD |
| 13.07.2010 | 13.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.29640188, 6095, Ref.:194110005 | -36,36 | USD |
| 13.07.2010 | 13.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.29640188, 5611, Ref.:194109464 | -89,34 | USD |
| 13.07.2010 | 13.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.29640188, 5612, Ref.:194109460 | -19,28 | USD |
| 12.07.2010 | 12.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.29952361, 5098, Ref.:193108545 | -27,67 | USD |
| 12.07.2010 | 12.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.29952361, 4775, Ref.:193108168 | -22,56 | USD |
| 12.07.2010 | 12.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.29952361, 4774, Ref.:193108208 | -31,49 | USD |
| 09.07.2010 | 09.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0251, LA:UNICREDIT TIRIAC BANK SA, FX:3.28030000, 9138, Ref.:190105305 | -9,76 | USD |
| 09.07.2010 | 09.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.31085571, 9051, Ref.:190105222 | -93,87 | USD |
| 09.07.2010 | 09.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.31085571, 9052, Ref.:190105224 | -45,20 | USD |
| 09.07.2010 | 09.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.31085571, 9062, Ref.:190105232 | -27,12 | USD |
| 09.07.2010 | 09.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, | -524,51 | USD |

UniCredit Țiriac Bank

printat de BITTNER ALEXANDRU

| Data inregistrarii | Data valutei | Detaliile tranzactiei | Valoare Tranz. | Valuta |
|---|---|---|---|---|
| | | LA:UNICREDIT TIRIAC BANK SA, FX:1.31085571, 8730, Ref.:190104747 | | |
| 08.07.2010 | 08.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.30940390, 2822, Ref.:189106185 | -190,14 | USD |
| 06.07.2010 | 06.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.30117711, 8822, Ref.:187111678 | -107,52 | USD |
| 06.07.2010 | 06.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.30117711, 8773, Ref.:187111614 | -239,48 | USD |
| 06.07.2010 | 06.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.30117711, 8545, Ref.:187111387 | -38,41 | USD |
| 06.07.2010 | 06.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.30117711, 8070, Ref.:187110849 | -29,76 | USD |
| 05.07.2010 | 05.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.29600674, 5494, Ref.:186106641 | -313,97 | USD |
| 05.07.2010 | 05.07.2010 | BITTNER ALEXANDRU STR.GR.COBALESCU/, CONT: 0320, LA:UNICREDIT TIRIAC BANK SA, FX:1.21290000, schimb valutar, Ref.:186100703 | 4.851,60 | USD |
| 02.07.2010 | 02.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0251, LA:UNICREDIT TIRIAC BANK SA, FX:3.37110000, 9155, Ref.:183107734 | -39,58 | USD |
| 02.07.2010 | 02.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0251, LA:UNICREDIT TIRIAC BANK SA, FX:3.37110000, 8955, Ref.:183107546 | -10,17 | USD |
| 02.07.2010 | 02.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.29334639, 8783, Ref.:183107315 | -2.113,48 | USD |
| 02.07.2010 | 02.07.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.29334639, 7978, Ref.:183106127 | -535,04 | USD |
| 30.06.2010 | 30.06.2010 | Int.Appl. to 30/06/10 | 1,07 | USD |
| 29.06.2010 | 29.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.26092278, 0471, Ref.:180111319 | -87,99 | USD |
| 29.06.2010 | 29.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.26092278, 0461, Ref.:180111236 | -40,79 | USD |
| 28.06.2010 | 28.06.2010 | OTHER AMOUNTS TO PAY, CONT: 1251, | -9,79 | USD |

