Royal Bank of Canada (Suisse) SA

| | | | | | |
|---|---|---|---|---|---|
| CLIENT | : | 4264 | | GENEVA. | : 30/04/2004 |
| ACCOUNT NUMBER | : | 4264/000100-USD | STATEMENT OF ACCOUNT | ACCOUNT MANAGER | : 106 |
| TYPE OF ACCOUNT | : | ORDINAIRE | | TELEPHONE | : (41-22) 819 42 42 |

| DATE | REF. | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| | | BALANCE AS AT : 31/03/2004 | | | 1611.74 | 1611.74 |
| 20/04/04 | 1909929 | REDUCTION FID.DEP. 1957971 | 22/04 | | 84850.00 | |
| 21/04/04 | 1859671 | TRANSFER AS PER YOUR INSTRUCTIONS | 22/04 | 86000.00 | | 2399572.51 O |
| 21/04/04 | 1859764 | TRANSFER TO ALPHA BANK LIMITED, LIMASSOL/CYPRUS FAVOUR OF MR. ITSHAK RASIN | 22/04 | 2400034.25 | | 1302572.51 O |
| 21/04/04 | 1910022 | REDEMP.FIDUCIARY DEP 1957971 | 23/04 | | 1097000.00 | 427.49 |
| 22/04/04 | 1910107 | FIXED TERM LOAN | 22/04 | | 1303000.00 | 427.49 |
| 28/04/04 | 1910458 | INT.PAYMT FID.DEP. 1957971 | 30/04 | | 302.10 | |
| | | | | 2486034.25 | 2486763.84 | |
| | | | | BALANCE IN YOUR FAVOUR | | 729.59 |

E.& O.E.   This statement is considered as approved if possible objections have not reached us within one month.   PAGE 1



DOJ 001872 — GOVERNMENT EXHIBIT 25

| | | | | Royal Bank of Canada (Suisse) SA | |
|---|---|---|---|---|---|
| IBAN | | 010 0 | | | |
| CLIENT | 1264 | | | GENEVA, | 31/07/2006 |
| ACCOUNT NUMBER | 4264/000100-USD | **STATEMENT OF ACCOUNT** | | ACCOUNT MANAGER | 106 |
| TYPE OF ACCOUNT | ORDINAIRE | | | TELEPHONE | (41-22) 819 42 42 |

| DATE | REF | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| | | BALANCE AS AT : 30/06/2006 | | | 6195.12 | 6195.12 |
| 27/07/06 | 1956534 | INT.PAYMT FID.DEP. 1957977 | 31/07 | | 1177.75 | 7372.87 |
| 28/07/06 | 1821746 | TRANSFER AS PER YOUR INSTRUCTIONS | 28/07 | 370.00 | | |
| 28/07/06 | 1821747 | TRANSFER AS PER YOUR INSTRUCTIONS | 28/07 | 360.00 | | |
| | | | | 730.00 | 7372.87 | |
| | | | | BALANCE IN YOUR FAVOUR | | 6642.87 |

E.& O.E.     This statement is considered as approved if possible objections have not reached us within one month.     PAGE 1

DOJ 001873

2007 - #

DOJ 001874

| | | | | | | |
|---|---|---|---|---|---|---|
| IBAN | | 010 0 | | | | |
| CLIENT | 4264 | | | Royal Bank of Canada (Suisse) SA | | |
| ACCOUNT NUMBER | 4264/000100-USD | **STATEMENT OF ACCOUNT** | | GENEVA, | 31/01/2007 | |
| TYPE OF ACCOUNT | ORDINAIRE | | | ACCOUNT MANAGER | 106 | |
| | | | | TELEPHONE | (41-22) 819 42 42 | |

| DATE | REF | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| | | BALANCE AS AT   31/12/2006 | | | 547.60 | 547.60 |
| 25/01/07 | 1834399 | TRANSFER AS PER YOUR INSTRUCTIONS | 25/01 | 524.01 | | |
| | | | | 524.01 | 547.60 | |
| | | | | BALANCE IN YOUR FAVOUR | | 23.59 |

