Batch 1 Page 0856

2010 - #

## RBC Wealth Management

**IBAN** N010 0
**CLIENT** 14264
**TYPE OF ACCOUNT** ORDINARY

STATEMENT OF ACCOUNT

Royal Bank of Canada (Suisse) SA
**DATE OF EXTRACT** 31/12/2010

| DATE | REF | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| | | BALANCE AS AT 31/12/2009 | | | 0.00 | 0.00 |
| 14/01/10 | 9970383 | MINIMUM COMMISSION F Amount CHF 3'237.65 | 21/01 | 3227.97 | | 3227.97 D |
| 15/01/10 | 9942253 | TO COVER THE DEBIT 3 | 19/01 | | 3227.97 | 0.00 |
| 18/03/10 | 9978177 | ADMINISTRATIVE FEES Amount CHF 11.95 | 31/03 | 11.45 | | 11.45 D |
| 19/03/10 | 9942597 | TO COVER THE DEBIT B | 23/03 | | 11.45 | 0.00 |
| 13/04/10 | 1845192 | TRANSFER TO SMARINVEST INTL ACCOUNT NR 99-42 | 13/04 | 50043.00 | | 50043.00 D |
| 13/04/10 | 1947838 | SPOT FX SALE | 15/04 | | 50043.00 | 0.00 |
| 23/06/10 | 9994505 | ADMINISTRATIVE FEES Amount CHF 101.90 | 30/06 | 93.40 | | 93.40 D |
| 24/06/10 | 9943040 | TO COVER THE DEBIT B | 28/06 | | 93.40 | 0.00 |
| 30/06/10 | 9997956 | DEBIT INTERESTS | 30/06 | 7.65 | | 7.65 D |
| 19/07/10 | 9943292 | TO COVER THE DEBIT B | 21/07 | | 7.65 | 0.00 |
| 22/09/10 | 9968348 | QUATERLY HOLD MAIL F HOLD MAIL FEES FOR YEAR 2010 | 01/10 | 461.07 | | 461.07 D |
| 23/09/10 | 9943493 | TO COVER THE DEBIT B | 27/09 | | 461.07 | 0.00 |
| 23/09/10 | 9970030 | ADMINISTRATIVE FEES Amount CHF 103.25 | 30/09 | 105.90 | | 105.90 D |
| 24/09/10 | 9943546 | TO COVER THE DEBIT B | 28/09 | | 105.90 | 0.00 |
| 15/12/10 | 1720933 | QUATERLY HOLD MAIL F HOLD MAIL FEES | 31/12 | 131.86 | | |
| 15/12/10 | 9982151 | ADMINISTRATIVE FEES Amount CHF 61.00 | 31/12 | 64.35 | | 196.21 D |
| 16/12/10 | 9943847 | TO COVER THE DEBIT B | 20/12 | | 196.21 | 0.00 |

54146.65   54146.65

BALANCE IN YOUR FAVOUR   0.00

E.& O.E   This statement is considered as approved if possible objections have not reached us within one month.   PAGE 1



GOVERNMENT EXHIBIT 27
PENGAD 800-631-6989
DOJ 004233

2010 - #



RBC Wealth Management®

IBAN                                  010 0                                                         Royal Bank of Canada (Suisse) SA
CLIENT              14264                                                                           DATE OF EXTRACT        31/12/2010
TYPE OF ACCOUNT     ORDINARY          STATEMENT OF ACCOUNT                                          Account Sheet          ...

