conturi-banci

*Handwritten headers above table:* BANK NAME | ADRESS | ACCOUNT | CURRENCY | PERIOD

| | BANCA/SUCURSALA | ADRESA | CONT | VALUTA | PERIOADA |
|---|---|---|---|---|---|
| 1 | BANCA AGRICOLA SUC.MUNIC.BUCURESTI | STR.SMARDAN,NR.3,SECTOR 3 COD 70006,BUCURESTI | '0000 | LEI | 1993-1997 |
| | | | ?7200 | LEI | 1998-iun.1999 |
| | | | 2300 | USD | 1998-iun.1999 |
| | | | 2301 | MARCI RFG | 1998-iun.1999 |
| | | | 7200 | LEI | iun.99-2001 |
| | | | 7260 | USD | iun.99-2001 |
| 2 | RAIFFEISEN BANK SUC.MUNIC.BUCURESTI | CALEA VICTORIEI NR.155,BL.D1 SECTOR 1,BUCURESTI | 7873 | LEI | 2002-aug.2004 |
| | | | 7874 | USD | 2002-aug.2004 |
| | | | 7873 | LEI | sep.2004-2011 |
| | | | 7874 | USD | sep.2004-2011 |
| 3 | BANCA DE CREDIT INDUS- TRIAL SI COMERCIAL SUC.DOAMNEI | STR.DOAMNEI,NR.17-19, SECTOR 3, 030052,BUCURESTI | 4252 | LEI | 1996-aug.2000 |
| | | | 4252 | USD | 1996-aug.2000 |
| 4 | FINANSBANK SUC.MUNIC.BUCURESTI | STR.DOAMNEI,NR.17-19, SECTOR 3, 030052,BUCURESTI | ?ROL1 | LEI | sep.2000-2004 |
| | SUC.DOAMNEI | | 2784 | LEI | sep.2000-2004 |
| 5 | ROBANK SUC.DOROBANTI | CALEA DOROBANTI,NR.111-113 SECTOR 1,010562,BUCURESTI | !58ROL.01/1300 | LEI | 2000-aug.2004 |
| | | | 19858USD.01/1300 | USD | 2000-aug.2004 |
| | | | ?001 | LEI | sep.2004-2005 |

*Handwritten notes at right:*
- LEI (ROMANIAN CURRENCY)
- LEI
- $ GERMAN MARKS

page 2 of 3

GOVERNMENT EXHIBIT 30
PENGAD 800-631-6989
DOJ 000726
BECKLEY-001189

conturi-banci

| | | | | |
|---|---|---|---|---|
| | | .9858US01 | USD sep.2004-2005 | |
| 6 BANK-AUSTRIA CREDITANSTALT SUC.CASA STEGA | STR.GIGORE MORA,NR.37 SECTOR 1,BUCURESTI | 0310 0020 | LEI 2000-aug.2001 USD 2000-aug.2001 | |
| 7 HVB-BANK ROMANIA SUC.CASA STEGA | STR.GIGORE MORA,NR.37 SECTOR 1,BUCURESTI | 0310 0020 0320 | LEI sep.01-aug.04 USD sep.01-aug.04 EUR sep.01-aug.04 | |
| | | 0310 0020 0320 | LEI sep.04-dec.06 USD sep.04-dec.06 EUR sep.04-dec.06 | |
| 8 HVB-TIRIAC BANK SUC.CHARLES DU GAULLE | PIATA CHARLES DU GAULLE NR.15,SECTOR 1,BUCURESTI | 0310 0020 0320 | LEI Ian.07-Iun.07 USD Ian.07-Iun.07 EUR Ian.07-Iun.07 | |
| 9 UNICREDIT TIRIAC BANK SUC.CHARLES DU GAULLE | PIATA CHARLES DU GAULLE NR.15,SECTOR 1,BUCURESTI | 0310 0020 0320 | LEI Iul.07-2011 USD Iul.07-2011 EUR Iul.07-2011 | |
| 10 PIRAEUS BANK SUC.DOCTOR FELIX | SOS.NICOLAE TITULESCU, NR.29-31,SECTOR 1,BUCURESTI | 1000 2000 3000 | LEI USD EUR | 2011 2011 2011 |

DOJ 000727

BECKLEY-001190