*Handwritten column headers:* REAL ESTATE | SHARES | BANK | OTHER
ADDRESS | COST | SELL PRICE USD | COMPANY NAME | SELL PRICE | sintetic | income

| | IMOBILUL | IMOBILE COST | VANZARE | CESIUNI FIRMA | ACTIUNI PRET | BANCA | ALTE VENITURI |
|---|---|---|---|---|---|---|---|
| | | 1 | 2 | | 3 | 4 | 5 |
| 1990 | COTROCENI1+2 | 6,547 | | | | 27,000 | 47,000 |
| 1991 | COTROCENI3+4 | 3,623 | | | | 42,000 | 38,600 |
| 1992 | | | | | | 40,300 | 46,700 |
| 1993 | | | | | | 60,200 | 125,300 |
| 1994 | | | | CAR (BA) | 132,179 | 125,000 | 278,300 |
| | | | | CAR (BS) | 653,601 | | |
| 1995 | | | | | | 450,300 | 500,500 |
| 1996 | B1+C1 BL.108A | | 102,389 | | | 375,000 | 611,000 |
| | CAMPINEANU1a | 70,780 | | | | | |
| 1997 | WASHINGTON 2 | 10,467 | | HOTEL CARP. | 213,580 | 525,000 | 747,000 |
| | CAMPINEANU1b | 489,673 | | | | | |
| | ITALIANA 22 | 28,209 | | | | | |
| 1998 | CAMPIN.1a+1b | | 2,154,600 | | | 4,531,524 | 621,000 |
| | CAMPINAENU 2 | 304,660 | 1,038,924 | | | | |
| | COTROCENI(tot) | | 300,000 | | | | |
| | A1 BLOC108A | | 248,000 | | | | |
| | APT.V.POLONI | 20,000 | | | | | |
| | ITALIANA 22 | | 87,650 | | | | |
| 1999 | RABAT | 76,041 | | | | 2,320,000 | 222,000 |
| | APT.TEIUL D-NEI | 12,000 | | | | | |
| 2000 | RABAT | | 181,250 | | | 1,140,000 | 565,300 |
| | POIANA BRASOV | 71,891 | | | | | |
| 2001 | POIANA BRAS.1 | | 16,935 | HOTEL VENET | 164,163 | 880,000 | 427,800 |
| | | | | PIEPTANARI | 491,557 | | |
| 2002 | | | | CTFM | 570,000 | 2,499,963 | 1,970,400 |
| | | | | TOTALNET | 1,203,500 | | |
| | | | | LIPSCA 2000 | 2,987,397 | | |
| | | | | GRI | 1,220,025 | | |
| | | | | COMPREST | 3,292,558 | | |
| 2003 | PICTOR STAHI | 312,527 | | CONCORDIA | 1,672,529 | 4,364,100 | 2,120,300 |
| 2004 | PICTOR STAHI | | 750,000 | | | 1,000,075 | 4,720,000 |

*Handwritten annotation pointing to 1994 row:* → BITTNER ALEXANDER → BITTNER SHERRY


GOVERNMENT EXHIBIT 31

DOJ 002747
Beckley-IRS-Summons-0573

sintetic

|      |                |           |           |           |           |            |            |
|------|----------------|-----------|-----------|-----------|-----------|------------|------------|
|      | ZAMB 15        | 900,000   | 1,350,000 |           |           |            |            |
|      | 2 SNAGOV       | 230,000   | 850,000   |           |           |            |            |
| 2005 |                |           |           |           |           | 1,475,500  | 327,000    |
| 2006 |                |           |           | BURGSTATE | 2,318,650 | 1,872,733  | 432,000    |
| 2007 | POIANA BRAS.2  |           | 133,459   |           |           | 470,278    | 357,000    |
|      | WASHINGTON 2   |           | 69,620    |           |           |            |            |
|      | MOGOSOAIA      |           | 734,156   |           |           |            |            |
| 2008 | APT.V POLONI   |           | 227,525   |           |           | 500,000    | 272,000    |
|      | WASHINGTON25   | 243,765   |           |           |           |            |            |
| 2009 |                |           |           |           |           | 333,333    | 547,000    |
| 2010 |                |           |           |           |           | 659,350    | 375,000    |
| 2011 | APT.TEIUL D-NEI |          | 71,065    | GREENTECH | 96,170    | 996,000    | 675,000    |
|      | MANECIU        | 950,100   | 1,597,634 | GREENFIBER | 872,296  |            |            |
|      | PLAIETU        |           | 1,138,669 |           |           |            |            |
|      | MINION         | 612,300   | 555,393   |           |           |            |            |
|      | WASHINGTON25   |           | 265,580   |           |           |            |            |
|      | TOTAL          | 4,342,583 | 11,872,849 |          | 15,888,205 | 24,687,656 | 16,026,200 |

