U.S. Department of the Treasury
Internal Revenue Service

Exhibit 1

Dear Sirs,

I moved to Romania in 1990. At the time I was unaware that as a U.S. citizen I was required to file tax returns with the Internal Revenue Service. Since returning to United States in 2011, I have learned that it is necessary to satisfy that requirement. With that background information, I have employed Beckley CPA to prepare all 1040 tax returns for the tax years 1990 through 2011. You will find copies of the 1040 for those years attached.

Regards,

Alexandru Bittner

Beckley-IRS-Summons-0212



GOVERNMENT EXHIBIT 36

DOJ 000271