| Form 886-A | U.S. Treasury Department-Internal Revenue Service **EXPLANATION OF ITEMS** Exhibit | Schedule No. or |
|---|---|---|
| Name of Taxpayer Alexandru Bittner | | Year/Period Ended 2007 through 2011 |

| # | Entity | Type of Business |
|---|---|---|
| 1 | Afrodita Estival SA | Vacation Resort |
| 2 | Agercrom Grup SRL | Rent & real estate |
| 3 | Agrement Serv SRL | Rent & real estate |
| 4 | Anfrance Impex SRL | Holding Company |
| 5 | Aquarom Elite SRL | |
| 6 | Aviprod SRL | Poultry & Eggs |
| 7 | Beta Mac Grup SRL | Rent & real estate |
| 8 | Bio Medica International SA | Offices of physicians |
| 9 | Citymob Grup SRL | Rent & real estate |
| 10 | Comprest SA | Rent & real estate |
| 11 | Danubiu RO | Seafood prod, prep |
| 12 | Ecofish SRL | Seafood prod, prep |
| 13 | Gama Mac Grup SRL | Rent & real estate |
| 14 | Global RE | Condo rental/Belgium |
| 15 | Hotel Venetia Co SA | Hotel Holding Co. |
| 16 | Hotel Venetia SRL | Hotel Holding Co. |
| 17 | Integralnet SRL | Rent & real estate |
| 18 | Intertrade Distributie Produse SRL | Wholesale food, fish |
| 19 | LCA Service SRL | Construction of bldgs |
| 20 | Light System SA, | Hotels, Restaurants |
| 21 | Metacom Grup SRL | Rent & real estate |
| 22 | Metamob International | Rent & real estate |
| 23 | Midas Construct SRL | Rent & real estate |
| 24 | Midas Constructii 2000 SRL | Construction of bldgs |
| 25 | NBN Com SRL | Restaurant |
| 26 | Piscicola Jurilovca SA | Aquaculture |
| 27 | Piscicola Murighiol SA | Aquaculture |
| 28 | Piscicola Tour SRL | Aquaculture |
| 29 | Prodlemn Maneciu SRL | Logging & sawmills |
| 30 | RFD Jurilovca Holding SA | Other direct selling |
| 31 | Rondo Invest SRL | Rent & real estate |
| 32 | Starmob International SRL | Rent & real estate |
| 33 | Stibro 2000 SA | Glass & production |
| 34 | Supermob International SRL | Rent & real estate |
| 35 | Terra Invest Grup SRL | Rent & real estate |

Department of the Treasury – Internal Revenue Service

Form 886-A Page 3



DOJ 000248

| Form 886-A | U.S. Treasury Department-Internal Revenue Service<br>**EXPLANATION OF ITEMS**<br>Exhibit | Schedule No. or |
|---|---|---|
| Name of Taxpayer<br>Alexandru Bittner | | Year/Period Ended<br>2007 through 2011 |

| 36 | Top Invest SRL | Rent & real estate |
| 37 | Trei Cocosi Complex Intern'l SRL | Restaurant & food fac |
| 38 | Turism si Agrement SA | Traveler accommdns |

Mr. Bittner's POA stated in a letter dated 04/04/2013 that "…Mr. Bittner has an accounting firm in Romania that maintains information regarding his foreign corporations. Our accounting firm here has extensively communicated with the Romanian accountants, often on a daily basis, and has received extensive information regarding Mr. Bittner's finances." Mr. Bittner hired attorneys to draft legal documents as evidence of transactions going back at least to 2006. He uses nominees to insulate himself and claimed that he uses nominees to protect his privacy. He is knowledgeable in law and hired attorneys to file lawsuits against debtors. Mr. Bittner is a businessman with extensive knowledge of various businesses and prudently employs professional advisors and accountants to provide services to him.

### Description of Foreign Bank Accounts

#### Owners of Financial Accounts
Based on records provided, most of Mr. Bittner's personal foreign accounts are opened under the following names: Alexandru Bittner, A. Bittner, or Bittner Alexandru. For several accounts, the records provided do not indicate the name of the account holder. Mr. Bittner provided records for one nominee account opened in the name of Negrea Gheorghe. The records provided do not indicate that Sherry Bittner's name was on any of the accounts.

#### Signature or Other Authority over Accounts
Signature cards were requested for all foreign financial accounts but not provided. However, it is probable that the named account holder has signature authority over the account. In addition, it appears that Mr. Bittner also had authority over the account held in the name of Negrea Gheorghe. A review of the incomplete records that Mr. Bittner provided indicated that funds going out of the financial account of Negrea Gheorghe were invested in or loaned to companies for Mr. Bittner's benefit.

#### Account of Negrea Gheorghe
Records for the financial account of Negrea Gheorghe at HVB Bank, account number 19918310, were provided in response to a request for documentation of