ALEXANDRU BITTNER

| ALEXANDRU BITTNER | | | | | | | |
|---|---|---|---|---|---|---|---|
| MAXIMUM AMOUNT FOR A DAY IN ROMANIAN BANKS (USDOLLARS) | | | | | | | |
| BANK - BRANCH | | | | | | | |
| BANK ADRESS | | | | | | | |
| ACCONT NO./IBAN | | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| A. UNICREDIT TIRIAC BANK (EX HVB BANK)- CHARLES DU GAULLE BRANCH | | | | | | | |
| CHARLES DU GAULLE SQUARE, NR.15, SECTOR 1, BUCURESTI, ROMANIA | | | | | | | |
| | 0310 | 1,329,595 | 495,373 | 227,365 | 362,508 | 665,021 | 1,013,382 |
| | 0020 | 12,400 | 36,100 | 30,725 | 42,462 | 105,775 | 990,150 |
| | 0320 | 1,806,206 | 405,940 | 293,144 | 74,935 | 656,044 | 257,284 |
| B. PIRAEUS BANK - DOCTOR FELIX BRANCH | | | | | | | |
| NICOLAE TITULESCU STREET, NR.29-31, SECTOR 1, BUCURESTI, ROMANIA | | | | | | | |
| | 1000 (1) | | | | | | 807,300 |
| | 8-050 (1) (checking account for above savings account) | | | | | | 809,520 |
| | 000 (2) | | | | | | 808,000 |
| | 8-051 (2) (checking account for above savings account) | | | | | | 808,290 |
| | 3000 (3) | | | | | | 616,950 |
| | 8-052 (3) (checking account for above savings account) | | | | | | 1,155,200 |
| C. RAIFFEISEN BANK - BUCURESTI BRANCH | | | | | | | |
| VICTORIEI AVENUE, NR.155, BLOCK D1, SECTOR 1, BUCURESTI, ROMANIA | | | | | | | |
| | 7873 | 246 | 221 | 203 | 183 | 162 | 138 |
| | 7874 | 9,565 | 10,270 | 10,900 | 6,785 | 10,945 | 4,980 |
| D. CREDIT EUROPE BANK (EX FINANSBANK)- DOAMNEI BRANCH | | | | | | | |
| DOAMNEI STR., NR.17-19, SECTOR 3, BUCURESTI, ROMANIA | | | | | | | |
| 012.25110.000-1052784.USD | | 48,010 | 7,450 | 7,327 | 7,243 | 7,212 | |
| E. BANQUE SCS ALLIANCE | | | | | | | |
| P.O. BOX 1211, GENEVA 8, SWITZERLAND | | | | | | | |
| 0012507.0001USD | | 53,241 | | | | | |

S:\Sandra\Bittner-f-bar 2006-2011.xlsx



GOVERNMENT EXHIBIT 47 2-13-20

Page 1

ALEXANDRU BITTNER

| | | | | | | |
|---|---|---|---|---|---|---|
| **F. LIETCHTENSTEINISCHE LANDESBANK** | | | | | | |
| STADTLE 44, PO BOX 384, 9490 VADUZ, LIECHTENSTEIN | | | LESS THAN | LESS THAN | LESS THAN | LESS THAN |
| 53.60-IBAN L155 | 191,962 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| 53.71-IBAN L155 | 5,993 | | | | | |
| **G. ROYAL BANK OF CANADA SUISSE** | | | | | | |
| PO BOX 5696, GENEVA 11, SWITZERLAND | | | | | | |
| 4264 | 1,056,148 | 516,148 | 474,179 | 411,825 | 878,955 | 93,987 |

S:\Sandra\Bittner-f-bar 2006-2011.xlsx

Booker FBAR Emails000103