Booker FBAR Emails000002

| ALEXANDRU BITTNER | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MAXIMUM AMOUNT FOR A DAY IN ROMANIAN BANKS** (USDOLLARS) | | | | | | | | |
| **BANK - BRANCH** | **YEARS** | | | | | | | |
| **BANK ADRESS** | | | | | | | | |
| **ACCONT NO./IBAN** | **2004** | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** |
| A. UNICREDIT TIRIAC BANK (EX HVB BANK)- CHARLES DU GAULLE BRANCH | | | | | | | | |
| CHARLES DU GAULLE SQUARE,NR.15,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | |
| ...0310 | 1,483,757 | 651,420 | 1,329,595 | 495,373 | 227,365 | 362,508 | 665,021 | 1,013,382 |
| ...0020 | 851,000 | 11,200 | 12,400 | 36,100 | 30,725 | 42,462 | 105,775 | 990,150 |
| ...0320 | 428,226 | 660,252 | 1,806,206 | 405,940 | 293,144 | 74,935 | 656,044 | 257,284 |
| | | | | | | | | |
| B. PIRAEUS BANK - DOCTOR FELIX BRANCH | | | | | | | | |
| NICOLAE TITULESCU STREET,NR.29-31,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | |
| ...1000 | | | | | | | | 807,300 |
| ...2000 | | | | | | | | 808,000 |
| ...3000 | | | | | | | | 616,950 |
| ...8-050 | | | | | | | | 809,520 |
| ...8-051 | | | | | | | | 808,290 |
| ...8-052 | | | | | | | | 1,155,200 |
| | | | | | | | | |
| C. RAIFFEISEN BANK - BUCURESTI BRANCH | | | | | | | | |
| VICTORIEI AVENUE,NR.155,BLOCK D1,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | |
| ...7873 | 271 | | | | | | | |
| ...7874 | 14,180 | | | | | | | |
| ...7875 | 3,260 | | | | | | | |
| ...5287 | 39 | | | | | | | |
| ...7873 | | 271 | 246 | 221 | 203 | 183 | 162 | 138 |
| ...7874 | | 8,242 | 9,565 | 10,270 | 10,900 | 6,785 | 10,945 | 4,980 |
| | | | | | | | | |
| D.CREDIT EUROPE BANK (EX FINANSBANK)- DOAMNEI BRANCH | | | | | | | | |
| DOAMNEI STR.,NR.17-19,SECTOR 3,BUCURESTI,ROMANIA | | | | | | | | |
| ...2784RO02 | 4,585 | | | | | | | |
| ...2784.USD | 5,969 | 46,750 | 48,010 | 7,450 | 7,327 | 7,243 | 7,212 | |



GOVERNMENT EXHIBIT
2-13-20
PENGAD 800-631-6989

| PISCICOLA TOUR SRL | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MAXIMUM AMOUNT FOR A DAY   (USDOLLARS) | | | | | | | | | |
| **BANK - BRANCH** | **YEARS** | | | | | | | | |
| **BANK ADRESS** | | | | | | | | | |
| **ACCONT NO.** | **2004** | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | |
| A.  UNICREDIT TIRIAC BANK (EX HVB BANK) -  CHARLES DU GAULLE BRANCH | | | | | | | | | |
| CHARLES DU GAULLE SQUARE,NR.15,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | | |
| 0310 | 459,754 | 2,043,337 | 495,275 | 1,442,328 | 2,176,972 | 229,550 | 158,425 | 52,588 | |
| 0320 | | 17,738 | | | | | | | |
| 0020 | 33,352 | 300,081 | 449,959 | | | | | | |
| | | | | | | | | | |
| B. BRD GROUP SOCIETE GENERAL  -  TULCEA BRANCH | | | | | | | | | |
| STR.BABADAG,NR.116,TULCEA,JUD.TULCEA,ROMANIA | | | | | | | | | |
| 3700 | 203,051 | 741,762 | 289,789 | 481,964 | 291,020 | 124,785 | 671,277 | 1,091,844 | |
| 13700 | | 1,000,000 | 498,030 | | | | | | |
| 3700EUR | 78,575 | 583,705 | 34,154 | 21,307 | 24,349 | 52,030 | 45,529 | 49,853 | |
| | | | | | | | | | |
| C. RAIFFEISEN BANK  -  TULCEA BRANCH | | | | | | | | | |
| STR.GRIVITEI,NR.19,TULCEA,JUD.TULCEA,ROMANIA | | | | | | | | | |
| 5107 | 158,040 | 1,298 | 143,866 | 18,431 | | | | | |
| 685EURO | 7,543 | | | | | | | | |
| | | | | | | | | | |
| D. BANCA COMERCIALA ROMANA  -  TULCEA BRANCH | | | | | | | | | |
| STR.TOAMNEI,NR.2,TULCEA,JUD.TULCEA,ROMANIA | | | | | | | | | |
| 0001 | | 224,280 | 71,349 | 18,092 | | | | | |

