# Accounts with Less than 50% Ownership and Supporting Forms 5471


GOVERNMENT EXHIBIT 50
2-13-20

DOJ 000901

| 50% or Less Ownership | Bank Account | Maximum Account Balances Listed on FBARs | | | | |
|---|---|---|---|---|---|---|
| | | 2007 | 2008 | 2009 | 2010 | 2011 |
| **1 Aquarom Elite SRL** | *Greatest Owneship % in Year* | *50%* | *50%* | *50%* | *50%* | *50%* |
| Raiffensen Bank | 3741 | $108,813 | $165,621 | $148,717 | $48,595 | $200,001 |
| Raiffensen Bank | 7308 | | | | $568,910 | $1,898,831 |
| Raiffensen Bank | 5227 | | | | $117 | $348 |
| **2 Comprest SA** | *Greatest Owneship % in Year* | | | | *0%* | *0%* |
| Unicredit Tiriac Bank | 1000 | | | | $103,131 | $151,505 |
| RBS Romania Bank | 2746 | | | | $231,309 | $140,974 |
| Piraeus Bank | 1000 | | | | $6 | $297,595 |
| Banca Transilvania | 47XX | | | | $45,430 | $52,735 |
| Raiffeisen Bank | 1606 | | | | $635 | $45,602 |
| Voksbank | 2701 | | | | | $131,358 |
| **3 Ecofish SRL** | *Greatest Owneship % in Year* | *40%* | *40%* | *40%* | | |
| Unicredit Tiriac | 7310 | $75,830 | $15,995 | $28,055 | | |
| EXIM Bank | R002 | $487,310 | | | | |
| BRD Group Societe Generale | 3700 | $533,479 | $84,250 | $67,850 | | |
| BRD Group Societe Generale | 3700 | $12,310 | | | | |
| Banca Comerciala Romania | 50001 | $37,009 | $107,477 | $10,530 | | |
| Banca Comerciala Romania | 0003 | $62,570 | $50,220 | | | |
| **4 Hotel Venetia SRL** | *Greatest Owneship % in Year* | *49%* | *49%* | *48.55%* | *18.12%* | |
| Credit Europe Bank | R002 | $3,876 | $2,769 | $385 | $479 | |
| **5 LCA Service SRL** | *Greatest Owneship % in Year* | *40%* | *40%* | *40%* | *40%* | *40%* |
| Credit Eruope Bank | R002 | $205 | $80 | $197 | $204 | $33 |
| **6 Piscicola Murighiol SRL** | *Greatest Owneship % in Year* | *28.04%* | *28.04%* | *28.04%* | *25.76%* | *26%* |
| BRD Group Societe General | 3700 | | | $100,093 | $1,355,585 | $1,359,333 |
| Trezorerie | 4461 | | | | | $1,372,859 |
| Banca Comerciala Romania | 0001 | $95,404 | $142,786 | $51,851 | | |
| **7 Top Invest SRL** | *Greatest Owneship % in Year* | | | | *37%* | |
| Credit Europe Bank | R001 | | | | $78,621 | |
| | | | | | | Total |
| Accounts Listed w/50% or Less Ownership | | 10 | 8 | 8 | 12 | 12 | 50 |