Internal Revenue Service
RECEIVED
JUN 08 2017
FBAR Penalty
Detroit, MI

Department of the Treasury - Internal Revenue Service

**Form 13449** (May 2015)

# Agreement to Assessment and Collection of Penalties Under 31 USC 5321(a)(5) and 5321(a)(6)

**Name of account holder**
ALEXANDRU BITTNER

**Social security number (SSN) or Employer identification number (EIN)**
-0102

Internal Revenue Service
RECEIVED
JUN 06 2017
FBAR Penalty
Detroit, MI

**Address of account holder** *(Number, Street, City or Town, State, ZIP code)*

## Definition of Penalty Statutes

1. Foreign Financial Agency Transaction Violation — willful failure to meet recordkeeping requirements and/or report a foreign account on FinCEN Report 114, Report of Foreign Bank and Financial Accounts (FBAR): 31 USC 5321(a)(5) and 31 CFR sections 1010.350, 1010.420 and 1010.820(g)(2)

2. Foreign Financial Agency Transaction Violation — non-willful failure to meet recordkeeping requirements and/or report a foreign account on FinCEN Report 114, Report of Foreign Bank and Financial Accounts (FBAR): 31 USC 5321(a)(5) and 31 CFR sections 1010.350, 1010.420 and 1010.820(g)(2)

3. Negligent Failure to Report: 31 USC 5321(a)(6) and 31 CFR sections 1010.350 and 1010.820(h)

4. Negligent Failure to Meet Recordkeeping Requirements: 31 USC 5321(a)(6) and 31 CFR sections 1010.420 and 1010.820(h)

5. Pattern of Negligent Activity: 31 USC section 5321(a)(6)(B)

**TOTAL proposed penalty** *(from Page 2 of 2)*   $ 2720000

## Signature Authorization

I consent to the immediate assessment and collection of the penalty amount specified above plus any interest and penalty as provided by law.

| Your signature | Date signed |
|---|---|
| | |

| Representative's signature *(valid only with Power of Attorney attached)* | Date signed |
|---|---|
| | |

**Name of entity** *(for corporations, partnerships, trusts, etc., when EIN specified above)*

| Signature of authorized officer | Title | Date signed |
|---|---|---|
| | | |

| Signature of authorized officer | Title | Date signed |
|---|---|---|
| | | |

| Name of examiner | Employee ID number | Date *(mmddyyyy)* |
|---|---|---|
| ANH REACH | 1000245909 | 06/06/2017 |

**Office of examiner**
12309 N. MOPAC EXPRESSWAY, MS4309AUNW, AUSTIN, TX 78757

| Name of supervisor | Employee ID number | Date *(mmddyyyy)* |
|---|---|---|
| JOSEPH M. RENEAU | 1000729989 | 06/06/2017 |

**Office of supervisor**
12309 N. MOPAC EXPRESSWAY, MS4309AUNW, AUSTIN, TX 78757

*[signature]* 6/7/17

Catalog Number 36612U   www.irs.gov   Form **13449** (Rev. 5-2015)

Government Exhibit 62

DOJ 002583

Internal Revenue Service
RECEIVED
JUN 0 8 2017
FBAR Penalty
Detroit, MI

Page 2

## Foreign Account Penalty Information

| Name of account holder | Account holder ID (EIN or SSN) |
|---|---|
| ALEXANDRU BITTNER | 0102 |

### Foreign Account 1

| Calendar year | Foreign Bank, Institution, or Agent(s) | Proposed penalty per "Definition of Penalty Statutes" (Check applicable box(es)) |
|---|---|---|
| 2007 | SEE ATTACHED SPREADSHEET | ☐ (1)  ☒ (2)  ☐ (3)  ☐ (4)  ☐ (5) |
| Maximum value of account | Foreign account number(s) | Amount of penalty |
| $ 10,127,860 | SEE ATTACHED SPREADSHEET | $ 610000 |

