# PER FBARs

| T/P's Ref | W/P Tab# | 09/27/13 Max. Bal 2006 | 05/21/12 Max. Bal 2007 | 09/27/13 Max. Bal 2007 | Max. Bal 2008 | 09/27/13 Max. Bal 2008 | 05/21/12 Max. Bal 2009 | 09/27/13 Max. Bal 2009 | 05/21/12 Max. Bal 2010 | 09/27/13 Max. Bal 2010 | 05/21/12 Max. Bal 2011 | 09/27/13 Max. Bal 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | $1,329,595 | | $495,373 | | $227,365 | | $362,508 | | $665,021 | | $1,013,382 |
| A | 2 | $12,400 | | $36,100 | | $30,725 | | $42,462 | | $105,775 | | $990,150 |
| A | 3 | $1,806,206 | $470,278 | $405,940 | $500,000 | $293,144 | $333,333 | $74,935 | $659,350 | $656,044 | | $257,284 |
| B | 4 | | | | | | | | | | | $835,111 |
| B | 5 | | | | | | | | | | | |
| B | 6 | | | | | | | | | | | |
| B | 7 | | | | | | | | | | | |
| B | 8 | | | | | | | | | | | |
| B | 9 | | | | | | $1,140,000 | | | | $996,000 | $1,112,400 |
| C | 10 | | | | | | | | | | | |
| C | 11 | $9,565 | | $10,270 | | $10,900 | | $6,785 | | $10,945 | | $4,980 |
| D | 12 | $48,010 | | $7,450 | | $7,327 | | $7,243 | | $7,212 | | |
| E | 13 | $53,241 | | | | | | | | | | n/a |
| F | 14 | $191,962 | | $10,000 | | $9,999 | | $9,999 | | $9,999 | | $9,999 |
| F | 15 | $5,993 | | | | | | | | | | |
| G | 16 | | | | | | | | | | | |
| G | 17 | $1,056,148 | | $516,148 | | $474,179 | | $411,825 | | $878,955 | | $93,987 |

**Totals (highlighted):**

| | 09/27/13 2006 | 05/21/12 2007 | 09/27/13 2007 | Max. Bal 2008 | 09/27/13 2008 | 05/21/12 2009 | 09/27/13 2009 | 05/21/12 2010 | 09/27/13 2010 | 05/21/12 2011 | 09/27/13 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Personal Accts | $4,513,120 | $470,278 | $1,481,281 | $500,000 | $1,053,639 | $1,473,333 | $915,757 | $659,350 | $2,333,951 | $996,000 | $4,317,293 |
| Business Accts | $8,646,579 | | $9,366,513 | | $10,420,152 | | $2,138,127 | | $13,724,368 | | $10,820,112 |
| Total | $10,127,860 | | | | | | $3,053,884 | | $16,058,319 | | $15,137,405 |

Government Exhibit

65

DOJ 002688



DOJ 002689

9/27/13

**FBARs**      **Business Foreign Financial Accounts**

| | Name on Account | Name of Bank | Currency | IBAN or CONT: |
|---|---|---|---|---|
| A-1 | Piscicola Tour SRL | Piscicola Tour SRL | ROL | 0310 |
| A-2 | Piscicola Tour SRL | Piscicola Tour SRL | | 0320 |
| A-3 | Piscicola Tour SRL | Piscicola Tour SRL | | 0020 |
| B-1 | Piscicola Tour SRL | Banca Romana Pentru Dezoltare | | 3700 |
| B-2 | Piscicola Tour SRL | Banca Romana Pentru Dezoltare | | **3700** |
| B-3 | Piscicola Tour SRL | Banca Romana Pentru Dezoltare | | |
| X | Piscicola Tour SRL | Banca Romana Pentru Dezoltare | | 8310 |
| C-1 | Piscicola Tour SRL | Raiffeisen Bank | | **5107** |
| C-2 | Piscicola Tour SRL | Raiffeisen Bank | | **5685 EURO** |
| D-1 | Piscicola Tour SRL | Banca Comerciala Romana | | **0001** |
| A-1 | Ecofish SRL | HVB Bank Romania SA | | 7310 |
| A-2 | Ecofish SRL | HVB Bank Romania SA | | 7320 |
| B-1 | Ecofish SRL | Exim Bank | | ROO2 |
| B-2 | Ecofish SRL | Exim Bank | | EU02 |
| C-1 | Ecofish SRL | Raiffeisen Bank | | 5744 |
| D-1 | Ecofish SRL | BRD Group Societe Generale | | 3700 |
| D-2 | Ecofish SRL | BRD Group Societe Generale | | 3700 |
| E-1 | Ecofish SRL | Banca Comerciala Romana | | 0001 |
| E-2 | Ecofish SRL | Banca Comerciala Romana | | 0003 |
| A-1 | Danubiu RO 2002 SRL | HVB Bank Romania SA | | 3310 |
| B-1 | Danubiu RO 2002 SRL | Exim Bank | | ROO2 |
| B-2 | Danubiu RO 2002 SRL | Exim Bank | | JS02 |
| D-1 | Danubiu RO 2002 SRL | BRD Group Societe Generale | | 3700 |
| D-2 | Danubiu RO 2002 SRL | BRD Group Societe Generale | | 3700 |
| E-1 | Danubiu RO 2002 SRL | Banca Comerciala Romana | | 0003 |
| A-1 | Piscicola Murighiol SRL | BRD Group Societe Generale | | 3700 |
| B-1 | Piscicola Murighiol SRL | Trezorerie | | I461 |
| C-1 | Piscicola Murighiol SRL | Banca Comerciala Romana | | 0001 |
| C-1 | Turism SI Agrement SA | Raiffeisen Bank | | 5744 |

