100454375375-9

Page 1 of 2

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

```
                                        Request Date:    06-21-2019
                                        Response Date:   06-21-2019
                                        Tracking Number: 100454375375

FORM NUMBER:    1040
TAX PERIOD:     Dec. 31, 1991

TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

ALEXANDRO J & HUI-JU BITTNER
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

             --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                     0.00
ACCRUED INTEREST:                                    0.00    AS OF: May 28, 2018
ACCRUED PENALTY:                                     0.00    AS OF: May 28, 2018

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                       0.00

                ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                          02
FILING STATUS:                          Married Filing Joint
ADJUSTED GROSS INCOME:                           2,318.00
TAXABLE INCOME:                                      0.00
TAX PER RETURN:                                      0.00
SE TAXABLE INCOME TAXPAYER:                          0.00
SE TAXABLE INCOME SPOUSE:                            0.00
TOTAL SELF EMPLOYMENT TAX:                           0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Aug. 16, 1992
PROCESSING DATE                                                Sep. 07, 1992
```

**Government Exhibit 67**

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 19923508 | 09-07-1992 | $0.00 |
| n/a | 89221-228-56839-2 | | | |
| 460 | Extension of time to file tax return ext. Date 08-15-1992 | | 04-15-1992 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 05-23-2012 | $0.00 |

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails

6/21/2019

DOJ 002871

100454375375-9                                                                    Page 2 of 2

| 977 | Amended return filed | | 05-23-2012 | $0.00 |
|---|---|---|---|---|
| n/a | 89277-622-57023-2 | | | |
| 290 | Disallowed claim 00-00-0000 | 20124305 | 11-05-2012 | $0.00 |
| n/a | 07254-686-98006-2 | | | |
| 971 | Notice issued CP 0055 | | 11-05-2012 | $0.00 |
| 960 | Appointed representative | | 10-22-2012 | $0.00 |
| 960 | Appointed representative | | 05-04-2018 | $0.00 |

```
This Product Contains Sensitive Taxpayer Data
```

100454375375-15                                                                                       Page 1 of 2

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

|                  |              |
|------------------|--------------|
| Request Date:    | 06-21-2019   |
| Response Date:   | 06-21-2019   |
| Tracking Number: | 100454375375 |

FORM NUMBER:          1040
TAX PERIOD:           Dec. 31, 1997

TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

ALEXANDRO J & HUI-JU BITTNER
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: May 28, 2018 |
| ACCRUED PENALTY: | 0.00 | AS OF: May 28, 2018 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                         0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 03 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 20,312.00 |
| TAXABLE INCOME: | 5,462.00 |
| TAX PER RETURN: | 821.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)       Aug. 14, 1998
PROCESSING DATE                                                     Sep. 21, 1998

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 19983608 | 09-21-1998 | $1,219.00 |
| n/a | 89211-229-21902-8 | | | |
| 460 | Extension of time to file tax return ext. Date 08-15-1998 | | 04-15-1998 | $0.00 |
| 610 | Payment with return | | 08-14-1998 | -$500.00 |

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails                  6/21/2019

DOJ 002883

100454375375-15                                                                                       Page 2 of 2

| Code | Description | Reference / Date | Amount |
|---|---|---|---|
| 670 | Payment | 08-14-1998 | -$321.00 |
| 276 | Penalty for late payment of tax | 19983608 09-21-1998 | $16.42 |
| 196 | Interest charged for late payment | 19983608 09-21-1998 | $36.36 |
| 291 | Reduced or removed prior tax assessed | 02-22-1999 | -$398.00 |
| n/a | 89254-432-05195-9 | | |
| 670 | Payment | 01-31-1999 | -$469.17 |
| 197 | Reduced or removed interest charged for late payment | 02-22-1999 | -$13.22 |
| 846 | Refund issued | 02-19-1999 | $429.61 |
| 971 | Amended tax return or claim forwarded for processing | 05-23-2012 | $0.00 |
| 977 | Amended return filed | 05-23-2012 | $0.00 |
| n/a | 89277-622-55337-2 | | |
| 960 | Appointed representative | 10-22-2012 | $0.00 |
| 290 | Disallowed claim 00-00-0000 | 20124804 12-10-2012 | $0.00 |
| n/a | 98254-720-98000-2 | | |
| 971 | Notice issued CP 0055 | 12-10-2012 | $0.00 |
| 960 | Appointed representative | 05-04-2018 | $0.00 |

