| 50% or Less Ownership | Bank Account | Maximum Account Balances Listed on FBARs | | | | |
|---|---|---|---|---|---|---|
| | | 2007 | 2008 | 2009 | 2010 | 2011 |
| **1 Aquarom Elite SRL** | *Greatest Ownership % In Year* | 50% | 50% | 50% | 50% | 50% |
| Raiffensen Bank | 3741 | $108,813 | $165,621 | $148,717 | $48,595 | $200,001 |
| Raiffensen Bank | 7308 | | | | $568,910 | $1,898,831 |
| Raiffensen Bank | 5227 | | | | $117 | $348 |
| **2 Comprest SA** | *Greatest Ownership % In Year* | 0% | | | 0% | 0% |
| Unicredit Tiriac Bank | 1000 | | | | $103,131 | $151,505 |
| RBS Romania Bank | 2746 | | | | $231,309 | $140,974 |
| Piraeus Bank | 1000 | | | | $6 | $297,595 |
| Banca Transilvania | 47XX | | | | $45,430 | $52,735 |
| Raiffensen Bank | 1605 | | | | $635 | $45,602 |
| Voksbank | 2701 | | | | | $131,358 |
| **3 Ecofish SRL** | *Greatest Ownership % In Year* | 40% | 40% | 40% | | |
| Unicredit Tiriac | 7310 | $75,830 | $15,995 | $28,055 | | |
| EXIM Bank | | $487,310 | | | | |
| BRD Group Society Generale | 3700 | $533,479 | $84,250 | $67,850 | | |
| BRD Group Society Generale | 3700 | $12,310 | | | | |
| Banca Comerciala Romania | 1 | $37,009 | $107,477 | $10,530 | | |
| Banca Comerciala Romania | 3 | $62,570 | $50,220 | | | |
| **4 Hotel Venetia SRL** | *Greatest Ownership % In Year* | 49% | 49% | 48.55% | 18.12% | |
| Credit Europe Bank | R002 | $3,876 | $2,769 | $385 | $479 | |
| **5 LCA Service SRL** | *Greatest Ownership % In Year* | 40% | 40% | 40% | 40% | 40% |
| Credit Europe Bank | R002 | $205 | $80 | $197 | $204 | $33 |
| **6 Piscicola Murighiol SRL** | *Greatest Ownership % In Year* | 28.04% | 28.04% | 28.04% | 25.76% | 26% |
| BRD Group Societe General | 3700 | | | | $1,355,585 | $1,359,333 |
| Trezorerie | 4461 | | | | | $1,372,859 |
| Banca Comercials Romania | 1 | $95,404 | $142,786 | $51,851 | | |
| **7 Top Invest SRL** | *Greatest Ownership % In Year* | | | | 37% | |
| Credit Europe Bank | R001 | | | | $78,621 | |
| **Total balances** | | $1,416,806.00 | $569,198.00 | $407,678.00 | $2,433,022 | $5,651,174.00 |

Total high balances per Gov. Ex.  $10,127,860  $10,420,152  $3,053,884  $16,058,319  $15,137,405
less the amounts on line 40  $1,420,887.89  $572,047.89  $508,353.89  $1,633,013.58  $1,850,670.40

Total high balances on admitted accounts  $8,706,972  $9,848,104.11  $2,545,530.11  $14,425,305.42  $13,286,734.60



GOVERNMENT EXHIBIT

PENGAD 800-631-6989