| | | |
|---|---|---|
| 10:47 | 1 | the reasonable cause statement were supplied right |
| 10:47 | 2 | before you were assigned the case? |
| 10:47 | 3 |     A.   That's correct. |
| 10:47 | 4 |     Q.   Do you recall when the corrected FBAR forms |
| 10:47 | 5 | were submitted? |
| 10:47 | 6 |             MR. LINDER:  Objection, assumes facts not |
| 10:47 | 7 | in evidence.  You can answer. |
| 10:47 | 8 |     A.   I don't remember. |
| 10:47 | 9 |     Q.   (By Ms. Rubenstein)  Let's go ahead and mark |
| 10:47 | 10 | Exhibit 5.  This is a letter dated September 25, 2013 |
| 10:47 | 11 | from Elizabeth Copeland to agent Cherrie Mayberry-Jones. |
| 10:47 | 12 |             (Exhibit No. 5 marked.) |
| 10:48 | 13 |             September 25, 2013, Exhibit 5, this would |
| 10:48 | 14 | have been when the FBARs, the corrected FBARs, were |
| 10:48 | 15 | filed for years 2006 through 2011? |
| 10:49 | 16 |     A.   Yes. |
| 10:49 | 17 |     Q.   Again, at this point you were or were not |
| 10:49 | 18 | assigned to the case? |
| 10:49 | 19 |     A.   Which case? |
| 10:49 | 20 |     Q.   Okay.  Let me rephrase that.  Bad question. |
| 10:49 | 21 | This was right around the time when you first started |
| 10:49 | 22 | working on Mr. Bittner's case? |
| 10:49 | 23 |     A.   That's correct. |
| 10:49 | 24 |     Q.   Okay.  So by September 25, 2013, the taxpayer |
| 10:49 | 25 | has submitted corrected FBARs as reflected in this |

| | | |
|---|---|---|
| 10:49 | 1 | September 25, 2013 letter.  A week before he submitted |
| 10:50 | 2 | Forms 5471, amended 1040s, and a reasonable cause |
| 10:50 | 3 | statement.  Yes? |
| 10:50 | 4 |     A.   Yes. |
| 10:50 | 5 |     Q.   And the taxpayer here is requesting to be |
| 10:50 | 6 | treated in accordance with FS 2011-13? |
| 10:50 | 7 |     A.   Yes. |
| 10:50 | 8 |     Q.   And are you familiar with that guidance? |
| 10:50 | 9 |     A.   Not very. |
| 10:50 | 10 |     Q.   What do you know about it? |
| 10:50 | 11 |     A.   I remember that Mr. Katz and Ms. Copeland |
| 10:50 | 12 | provided some material on it, but I don't remember the |
| 10:51 | 13 | content of that material. |
| 10:51 | 14 |     Q.   Okay. |
| 10:51 | 15 |           MR. LINDER:  We want to correct the |
| 10:51 | 16 | record.  While you were getting that out is that for the |
| 10:51 | 17 | record Ms. Reach testified about the documents she |
| 10:52 | 18 | reviewed.  There was a document reviewed that she |
| 10:52 | 19 | inadvertently left off.  Can you describe this other |
| 10:52 | 20 | document that we reviewed in preparation for your |
| 10:52 | 21 | deposition? |
| 10:52 | 22 |           THE WITNESS:  Defendant Alexandru |
| 10:52 | 23 | Bittner's First Amended Answer. |
| 10:52 | 24 |           MR. LINDER:  I just wanted to clear that |
| 10:52 | 25 | up. |

```
11:08  1        A.   Yes.
11:08  2        Q.   And corrected FBARs for tax years 2006 through
11:08  3   2011, correct?
11:09  4        A.   Yes.
11:09  5        Q.   And submitting those corrected FBARs and making
11:09  6   all of the corrections we've just discussed and the
11:09  7   amendments, the taxpayers requested to be treated in
11:09  8   accordance with this Fact Sheet FS 2011-13?
11:09  9        A.   Yes.
11:09 10        Q.   And this was before an exam had formally
11:09 11   commenced?
11:09 12        A.   Yes.
11:09 13        Q.   I'd like to go back to Exhibit -- if I can read
11:09 14   my own writing -- 5, the FBAR letter September 25, 2013.
11:10 15   These are the 2006 through 2011 corrected FBARs that you
11:10 16   audited, correct?
11:10 17        A.   Yes.
11:10 18        Q.   With this submission, this September 25, 2013
11:10 19   submission, the taxpayer submitted 36 pages of charts,
11:10 20   correct?
11:10 21        A.   I didn't count the number of pages, but those
11:10 22   were attached, yes.
11:10 23        Q.   Just for reference, on page 1 of the
11:10 24   September 25, 2013 letter it says, "Attached to each
11:10 25   FBAR are 36 pages of charts."
```

```
11:10   1      A.   Okay.
11:10   2      Q.   Let's take a look at the 2007 FBAR.  Sorry,
11:11   3   it's attached to the letter.
11:11   4      A.   Okay.