UniCredit Ţiriac Bank

printat de BITTNER ALEXANDRU

| Data inregistrarii | Data valutei | Detaliile tranzactiei | Valoare Tranz. | Valuta |
|---|---|---|---|---|
| | | LA:UNICREDIT TIRIAC BANK SA, FX:3.42700000, 7705, Ref.:179105709 | | |
| 28.06.2010 | 28.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.27808579, 7650, Ref.:179105651 | -114,36 | USD |
| 28.06.2010 | 28.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.27808579, 7299, Ref.:179105200 | -65,08 | USD |
| 28.06.2010 | 28.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.27808579, 7309, Ref.:179105198 | -522,94 | USD |
| 24.06.2010 | 24.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0251, LA:UNICREDIT TIRIAC BANK SA, FX:3.35390000, 6066, Ref.:175104495 | -9,93 | USD |
| 24.06.2010 | 24.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.27612630, 5654, Ref.:175103975 | -523,71 | USD |
| 23.06.2010 | 23.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.26886247, 0211, Ref.:174106044 | -727,74 | USD |
| 22.06.2010 | 22.06.2010 | Card Transaction, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.18955926, 3073, Ref.:173111069 | 47,02 | USD |
| 21.06.2010 | 21.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.28911780, 0819, Ref.:172106968 | -18,24 | USD |
| 21.06.2010 | 21.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0251, LA:UNICREDIT TIRIAC BANK SA, FX:3.32010000, 0896, Ref.:172107044 | -10,02 | USD |
| 21.06.2010 | 21.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.28911780, 0524, Ref.:172106582 | -525,95 | USD |
| 18.06.2010 | 18.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0251, LA:UNICREDIT TIRIAC BANK SA, FX:3.35720000, 4971, Ref.:169105992 | -9,93 | USD |
| 18.06.2010 | 18.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.28082926, 4544, Ref.:169105588 | -525,13 | USD |
| 17.06.2010 | 17.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.26979429, 8495, Ref.:168105572 | -49,48 | USD |
| 16.06.2010 | 16.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.27582198, | -65,27 | USD |

UniCredit Țiriac Bank

printat de BITTNER ALEXANDRU

| Data inregistrarii | Data valutei | Detaliile tranzactiei | Valoare Tranz. | Valuta |
|---|---|---|---|---|
| | | 2900, Ref.:167107503 | | |
| 15.06.2010 | 15.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0251, LA:UNICREDIT TIRIAC BANK SA, FX:3.38560000, 5912, Ref.:166111338 | -8,35 | USD |
| 15.06.2010 | 15.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.26417769, 5555, Ref.:166110946 | -418,90 | USD |
| 15.06.2010 | 15.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.26417769, 5583, Ref.:166110957 | -775,57 | USD |
| 15.06.2010 | 15.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.26417769, 5584, Ref.:166110955 | -67,18 | USD |
| 15.06.2010 | 15.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.26417769, 4906, Ref.:166110287 | -104,72 | USD |
| 15.06.2010 | 15.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.26417769, 4935, Ref.:166110252 | -386,08 | USD |
| 15.06.2010 | 15.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.26417769, 4506, Ref.:166109766 | -51,14 | USD |
| 14.06.2010 | 14.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.26023202, 3205, Ref.:165105229 | -6,28 | USD |
| 10.06.2010 | 10.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.24371604, 1410, Ref.:161104678 | -25,38 | USD |
| 10.06.2010 | 10.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.24371604, 1306, Ref.:161104471 | -23,98 | USD |
| 09.06.2010 | 09.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.23449668, 5650, Ref.:160105819 | -211,90 | USD |
| 08.06.2010 | 08.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.23553015, 8691, Ref.:159110161 | -66,57 | USD |
| 08.06.2010 | 08.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.23553015, 8653, Ref.:159110125 | -66,51 | USD |
| 08.06.2010 | 08.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.23553015, 8412, Ref.:159109884 | -234,28 | USD |