E. & O.E.    This statement is considered as approved if possible objections have not reached us within one month.    PAGE  1

DOJ 001875

| | | | | | |
|---|---|---|---|---|---|
| IBAN | : | 1010 0 | | **Royal Bank of Canada (Suisse) SA** | |
| CLIENT | : | 4264 | | GENEVA. | 31/07/2007 |
| ACCOUNT NUMBER | : | 4264/000100-USD | **STATEMENT OF ACCOUNT** | ACCOUNT MANAGER : 106 | |
| TYPE OF ACCOUNT | : | ORDINAIRE | | TELEPHONE : (41-22) 819 42 42 | |

| DATE | REF | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| | | BALANCE AS AT : 30/06/2007 | | | 1,53 | 1,53 |
| | | | | 0,00 | 1,53 | |
| | | BALANCE IN YOUR FAVOUR | | | | 1,53 |

E.& O.E.   This statement is considered as approved if possible objections have not reached us within one month.   PAGE 1

2008 — $

DOJ 001876

| | | | | | | |
|---|---|---|---|---|---|---|
| IBAN | : | 0010 0 | | Royal Bank of Canada (Suisse) SA | | |
| CLIENT | : | 4264 | **STATEMENT OF ACCOUNT** | GENEVA, | 31/01/2008 | |
| ACCOUNT NUMBER | : | 4264/000100-USD | | ACCOUNT MANAGER | 106 | |
| TYPE OF ACCOUNT | : | ORDINAIRE | | TELEPHONE | : (41-22) 819 42 42 | |

| DATE | REF. | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| | | BALANCE AS AT . 31/12/2007 | | | 0,00 | 0,00 |
| 16/01/08 | 9992406 | MINIMUM COMMISSION F Amount CHF 593,15 | 23/01 | 552,80 | | 552,80 D |
| 28/01/08 | 9938636 | TO COVER THE DEBIT B | 28/01 | | 552,80 | |
| | | | | 552,80 | 552,80 | |
| | | | | BALANCE IN YOUR FAVOUR | | 0,00 |

E.& O.E.   This statement is considered as approved if possible objections have not reached us within one month.   PAGE 1

DOJ 001877

| | | | | | | |
|---|---|---|---|---|---|---|
| IBAN | | 010 0 | | **Royal Bank of Canada (Suisse) SA** | | |
| CLIENT | | 4264 | | GENEVA, | | 30/09/2008 |
| ACCOUNT NUMBER | | 4264/000100-USD | **STATEMENT OF ACCOUNT** | ACCOUNT MANAGER | | 106 |
| TYPE OF ACCOUNT | | ORDINAIRE | | TELEPHONE | | (41-22) 819 42 42 |

| DATE | REF | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| | | BALANCE AS AT : 30/06/2008 | | | 0.00 | 0.00 |
| 18/09/08 | 9980269 | ADMINISTRATIVE FEES Amount CHF 28.05 | 30/09 | 25.76 | | 25.76 D |
| 22/09/08 | 9939933 | TO COVER THE DEBIT B | 24/09 | | 109.99 | |

| | | | | | 25.76 | 109.99 | |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE IN YOUR FAVOUR | | | 84.23 |

E. & O.E.   This statement is considered as approved if possible objections have not reached us within one month.   PAGE   1

2009-USD

DOJ 001878

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IBAN | | 1010 0 | | Royal Bank of Canada (Suisse) SA | | | |
| CLIENT | | 4264 | | GENEVA, | | 31/01/2009 | |
| ACCOUNT NUMBER | | 4264/000100-USD | STATEMENT OF ACCOUNT | ACCOUNT MANAGER | : | 106 | |
| TYPE OF ACCOUNT | | ORDINAIRE | | TELEPHONE | | (41-22) 819 42 42 | |

| DATE | REF. | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| | | BALANCE AS AT : 31/12/2008 | | | 0.00 | 0.00 |
| 15/01/09 | 9960533 | MINIMUM COMMISSION F Amount CHF 2'550.20 | 22/01 | 2318.36 | | 2318.36 D |
| 16/01/09 | 9940535 | TO COVER THE DEBIT B | 20/01 | | 2318.36 | |
| | | | | 2318.36 | 2318.36 | |
| | | | | BALANCE IN YOUR FAVOUR | | 0.00 |