| DATE | REF | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
|  |  | BALANCE AS AT    31/12/2009 |  |  | 0.00 | 0.00 |
| 14/01/10 | 9970383 | MINIMUM COMMISSION F Amount CHF 3'227.65 | 21/01 | 3227.97 |  | 3227.97 D |
| 15/01/10 | 9942253 | TO COVER THE DEBIT S | 19/01 |  | 3227.97 | 0.00 |
| 18/03/10 | 9978177 | ADMINISTRATIVE FEES Amount CHF 11.45 | 31/03 | 11.45 |  | 11.45 D |
| 19/03/10 | 9942597 | TO COVER THE DEBIT B | 23/03 |  | 11.45 | 0.00 |
| 13/04/10 | 1845192 | TRANSFER TO SHARINVEST INTL ACCOUNT NR  199-42 | 13/04 | 50043.00 |  | 50043.00 D |
| 13/04/10 | 1947838 | SPOT FX SALE | 15/04 |  | 50043.00 | 0.00 |
| 23/06/10 | 9994505 | ADMINISTRATIVE FEES Amount CHF 101.90 | 30/06 | 93.40 |  | 93.40 D |
| 24/06/10 | 9943040 | TO COVER THE DEBIT B | 28/06 |  | 93.40 | 0.00 |
| 30/06/10 | 9997955 | DEBIT INTERESTS | 30/06 | 7.65 |  | 7.65 D |
| 19/07/10 | 9943292 | TO COVER THE DEBIT B | 21/07 |  | 7.65 | 0.00 |
| 22/09/10 | 9968348 | QUATERLY HOLD MAIL F HOLD MAIL FEES FOR YEAR 2010 | 01/10 | 461.07 |  | 461.07 D |
| 23/09/10 | 9943493 | TO COVER THE DEBIT B | 27/09 |  | 461.07 | 0.00 |
| 23/09/10 | 9970030 | ADMINISTRATIVE FEES Amount CHF 103.25 | 30/09 | 105.90 |  | 105.90 D |
| 24/09/10 | 9943548 | TO COVER THE DEBIT B | 28/09 |  | 105.90 | 0.00 |
| 15/12/10 | 1720933 | QUATERLY HOLD MAIL F HOLD MAIL FEES | 31/12 | 131.86 |  |  |
| 15/12/10 | 9982151 | ADMINISTRATIVE FEES Amount CHF 61.00 | 31/12 | 64.35 |  | 196.21 D |
| 16/12/10 | 9943647 | TO COVER THE DEBIT B | 20/12 |  | 196.21 | 0.00 |
|  |  |  |  | 54146.65 | 54146.65 |  |
|  |  |  |  | BALANCE IN YOUR FAVOUR |  | 0.00 |

E.& O.E        This statement is considered as approved if possible objections have not reached us within one month.                    PAGE   1

Batch 1 - Page 0857

2010 - 6

**RBC Wealth Management**

Royal Bank of Canada (Suisse) SA

| IBAN | | 1070 0 | | | | |
|---|---|---|---|---|---|---|
| CLIENT | | ...1264 | | DATE OF EXTRACT | | 31/12/2010 |
| TYPE OF ACCOUNT | | 10...21...... ORDINARY | STATEMENT OF ACCOUNT | ACCOUNT MANAGER | | 106 |