DOJ 002748

Beckley-IRS-Summons-0574

conturi-banci

*Handwritten header labels:* BANK NAME | ADRESS | ACCOUNT | CURRENCY | PERIOD

| BANCA/SUCURSALA | ADRESA | CONT | VALUTA | PERIOADA |
|---|---|---|---|---|
| 1 BANCA AGRICOLA<br>SUC.MUNIC.BUCURESTI | STR.SMARDAN,NR.3,SECTOR 3<br>COD 70006,BUCURESTI | 0000 | LEI | 1993-1997 |
| | | 7200 | LEI | 1998-Iun.1999 |
| | | 2300 | USD | 1998-Iun.1999 |
| | | 2301 | MARCI RFG | 1998-Iun.1999 |
| | | 7200 | LEI | iun.99-2001 |
| | | 7260 | USD | Iun.99-2001 |
| 2 RAIFFEISEN BANK<br>SUC.MUNIC.BUCURESTI | CALEA VICTORIEI NR.155,BL.D1<br>SECTOR 1,BUCURESTI | 7873 | LEI | 2002-aug.2004 |
| | | 7874 | USD | 2002-aug.2004 |
| | | 7873 | LEI | sep.2004-2011 |
| | | 7874 | USD | sep.2004-2011 |
| 3 BANCA DE CREDIT INDUS-<br>TRIAL SI COMERCIAL<br>SUC.DOAMNEI | STR.DOAMNEI,NR.17-19,<br>SECTOR 3, 030052,BUCURESTI | 4252 | LEI | 1996-aug.2000 |
| | | 4252 | USD | 1996-aug.2000 |
| 4 FINANSBANK<br>SUC.MUNIC.BUCURESTI | STR.DOAMNEI,NR.17-19,<br>SECTOR 3, 030052,BUCURESTI | ROL1 | LEI | sep.2000-2004 |
| SUC.DOAMNEI | | 2784 | LEI | sep.2000-2004 |
| 5 ROBANK<br>SUC.DOROBANTI | CALEA DOROBANTI,NR.111-113<br>SECTOR 1,010562,BUCURESTI | 9858ROL.01/1300 | LEI | 2000-aug.2004 |
| | | 9858USD.01/1300 | USD | 2000-aug.2004 |
| | | IRO01 | LEI | sep.2004-2005 |

*Handwritten annotations at right:*
- LEI (ROMANIAN CURRENCY)
- LEI
- $
- GERMAN MARKS

page 2 of 3

conturi-banci

| | | | | |
|---|---|---|---|---|
| | | 9858US01 | USD sep.2004-2005 | |
| 6 BANK-AUSTRIA CREDITANSTALT SUC.CASA STEGA | STR.GIGORE MORA,NR.37 SECTOR 1,BUCURESTI | 0310 0020 | LEI 2000-aug.2001 USD 2000-aug.2001 | |
| 7 HVB-BANK ROMANIA SUC.CASA STEGA | STR.GIGORE MORA,NR.37 SECTOR 1,BUCURESTI | 0310 0020 I0320 | LEI sep.01-aug.04 USD sep.01-aug.04 EUR sep.01-aug.04 | |
| | | 0310 0020 I0320 | LEI sep.04-dec.06 USD sep.04-dec.06 EUR sep.04-dec.06 | |
| 8 HVB-TIRIAC BANK SUC.CHARLES DU GAULLE | PIATA CHARLES DU GAULLE NR.15,SECTOR 1,BUCURESTI | I0310 0020 I0320 | LEI Ian.07-Iun.07 USD Ian.07-Iun.07 EUR Ian.07-Iun.07 | |
| 9 UNICREDIT TIRIAC BANK SUC.CHARLES DU GAULLE | PIATA CHARLES DU GAULLE NR.15,SECTOR 1,BUCURESTI | 0310 0020 80320 | LEI Iul.07-2011 USD Iul.07-2011 EUR Iul.07-2011 | |
| 10 PIRAEUS BANK SUC.DOCTOR FELIX | SOS.NICOLAE TITULESCU, NR.29-31,SECTOR 1,BUCURESTI | 1000 2000 3000 | LEI USD EUR | 2011 2011 2011 |

**VALUE OF SHARES**

*cesiuni actiuni*

**WHEN BOUGHT** | **VALUE BOUGHT** | **WHEN SOLD** | **VALUE SOLD** | **PROFIT**

CESIUNI DE ACTIUNI EFECTUATE DE BA (USD)