Booker FBAR Emails000003

| ECOFISH SRL | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **MAXIMUM AMOUNT FOR A DAY   (USDOLLARS)** | | | | | | | | | |
| **BANK - BRANCH** | **YEARS** | | | | | | | | |
| **BANK ADRESS** | | | | | | | | | |
| **ACCONT NO.** | **2004** | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | |
| **A.  UNICREDIT TIRIAC BANK  (EX HVB BANK)-  GRIGORE MORA BRANCH** | | | | | | | | | |
| STR.GRIGORE MORA,NR.37,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | | |
| '7310 | 354,417 | 399,498 | 79,853 | 75,830 | 15,995 | 28,055 | | | |
| 7320 | 69,946 | 284,821 | 58,730 | | | | | | |
| | | | | | | | | | |
| **B. EXIM BANK  -  BUCURESTI BRANCH** | | | | | | | | | |
| STR.SPLAIUL INDEPENDENTEI,NR.15,SECTOR.5,BUCURESTI,ROMANIA | | | | | | | | | |
| 2914RO02 | 12,981 | 67,813 | 127,884 | 487,310 | | | | | |
| 2914EU02 | 6,652 | 74,309 | 18,500 | | | | | | |
| | | | | | | | | | |
| **C. RAIFFEISEN BANK  -  TULCEA BRANCH** | | | | | | | | | |
| STR.GRIVITEI,NR.19,TULCEA,JUD.TULCEA,ROMANIA | | | | | | | | | |
| 5744 | 114,498 | 71,911 | 17,535 | | | | | | |
| | | | | | | | | | |
| **D. BRD GROUP SOCIETE GENERALE  -  TULCEA BRANCH** | | | | | | | | | |
| STR.BABADAG,NR.116,TULCEA,JUD.TULCEA,ROMANIA | | | | | | | | | |
| 3700 | | 545,072 | 374,761 | 533,479 | 84,250 | 67,850 | | | |
| 3700 | | | 18,500 | 12,310 | | | | | |
| | | | | | | | | | |
| **E. BANCA COMERCIALA ROMANA  -  TULCEA BRANCH** | | | | | | | | | |
| STR.TOAMNEI,NR.2,TULCEA,JUD.TULCEA,ROMANIA | | | | | | | | | |
| 0001 | | 56,460 | 70,768 | 37,009 | 107,477 | 10,530 | | | |
| 0003 | | | | 62,570 | 50,220 | | | | |

| DANUBIU RO 2002 SRL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MAXIMUM AMOUNT FOR A DAY   (USDOLLARS) | | | | | | | | |
| BANK - BRANCH | YEARS | | | | | | | |
| BANK ADRESS | | | | | | | | |
| ACCONT NO. | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| A.  UNICREDIT TIRIAC BANK (EX HVB BANK)  -  GRIGORE MORA BRANCH | | | | | | | | |
| STR.GRIGORE MORA,NR.37,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | |
| 9310 | 235,650 | 289,203 | 370,166 | 22,955 | 70,325 | 24,929 | | |
| | | | | | | | | |
| B. EXIM BANK  -  BUCURESTI BRANCH | | | | | | | | |
| STR.SPLAIUL INDEPENDENTEI,NR.15,SECTOR.5,BUCURESTI,ROMANIA | | | | | | | | |
| )2897RO02 | 10,266 | 150,888 | 75,010 | 395,205 | | | | |
| )2897US02 | 36,203 | | | | | | | |
| | | | | | | | | |
| D. BRD GROUP SOCIETE GENERALE  -  TULCEA BRANCH | | | | | | | | |
| STR.BABADAG,NR.116,TULCEA,JUD.TULCEA,ROMANIA | | | | | | | | |
| '3700 | | 171,897 | 199,322 | 90,640 | 49,314 | 19,271 | | |
| ;3700 | | 72,553 | | 25,613 | | | | |
| | | | | | | | | |
| E. BANCA COMERCIALA ROMANA  -  TULCEA BRANCH | | | | | | | | |
| STR.TOAMNEI,NR.2,TULCEA,JUD.TULCEA,ROMANIA | | | | | | | | |
| .0003 | | | 34,239 | 102,500 | 58,409 | | | |

Booker FBAR Emails000005

| PISCICOLA MURIGHIOL SRL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MAXIMUM AMOUNT FOR A DAY   (USDOLLARS) | | | | | | | | |
| BANK - BRANCH | YEARS | | | | | | | |
| BANK ADRESS | | | | | | | | |
| ACCONT NO. | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| A. BRD GROUP SOCIETE GENERAL  -  TULCEA BRANCH | | | | | | | | |
| STR.BABADAG,NR.116,TULCEA,JUD.TULCEA,ROMANIA | | | | | | | | |
| 3700 | | | | | | 100,093 | 1,355,585 | 1,359,333 |
| | | | | | | | | |
| B. TREZORERIE  -  TULCEA BRANCH | | | | | | | | |
| STR.BABADAG,NR.163,TULCEA,JUD.TULCEA,ROMANIA | | | | | | | | |
| 4461 | | | | | | | | 1,372,859 |
| | | | | | | | | |
| C. BANCA COMERCIALA ROMANA  -  TULCEA BRANCH | | | | | | | | |
| STR.TOAMNEI,NR.2,TULCEA,JUD.TULCEA,ROMANIA | | | | | | | | |
| 0001 | | | | 95,404 | 142,786 | 51,851 | | |