### Foreign Account 2

| Calendar year | Foreign Bank, Institution, or Agent(s) | Proposed penalty per "Definition of Penalty Statutes" (Check applicable box(es)) |
|---|---|---|
| 2008 | SEE ATTACHED SPREADSHEET | ☐ (1)  ☒ (2)  ☐ (3)  ☐ (4)  ☐ (5) |
| Maximum value of account | Foreign account number(s) | Amount of penalty |
| $ 10,420,152 | SEE ATTACHED SPREADSHEET | $ 510000 |

### Foreign Account 3

| Calendar year | Foreign Bank, Institution, or Agent(s) | Proposed penalty per "Definition of Penalty Statutes" (Check applicable box(es)) |
|---|---|---|
| 2009 | SEE ATTACHED SPREADSHEET | ☐ (1)  ☒ (2)  ☐ (3)  ☐ (4)  ☐ (5) |
| Maximum value of account | Foreign account number(s) | Amount of penalty |
| $ 3,053,884 | SEE ATTACHED SPREADSHEET | $ 530000 |

### Foreign Account 4

| Calendar year | Foreign Bank, Institution, or Agent(s) | Proposed penalty per "Definition of Penalty Statutes" (Check applicable box(es)) |
|---|---|---|
| 2010 | SEE ATTACHED SPREADSHEET | ☐ (1)  ☒ (2)  ☐ (3)  ☐ (4)  ☐ (5) |
| Maximum value of account | Foreign account number(s) | Amount of penalty |
| $ 16,058,319 | SEE ATTACHED SPREADSHEET | $ 530000 |

### Foreign Account 5

| Calendar year | Foreign Bank, Institution, or Agent(s) | Proposed penalty per "Definition of Penalty Statutes" (Check applicable box(es)) |
|---|---|---|
| 2011 | SEE ATTACHED SPREADSHEET | ☐ (1)  ☒ (2)  ☐ (3)  ☐ (4)  ☐ (5) |
| Maximum value of account | Foreign account number(s) | Amount of penalty |
| $ 15,137,405 | SEE ATTACHED SPREADSHEET | $ 540000 |

### Foreign Account 6

| Calendar year | Foreign Bank, Institution, or Agent(s) | Proposed penalty per "Definition of Penalty Statutes" (Check applicable box(es)) |
|---|---|---|
|  |  | ☐ (1)  ☐ (2)  ☐ (3)  ☐ (4)  ☐ (5) |
| Maximum value of account | Foreign account number(s) | Amount of penalty |
| $ | | $ |

**TOTAL** proposed penalty (Enter here and on Page 1 of 2) $ 2720000

Internal Revenue Service
RECEIVED
JUN 0 6 2017
FBAR Penalty
Detroit, MI

Catalog Number 36612U    www.irs.gov    Form **13449** (Rev. 5-2015)

Personal Foreign Financial Accounts

|  |  |  |  |  |  | 05/21/12 | 09/27/13 |  |
|---|---|---|---|---|---|---|---|---|
| T/P's Ref | W/P Tab# | Name on Account | Name of Bank | Currency | Account # | Max. Bal 2007 | Max. Bal 2007 | Max. Bal 2008 |
| A | 1 | Alexandru Bittner | UniCredit Tiriac Bank | RON | 0310 |  | $495,373 |  |
| A | 2 | Alexandru Bittner | UniCredit Tiriac Bank | USD | 0020 |  | $36,100 |  |
| A | 3 | Alexandru Bittner | UniCredit Tiriac Bank (HVB Bank) | EUR | 0320 | $470,278 | $405,940 | $500,000 |
| B | 4 | A. Bittner | Pireaus | LEU | 0000 |  |  |  |
| B | 5 | A. Bittner | Pireaus | LEU | 1000 |  |  |  |
| B | 6 | A. Bittner | Pireaus | USD | 1000 |  |  |  |
| B | 7 | A. Bittner | Pireaus | USD | 2000 |  |  |  |
| B | 8 | A. Bittner | Pireaus | USD | 2000 |  |  |  |
| B | 9 | A. Bittner | Pireaus | USD | 3000 |  |  |  |
| C | 10 | Alexandru Bittner | Raiffeisen Bank S.A. | USD | 7874 |  | $10,270 |  |
| C | 11 | Alexandru Bittner | Raiffeisen Bank S.A. | USD | 7875 |  |  |  |
| D | 12 | Bittner Alexandru | Finansbank (Romania) S.A., Finansbank Sucursala Doamnei | USD | 1170 |  |  |  |
| E | 13 |  | Banque SCS Alliance | USD | 12507 |  | $7,450 |  |
| F | 14 | Alexandru Bittner | Leichtensteinische Landesbank Aktiengesellschaft | EUR | 5360 |  | $10,000 |  |
| F | 15 | Alexandru Bittner | Leichtensteinische Landesbank Aktiengesellschaft | USD | 5371 |  |  |  |
| G | 16 |  | Royal Bank of Canada (Suisse) SA | USD | 0100 |  |  |  |
| G | 17 |  | Royal Bank of Canada (Suisse) SA | EUR | 0700 |  | $516,148 |  |
|  |  | Bittner | Banca Agricola |  | 7200 |  |  |  |