DOJ 002690

9/27/13

FBARs   <u>Business Foreign Financial Accounts</u>

| | Name on Account | Name of Bank | Currency | IBAN or CONT: |
|---|---|---|---|---|
| D-1 | Turism SI Agrement SA | BRD Group Societe Generale | | 3700 |
| C-1 | Piscicola Jurilovca SA | Raiffeisen Bank | | 5335 |
| A-1 | Aviprod SRL | BRD Group Societe Generale | | 3700 |
| B-1 | Aviprod SRL | Trezorerie | | 0374 |
| C-1 | Aviprod SRL | Raiffeisen Bank | | 1519 |
| A-1 | Aquarom Elite SRL | Raiffeisen Bank | | 3741 |
| A-2 | Aquarom Elite SRL | Raiffeisen Bank | | 7308 |
| A-3 | Aquarom Elite SRL | Raiffeisen Bank | | 2246 |
| A-4 | Aquarom Elite SRL | Raiffeisen Bank | | 5227 |
| A-1 | Rondo Invest SRL | Unicredit Tiriac Bank | | 6000 |
| A-2 | Rondo Invest SRL | Unicredit Tiriac Bank | | 6001 |
| B-1 | Rondo Invest SRL | RBS Romania Bank | | 7892 |
| C-1 | Rondo Invest SRL | Piraeus Bank | | L000 |
| A-1 | Top Invest | Europe Bank Romania SA | | RO01 |
| A-1 | Starmob International SRL | Credit Europe Bank | | RO01 |
| A-1 | Supermob Intl SRL | Credit Europe Bank | | RO01 |
| A-1 | Midas Construct SRL | Credit Europe Bank | | RO02 |
| A-1 | Intelgralnet SRL | OTP Bank (ex RoBank) | | RO01 |
| A-1 | Metamob Intl SRL | OTP Bank (ex RoBank) | | RO01 |
| A-1 | Beta Mac Grup SRL | Unicredit Tiriac Bank | | 0310 |
| A-1 | LCA Service SRL | Credit Europe Bank | | RO02 |
| A-1 | Midas Constructii 2000 SRL | Credit Europe Bank | | RO03 |
| B-1 | Midas Constructii 2000 SRL | Raiffeisen Bank | 1800 | |
| C-1 | Midas Constructii 2000 SRL | Banca Comerciala Romana | 1.1ROL | |
| D-1 | Midas Constructii 2000 SRL | OTP Bank (ex RoBank) | 1100 | |
| A-1 | Stibro 2000 SRL | Credit Europe Bank | | RO01 |
| A-2 | Stibro 2000 SRL | Credit Europe Bank | | EUR1 |
| B-1 | Stibro 2000 SRL | Raiffeisen Bank | | 1279 |
| B-2 | Stibro 2000 SRL | Raiffeisen Bank | | 1280 |
| A-1 | Hotel Venetia SRL | Credit Europe Bank | | RO02 |