This Product Contains Sensitive Taxpayer Data

100454375375-16

Page 1 of 2

# Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |
|---|

## Account Transcript

Request Date: 06-21-2019
Response Date: 06-21-2019
Tracking Number: 100454375375

FORM NUMBER:        1040
TAX PERIOD:         Dec. 31, 1998

TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

ALEXANDRO J & HUI-JU BITTNER
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
            --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                     0.00
ACCRUED INTEREST:                                    0.00     AS OF: May 28, 2018
ACCRUED PENALTY:                                     0.00     AS OF: May 28, 2018

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                       0.00

              ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                          03
FILING STATUS:                              Married Filing Joint
ADJUSTED GROSS INCOME:                         49,102.00
TAXABLE INCOME:                                33,902.00
TAX PER RETURN:                                 5,089.00
SE TAXABLE INCOME TAXPAYER:                         0.00
SE TAXABLE INCOME SPOUSE:                           0.00
TOTAL SELF EMPLOYMENT TAX:                          0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)         Apr. 15, 1999
PROCESSING DATE                                                      Aug. 23, 1999

| TRANSACTIONS | | | |
|---|---|---|---|
| CODE | EXPLANATION OF TRANSACTION | CYCLE  DATE | AMOUNT |
| 150 | Tax return filed | 19993208 08-23-1999 | $5,089.00 |
| n/a | 89222-144-56225-9 | | |
| 430 | Estimated tax payment | 09-11-1998 | -$1,000.00 |
| 430 | Estimated tax payment | 01-13-1999 | -$1,000.00 |

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails            6/21/2019

DOJ 002885

100454375375-16                                                                  Page 2 of 2

| | | | |
|---|---|---|---|
| 610 | Payment with return | 04-15-1999 | -$500.00 |
| 670 | Payment | 04-14-1999 | -$500.00 |
| 670 | Payment | 04-14-1999 | -$500.00 |
| 670 | Payment | 04-14-1999 | -$500.00 |
| 670 | Payment | 04-14-1999 | -$500.00 |
| 670 | Payment | 04-14-1999 | -$500.00 |
| 670 | Payment | 04-14-1999 | -$89.00 |
| 971 | Amended tax return or claim forwarded for processing | 05-23-2012 | $0.00 |
| 977 | Amended return filed | 05-23-2012 | $0.00 |
| n/a | 89277-622-08761-2 | | |
| 960 | Appointed representative | 10-22-2012 | $0.00 |
| 290 | Disallowed claim 00-00-0000 | 20124705 12-03-2012 | $0.00 |
| n/a | 98254-718-98004-2 | | |
| 971 | Notice issued CP 0055 | 12-03-2012 | $0.00 |
| 960 | Appointed representative | 05-04-2018 | $0.00 |

This Product Contains Sensitive Taxpayer Data

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails     6/21/2019

DOJ 002886

100454375375-17                                                                                  Page 1 of 2

# Internal Revenue Service
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

## Account Transcript

|                     |            |
|---------------------|------------|
| Request Date:       | 06-21-2019 |
| Response Date:      | 06-21-2019 |
| Tracking Number:    | 100454375375 |

FORM NUMBER:    1040
TAX PERIOD:     Dec. 31, 1999

TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

ALEXANDRO J & HUI-JU BITTNER
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: May 28, 2018 |
| ACCRUED PENALTY: | 0.00 | AS OF: May 28, 2018 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):       0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 03 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 62,724.00 |
| TAXABLE INCOME: | 47,274.00 |
| TAX PER RETURN: | 7,641.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)      Apr. 15, 2000
PROCESSING DATE                                                   May 01, 2000

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20001608 | 05-01-2000 | $7,641.00 |
| n/a | 33211-078-97087-0 | | | |
| 430 | Estimated tax payment | | 04-13-1999 | -$1,200.00 |
| 430 | Estimated tax payment | | 06-30-1999 | -$1,200.00 |