11:11   5      Q.   Section 14 of the form, if the filer has an
11:11   6   interest in 25 or more accounts you check yes or no,
11:11   7   correct?
11:11   8      A.   Yes.
11:11   9      Q.   And box 14 is checked yes?
11:11  10      A.   Yes.
11:11  11      Q.   And then the instructions say enter total
11:11  12   number of accounts.  Yes?
11:11  13      A.   Yes.
11:11  14      Q.   And how many accounts are entered?
11:11  15      A.   61.
11:11  16      Q.   Do the FBAR -- or the FBAR instructions don't
11:11  17   require anything beyond that for the initial -- for the
11:11  18   submission of an FBAR, correct?
11:11  19              MR. LINDER:  Objection, calls for
11:11  20   speculation.  Objection, calls for a legal conclusion.
11:11  21   You can answer to the extent that you know.
11:12  22      A.   I don't know.
11:12  23      Q.   (By Ms. Rubenstein)  Well, let's take a look at
11:12  24   what it says right here.  I mean, it says it in box 14,
11:12  25   "If 'yes' is checked, do not complete Part II or Part
```

```
11:28  1        Q.   Let's go ahead and go back to the Exhibit 5,
11:28  2   which was the September 25, 2013 submission with the
11:28  3   FBARs.  Looking at the cover letter, although not
11:28  4   required to, Mr. Bittner went ahead and attached these
11:28  5   36 pages of charts, one page for each separate taxpayer
11:28  6   name or entity with the banking information.  Yes?
11:29  7        A.   I'm sorry, what was your question?
11:29  8             MS. RUBENSTEIN:  Could you read it back?
11:29  9             (Reporter read previous question.)
11:29 10        A.   Yes.
11:29 11        Q.   (By Ms. Rubenstein)  And just looking quickly
11:29 12   at the charts, just a quick look, these charts include
11:30 13   account names?
11:30 14        A.   I'm not sure about that.
11:30 15        Q.   Well, do you recall seeing this before?
11:30 16        A.   Yes.
11:30 17        Q.   Okay.  So let's just start at the top then.
11:30 18   Let's look at the first one.  It says bank branch, bank
11:30 19   address, account number on the top left of the first
11:30 20   chart.
11:30 21        A.   Yes.
11:30 22        Q.   Below that what information is located in that
11:30 23   column?
11:30 24        A.   The name of the bank.
11:31 25        Q.   What about the address?
```

```
11:31  1     A.   And the address, yes.
11:31  2     Q.   What about the account number?
11:31  3     A.   And the account number.
11:31  4     Q.   And to the right there are columns for each
11:31  5  year, 2006, '7, '8, '9, '10, '11, correct?
11:31  6     A.   That's correct.
11:31  7     Q.   And what are in the columns to the right per
11:31  8  year?
11:31  9     A.   Amounts.
11:31 10     Q.   What amounts?
11:31 11               MR. LINDER:  Objection, calls for
11:31 12  speculation.  I don't think she created this chart.
11:31 13     Q.   (By Ms. Rubenstein)  Well, let's read the top
11:31 14  title.
11:31 15     A.   The title says Maximum Amount For a Day in
11:31 16  Romanian Banks (USDollars).
11:31 17     Q.   (By Mr. Katz)  Did you use this chart in
11:31 18  preparing your FBAR penalty assessments?
11:31 19     A.   Yes, I did.
11:31 20     Q.   (By Mr. Katz)  Did you use these same numbers
11:31 21  and rely on all these numbers?
11:32 22     A.   Yes, I did.
11:32 23     Q.   (By Mr. Katz)  And all these bank accounts?
11:32 24     A.   Yes, I did.
11:32 25     Q.   (By Mr. Katz)  Do you have any reason to think
```

```
11:32   1   that this information is incorrect?  Do you have any
11:32   2   information contradicting this?
11:32   3                  MR. LINDER:  Objection, calls for
11:32   4   speculation.  You can answer.
11:32   5       A.   I don't have any information that says that the
11:32   6   amounts or the balance or any information here is
11:32   7   incorrect.
11:32   8                  MR. KATZ:  Thank you.
11:32   9       Q.   (By Ms. Rubenstein)  And you were supplied bank
11:32  10   statements in relation to these accounts?
11:32  11       A.   No, I was not.
11:32  12       Q.   You were not supplied bank statements for
11:32  13   Mr. Bittner's accounts, personal and business?
11:32  14       A.   I think just personal.
11:32  15       Q.   Okay.  Let's go ahead and go back to Exhibit 1.
11:33  16   Let's look at the entry on 5/30/2014.  And what happened
11:33  17   on 5/30/2014 according to your activity log?
11:33  18       A.   "Received 40-page letter and CD in response to
11:33  19   IDR on the 1040 case."
11:33  20       Q.   Does this entry help refresh your recollection
11:34  21   in any way about what you might have received?
11:34  22       A.   No.
11:34  23       Q.   Okay.  Do you recall when you started to work
11:34  24   on the records related to the FBAR examination?
11:34  25       A.   I don't.
```