UniCredit Tiriac Bank

printat de BITTNER ALEXANDRU

| Data inregistrarii | Data valutei | Detaliile tranzactiei | Valoare Tranz. | Valuta |
|---|---|---|---|---|
| 08.06.2010 | 08.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.23553015, 8402, Ref.:159109870 | -25,43 | USD |
| 08.06.2010 | 08.06.2010 | OTHER AMOUNTS TO PAY, CONT: )0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.23553015, 8352, Ref.:159109751 | -70,64 | USD |
| 08.06.2010 | 08.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.23553015, 8368, Ref.:159109774 | -58,39 | USD |
| 08.06.2010 | 08.06.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.23553015, 7996, Ref.:159109399 | -62,88 | USD |
| 26.05.2010 | 26.05.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.27174565, 9578, Ref.:146112483 | -194,91 | USD |
| 19.05.2010 | 19.05.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.26428253, 8034, Ref.:139106414 | -168,92 | USD |
| 19.05.2010 | 19.05.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.26428253, 8033, Ref.:139106399 | -168,92 | USD |
| 14.05.2010 | 14.05.2010 | BITTNER ALEXANDRU STR.GR.COBALESCU/, CONT: 0310, LA:UNICREDIT TIRIAC BANK SA, FX:3.40200000, RON 34.020,00 @3,402, Ref.:134104631 | 10.000,00 | USD |
| 07.04.2010 | 07.04.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.38605925, 7308, Ref.:97108796 | -2,11 | USD |
| 31.03.2010 | 31.03.2010 | Int.Appl. to 31/03/10 | 2,12 | USD |
| 30.03.2010 | 30.03.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.39879134, 1493, Ref.:89110973 | -2,21 | USD |
| 24.03.2010 | 24.03.2010 | OTHER AMOUNTS TO PAY, CONT: )0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.38702311, 2931, Ref.:83105722 | -783,81 | USD |
| 01.02.2010 | 01.02.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.43979968, 6560, Ref.:32106567 | -188,23 | USD |
| 29.01.2010 | 29.01.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.44827108, 1282, Ref.:29105674 | -36,80 | USD |
| 29.01.2010 | 29.01.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.44827108, | -2.581,04 | USD |

UniCredit Ţiriac Bank

printat de BITTNER ALEXANDRU

| Data inregistrarii | Data valutei | Detaliile tranzactiei | Valoare Tranz. | Valuta |
|---|---|---|---|---|
| | | 1277, Ref.:29105685 | | |
| 29.01.2010 | 29.01.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.44827108, 1288, Ref.:29105680 | -64,36 | USD |
| 29.01.2010 | 29.01.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.44827108, 1286, Ref.:29105695 | -213,65 | USD |
| 29.01.2010 | 29.01.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.44827108, 1287, Ref.:29105698 | -70,73 | USD |
| 28.01.2010 | 28.01.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.45214521, 6235, Ref.:28105452 | -81,77 | USD |
| 28.01.2010 | 28.01.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.45214521, 6226, Ref.:28105447 | -131,70 | USD |
| 27.01.2010 | 27.01.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.45570062, 1385, Ref.:27106199 | -36,15 | USD |
| 27.01.2010 | 27.01.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.45570062, 1375, Ref.:27106182 | -60,48 | USD |
| 27.01.2010 | 27.01.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.45570062, 1377, Ref.:27106186 | -31,36 | USD |
| 26.01.2010 | 26.01.2010 | PAYMENT FEE 0026112456 | -214,65 | USD |
| 26.01.2010 | 26.01.2010 | BITTNER CHRISTINE ., CONT: 6081, LA:BANK OF AMERICA, N.A., TRANSFER FIICA CONF GIFT LETTER DIN 2010, Ref.:26112456 | -100.000,00 | USD |
| 26.01.2010 | 26.01.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.45891365, 4994, Ref.:26110566 | -455,76 | USD |
| 26.01.2010 | 26.01.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.45891365, 4995, Ref.:26110553 | -202,56 | USD |
| 26.01.2010 | 26.01.2010 | OTHER AMOUNTS TO PAY, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.45891365, 4775, Ref.:26110353 | -84,31 | USD |
| 26.01.2010 | 26.01.2010 | Card Transaction, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.35938544, 5044, Ref.:26110631 | 238,10 | USD |
| 26.01.2010 | 26.01.2010 | Card Transaction, CONT: 0321, LA:UNICREDIT TIRIAC BANK SA, FX:1.35938544, | 78,56 | USD |