E.& O.E.   This statement is considered as approved if possible objections have not reached us within one month.   PAGE 1

```
IBAN                       010 0                                                    Royal Bank of Canada (Suisse) SA
CLIENT              : .4264                                                         GENEVA.              : 30/09/2009
ACCOUNT NUMBER      :  4264/000100-USD    STATEMENT OF ACCOUNT                      ACCOUNT MANAGER      : 106
TYPE OF ACCOUNT     :  ORDINAIRE                                                    TELEPHONE            : (41-22) 819 42 42
```

| DATE | REF. | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| | | BALANCE AS AT : 30/06/2009 | | | 0.00 | 0.00 |
| 16/09/09 | 9990475 | ADMINISTRATIVE FEES Amount CHF 15.25 | 30/09 | 14.97 | | 14.97 D |
| 17/09/09 | 9941654 | TO COVER THE DEBIT B | 21/09 | | 14.97 | |
| | | | | 14.97 | 14.97 | |
| | | | | BALANCE IN YOUR FAVOUR | | 0.00 |

E & O.E.    This statement is considered as approved if possible objections have not reached us within one month.    PAGE 1

DOJ 001879

2010 -#

**RBC Wealth Management**

| | | | |
|---|---|---|---|
| IBAN | 0010 0 | | Royal Bank of Canada (Suisse) SA |
| CLIENT | 44284 | STATEMENT OF ACCOUNT | DATE OF EXTRACT 31/12/2010 |
| TYPE OF ACCOUNT | ORDINARY | | |

| DATE | REF | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 23/06/10 | 9994508 | ADMINISTRATIVE FEES Amount CHF 101.90 | 30/06 | 93.40 | | 93.40 D |
| 24/06/10 | 9943040 | TO COVER THE DEBIT B | 28/06 | | 93.40 | 0.00 |
| 30/06/10 | 9997955 | DEBIT INTERESTS | 30/06 | 7.65 | | 7.65 D |

E.&O.E.   This statement is considered as approved if possible objections have not reached us within one month.

DOJ 001880

DOJ 001881

**RBC Wealth Management**

| IBAN | | 016 0 | | | Royal Bank of Canada (Suisse) SA | |
|---|---|---|---|---|---|---|
| CLIENT | 14264 | | STATEMENT OF ACCOUNT | DATE OF EXTRACT | 31/12/2010 | |
| TYPE OF ACCOUNT | ORDINARY | | | | 10s | |

| DATE | REF | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 15/12/10 | 1720933 | QUATERLY HOLD MAIL F HOLD MAIL FEES | 31/12 | 131.86 | | |
| 15/12/10 | 9982161 | ADMINISTRATIVE FEES Amount CHF 61,00 | 31/12 | 64.35 | | 196.21 O |
| 16/12/10 | 9943867 | TO COVER THE DEBIT B | 20/12 | | 196.21 | 0.00 |

E.&O.E.   This statement is considered as approved if possible objections have not reached us within one month.

**RBC Wealth Management®**

DOJ 001882

| | | |
|---|---|---|
| IBAN | 010 0 | **Royal Bank of Canada (Suisse) SA** |
| CLIENT  4264 | | GENEVA.    31/07/2011 |
| TYPE OF ACCOUNT   ORDINAIRE | | TELEPHONE   (41-22) 819 42 42 |

| DATE | REF. | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| | | BALANCE AS AT : 30/06/2011 | | 10123.57 | | 10123.57 D |
| | | | | 10123.57 | 0.00 | |
| | | | | BALANCE IN OUR FAVOUR | | 10123.57 |

E.& O.E.   This statement is considered as approved if possible objections have not reached us within one month.   PAGE 1