| DATE | REF | TEXT | | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | BALANCE AS AT : 31/12/2009 | | | | 10797.88 | 10797.88 |
| 15/01/10 | 9942253 | TO COVER THE DEBIT B USD | | 19/01 | 2264.94 | | 8532.94 |
| 19/03/10 | 9942597 | TO COVER THE DEBIT B USD | | 23/03 | 8.48 | | 8524.46 |
| 30/03/10 | 1844023 | DEPOSIT/PAYMT RECO BY ORDER OF ELVROGEST SA FROM BCC GENEVA | | 29/03 | | 79778.60 | 88303.06 |
| 13/04/10 | 1947638 | SPOT FX SALE | | 15/04 | 37134.38 | | |
| 15/04/10 | 1845481 | TRANSFER TO SHAREINVEST INTL ACCOUNT 99-42 | | 15/04 | 22296.72 | | 28771.96 |
| 26/04/10 | 15839 | DEPOSIT/PAYMT RECO GLOBAL RE LTD. /2586 | | 26/04 | | 650000.00 | 678771.96 |
| 29/04/10 | 1846872 | TRANSFER TO MS CHRISTINE BITTNER ACCOUNT 10813 | | 29/04 | 15359.94 | | 663412.02 |
| 30/04/10 | 1847070 | TRANSFER TO MR. EMIL WELL COBAR ACCOUNT 3502 | | 30/04 | 400032.00 | | |
| 30/04/10 | 1847074 | TRANSFER TO ALEXANDRU BITTNER ACCOUNT I 0320 | | 30/04 | 200032.00 | | 63348.02 |
| 07/05/10 | 16015 | DEPOSIT/PAYMT RECO GLOBAL RE LTD. /2586 | | 07/05 | | 230000.00 | |
| 07/05/10 | 1847649 | TRANSFER TO MR ALEXANDRU BITTNER IBAN 10320 | | 07/05 | 200032.00 | | |
| 10/05/10 | 1847688 | CHARGES -N- CONCERNING THE TRANSFER /849 | | 07/05 | 50.00 | | |
| 11/05/10 | 1847840 | CHARGES -R- CONCERNING THE TRANSFER 7649 | | 07/05 | 50.00 | | 93216.02 |
| 18/05/10 | 16132 | DEPOSIT/PAYMT RECO GLOBAL RE LTD. CH/CLLECH22/ /2586 | | 18/05 | | 700000.00 | 793216.02 |
| 19/05/10 | 1848548 | TRANSFER AS PER YOUR INSTRUCTIONS | | 19/05 | 300000.00 | | 493216.02 |
| 19/05/10 | 1848557 | TRANSFER TO EMIL WELL-COBAR ACCOUNT / 13586 | | 20/05 | 400033.00 | | |
| 21/05/10 | 1848757 | CHARGES -R- CONCERNING YOUR TRANSFER 8557 | | 20/05 | 50.00 | | 93133.02 |
| 02/06/10 | 16380 | DEPOSIT/PAYMT RECO GLOBAL RE LTD. CH/CLLECH22/ /2586 | | 02/06 | | 230000.00 | |
| 02/06/10 | 1849867 | TRANSFER TO ALEXANDRU BITTNER R040 BACX ( 0320 | | 02/06 | 185032.00 | | |
| 03/06/10 | 1849903 | CHARGES -N- CONCERNING YOUR TRANSFER 9867 | | 02/06 | 50.00 | | 138051.02 |
| 03/06/10 | 1849925 | TRANSFER TO CHRISTINE BITTNER ACCOUNT 0813 | | 03/06 | 16476.08 | | 121574.94 |
| | | | | | 1779001.14 | 1900576.48 | |

TO BE CARRIED FORWARD  121574.94

E.& O.E.  This statement is considered as approved if possible objections have not reached us within one month.   PAGE  1

DOJ 004234

2010 - 6

**RBC Wealth Management**

IBAN ......... 1070 0

CLIENT  A. ... ...  4264  
10... ... ...  
TYPE OF ACCOUNT  ORDINARY

**STATEMENT OF ACCOUNT**

Royal Bank of Canada (Suisse) SA  
DATE OF EXTRACT    31/12/2010  
ACCOUNT MANAGER    104