COMPANY — SITUATIA PROFITULUI PENTRU CESIUNI ACTIUNI (USD)

| FIRMA IN CARE ARE LOC CESIUNEA | DATA CESIUNII | COTA (%) CESIONATA | NR.PARTI SOC./ ACTIUNI CESION. | CUMPARATOR | PRET TOTAL CESIUNE (USD) | FIRMA IN CARE ARE LOC CESIUNEA | DATA COST | VALOARE COST | DATA CESIUNE | PRET CESIUNE | PROFIT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CASA DE AJUTOR ROM. | 25.10.1994 | 7.68 | 391 SAFI | | 132,179 BA | CASA DE AJUTOR ROM. | sept.1994 | 226,404 | oct.1995 | 132,179 | -94,225 BA |
| | | 21.39 | 1,089 SAFI | | 653,601 BS | | sept.1994 | 630,939 | oct.1995 | 653,601 | 22,662 BS |
| HOTEL CARPATI TURISM SA | 30.01.1997 | 30.00 | 983 ASTRAL SA | | 213,580 | HOTEL CARPATI TURISM SA | dec.1996 | 60,354 | ian.1997 | 213,580 | 153,226 |
| PIEPTANARI SA | 20.06.2001 | 40.96 | 514,943 M.V.M.PROPRETIES | | 491,557 | PIEPTANARI SA | oct.2000 | 20,986 | iun.2001 | 491,557 | 470,571 |
| HOTEL VENETIA SA | 23.04.2001 | 13.84 | 47,000 LCA SERVICE | | 164,163 | HOTEL VENETIA SA | oct.2000 | 1,915 | apr.2001 | 164,163 | 162,248 |
| CTFM | 16.07.2002 | 24.00 | 240 MACOMB | | 570,000 | CTFM | 1996 | 1,947 | iul.2002 | 570,000 | 568,053 |
| TOTALNET | 22.04.2002 | 33.70 | 337 RDS | | 1,203,500 | TOTALNET | apr.1999 | 1,139 | apr.2002 | 1,203,500 | 1,202,361 |
| CONCORDIA | 24.04.2003 | 83.48 | 58,936 ASIG.ROM. | | 1,672,529 | CONCORDIA | iun.2001 | 203,565 | apr.2003 | 1,672,529 | 1,468,964 |
| LIPSCA 2000 SA | 17.01.2002 | 26.05 | 680,108 MEL. | | 1,750,000 | LIPSCA 2000 SA | oct.2000 | 27,718 | ian.2002 | 1,750,000 | 1,722,282 |
| | 01.10.2002 | 21.36 | 557,774 MAST. | | 446,225 | | oct.2000 | 22,732 | oct.2002 | 446,225 | 423,493 |
| | 10.10.2002 | 20.45 | 527,448 COF. | | 791,172 | | oct.2000 | 21,496 | oct.2002 | 791,172 | 769,676 |
| COMPREST SA | 01.10.2002 | 21.45 | 3,067,996 MAST | | 528,755 | COMPREST SA | sep.2000 | 125,035 | oct.2002 | 528,755 | 403,720 |
| | 01.11.2002 | 21.45 | 3,067,966 COF | | 1,063,803 | | sep.2000 | 125,035 | nol.2002 | 1,063,803 | 938,768 |
| | 01.11.2002 | 21.45 | 3,067,967 MEL | | 1,700,000 | | sep.2000 | 125,036 | nol.2002 | 1,700,000 | 1,574,964 |
| GRI SA | 17.01.2002 | 26.50 | 53 MEL | | 750,000 | GRI SA | 1997 | 924 | ian.2002 | 750,000 | 749,076 |
| | 23.09.2002 | 14.00 | 28 MAST | | 125,000 | | 1997 | 489 | sep.2002 | 125,000 | 124,511 |
| | 23.09.2002 | 18.50 | 37 COF | | 345,025 | | 1997 | 645 | sep.2002 | 345,025 | 344,380 |
| BURGSTATE | 06.03.2006 | 50.00 | 25 EC TRENDLINE | | 2,318,650 | BURGSTATE | | | mar.2006 | 2,318,650 | 2,318,650 |
| GREENTECH | 25.07.2011 | 9.50 | 19 GREENTECH | | 96,170 | GREENTECH | 2004 | 95,000 | iul.2011 | 96,170 | 1,170 |
| GREEFIBER | 12.08.2011 | 9.50 | 175 GREENFIBER | | 872,296 | GREEFIBER | 2004 | 875,000 | aug.2011 | 872,296 | -2,704 |
| **TOTAL** | | | | | **15,888,205** | **TOTAL** | | **2,566,359** | | **15,888,205** | **13,321,846** |

OBS.
- pentru HOTEL CARPATI TURISM costul este pretul de achizitie(Iuni va trimit contractul scanat.
- pentru celelalte firme costul reprezinta valoarea nominala a actiunilor vandute transformat in usd la data la care s-a introdus in capitalul social.

*Final*

**divident income:**

1993=62200

1994=71500

1995=121800

1996=132000

1997=86000

1998=168000

1999=144600

2000=173200

Beckley-IRS-Summons-0579

DOJ 002752

2001=127800

2002=320000

2003=120300

2004=178000

2005=73000

2006=132000

2007=57000

2008=72000

2009=23000

Beckley-IRS-Summons-0580

DOJ 002753

2010=46900

2011p=82000

Beckley-IRS-Summons-0581

DOJ 002754