Booker FBAR Emails000006

| TURISM SI AGREMENT SA | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **MAXIMUM AMOUNT FOR A DAY**   (USDOLLARS) | | | | | | | | | |
| **BANK - BRANCH** | **YEARS** | | | | | | | | |
| **BANK ADRESS** | | | | | | | | | |
| **ACCONT NO.** | **2004** | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | |
| C. RAIFFEISEN BANK  -  TULCEA BRANCH | | | | | | | | | |
| STR.GRIVITEI,NR.19,TULCEA,JUD.TULCEA,ROMANIA | | | | | | | | | |
| 5744 | | | | | | | | | |
| | | | | | | | | | |
| D. BRD GROUP SOCIETE GENERALE  -  TULCEA BRANCH | | | | | | | | | |
| STR.BABADAG,NR.116,TULCEA,JUD.TULCEA,ROMANIA | | | | | | | | | |
| '3700 | | | | | | | | | |

Booker FBAR Emails000007

| PISCICOLA JURILOVCA SA | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MAXIMUM AMOUNT FOR A DAY    (USDOLLARS) | | | | | | | | |
| BANK - BRANCH | YEARS | | | | | | | |
| BANK ADRESS | | | | | | | | |
| ACCONT NO. | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| C. RAIFFEISEN BANK  -  TULCEA BRANCH | | | | | | | | |
| STR.GRIVITEI,NR.19,TULCEA,JUD.TULCEA,ROMANIA | | | | | | | | |
| 5335 | | | | 5,811 | 5,453 | 4,987 | 9,013 | 3,666 |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | **AVIPROD SRL** | | | | | | | | |
| 2 | **MAXIMUM AMOUNT FOR A DAY**   (USDOLLARS) | | | | | | | | |
| 3 | **BANK - BRANCH** | **YEARS** | | | | | | | |
| 4 | **BANK ADRESS** | | | | | | | | |
| 5 | **ACCONT NO.** | **2004** | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** |
| 6 | **A. BRD GROUP SOCIETE GENERAL  -  TULCEA BRANCH** | | | | | | | | |
| 7 | STR.BABADAG,NR.116,TULCEA,JUD.TULCEA,ROMANIA | | | | | | | | |
| 8 | i3700 | | | | | 73,811 | 15,780 | 25,443 | 18,616 |
| 9 | | | | | | | | | |
| 10 | **B. TREZORERIE  -  TULCEA BRANCH** | | | | | | | | |
| 11 | STR.BABADAG,NR.163,TULCEA,JUD.TULCEA,ROMANIA | | | | | | | | |
| 12 | 0374 | | | | | | 16,504 | | |
| 13 | | | | | | | | | |
| 14 | **C. RAIFFEISEN BANK  -  TULCEA BRANCH** | | | | | | | | |
| 15 | STR.GRIVITEI,NR.19,TULCEA,JUD.TULCEA,ROMANIA | | | | | | | | |
| 16 | 1519 | | | | | | | | |

Booker FBAR Emails000009

| AQUAROM ELITE SRL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MAXIMUM AMOUNT FOR A DAY   (USDOLLARS) | | | | | | | | |
| **BANK - BRANCH** | **YEARS** | | | | | | | |
| **BANK ADRESS** | | | | | | | | |
| **ACCONT NO.** | **2004** | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** |
| A.  RAIFFEISEN BANK - DOROBANTI | | | | | | | | |
| DOROBANTI SQUARE,NR.1,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | |
| 3741 | | | | 108,813 | 165,621 | 148,717 | 48,595 | 20,001 |
| 7308 | | | | | | | 568,910 | 1,898,831 |
| 2246 | | | | | | | | |
| 5227 | | | | | | | 117 | 348 |

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | RONDO INVEST SRL | | | | | | | | |
| 2 | | MAXIMUM AMOUNT FOR A DAY   (USDOLLARS) | | | | | | | |
| 3 | BANK - BRANCH | YEARS | | | | | | | |
| 4 | BANK ADRESS | | | | | | | | |
| 5 | ACCONT NO. | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| 6 | A.  UNICREDIT TIRIAC BANK  -  CHARLES DU GAULLE BRANCH | | | | | | | | |
| 7 | CHARLES DU GAULLE SQUARE,NR.15,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | |
| 8 | 6000 | | | | | | | 315,734 | 24,745 |
| 9 | 6001 | | | | | | | 300,446 | 52 |
| 10 | | | | | | | | | |
| 11 | B. RBS ROMANIA BANK(EX ABN AMRO BANK)  -  WTC BRANCH | | | | | | | | |
| 12 | MONTREAL SQUARE,NR.1,WTC,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | |
| 13 | 7892 | 99,271 | 174,100 | 149,926 | 169,447 | 362,390 | 163,704 | 128,114 | |
| 14 | | | | | | | | | |
| 15 | C. PIRAEUS BANK  -  DOMENII BRANCH | | | | | | | | |
| 16 | ION MIHALACHE,NR.    ,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | |
| 17 | 1000 | | | | | | | 5,880,729 | 1,428,908 |