TOTALS of Personal Accts: $470,278   $1,481,281   $500,000

Total from Business Accts: $8,646,579

$10,127,860

DOJ 002585

PER FBARs FILED

| T/P's Ref | W/P Tab# | 09/27/13 Max. Bal 2008 | 05/21/12 Max. Bal 2009 | 09/27/13 Max. Bal 2009 | 05/21/12 Max. Bal 2010 | 09/27/13 Max. Bal 2010 | 05/21/12 Max. Bal 2011 | 09/27/13 Max. Bal 2011 |
|---|---|---|---|---|---|---|---|---|
| A | 1 | $227,365 | | $362,508 | | $665,021 | | $1,013,382 |
| A | 2 | $30,725 | | $42,462 | | $105,775 | | $990,150 |
| A | 3 | $293,144 | $333,333 | $74,935 | $659,350 | $656,044 | | $257,284 |
| B | 4 | | | | | | | $835,111 |
| B | 5 | | | | | | | |
| B | 6 | | | | | | | |
| B | 7 | | | | | | | |
| B | 8 | | | | | | $996,000 | $1,112,400 |
| B | 9 | | | | | | | |
| C | 10 | $10,900 | | $6,785 | | $10,945 | | $4,980 |
| C | 11 | | | | | | | |
| D | 12 | $7,327 | | $7,243 | | $7,212 | | n/a |
| E | 13 | | | | | | | |
| F | 14 | $9,999 | | $9,999 | | $9,999 | | $9,999 |
| F | 15 | | | | | | | |
| G | 16 | | | | | | | |
| G | 17 | $474,179 | | $411,825 | | $878,955 | | $93,987 |

$1,140,000

| $1,053,639 | $1,473,333 | $915,757 | $659,350 | $2,389,952 | $996,000 | $4,817,293 |
| $9,366,513 | | $2,138,127 | | $13,724,368 | | $10,820,112 |
| $10,420,152 | | $3,053,884 | | $16,058,319 | | $15,137,405 |