DOJ 002691

9/27/13

FBARs   **Business Foreign Financial Accounts**

| | Name on Account | Name of Bank | Currency | IBAN or CONT: |
|---|---|---|---|---|
| not listed | Hotel Venetia Co SA | La Banca Comerciala Comana | | 0001 |
| A-1 | Hotel Venetia Co SA | Banca Comerciala Romana | | 0001 |
| A-2 | Hotel Venetia Co SA | Banca Comerciala Romana | | 0001 |
| A-3 | Hotel Venetia Co SA | Banca Comerciala Romana | | 0001 |
| B-1 | Hotel Venetia Co SA | Alpha Bank Romania | | EU01 |
| B-2 | Hotel Venetia Co SA | Alpha Bank Romania | | RO01 |
| B-3 | Hotel Venetia Co SA | Alpha Bank Romania | | US01 |
| A-1 | Afrodita Estival SRL | Bana Comerciala Romana | | 0001 |
| B-1 | Afrodita Estival SRL | Raiffeisen Bank | | 4978 |
| A-1 | Agercom Grup SRL | Credit Europe Bank | | RO01 |
| A-1 | Metacom Grup SRL | Credit Europe Bank | | RO01 |
| A-1 | Citymob International SRL | Credit Europe Bank | | RO01 |
| A-1 | Comprest SA | Unicredit Tiriac Bank | | 0003 |
| B-1 | Comprest SA | RBS Romania Bank | | 2746 |
| C-1 | Comprest SA | Piraeus Bank | | .000 |
| D-1 | Comprest SA | Banca Transilvania | | 17XX |
| E-1 | Comprest SA | Raiffeisen Bank | | 1606 |
| F-1 | Comprest SA | Volksbank | | 2701 |
| A-1 | NBN Com SRL | Raiffeisen Bank | | 0465 |
| A-1 | Grupul Roman de Investitii-GRI SRL | Credit Europe Bank | | RO02 |
| B-1 | Grupul Roman de Investitii-GRI SRL | OTP Bank (ex RoBank) | | RO01 |
| A-1 | Agrement Serv SRL | Banca Comerciala Romana | | 0001 |
| A-2 | Agrement Serv SRL | Banca Comerciala Romana | | 0001 |
| B-1 | Agrement Serv SRL | Unicredit Tiriac Bank | | 8310 |
| A-1 | Terra Invest SRL | OTP Bank (ex RoBank) | | RO01 |
| A-1 | Prodlemn Maneciu SRL | BRD Group Societe Generale | | 3000 |
| A-1 | Anfrance Impex SRL | BRD Group Societe Generale | | 4450 |

DOJ 002692

9/27/13

FBARs

**Business Foreign Financial Accounts**

| | Name on Account | Name of Bank | Currency | IBAN or CONT: |
|---|---|---|---|---|
| | Intertrade Distributie | | | |
| A-1 | Produse Alimentare SRL | Banca Comerciala Romana | | 0001 |
| | Intertrade Distributie | | | |
| A-2 | Produse Alimentare SRL | Banca Comerciala Romana | | 0002 |
| | Intertrade Distributie | | | |
| B-1 | Produse Alimentare SRL | BRD Group Societe Generale | | 4450 |
| | Intertrade Distributie | | | |
| B-2 | Produse Alimentare SRL | BRD Group Societe Generale | | 4450 |
| | Intertrade Distributie | | | |
| B-3 | Produse Alimentare SRL | BRD Group Societe Generale | | 4450 |
| | Intertrade Distributie | | | |
| C-1 | Produse Alimentare SRL | Trezorerie | | 5559 |
| | Intertrade Distributie | | | |
| C-2 | Produse Alimentare SRL | Trezorerie | | 7728 |
| | Intertrade Distributie | | | |
| C-3 | Produse Alimentare SRL | Trezorerie | | 3225 |
| | Intertrade Distributie | | | |
| D-1 | Produse Alimentare SRL | Banca Italo Romena | | CC01 |
| | Intertrade Distributie | | | |
| D-2 | Produse Alimentare SRL | Banca Italo Romena | | CK01 |
| | Intertrade Distributie | | | |
| D-3 | Produse Alimentare SRL | Banca Italo Romena | | CC01 |