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails          6/21/2019

DOJ 002887

100454375375-17                                                                    Page 2 of 2

| Code | Description | Date | Amount |
|---|---|---|---|
| 430 | Estimated tax payment | 01-18-2000 | -$2,500.00 |
| 610 | Payment with return | 03-16-2000 | -$500.00 |
| 670 | Payment | 03-15-2000 | -$500.00 |
| 670 | Payment | 03-15-2000 | -$500.00 |
| 670 | Payment | 03-15-2000 | -$500.00 |
| 670 | Payment | 03-15-2000 | -$500.00 |
| 670 | Payment | 03-15-2000 | -$241.00 |
| 971 | Amended tax return or claim forwarded for processing | 05-23-2012 | $0.00 |
| 977 | Amended return filed | 05-23-2012 | $0.00 |
| n/a | 89277-622-56180-2 | | |
| 960 | Appointed representative | 10-22-2012 | $0.00 |
| 290 | Disallowed claim 00-00-0000 | 20124505 11-19-2012 | $0.00 |
| n/a | 98254-700-98003-2 | | |
| 971 | Notice issued CP 0055 | 11-19-2012 | $0.00 |
| 960 | Appointed representative | 05-04-2018 | $0.00 |

This Product Contains Sensitive Taxpayer Data

100454375375-18                                                                 Page 1 of 2



**Internal Revenue Service**
United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

                                             Request Date:    06-21-2019
                                             Response Date:   06-21-2019
                                             Tracking Number: 100454375375

FORM NUMBER:       1040
TAX PERIOD:        Dec. 31, 2000

TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

ALEXANDRO J & HUI-JU BITTNER
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
           --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                     0.00
ACCRUED INTEREST:                                    0.00    AS OF: May 28, 2018
ACCRUED PENALTY:                                     0.00    AS OF: May 28, 2018

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                       0.00

              ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                            03
FILING STATUS:                           Married Filing Joint
ADJUSTED GROSS INCOME:                            52,382.00
TAXABLE INCOME:                                   36,632.00
TAX PER RETURN:                                    5,494.00
SE TAXABLE INCOME TAXPAYER:                            0.00
SE TAXABLE INCOME SPOUSE:                              0.00
TOTAL SELF EMPLOYMENT TAX:                             0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Apr. 15, 2001
PROCESSING DATE                                                 Apr. 23, 2001

```
                            TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20011508 | 04-23-2001 | $5,494.00 |
| n/a | 89222-055-03834-1 | | | |
| 430 | Estimated tax payment | | 09-18-2000 | -$2,000.00 |
| 610 | Payment with return | | 01-22-2001 | -$3,494.00 |

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails        6/21/2019

                                                                                DOJ 002889

100454375375-18                                                                              Page 2 of 2

| Code | Description | Reference | Date | Amount |
|---|---|---|---|---|
| 176 | Penalty for not pre-paying tax 04-23-2011 | 20011508 | 04-23-2001 | $125.74 |
| 766 | Tax relief credit | | 07-23-2001 | -$600.00 |
| 290 | Additional tax assessed 00-00-0000 | 20012808 | 07-23-2001 | $0.00 |
| n/a | 89254-999-05099-1 | | | |
| 196 | Interest charged for late payment | 20012808 | 07-23-2001 | $2.45 |
| 846 | Refund issued | | 07-20-2001 | $471.81 |
| 740 | Undelivered refund returned to IRS | | 07-23-2001 | -$471.81 |
| 846 | Refund issued | | 12-28-2001 | $471.81 |
| 971 | Amended tax return or claim forwarded for processing | | 07-22-2012 | $0.00 |
| 977 | Amended return filed | | 07-22-2012 | $0.00 |
| n/a | 89277-622-56181-2 | | | |
| 960 | Appointed representative | | 10-22-2012 | $0.00 |
| 290 | Disallowed claim 00-00-0000 | 20132505 | 07-08-2013 | $0.00 |
| n/a | 98254-568-98007-3 | | | |
| 971 | Notice issued CP 0055 | | 07-08-2013 | $0.00 |
| 420 | Examination of tax return | | 01-24-2014 | $0.00 |
| 421 | Closed examination of tax return | | 11-24-2014 | $0.00 |
| 960 | Appointed representative | | 05-04-2018 | $0.00 |

This Product Contains Sensitive Taxpayer Data