| DATE | REF | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| | | BALANCE AS AT : 31/12/2009 | | | | |
| 15/01/10 | 9942253 | TO COVER THE DEBIT B USD | | | 10797.88 | 10797.88 |
| 29/03/10 | 9942597 | TO COVER THE DEBIT B USD | 19/01 | 2264.94 | | |
| 30/03/10 | 1844023 | DEPOSIT/PAYMT RECD BY ORDER OF ELVROGEST SA FROM BCC GENEVA | 23/03 | 8.48 | | 8532.94 |
| 13/04/10 | 1947630 | SPOT FX SALE | 29/03 | | | 8524.46 |
| 15/04/10 | 1845481 | TRANSFER TO SHAREINVEST INTL ACCOUNT  199-42 | 15/04 | | 79778.60 | 88303.06 |
| 26/04/10 | 15839 | DEPOSIT/PAYMT RECD GLOBAL RE LTD. CH/CLLECHZ | 15/04 | 37234.38 | | |
| 29/04/10 | 1846872 | TRANSFER TO MS CHRISTINE BITTNER ACCOUNT  0813 | 15/04 | 22296.72 | | 28771.96 |
| 30/04/10 | 1847070 | TRANSFER TO MR. EMIL NELL COBAR ACCOUNT  3502 | 26/04 | | 650000.00 | 678771.96 |
| 30/04/10 | 1847074 | TRANSFER TO ALEXANDRU BITTNER ACCOUNT | 29/04 | 15359.94 | | 663412.02 |
| 07/05/10 | 16015 | DEPOSIT/PAYMT RECD GLOBAL RE LTD. ( 80320 | 30/04 | 400032.00 | | |
| 07/05/10 | 1847849 | TRANSFER TO MR ALEXANDRU BITTNER IBAN  52586 | 30/04 | 200032.00 | | 63348.02 |
| 10/05/10 | 1847888 | CHARGES -M- CONCERNING THE TRANSFER  10320 | 07/05 | | 230000.00 | |
| 11/05/10 | 1847840 | CHARGES -M- CONCERNING THE TRANSFER  7849 | 07/05 | 200032.00 | | |
| 18/05/10 | 16132 | DEPOSIT/PAYMT RECD GLOBAL RE LTD. | 07/05 | 50.00 | | |
| 19/05/10 | 1848548 | TRANSFER AS PER YOUR INSTRUCTIONS  12586 | 07/05 | 50.00 | | |
| 19/05/10 | 1848557 | TRANSFER TO EMIL NELL-COBAR ACCOUNT  3586 | 18/05 | | | 93216.02 |
| 21/05/10 | 1848757 | CHARGES -M- CONCERNING YOUR TRANSFER  8557 | 19/05 | 300000.00 | 700000.00 | 793216.02 |
| 02/06/10 | 16380 | DEPOSIT/PAYMT RECD GLOBAL RE LTD. ( | 20/05 | 400033.00 | | 493216.02 |
| 02/06/10 | 1849867 | TRANSFER TO ALEXANDRU BITTNER R040 BACK  2586 | 20/05 | 50.00 | | |
| 03/06/10 | 1849903 | CHARGES -M- CONCERNING YOUR TRANSFER  9867 | 02/06 | | 230000.00 | 93133.02 |
| 03/06/10 | 1849925 | TRANSFER TO CHRISTINE BITTNER ACCOUNT  0813 | 02/06 | 185032.00 | | |
| | | | 02/06 | 50.00 | | 138051.02 |
| | | | 03/06 | 16476.08 | | 121574.94 |
| | | | | 1779001.54 | 1900576.48 | |
| | | TO BE CARRIED FORWARD | | | | 121574.94 |

E.&O.E.  This statement is considered as approved if possible objections have not reached us within one month.

PAGE  1

Batch 1  Page 0858

**RBC** RBC Wealth Management*

IBAN                                  070 0
CLIENT                 4264                                                    Royal Bank of Canada (Suisse) SA
                                                  STATEMENT OF ACCOUNT          DATE OF EXTRACT         31/12/2010
TYPE OF ACCOUNT        ORDINARY                                                  ACCOUNT MANAGER