Booker FBAR Emails000011

| TOP INVEST SRL | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **MAXIMUM AMOUNT FOR A DAY**   (USDOLLARS) | | | | | | | | | |
| **BANK - BRANCH** | **YEARS** | | | | | | | | |
| **BANK ADRESS** | | | | | | | | | |
| **ACCONT NO.** | **2004** | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | |
| A.  CREDIT EUROPE BANK(EX FINANSBANK)  -  DOAMNEI BRANCH | | | | | | | | | |
| DOAMNEI STR.,NR.17-19,SECTOR 3,BUCURESTI,ROMANIA | | | | | | | | | |
| ¦RO01 | 66,102 | 18,716 | 19,048 | 55,271 | 231,024 | 158,313 | 78,621 | 79,755 | |

| STARMOB INTERNATIONAL SRL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MAXIMUM AMOUNT FOR A DAY**   (USDOLLARS) | | | | | | | | |
| **BANK - BRANCH** | **YEARS** | | | | | | | |
| **BANK ADRESS** | | | | | | | | |
| **ACCONT NO.** | **2004** | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** |
| A.  CREDIT EUROPE BANK(EX FINANSBANK)  -  DOAMNEI BRANCH | | | | | | | | |
| DOAMNEI STR.,NR.17-19,SECTOR 3,BUCURESTI,ROMANIA | | | | | | | | |
| RO01 | 13,377 | 28,183 | 8,858 | 12,567 | 16,216 | 16,713 | 61,861 | 14,154 |

Booker FBAR Emails000013

| SUPERMOB INTERNATIONAL SRL | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **MAXIMUM AMOUNT FOR A DAY**   (USDOLLARS) | | | | | | | | | |
| **BANK - BRANCH** | **YEARS** | | | | | | | | |
| **BANK ADRESS** | | | | | | | | | |
| **ACCONT NO.** | **2004** | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | |
| A.  CREDIT EUROPE BANK (EX FINANSBANK) -  DOAMNEI BRANCH | | | | | | | | | |
| DOAMNEI STR.,NR.17-19,SECTOR 3,BUCURESTI,ROMANIA | | | | | | | | | |
| RO01 | 14,370 | 22,918 | 47,694 | | | 12,392 | 213,688 | 4,922 | |

Booker FBAR Emails000014

| MIDAS CONSTRUCT SRL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MAXIMUM AMOUNT FOR A DAY**   (USDOLLARS) | | | | | | | | |
| **BANK - BRANCH** | **YEARS** | | | | | | | |
| **BANK ADRESS** | | | | | | | | |
| **ACCONT NO.** | **2004** | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** |
| A.  CREDIT EUROPE BANK(EX FINANSBANK)  -  DOAMNEI BRANCH | | | | | | | | |
| DOAMNEI STR.,NR.17-19,SECTOR 3,BUCURESTI,ROMANIA | | | | | | | | |
| RO02 | 23,432 | 7,264 | 5,183 | 24,930 | 2,634,987 | 10,923 | 13,434 | 5,065 |

Booker FBAR Emails000015

| INTEGRALNET SRL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MAXIMUM AMOUNT FOR A DAY   (USDOLLARS) | | | | | | | | |
| BANK - BRANCH | YEARS | | | | | | | |
| BANK ADRESS | | | | | | | | |
| ACCONT NO. | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| A.  OTP BANK(EX ROBANK)  -  DOROBANTI BRANCH | | | | | | | | |
| CALEA DOROBANTI STR.,NR111-113,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | |
| RO01 | 60,091 | 67,030 | 12,661 | 21,645 | 18,301 | 17,937 | 54,128 | 34,646 |

Booker FBAR Emails000016

| METAMOB INTERNATIONAL SRL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MAXIMUM AMOUNT FOR A DAY   (USDOLLARS) | | | | | | | | |
| BANK - BRANCH | YEARS | | | | | | | |
| BANK ADRESS | | | | | | | | |
| ACCONT NO. | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| A.  OTP BANK (EX ROBANK) -  DOROBANTI BRANCH | | | | | | | | |
| CALEA DOROBANTI STR.,NR111-113,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | |
| RO01 | 48,376 | 53,783 | 10,621 | 7,062 | 11,862 | 12,902 | 8,468 | 98,586 |