9/27/13
FBARs **Business Foreign Financial Accounts**

| | Name on Account | Name of Bank | Currency | IBAN or CONT: |
|---|---|---|---|---|
| not listed | Hotel Venetia Co SA | La Banca Comerciala Comana | | 0001 |
| A-1 | Hotel Venetia Co SA | Banca Comerciala Romana | | 0001 |
| A-2 | Hotel Venetia Co SA | Banca Comerciala Romana | | 0001 |
| A-3 | Hotel Venetia Co SA | Banca Comerciala Romana | | 0001 |
| B-1 | Hotel Venetia Co SA | Alpha Bank Romania | | EU01 |
| B-2 | Hotel Venetia Co SA | Alpha Bank Romania | | RO01 |
| B-3 | Hotel Venetia Co SA | Alpha Bank Romania | | US01 |
| A-1 | Afrodita Estival SRL | Bana Comerciala Romana | | 0001 |
| B-1 | Afrodita Estival SRL | Raiffeisen Bank | | 4978 |
| A-1 | Agercom Grup SRL | Credit Europe Bank | | RO01 |
| A-1 | Metacom Grup SRL | Credit Europe Bank | | RO01 |
| A-1 | Citymob International SRL | Credit Europe Bank | | RO01 |
| A-1 | Comprest SA | Unicredit Tiriac Bank | | 0003 |
| B-1 | Comprest SA | RBS Romania Bank | | 2746 |
| C-1 | Comprest SA | Piraeus Bank | | 1000 |
| D-1 | Comprest SA | Banca Transilvania | | 47XX |
| E-1 | Comprest SA | Raiffeisen Bank | | 1606 |
| F-1 | Comprest SA | Volksbank | | 2701 |
| A-1 | NBN Com SRL | Raiffeisen Bank | | 0465 |
| | Grupul Roman de Investitii- | | | |
| A-1 | GRI SRL | Credit Europe Bank | | RO02 |
| | Grupul Roman de Investitii- | | | |
| B-1 | GRI SRL | OTP Bank (ex RoBank) | | RO01 |
| A-1 | Agrement Serv SRL | Banca Comerciala Romana | | 0001 |
| A-2 | Agrement Serv SRL | Banca Comerciala Romana | | 0001 |
| B-1 | Agrement Serv SRL | Unicredit Tiriac Bank | | 8310 |
| A-1 | Terra Invest SRL | OTP Bank (ex RoBank) | | RO01 |
| A-1 | Prodlemn Maneciu SRL | BRD Group Societe Generale | | 3000 |
| A-1 | Anfrance Impex SRL | BRD Group Societe Generale | | 4450 |

DOJ 002587

9/27/13
FBARs   **Business Foreign Financial Accounts**

| | Name on Account | Name of Bank | Currency | IBAN or CONT: |
|---|---|---|---|---|
| A-1 | Piscicola Tour SRL | Piscicola Tour SRL | ROL | 0310 |
| A-2 | Piscicola Tour SRL | Piscicola Tour SRL | | 0320 |
| A-3 | Piscicola Tour SRL | Piscicola Tour SRL | | 0020 |
| B-1 | Piscicola Tour SRL | Banca Romana Pentru Dezoltare | | 3700 |
| B-2 | Piscicola Tour SRL | Banca Romana Pentru Dezoltare | | **3700** |
| B-3 | Piscicola Tour SRL | Banca Romana Pentru Dezoltare | | |
| X | Piscicola Tour SRL | Banca Romana Pentru Dezoltare | | 8510 |
| C-1 | Piscicola Tour SRL | Raiffeisen Bank | | **5107** |
| C-2 | Piscicola Tour SRL | Raiffeisen Bank | | |
| D-1 | Piscicola Tour SRL | Banca Comerciala Romana | | 0001 |
| A-1 | Ecofish SRL | HVB Bank Romania SA | | 7310 |
| A-2 | Ecofish SRL | HVB Bank Romania SA | | 7320 |
| B-1 | Ecofish SRL | Exim Bank | | RO02 |
| B-2 | Ecofish SRL | Exim Bank | | EU02 |
| C-1 | Ecofish SRL | Raiffeisen Bank | | 5744 |
| D-1 | Ecofish SRL | BRD Group Societe Generale | | 3700 |
| D-2 | Ecofish SRL | BRD Group Societe Generale | | 3700 |
| E-1 | Ecofish SRL | Banca Comerciala Romana | | 0001 |
| E-2 | Ecofish SRL | Banca Comerciala Romana | | 0003 |
| A-1 | Danubiu RO 2002 SRL | HVB Bank Romania SA | | 9310 |
| B-1 | Danubiu RO 2002 SRL | Exim Bank | | RO02 |
| B-2 | Danubiu RO 2002 SRL | Exim Bank | | US02 |
| D-1 | Danubiu RO 2002 SRL | BRD Group Societe Generale | | 3700 |
| D-2 | Danubiu RO 2002 SRL | BRD Group Societe Generale | | 3700 |
| E-1 | Danubiu RO 2002 SRL | Banca Comerciala Romana | | 0003 |
| A-1 | Piscicola Murighiol SRL | BRD Group Societe Generale | | 3700 |
| B-1 | Piscicola Murighiol SRL | Trezorerie | | 4461 |
| C-1 | Piscicola Murighiol SRL | Banca Comerciala Romana | | 0001 |
| C-1 | Turism Si Agrement SA | Raiffeisen Bank | | 5744 |