DOJ 002693

## Foreign Business Accts

| 9/27/13 FBARs | 09/27/13 Max. Bal 2006 | 09/27/13 Max. Bal 2007 | 09/27/13 Max. Bal 2008 | 09/27/13 Max. Bal 2009 | 09/27/13 Max. Bal 2010 | 09/27/13 Max. Bal 2011 |
|---|---|---|---|---|---|---|
| A-1 | 1 $495,275 | 1 $1,442,328 | 1 $2,176,972 | 1 $229,550 | 1 $158,425 | 1 $52,588 |
| A-2 | 1 $449,959 | | | | | |
| A-3 | 1 $289,789 | | | | | |
| B-1 | 1 $498,030 | 1 $481,964 | 1 $291,020 | 1 $124,785 | 1 $671,277 | 1 $1,091,844 |
| B-2 | 1 $34,154 | | | | | |
| B-3 | | 1 $21,307 | 1 $24,349 | 1 $52,030 | 1 $45,529 | 1 $49,853 |
| C-1 | 1 $143,866 | 1 $18,431 | | | | |
| C-2 | | | | | | |
| D-1 | 1 $71,349 | 1 $18,092 | | | | |
| A-1 | 1 $79,853 | 1 $75,830 | 1 $15,995 | 1 $28,055 | | |
| A-2 | 1 $58,730 | | | | | |
| B-1 | 1 $127,884 | 1 $487,310 | | | | |
| B-2 | 1 $18,500 | | | | | |
| C-1 | 1 $17,535 | | | | | |
| D-1 | 1 $374,761 | 1 $533,479 | 1 $84,250 | 1 $67,850 | | |
| D-2 | 1 $18,500 | 1 $12,310 | | | | |
| E-1 | 1 $70,768 | 1 $37,009 | 1 $107,477 | 1 $10,530 | | |
| E-2 | | 1 $62,570 | 1 $50,220 | | | |
| A-1 | 1 $370,166 | 1 $22,955 | 1 $70,325 | 1 $24,929 | | |
| B-1 | 1 $75,010 | 1 $395,205 | | | | |
| B-2 | | | | | | |
| D-1 | 1 $199,322 | 1 $90,640 | 1 $49,314 | 1 $19,271 | | |
| D-2 | 1 | 1 $25,613 | | | | |
| E-1 | 1 $34,239 | 1 $102,500 | 1 $58,409 | | | |
| A-1 | | | 1 $142,786 | 1 $100,093 | 1 $1,355,585 | 1 $1,359,333 |
| B-1 | | | | 1 $51,851 | | 1 $1,372,859 |
| C-1 | 1 | 1 $95,404 | | | | |
| C-1 | 1 | | | | | |

DOJ 002694

| 9/27/13 FBARs | 09/27/13 Max. Bal 2006 | 09/27/13 Max. Bal 2007 | 09/27/13 Max. Bal 2008 | 09/27/13 Max. Bal 2009 | 09/27/13 Max. Bal 2010 | 09/27/13 Max. Bal 2011 |
|---|---|---|---|---|---|---|
| D-1 | | | | | | |
| C-1 | | $5,811 | $5,453 | $4,987 | $9,013 | $3,666 |
| A-1 | | | $73,811 | $15,780 | $25,443 | $18,616 |
| B-1 | | | | $16,504 | | |
| C-1 | | | | | | |
| A-1 | | $108,813 | $165,621 | $148,717 | $48,595 | $20,001 |
| A-2 | | | | | $568,910 | $1,898,831 |
| A-3 | | | | | | |
| A-4 | | | | | $117 | $348 |
| A-1 | | | | | $315,734 | $24,745 |
| A-2 | | | | | $300,446 | $52 |
| B-1 | $149,926 | $169,447 | $362,390 | $163,704 | $128,114 | $1,428,908 |
| C-1 | $19,048 | $55,271 | $231,024 | $158,313 | $5,880,729 | $79,755 |
| A-1 | $8,858 | $12,567 | $16,216 | $16,713 | $78,621 | $14,154 |
| A-1 | $47,694 | | | $12,392 | $61,861 | $4,922 |
| A-1 | $5,183 | $24,930 | $2,634,987 | $10,923 | $213,688 | $5,065 |
| A-1 | $12,661 | $21,645 | $18,301 | $17,937 | $13,434 | $34,646 |
| A-1 | $10,621 | $7,062 | $11,862 | $12,902 | $54,128 | $98,586 |
| A-1 | $7,867 | | | | $8,468 | |
| A-1 | $871 | $205 | $80 | $197 | $204 | $33 |
| A-1 | $84,245 | $127,116 | $195,249 | $29,791 | $13,706 | $1,083 |
| B-1 | $261,529 | $25,476 | $12,043 | | | |
| C-1 | $23,565 | $14,690 | | | | |
| D-1 | $2,036 | | | | | |
| A-1 | $6,694 | $460,914 | $31 | $25 | $24 | $25 |
| A-2 | $317 | $366 | $290 | $234 | $229 | $230 |
| B-1 | $5,856 | $328,584 | $13,127 | $17,028 | $12,056 | $5,166 |
| B-2 | $2,249 | | | | | |
| A-1 | $15,435 | $3,876 | $2,769 | $385 | $479 | |