| DATE | REF | TEXT | | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | CARRIED FORWARD | | | 1779001.54 | 1900576.48 | 121574.94 |
| 07/06/10 | 1850064 | CHARGES -N- CONCERNING YOUR TRANSFER 1849867 | | 02/06 | 50.00 | | 121524.94 |
| 24/06/13 | 9943040 | TO COVER THE DEBIT B USD | | 28/06 | 76.60 | | 121448.34 |
| 19/07/10 | 1853682 | TRANSFER AS PER YOUR INSTRUCTIONS | | 19/07 | 30000.00 | | 91448.34 |
| 19/07/10 | 9943292 | TO COVER THE DEBIT B USD | | 21/07 | 6.02 | | 91442.32 |
| 03/08/10 | 1855018 | TRANSFER TO MS CHRISTINE BITTNER ACCOUNT | 10813 | 03/08 | 15425.22 | | 76017.10 |
| 09/08/10 | 1855519 | TRANSFER TO MS CHRISTINE BITTNER ACCOUNT | 0813 | 09/08 | 22078.24 | | 53138.86 |
| 23/09/10 | 9943493 | TO COVER THE DEBIT B USD | | 27/09 | 348.64 | | 52790.22 |
| 24/09/10 | 1859595 | TRANSFER AS PER YOUR INSTRUCTIONS | | 24/09 | 344.40 | | 52445.82 |
| 24/09/10 | 9943546 | TO COVER THE DEBIT B USD | | 28/09 | 80.30 | | 52365.52 |
| 06/12/10 | 1866131 | TRANSFER TO CONSULTANT CENTER CORP IBAR | 9461 | 06/12 | 763.96 | | 51601.56 |
| 16/12/10 | 9943867 | TO COVER THE DEBIT B USD | | 20/12 | 149.11 | | 51452.45 |
| 28/12/10 | 1868320 | TRANSFER TO COMATRANS SA ACCOUNT | 0010 | 28/12 | 1036.00 | | |
| 29/12/10 | 1868402 | CHARGES -N- CONCERNING THE TRANSFE 18320 | | 28/12 | 3.50 | | 50412.95 |

                                                                      1850163.53      1900576.48
                                                            BALANCE IN YOUR FAVOUR           50412.95

E.& O.E.    This statement is considered as approved if possible objections have not reached us within one month.           PAGE  2

DOJ 004235



**RBC Wealth Management**

**Royal Bank of Canada (Suisse) SA**

IBAN ... 370 0
CLIENT 14264
TYPE OF ACCOUNT  ORDINARY

**STATEMENT OF ACCOUNT**

DATE OF EXTRACT 31/12/2010

| DATE | REF | TEXT | | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|
| | | CARRIED FORWARD | | | 1779001.54 | 1900576.48 | 121574.94 |
| 07/06/10 | 1850064 | CHARGES -M- CONCERNING YOUR TRANSFER | 49867 | 02/06 | 50.00 | | 121524.94 |
| 24/06/13 | 9943040 | TO COVER THE DEBIT B USD | | 28/06 | 76.60 | | 121448.34 |
| 19/07/10 | 1853682 | TRANSFER AS PER YOUR INSTRUCTIONS | | 19/07 | 30000.00 | | 91448.34 |
| 19/07/10 | 9942292 | TO COVER THE DEBIT B USD | | 21/07 | 6.02 | | 91442.32 |
| 03/08/10 | 1855018 | TRANSFER TO MS CHRISTINE BITTNER ACCOUNT | 0813 | 03/08 | 15425.22 | | 76017.10 |
| 09/08/10 | 1855519 | TRANSFER TO MS CHRISTINE BITTNER ACCOUNT | 0813 | 09/08 | 22078.24 | | 53138.86 |
| 23/09/10 | 9943493 | TO COVER THE DEBIT B USD | | 27/09 | 348.64 | | 52790.22 |
| 24/09/10 | 1859595 | TRANSFER AS PER YOUR INSTRUCTIONS | | 24/09 | 344.40 | | 52445.82 |
| 24/09/10 | 9943546 | TO COVER THE DEBIT B USD | | 28/09 | 80.30 | | 52365.52 |
| 06/12/10 | 1866131 | TRANSFER TO CONSULTANT CENTER CORP IBAN C | 9461 | 06/12 | 763.96 | | 51601.56 |
| 16/12/10 | 9943867 | TO COVER THE DEBIT B USD | | 20/12 | 149.11 | | 51452.45 |
| 28/12/10 | 1868320 | TRANSFER TO COMATRANS SA ACCOUNT | 0010 | 28/12 | 1036.00 | | |
| 29/12/10 | 1868402 | CHARGES -M- CONCERNING THE TRANSFER | 8320 | 28/12 | 3.50 | | 50412.95 |

| | | | | | 1850163.53 | 1900576.48 | |

BALANCE IN YOUR FAVOUR  50412.95

E.&O.E.   This statement is considered as approved if possible objections have not reached us within one month.

PAGE 2