Booker FBAR Emails000017

**BETA MAC GRUP SRL**

**MAXIMUM AMOUNT FOR A DAY** (USDOLLARS)

| BANK - BRANCH | YEARS | | | | |
|---|---|---|---|---|---|
| BANK ADRESS | | | | | |
| ACCONT NO. | 2004 | 2005 | 2006 | 2007 | 2008 |
| A.  UNICREDIT TIRIAC BANK (EX HVB BANK) -  CHARLES DU GAULLE BRANCH | | | | | |
| CHARLES DU GAULLE SQUARE,NR.15,SECTOR 1,BUCURESTI,ROMANIA | | | | | |
| 0310 | 10,534 | 9,837 | 7,867 | | |

| 2009 | 2010 | 2011 |
|------|------|------|
|      |      |      |

Booker FBAR Emails000019

| LCA SERVICE SRL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MAXIMUM AMOUNT FOR A DAY   (USDOLLARS) | | | | | | | | |
| BANK - BRANCH | YEARS | | | | | | | |
| BANK ADRESS | | | | | | | | |
| ACCONT NO. | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| A.  CREDIT EUROPE BANK (EX FINANSBANK) -  DOAMNEI BRANCH | | | | | | | | |
| DOAMNEI STR.,NR.17-19,SECTOR 3,BUCURESTI,ROMANIA | | | | | | | | |
| RO02 | 65,343 | 8,305 | 871 | 205 | 80 | 197 | 204 | 33 |

Booker FBAR Emails000020

| MIDAS CONSTRUCTII 2000 SRL | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MAXIMUM AMOUNT FOR A DAY   (USDOLLARS) | | | | | | | | | |
| BANK - BRANCH | YEARS | | | | | | | | |
| BANK ADRESS | | | | | | | | | |
| ACCONT NO. | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | |
| A.  CREDIT EUROPE BANK (EX FINANSBANK) -  DOAMNEI BRANCH | | | | | | | | | |
| DOAMNEI STR.,NR.17-19,SECTOR 3,BUCURESTI,ROMANIA | | | | | | | | | |
| RO03 | 30,835 | 284,802 | 84,245 | 127,116 | 195,249 | 29,791 | 13,706 | 1,083 | |
| | | | | | | | | | |
| B. RAIFFESEN BANK -  BUCURESTI  BRANCH | | | | | | | | | |
| CALEA VICTORIEI STR.NR.63-81,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | | |
| 1800 | 210,737 | 257,577 | 261,529 | 25,476 | 12,043 | | | | |
| | | | | | | | | | |
| C.  BANCA COMERCIALA ROMANA  -  BUCURESTI SECTOR 1 BRANCH | | | | | | | | | |
| CALEA VICTORIEI STR.NR.155,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | | |
| .1ROL | 76,614 | 289,835 | 23,565 | 14,690 | | | | | |
| | | | | | | | | | |
| D. OTP BANK (EX ROBANK) -  DOROBANTI BRANCH | | | | | | | | | |
| CALEA DOROBANTI STR.,NR111-113,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | | |
| '1100 | 1,532 | 1,736 | 2,036 | | | | | | |

Booker FBAR Emails000021

| STIBRO 2000 SRL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MAXIMUM AMOUNT FOR A DAY**   (USDOLLARS) | | | | | | | | |
| **BANK - BRANCH** | **YEARS** | | | | | | | |
| **BANK ADRESS** | | | | | | | | |
| **ACCONT NO.** | **2004** | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** |
| A.  CREDIT EUROPE BANK (EX FINANSBANK) -  BUCURESTI BRANCH | | | | | | | | |
| SPLAIUL UNIRII STR.,NR.12BL.B6,SECTOR 4,BUCURESTI,ROMANIA | | | | | | | | |
| IRO01 | 6,357 | 3,731 | 6,694 | 460,914 | 31 | 25 | 24 | 25 |
| EUR1 | 314 | 352 | 317 | 366 | 290 | 234 | 229 | 230 |
| | | | | | | | | |
| B. RAIFFESEN BANK  -  BUCURESTI SECTOR 1 BRANCH | | | | | | | | |
| CALEA VICTORIEI STR.NR.63-81,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | |
| 1279 | 37 | 6,384 | 5,856 | 328,584 | 13,127 | 17,028 | 12,056 | 5,166 |
| 1280 | 2,052 | 2,469 | 2,249 | | | | | |

Booker FBAR Emails000022

| HOTEL VENETIA  SRL | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MAXIMUM AMOUNT FOR A DAY   (USDOLLARS) | | | | | | | | | |
| BANK - BRANCH | YEARS | | | | | | | | |
| BANK ADRESS | | | | | | | | | |
| ACCONT NO. | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | |
| A.  CREDIT EUROPE BANK EX FINANSBANK) -  DOAMNEI BRANCH | | | | | | | | | |
| DOAMNEI STR.,NR.17-19,SECTOR 3,BUCURESTI,ROMANIA | | | | | | | | | |
| RO02 | 76,628 | 67,240 | 15,435 | 3,876 | 2,769 | 385 | 479 | | |