DOJ 002588

9/27/13
FBARs **Business Foreign Financial Accounts**

| | Name on Account | Name of Bank | Currency | IBAN or CONT: |
|---|---|---|---|---|
| D-1 | Turism Si Agrement SA | BRD Group Societe Generale | | 3700 |
| C-1 | Piscicola Jurilovca SA | Raiffeisen Bank | | 5335 |
| A-1 | Aviprod SRL | BRD Group Societe Generale | | 3700 |
| B-1 | Aviprod SRL | Trezorerie | | 0374 |
| C-1 | Aviprod SRL | Raiffeisen Bank | | 1519 |
| A-1 | Aquarom Elite SRL | Raiffeisen Bank | | 3741 |
| A-2 | Aquarom Elite SRL | Raiffeisen Bank | | 7308 |
| A-3 | Aquarom Elite SRL | Raiffeisen Bank | | 2246 |
| A-4 | Aquarom Elite SRL | Raiffeisen Bank | | 5227 |
| A-1 | Rondo Invest SRL | Unicredit Tiriac Bank | | 6000 |
| A-2 | Rondo Invest SRL | Unicredit Tiriac Bank | | 6001 |
| B-1 | Rondo Invest SRL | RBS Romania Bank | | 7892 |
| C-1 | Rondo Invest SRL | Piraeus Bank | | L000 |
| A-1 | Top Invest | Europe Bank Romania SA | | RO01 |
| A-1 | Starmob International SRL | Credit Europe Bank | | RO01 |
| A-1 | Supermob Intl SRL | Credit Europe Bank | | RO01 |
| A-1 | Midas Construct SRL | Credit Europe Bank | | RO02 |
| A-1 | Intelgralnet SRL | OTP Bank (ex RoBank) | | RO01 |
| A-1 | Metamob Intl SRL | OTP Bank (ex RoBank) | | RO01 |
| A-1 | Beta Mac Grup SRL | Unicredit Tiriac Bank | | 0310 |
| A-1 | LCA Service SRL | Credit Europe Bank | | RO02 |
| A-1 | Midas Constructii 2000 SRL | Credit Europe Bank | | RO03 |
| B-1 | Midas Constructii 2000 SRL | Raiffeisen Bank | 1800 | |
| C-1 | Midas Constructii 2000 SRL | Banca Comerciala Romana | .1ROL | |
| D-1 | Midas Constructii 2000 SRL | OTP Bank (ex RoBank) | | 1100 |
| A-1 | Stibro 2000 SRL | Credit Europe Bank | | RO01 |
| A-2 | Stibro 2000 SRL | Credit Europe Bank | | EUR1 |
| B-1 | Stibro 2000 SRL | Raiffeisen Bank | | 1279 |
| B-2 | Stibro 2000 SRL | Raiffeisen Bank | | 1280 |
| A-1 | Hotel Venetia SRL | Credit Europe Bank | | RO02 |

DOJ 002589

9/27/13
FBARs **Business Foreign Financial Accounts**

| | Name on Account | Name of Bank | Currency | IBAN or CONT: |
|---|---|---|---|---|
| | Intertrade Distributie | | | |
| A-1 | Produse Alimentare SRL Intertrade Distributie | Banca Comerciala Romana | | 0001 |
| A-2 | Produse Alimentare SRL Intertrade Distributie | Banca Comerciala Romana | | 0002 |
| B-1 | Produse Alimentare SRL Intertrade Distributie | BRD Group Societe Generale | | 4450 |
| B-2 | Produse Alimentare SRL Intertrade Distributie | BRD Group Societe Generale | | 4450 |
| B-3 | Produse Alimentare SRL Intertrade Distributie | BRD Group Societe Generale | | 4450 |
| C-1 | Produse Alimentare SRL Intertrade Distributie | Trezorerie | | 6559 |
| C-2 | Produse Alimentare SRL Intertrade Distributie | Trezorerie | | 7728 |
| C-3 | Produse Alimentare SRL Intertrade Distributie | Trezorerie | | 3225 |
| D-1 | Produse Alimentare SRL Intertrade Distributie | Banca Italo Romena | | CC01 |
| D-2 | Produse Alimentare SRL Intertrade Distributie | Banca Italo Romena | | CK01 |
| D-3 | Produse Alimentare SRL | Banca Italo Romena | | CC01 |