DOJ 002695

| 9/27/13 FBARs | Max. Bal 2006 (09/27/13) | Max. Bal 2007 (09/27/13) | Max. Bal 2008 (09/27/13) | Max. Bal 2009 (09/27/13) | Max. Bal 2010 (09/27/13) | Max. Bal 2011 (09/27/13) |
|---|---|---|---|---|---|---|
| not listed | | | | | | |
| A-1 | $16,834 | $1,136 | $1,432 | $444 | $415 | $406 |
| A-2 | $194,662 | $132,607 | $818 | $647 | $854 | $790 |
| A-3 | $367 | $410 | $388 | $292 | $299 | $292 |
| B-1 | $663,808 | $83,818 | $1 | $1 | $1 | $1 |
| B-2 | $374,423 | $4,279 | $84 | $62,532 | $695 | $726 |
| B-3 | $20 | $23 | $22 | $18 | $17 | $18 |
| A-1 | $7,853 | $2,995 | $611 | $477 | $431 | $426 |
| B-1 | $21,416 | $1,928,242 | $216,388 | $133,158 | $117,145 | $56,633 |
| A-1 | $11,779 | | | | | |
| A-1 | $22,924 | | | | | |
| A-1 | $8,505 | | | | | |
| A-1 | $26,740 | $36,189 | $30,762 | $52,955 | $103,131 | $151,505 |
| B-1 | $86,942 | $187,510 | $538,440 | $217,847 | $231,309 | $140,974 |
| C-1 | | | | | $6 | $297,595 |
| D-1 | | $10,031 | $8,018 | $11,578 | $45,430 | $52,735 |
| E-1 | | | | | $635 | $45,602 |
| F-1 | | | | | | $131,358 |
| A-1 | $18,754 | $22,632 | $17,546 | $16,865 | $14,967 | $95,539 |
| A-1 | | | | | | |
| B-1 | $4,338 | | | | | |
| A-1 | $24,375 | $18,687 | | | | |
| A-2 | $10,835 | $24,376 | | $2,596 | | |
| B-1 | $19,354 | $15,878 | $37,589 | | | |
| A-1 | | | | | $294 | $11,256 |
| A-1 | $1,543 | $1,096 | $379 | $287 | | $316 |

DOJ 002696

| 9/27/13 FBARs | 09/27/13 Max. Bal 2006 | | 09/27/13 Max. Bal 2007 | | 09/27/13 Max. Bal 2008 | | 09/27/13 Max. Bal 2009 | | 09/27/13 Max. Bal 2010 | | 09/27/13 Max. Bal 2011 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A-1 | 1 | $119,329 | 1 | $118,508 | | | | | | | | |
| A-2 | 1 | $55,301 | 1 | $55,512 | | | | | | | | |
| B-1 | 1 | $113,916 | 1 | $402,211 | 1 | $773,247 | 1 | $80,507 | 1 | $1,663,291 | 1 | $783,898 |
| B-2 | 1 | $30,610 | 1 | $292,553 | 1 | $904,289 | 1 | $105,567 | 1 | $45,417 | 1 | $70,599 |
| B-3 | 1 | $54,137 | | | | | | | | | | |
| C-1 | 1 | $16,613 | | | | | | | | | | |
| C-2 | | | 1 | $18,166 | 1 | $22,128 | 1 | $28,879 | | | | |
| C-3 | | | | | | | 1 | $21,396 | 1 | $17,259 | | |
| D-1 | | | | | | | 1 | $33,818 | 1 | $1,018,700 | 1 | $989,592 |
| D-2 | | | | | | | | | 1 | $10,966 | 1 | $12,908 |
| D-3 | | | | | | | 1 | $32,787 | 1 | $488,291 | 1 | $411,634 |
| | 62 | $5,997,723 | 54 | $8,646,579 | 44 | $9,366,513 | 47 | $2,138,127 | 46 | $13,724,368 | 46 | $10,820,112 |

DOJ 002697