Booker FBAR Emails000023

| HOTEL VENETIA CO SA | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MAXIMUM AMOUNT FOR A DAY   (USDOLLARS) | | | | | | | | |
| BANK - BRANCH | YEARS | | | | | | | |
| BANK ADRESS | | | | | | | | |
| ACCONT NO. | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| A.  BANCA COMERCIALA ROMANA  -  BUCURESTI SECTOR 1 BRANCH | | | | | | | | |
| CALEA VICTORIEI STR.NR.155,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | |
| 0001 | 154,688 | 2,027,319 | 16,834 | 1,136 | 1,432 | 444 | 415 | 406 |
| 0001 | | 507,516 | 194,662 | 132,607 | 818 | 647 | 854 | 790 |
| 0001 | | 4,411,260 | 367 | 410 | 388 | 292 | 299 | 292 |
| | | | | | | | | |
| B. ALPHA BANK ROMANIA | | | | | | | | |
| LIBERTATII BDV.NR.10,SECTOR 5,BUCURESTI,ROMANIA | | | | | | | | |
| EU01 | | 4,323,784 | 663,808 | 83,818 | 1 | 1 | 1 | 1 |
| RO01 | | 4,890,110 | 374,423 | 4,279 | 84 | 62,532 | 695 | 726 |
| US01 | | 498,392 | 20 | 23 | 22 | 18 | 17 | 18 |

Booker FBAR Emails000024

| AFRODITA ESTIVAL SRL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MAXIMUM AMOUNT FOR A DAY   (USDOLLARS) | | | | | | | | |
| BANK - BRANCH | YEARS | | | | | | | |
| BANK ADRESS | | | | | | | | |
| ACCONT NO. | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| A.  BANCA COMERCIALA ROMANA  -  NEPTUN BRANCH | | | | | | | | |
| COMPLEX DUNAREA,STATIUNEA NEPTUN,JUD.CONSTANTA,ROMANIA | | | | | | | | |
| 0001 | | | 7,853 | 2,995 | 611 | 477 | 431 | 426 |
| | | | | | | | | |
| B. RAIFFEISEN BANK ROMANIA  -  EFORIE NORD BRANCH | | | | | | | | |
| REPUBLICII BDV.NR.2,STATIUNEA EFORIE NORD,JUD.CONSTANTA,ROMANIA | | | | | | | | |
| 4978 | | | 21,416 | 1,928,242 | 216,388 | 133,158 | 117,145 | 56,633 |

Booker FBAR Emails000025

| AGERCOM GRUP SRL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MAXIMUM AMOUNT FOR A DAY   (USDOLLARS) | | | | | | | | |
| BANK - BRANCH | YEARS | | | | | | | |
| BANK ADRESS | | | | | | | | |
| ACCONT NO. | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| A.  CREDIT EUROPE BANK (EX FINANSBANK) -  DOAMNEI BRANCH | | | | | | | | |
| DOAMNEI STR.,NR.17-19,SECTOR 3,BUCURESTI,ROMANIA | | | | | | | | |
| RO01 | 13,152 | 17,124 | 11,779 | | | | | |

Booker FBAR Emails000026

| METACOM GRUP SRL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MAXIMUM AMOUNT FOR A DAY   (USDOLLARS) | | | | | | | | |
| BANK - BRANCH | YEARS | | | | | | | |
| BANK ADRESS | | | | | | | | |
| ACCONT NO. | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| A.  CREDIT EUROPE BANK (EX FINANSBANK) -  DOAMNEI BRANCH | | | | | | | | |
| DOAMNEI STR.,NR.17-19,SECTOR 3,BUCURESTI,ROMANIA | | | | | | | | |
| RO01 | 17,947 | 30,370 | 22,924 | | | | | |

Booker FBAR Emails000027

| CITYMOB INTERNATIONAL SRL | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **MAXIMUM AMOUNT FOR A DAY**   (USDOLLARS) | | | | | | | | | |
| **BANK - BRANCH** | **YEARS** | | | | | | | | |
| **BANK ADRESS** | | | | | | | | | |
| **ACCONT NO.** | **2004** | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | |
| A.  CREDIT EUROPE BANK (EX FINANSBANK) -  DOAMNEI BRANCH | | | | | | | | | |
| DOAMNEI STR.,NR.17-19,SECTOR 3,BUCURESTI,ROMANIA | | | | | | | | | |
| RO01 | 14,997 | 21,850 | 8,505 | | | | | | |