DOJ 002590

| 9/27/13 FBARs | 09/27/13 Max. Bal 2006 | | 09/27/13 Max. Bal 2007 | | 09/27/13 Max. Bal 2008 | | 09/27/13 Max. Bal 2009 | | 09/27/13 Max. Bal 2010 | | 09/27/13 Max. Bal 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| not listed | | | | | | | | | | | |
| A-1 | 1 | $16,834 | 1 | $1,136 | 1 | $1,432 | 1 | $444 | 1 | $415 | 1 | $406 |
| A-2 | 1 | $194,662 | 1 | $132,607 | 1 | $818 | 1 | $647 | 1 | $854 | 1 | $790 |
| A-3 | 1 | $367 | 1 | $410 | 1 | $388 | 1 | $292 | 1 | $299 | 1 | $292 |
| B-1 | 1 | $663,808 | 1 | $83,818 | 1 | $1 | 1 | $1 | 1 | $1 | 1 | $1 |
| B-2 | 1 | $374,423 | 1 | $4,279 | 1 | $84 | 1 | $62,532 | 1 | $695 | 1 | $726 |
| B-3 | 1 | $20 | 1 | $23 | 1 | $22 | 1 | $18 | 1 | $17 | 1 | $18 |
| A-1 | 1 | $7,853 | 1 | $2,995 | 1 | $611 | 1 | $477 | 1 | $431 | 1 | $426 |
| B-1 | 1 | $21,416 | 1 | $1,928,242 | 1 | $216,388 | 1 | $133,158 | 1 | $117,145 | 1 | $56,633 |
| A-1 | 1 | $11,779 | | | | | | | | | | |
| A-1 | 1 | $22,924 | | | | | | | | | | |
| A-1 | 1 | $8,505 | | | | | | | | | | |
| A-1 | 1 | $26,740 | 1 | $36,189 | 1 | $30,762 | 1 | $52,955 | 1 | $103,131 | 1 | $151,505 |
| B-1 | 1 | $86,942 | 1 | $187,510 | 1 | $538,440 | 1 | $217,847 | 1 | $231,309 | 1 | $140,974 |
| C-1 | | | | | | | | | 1 | $6 | 1 | $297,595 |
| D-1 | | | 1 | $10,031 | 1 | $8,018 | 1 | $11,578 | 1 | $45,430 | 1 | $52,735 |
| E-1 | | | | | | | | | 1 | $635 | 1 | $45,602 |
| F-1 | | | | | | | | | | | 1 | $131,358 |
| A-1 | 1 | $18,754 | 1 | $22,632 | 1 | $17,546 | 1 | $16,865 | 1 | $14,967 | 1 | $95,539 |
| A-1 | | | | | | | | | | | | |
| B-1 | 1 | $4,338 | 1 | $18,687 | | | | | | | | |
| A-1 | 1 | $24,375 | 1 | $24,376 | 1 | $37,589 | 1 | $2,596 | | | | |
| A-2 | 1 | $10,835 | 1 | $15,878 | | | | | | | | |
| B-1 | 1 | $19,354 | | | | | | | | | | |
| A-1 | | | | | | | | | | | | |
| A-1 | | | | | | | | | | | | |
| A-1 | 1 | $1,543 | 1 | $1,096 | 1 | $379 | 1 | $287 | 1 | $294 | 1 | $11,256 |
| | | | | | | | | | | | 1 | $316 |