Booker FBAR Emails000028

| COMPREST SA | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MAXIMUM AMOUNT FOR A DAY**   (USDOLLARS) | | | | | | | | |
| **BANK - BRANCH** | **YEARS** | | | | | | | |
| **BANK ADRESS** | | | | | | | | |
| **ACCONT NO.** | **2004** | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** |
| **A.  UNICREDIT TIRIAC BANK  (EX HVB BANK)-  TRAIAN BRANCH** | | | | | | | | |
| TRAIAN STR.NR.248.SECTOR 2,BUCURESTI,ROMANIA | | | | | | | | |
| 1000 | 26,104 | 34,953 | 26,740 | 36,189 | 30,762 | 52,955 | 103,131 | 151,505 |
| **B. RBS ROMANIA BANK (EX ABN AMRO BANK) -  WTC BRANCH** | | | | | | | | |
| MONTREAL SQUARE,NR.1,WTC,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | |
| 2746 | 119,063 | 173,732 | 86,942 | 187,510 | 538,440 | 217,847 | 231,309 | 140,974 |
| **C. PIRAEUS BANK  -  PALLADY BRANCH** | | | | | | | | |
| THEODOR PALLADY BDV.NR.2,SECTOR 3,BUCURESTI,ROMANIA | | | | | | | | |
| 1000 | | | | | | | 6 | 297,595 |
| **D. BANCA TRANSILVANIA** | | | | | | | | |
| THEODOR PALLADY BDV.,NR.1,BL.26,SECTOR 3,BUCURESTI ROMANIA | | | | | | | | |
| 47XX | | | | 10,031 | 8,018 | 11,578 | 45,430 | 52,735 |
| **E. RAIFFEISEN BANK - LIVIU REBREANU BRANCH** | | | | | | | | |
| LIVIU REBREANU STR.NR.14,BL.K3,SECTOR 3,BUCURESTI ROMANIA | | | | | | | | |
| 1606 | | | | | | | 635 | 45,602 |
| **F. VOLKSBANK** | | | | | | | | |
| CAMIL RESSU BDV.NR68,BL.1B,SECTOR 3,BUCURESTI ROMANIA | | | | | | | | |
| 2701 | | | | | | | | 131,358 |

Booker FBAR Emails000029

| NBN COM SRL | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **MAXIMUM AMOUNT FOR A DAY** (USDOLLARS) | | | | | | | | | |
| **BANK - BRANCH** | **YEARS** | | | | | | | | |
| **BANK ADRESS** | | | | | | | | | |
| **ACCONT NO.** | **2004** | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** | |
| A. RAIFFEISEN BANK - BUCURESTI BRANCH | | | | | | | | | |
| CALEA VICTORIEI STR.NR.63-81,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | | |
| 0465 | 21,378 | 24,590 | 18,754 | 22,632 | 17,546 | 16,865 | 14,967 | 95,539 | |

Booker FBAR Emails000030

| GRUPUL ROMAN DE INVESTITII-GRI SRL | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| MAXIMUM AMOUNT FOR A DAY    (USDOLLARS) | | | | | | | | | |
| BANK - BRANCH | YEARS | | | | | | | | |
| BANK ADRESS | | | | | | | | | |
| ACCONT NO. | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | |
| A.  CREDIT EUROPE BANK (EX FINANSBANK) -  DOAMNEI BRANCH | | | | | | | | | |
| DOAMNEI STR.,NR.17-19,SECTOR 3,BUCURESTI,ROMANIA | | | | | | | | | |
| RO02 | 325,350 | 139,250 | | | | | | | |
| | | | | | | | | | |
| D.  OTP BANK (EX ROBANK) -  UNIREA BRANCH | | | | | | | | | |
| UNIRII BDV.NR.58,SECTOR 3,BUCURESTI,ROMANIA | | | | | | | | | |
| RO01 | 141,236 | 23,472 | | | | | | | |

Booker FBAR Emails000031

| AGREMENT SERV SRL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MAXIMUM AMOUNT FOR A DAY**   (USDOLLARS) | | | | | | | | |
| BANK - BRANCH | **YEARS** | | | | | | | |
| BANK ADRESS | | | | | | | | |
| ACCONT NO. | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| A. BANCA COMERCIALA ROMANA  -  BUCURESTII NOI BRANCH | | | | | | | | |
| BUCURESTII NOI BDV.NR.170,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | |
| 0001 | 51,232 | 26,435 | 4,338 | | | | | |
| | | | | | | | | |
| B.  UNICREDIT TIRIAC BANK  (EX HVB BANK)-  CHARLES DU GAULLE BRANCH | | | | | | | | |
| CHARLES DU GAULLE SQUARE,NR.15,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | |
| 8310 | | | 10,835 | 24,376 | 37,589 | 2,596 | | |

Booker FBAR Emails000032

| TERRA INVEST SRL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MAXIMUM AMOUNT FOR A DAY**   (USDOLLARS) | | | | | | | | |
| **BANK - BRANCH** | **YEARS** | | | | | | | |
| **BANK ADRESS** | | | | | | | | |
| **ACCONT NO.** | **2004** | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** |
| A. OTP BANK  (EX ROBANK)-  UNIREA BRANCH | | | | | | | | |
| UNIRII BDV.NR.58,SECTOR 3,BUCURESTI,ROMANIA | | | | | | | | |
| ʾRO01 | 21,136 | 16,487 | 19,354 | 15,878 | | | | |