DOJ 002591

| 9/27/13 FBARs | 09/27/13 Max. Bal 2006 | | 09/27/13 Max. Bal 2007 | | 09/27/13 Max. Bal 2008 | | 09/27/13 Max. Bal 2009 | | 09/27/13 Max. Bal 2010 | | 09/27/13 Max. Bal 2011 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A-1 | 1 | $495,275 | 1 | $1,442,328 | 1 | $2,176,972 | 1 | $229,550 | 1 | $158,425 | 1 | $52,588 |
| A-2 | 1 | $449,959 | | | | | | | | | | |
| A-3 | 1 | $289,789 | | | | | | | | | | |
| B-1 | 1 | $498,030 | 1 | $481,964 | 1 | $291,020 | 1 | $124,785 | 1 | $671,277 | 1 | $1,091,844 |
| B-2 | 1 | $34,154 | 1 | $21,307 | 1 | $24,349 | 1 | $52,030 | 1 | $45,529 | 1 | $49,853 |
| B-3 | | | | | | | | | | | | |
| X | | | | | | | | | | | | |
| C-1 | 1 | $143,866 | 1 | $18,431 | | | | | | | | |
| C-2 | | | | | | | | | | | | |
| D-1 | 1 | $71,349 | 1 | $18,092 | | | | | | | | |
| A-1 | 1 | $79,853 | 1 | $75,830 | 1 | $15,995 | 1 | $28,055 | | | | |
| A-2 | 1 | $58,730 | | | | | | | | | | |
| B-1 | 1 | $127,884 | 1 | $487,310 | | | | | | | | |
| B-2 | 1 | $18,500 | | | | | | | | | | |
| C-1 | 1 | $17,535 | | | | | | | | | | |
| D-1 | 1 | $374,761 | 1 | $533,479 | 1 | $84,250 | 1 | $67,850 | | | | |
| D-2 | 1 | $18,500 | 1 | $12,310 | | | | | | | | |
| E-1 | 1 | $70,768 | 1 | $37,009 | 1 | $107,477 | 1 | $10,530 | | | | |
| E-2 | | | 1 | $62,570 | 1 | $50,220 | | | | | | |
| A-1 | 1 | $370,166 | 1 | $22,955 | 1 | $70,325 | 1 | $24,929 | | | | |
| B-1 | 1 | $75,010 | 1 | $395,205 | | | | | | | | |
| B-2 | | | | | | | | | | | | |
| D-1 | 1 | $199,322 | 1 | $90,640 | 1 | $49,314 | 1 | $19,271 | | | | |
| D-2 | | | 1 | $25,613 | | | | | | | | |
| E-1 | 1 | $34,239 | 1 | $102,500 | 1 | $58,409 | | | | | | |
| A-1 | | | | | | | 1 | $100,093 | 1 | $1,355,585 | 1 | $1,359,333 |
| B-1 | | | | | | | | | | | 1 | $1,372,859 |
| C-1 | | | 1 | $95,404 | 1 | $142,786 | 1 | $51,851 | | | | |
| C-1 | | | | | | | | | | | | |