Booker FBAR Emails000033

| AGREMENT SERV SRL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MAXIMUM AMOUNT FOR A DAY   (USDOLLARS) | | | | | | | | |
| BANK - BRANCH | YEARS | | | | | | | |
| BANK ADRESS | | | | | | | | |
| ACCONT NO. | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| A. BANCA COMERCIALA ROMANA  -  PIPERA BRANCH | | | | | | | | |
| DIMITRIE POMPEI STR.NR.6C,SECTOR 2,BUCURESTI,ROMANIA | | | | | | | | |
| 0001 | 36,464 | 28,690 | 24,375 | 18,687 | | | | |

Booker FBAR Emails000034

|   | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| 1 | GAMA MAC GRUP SRL | | | | | | | | |
| 2 | MAXIMUM AMOUNT FOR A DAY   (USDOLLARS) | | | | | | | | |
| 3 | BANK - BRANCH | YEARS | | | | | | | |
| 4 | BANK ADRESS | | | | | | | | |
| 5 | ACCONT NO. | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| 6 | A.  UNICREDIT TIRIAC BANK (EX HVB BANK) -  ION MIHALACHE BRANCH | | | | | | | | |
| 7 | ION MIHALACHE BDV.,NR.70-82,BL.45 ,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | |
| 8 | 7000 | 4,634 | 8,585 | 3,914 | 2,786 | 1,988 | 1,738 | 16,766 | 98,441 |

Booker FBAR Emails000035

| PRODLEMN MANECIU SRL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MAXIMUM AMOUNT FOR A DAY    (USDOLLARS) | | | | | | | | |
| BANK - BRANCH | YEARS | | | | | | | |
| BANK ADRESS | | | | | | | | |
| ACCONT NO. | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| A. BRD GROUP SOCIETE GENERALE  -  VALENII DE MUNTE BRANCH | | | | | | | | |
| BEREVOIESTI STR.NR.1,BL.E9,GROUNDFLOR,VALENII DE MUNTE,JUD.PRAHOVA,ROMANIA | | | | | | | | |
| 3000 | | | | | | | | 11,256 |

Booker FBAR Emails000036

| ANFRANCE IMPEX SRL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MAXIMUM AMOUNT FOR A DAY (USDOLLARS) | | | | | | | | |
| BANK - BRANCH | YEARS | | | | | | | |
| BANK ADRESS | | | | | | | | |
| ACCONT NO. | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| A. BRD GROUPE SOCIETE GENERALE - AVIATIEI BRANCH | | | | | | | | |
| AV.ALEX.SERBANESCU STR.NR.31,SECTOR 1 ,BUCURESTI,ROMANIA | | | | | | | | |
| 4450 | 495,254 | 13,421 | 1,543 | 1,096 | 379 | 287 | 294 | 316 |

Booker FBAR Emails000037

| INTERTRADE DISTRIBUTIE PRODUSE ALIMENTARE SRL | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MAXIMUM AMOUNT FOR A DAY    (USDOLLARS)** | | | | | | | | |
| **BANK - BRANCH** | **YEARS** | | | | | | | |
| **BANK ADRESS** | | | | | | | | |
| **ACCONT NO.** | **2004** | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** |
| **A.  BANCA COMERCIALA ROMANA  -  PLEVNEI BRANCH** | | | | | | | | |
| CALEA PLEVNEI STR.,NR.98,SECTOR 1,BUCURESTI, | | | | | | | | |
| 0001 | | | 119,329 | 118,508 | | | | |
| 0002 | | | 55,301 | 55,512 | | | | |
| | | | | | | | | |
| **B. BRD GROUP SOCIETE GENERAL  -  TRIUMF BRANCH** | | | | | | | | |
| ION MIHALACHE BDV.,NR.45,SECTOR 1,BUCURESTI,ROMANIA | | | | | | | | |
| 4450 | | | 113,916 | 402,211 | 773,247 | 80,507 | 1,663,291 | 783,898 |
| 4450 | | | 30,610 | 292,553 | 904,289 | 105,567 | 45,417 | 70,599 |
| 4450 | | | 54,137 | | | | | |
| | | | | | | | | |
| **C. TREZORERIE - BUCURESTI** | | | | | | | | |
| SPLAIUL UNIRII STR.,NR.6-8,SECTOR 4,BUCURESTI,ROMANIA | | | | | | | | |
| 6559 | | | 16,613 | | | | | |
| 7728 | | | | 18,166 | 22,128 | 28,879 | | |
| 3225 | | | | | | 21,396 | 17,259 | |
| | | | | | | | | |
| **D. BANCA ITALO ROMENA  -  MILITARI BRANCH** | | | | | | | | |
| IULIU MANIU BDV.NR.59,BL.10A,SECTOR 6,BUCURESTI,ROMANIA | | | | | | | | |
| CC01 | | | | | | 33,818 | 1,018,700 | 989,592 |
| CK01 | | | | | | | 10,966 | 12,908 |
| CC01 | | | | | | 32,787 | 488,261 | 411,634 |

Booker FBAR Emails000038