| 9/27/13 FBARs | 09/27/13 Max. Bal 2006 | | 09/27/13 Max. Bal 2007 | | 09/27/13 Max. Bal 2008 | | 09/27/13 Max. Bal 2009 | | 09/27/13 Max. Bal 2010 | | 09/27/13 Max. Bal 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D-1 | | | | | | | | | | | |
| C-1 | | | $5,811 | 1 | $5,453 | 1 | $4,987 | 1 | $9,013 | 1 | $3,666 |
| A-1 | | | | | $73,811 | 1 | $15,780 | 1 | $25,443 | 1 | $18,616 |
| B-1 | | | | | | | $16,504 | 1 | | | |
| C-1 | | | | | | | | | | | |
| A-1 | | | $108,813 | 1 | $165,621 | 1 | $148,717 | 1 | $48,595 | 1 | $20,001 |
| A-2 | | | | | | | | | $568,910 | 1 | $1,898,831 |
| A-3 | | | | | | | | | | | |
| A-4 | | | | | | | | | $117 | 1 | $348 |
| A-1 | | | | | | | | | $315,734 | 1 | $24,745 |
| A-2 | | | | | | | | | $300,446 | 1 | $52 |
| B-1 | $149,926 | 1 | $169,447 | 1 | $362,390 | 1 | $163,704 | 1 | $128,114 | 1 | |
| C-1 | | | | | | | | | $5,880,729 | 1 | $1,428,908 |
| A-1 | $19,048 | 1 | $55,271 | 1 | $231,024 | 1 | $158,313 | 1 | $78,621 | 1 | $79,755 |
| A-1 | $8,858 | 1 | $12,567 | 1 | $16,216 | 1 | $16,713 | 1 | $61,861 | 1 | $14,154 |
| A-1 | $47,694 | 1 | | | | | $12,392 | 1 | $213,688 | 1 | $4,922 |
| A-1 | $5,183 | 1 | $24,930 | 1 | $2,634,987 | 1 | $10,923 | 1 | $13,434 | 1 | $5,065 |
| A-1 | $12,661 | 1 | $21,645 | 1 | $18,301 | 1 | $17,937 | 1 | $54,128 | 1 | $34,646 |
| A-1 | $10,621 | 1 | $7,062 | 1 | $11,862 | 1 | $12,902 | 1 | $8,468 | 1 | $98,586 |
| A-1 | $7,867 | 1 | | | | | | | | | |
| A-1 | $871 | 1 | $205 | 1 | $80 | 1 | $197 | 1 | $204 | 1 | $33 |
| A-1 | $84,245 | 1 | $127,116 | 1 | $195,249 | 1 | $29,791 | 1 | $13,706 | 1 | $1,083 |
| B-1 | $261,529 | 1 | $25,476 | 1 | $12,043 | 1 | | | | | |
| C-1 | $23,565 | 1 | $14,690 | 1 | | | | | | | |
| D-1 | $2,036 | 1 | | | | | | | | | |
| A-1 | $6,694 | 1 | $460,914 | 1 | $31 | 1 | $25 | 1 | $24 | 1 | $25 |
| A-2 | $317 | 1 | $366 | 1 | $290 | 1 | $234 | 1 | $229 | 1 | $230 |
| B-1 | $5,856 | 1 | $328,584 | 1 | $13,127 | 1 | $17,028 | 1 | $12,056 | 1 | $5,166 |
| B-2 | $2,249 | 1 | | | | | | | | | |
| A-1 | $15,435 | 1 | $3,876 | 1 | $2,769 | 1 | $385 | 1 | $479 | 1 | |

DOJ 002593

| 9/27/13 FBARs | 09/27/13 Max. Bal 2006 | | 09/27/13 Max. Bal 2007 | | 09/27/13 Max. Bal 2008 | | 09/27/13 Max. Bal 2009 | | 09/27/13 Max. Bal 2010 | | 09/27/13 Max. Bal 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-1 | 1 | $119,329 | 1 | $118,508 | | | | | | | |
| A-2 | 1 | $55,301 | 1 | $55,512 | | | | | | | |
| B-1 | 1 | $113,916 | 1 | $402,211 | 1 | $773,247 | 1 | $80,507 | 1 | $1,663,291 | 1 | $783,898 |
| B-2 | 1 | $30,610 | 1 | $292,553 | 1 | $904,289 | 1 | $105,567 | 1 | $45,417 | 1 | $70,599 |
| B-3 | 1 | $54,137 | | | | | | | | | |
| C-1 | 1 | $16,613 | | | | | | | | | |
| C-2 | | | 1 | $18,166 | 1 | $22,128 | 1 | $28,879 | | | |
| C-3 | | | | | | | 1 | $21,396 | 1 | $17,259 | |
| D-1 | | | | | | | 1 | $33,818 | 1 | $1,018,700 | 1 | $989,592 |
| D-2 | | | | | | | | | 1 | $10,966 | 1 | $12,908 |
| D-3 | | | | | | | 1 | $32,787 | 1 | $488,291 | 1 | $411,634 |
| | 62 | $5,997,723 | 54 | $8,646,579 | 44 | $9,366,513 | 47 | $2,138,127 | 46 | $13,724,368 | 46 | $10,820,112 |

DOJ 002594