# Exhibit D

**TD F 90-22.1**
(Rev. October 2008)
Department of the Treasury

**Do not use previous editions of this form after December 31, 2008**

**REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS**

Do NOT file with your Federal Tax Return

OMB No. 1545-2038

**1** This Report is for Calendar Year Ended 12/31

___ ___ ___

Amended ☐

## Part I — Filer Information

**2** Type of Filer

**a** ☐ Individual  **b** ☐ Partnership  **c** ☐ Corporation  **d** ☐ Consolidated  **e** ☐ Fiduciary or Other—Enter type _____

**3** U.S. Taxpayer Identification Number

If filer has no U.S. Identification Number complete Item 4.

**4** Foreign identification (Complete only if item 3 is not applicable.)
**a** Type: ☐ Passport  ☐ Other _____
**b** Number _____  **c** Country of Issue _____

**5** Individual's Date of Birth MM/DD/YYYY

**6** Last Name or Organization Name

**7** First Name

**8** Middle Initial

**9** Address (Number, Street, and Apt. or Suite No.)

**10** City

**11** State

**12** Zip/Postal Code

**13** Country

**14** Does the filer have a financial interest in 25 or more financial accounts?

☐ Yes    If "Yes" enter total number of accounts _____

(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)

☐ No

## Part II — Information on Financial Account(s) Owned Separately

**15** Maximum value of account during calendar year reported

**16** Type of account  **a** ☐ Bank  **b** ☐ Securities  **c** ☐ Other—Enter type below

**17** Name of Financial Institution in which account is held

**18** Account number or other designation

**19** Mailing Address (Number, Street, Suite Number) of financial institution in which account is held

**20** City

**21** State, if known

**22** Zip/Postal Code, if known

**23** Country

### Signature

**44** Filer Signature

**45** Filer Title, if not reporting a personal account

**46** Date (MM/DD/YYYY)

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000. **See Instructions For Definitions.**

### PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 103.

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 103. The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 20 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Cat. No. 12996D

Form **TD F 90-22.1** (Rev. 10-2008)

**Part II** *Continued*—Information on Financial Account(s) Owned Separately

**Complete a Separate Block for Each Account Owned Separately**

This side can be copied as many times as necessary in order to provide information on all accounts.

Form TD F 90-22.1
Page Number
____ of ____

| 1 Filing for calendar year ____ ____ ____ ____ | 3–4 Check appropriate Identification Number<br>☐ Taxpayer Identification Number<br>☐ Foreign Identification Number<br>Enter identification number here: | 6 Last Name or Organization Name |
|---|---|---|
| 15 Maximum value of account during calendar year reported | | 16 Type of account  **a** ☐ Bank  **b** ☐ Securities  **c** ☐ Other—Enter type below |
| 17 Name of Financial Institution in which account is held | | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held | |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 15 Maximum value of account during calendar year reported | 16 Type of account  **a** ☐ Bank  **b** ☐ Securities  **c** ☐ Other—Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 15 Maximum value of account during calendar year reported | 16 Type of account  **a** ☐ Bank  **b** ☐ Securities  **c** ☐ Other—Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 15 Maximum value of account during calendar year reported | 16 Type of account  **a** ☐ Bank  **b** ☐ Securities  **c** ☐ Other—Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 15 Maximum value of account during calendar year reported | 16 Type of account  **a** ☐ Bank  **b** ☐ Securities  **c** ☐ Other—Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 15 Maximum value of account during calendar year reported | 16 Type of account  **a** ☐ Bank  **b** ☐ Securities  **c** ☐ Other—Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

Form **TD F 90-22.1** (Rev. 10-2008)

| Part III | Information on Financial Account(s) Owned Jointly | Form TD F 90-22.1 |
|---|---|---|
| | **Complete a Separate Block for Each Account Owned Jointly** | Page Number |
| | This side can be copied as many times as necessary in order to provide information on all accounts. | ____ of ____ |

| 1 Filing for calendar year<br><br>____ ____ ____ ____ | 3–4 Check appropriate Identification Number<br>☐ Taxpayer Identification Number<br>☐ Foreign Identification Number<br>Enter identification number here: | 6 Last Name or Organization Name |
|---|---|---|
| 15 Maximum value of account during calendar year reported | | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
| 17 Name of Financial Institution in which account is held | | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held | |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
| 24 Number of joint owners for this account | 25 Taxpayer Identification Number of principal joint owner, if known. See instructions | |
| 26 Last Name or Organization Name of principal joint owner | 27 First Name of principal joint owner, if known | 28 Middle initial, if known |
| 29 Address (Number, Street, Suite or Apartment) of principal joint owner, if known | | |
| 30 City, if known | 31 State, if known | 32 Zip/Postal Code, if known | 33 Country, if known |
| 15 Maximum value of account during calendar year reported | | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
| 17 Name of Financial Institution in which account is held | | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held | |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
| 24 Number of joint owners for this account | 25 Taxpayer Identification Number of principal joint owner, if known. See instructions | |
| 26 Last Name or Organization Name of principal joint owner | 27 First Name of principal joint owner, if known | 28 Middle initial, if known |
| 29 Address (Number, Street, Suite or Apartment) of principal joint owner, if known | | |
| 30 City, if known | 31 State, if known | 32 Zip/Postal Code, if known | 33 Country, if known |
| 15 Maximum value of account during calendar year reported | | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
| 17 Name of Financial Institution in which account is held | | |
| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held | |
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |
| 24 Number of joint owners for this account | 25 Taxpayer Identification Number of principal joint owner, if known. See instructions | |
| 26 Last Name or Organization Name of principal joint owner | 27 First Name of principal joint owner, if known | 28 Middle initial, if known |
| 29 Address (Number, Street, Suite or Apartment) of principal joint owner, if known | | |
| 30 City, if known | 31 State, if known | 32 Zip/Postal Code, if known | 33 Country, if known |

Form **TD F 90-22.1** (Rev. 10-2008)

**Part IV** Information on Financial Account(s) Where Filer has Signature or Other Authority but No Financial Interest in the Account(s)

Form TD F 90-22.1
Page Number
___ of ___

**Complete a Separate Block for Each Account**
This side can be copied as many times as necessary in order to provide information on all accounts.

| | |
|---|---|
| 1 Filing for calendar year ___ ___ ___ ___ | 3–4 Check appropriate Identification Number<br>☐ Taxpayer Identification Number<br>☐ Foreign Identification Number<br>Enter identification number here: |

6 Last Name or Organization Name

---

15 Maximum value of account during calendar year reported

16 Type of account  **a** ☐ Bank   **b** ☐ Securities   **c** ☐ Other—Enter type below

17 Name of Financial Institution in which account is held

18 Account number or other designation

19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held

20 City

21 State, if known

22 Zip/Postal Code, if known

23 Country

34 Last Name or Organization Name of Account Owner

35 Taxpayer Identification Number of Account Owner

36 First Name

37 Middle initial

38 Address (Number, Street, and Apt. or Suite No.)

39 City

40 State

41 Zip/Postal Code

42 Country

43 Filer's Title with this Owner

---

15 Maximum value of account during calendar year reported

16 Type of account  **a** ☐ Bank   **b** ☐ Securities   **c** ☐ Other—Enter type below

17 Name of Financial Institution in which account is held

18 Account number or other designation

19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held

20 City

21 State, if known

22 Zip/Postal Code, if known

23 Country

34 Last Name or Organization Name of Account Owner

35 Taxpayer Identification Number of Account Owner

36 First Name

37 Middle initial

38 Address (Number, Street, and Apt. or Suite No.)

39 City

40 State

41 Zip/Postal Code

42 Country

43 Filer's Title with this Owner

---

15 Maximum value of account during calendar year reported

16 Type of account  **a** ☐ Bank   **b** ☐ Securities   **c** ☐ Other—Enter type below

17 Name of Financial Institution in which account is held

18 Account number or other designation

19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held

20 City

21 State, if known

22 Zip/Postal Code, if known

23 Country

34 Last Name or Organization Name of Account Owner

35 Taxpayer Identification Number of Account Owner

36 First Name

37 Middle initial

38 Address (Number, Street, and Apt. or Suite No.)

39 City

40 State

41 Zip/Postal Code

42 Country

43 Filer's Title with this Owner

---

Form **TD F 90-22.1** (Rev. 10-2008)

| **Part V** | Information on Financial Account(s) Where Corporate Filer Is Filing a Consolidated Report | Form TD F 90-22.1 |
|---|---|---|
| | | Page Number ___ of ___ |

**Complete a Separate Block for Each Account**
This side can be copied as many times as necessary in order to provide information on all accounts.

| 1 Filing for calendar year ___ ___ ___ ___ | 3–4 Check appropriate Identification Number <br> ☐ Taxpayer Identification Number <br> ☐ Foreign Identification Number <br> Enter identification number here: | 6 Last Name or Organization Name |
|---|---|---|

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|

17 Name of Financial Institution in which account is held

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 34 Corporate Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |
|---|---|

38 Address (Number, Street, and Apt. or Suite No.)

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |
|---|---|---|---|

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|

17 Name of Financial Institution in which account is held

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 34 Corporate Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |
|---|---|

38 Address (Number, Street, and Apt. or Suite No.)

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |
|---|---|---|---|

| 15 Maximum value of account during calendar year reported | 16 Type of account  a ☐ Bank  b ☐ Securities  c ☐ Other—Enter type below |
|---|---|

17 Name of Financial Institution in which account is held

| 18 Account number or other designation | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held |
|---|---|
| 20 City | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country |

| 34 Corporate Name of Account Owner | 35 Taxpayer Identification Number of Account Owner |
|---|---|

38 Address (Number, Street, and Apt. or Suite No.)

| 39 City | 40 State | 41 Zip/Postal Code | 42 Country |
|---|---|---|---|

Form **TD F 90-22.1** (Rev. 10-2008)

# General Instructions

**Who Must File this Report.** Each United States person who has a financial interest in or signature or other authority over any foreign financial accounts, including bank, securities, or other types of financial accounts, in a foreign country, if the aggregate value of these financial accounts exceeds $10,000 at any time during the calendar year, must report that relationship each calendar year by filing this report with the Department of the Treasury on or before June 30, of the succeeding year.

## Exceptions

An officer or employee of a bank which is currently examined by Federal bank supervisory agencies for soundness and safety need not report that he has signature or other authority over a foreign bank, securities or other financial account maintained by the bank, if the officer or employee has NO personal financial interest in the account.

An officer or employee of a domestic corporation whose equity securities are listed upon any United States national securities exchange or which has assets exceeding $10 million and has 500 or more shareholders of record need not file such a report concerning signature or other authority over a foreign financial account of the corporation, if he has NO personal financial interest in the account and he has been advised in writing by the chief financial officer or similar responsible officer of the corporation that the corporation has filed a current report, which includes that account. An officer or employee of a domestic subsidiary of such a domestic corporation need not file this report concerning signature or other authority over the foreign financial account if the domestic parent meets the above requirements, he has no personal financial interest in the account, and he has been advised in writing by the responsible officer of the parent that the subsidiary has filed a current report which includes that account. If a United States subsidiary is named in a consolidated FBAR of the parent, the subsidiary will be deemed to have filed a report for purposes of this exception. An officer or employee of a foreign subsidiary more than 50% owned by such a domestic corporation need not file this report concerning signature or other authority over the foreign financial account if the employee or officer has no personal financial interest in the account, and he has been advised in writing by the responsible officer of the parent that the parent has filed a current report which includes that account.

## General Definitions

**United States Person.** The term "United States person" means a citizen or resident of the United States, or a person in and doing business in the United States. See 31 C.F.R. 103.11(z) for a complete definition of "person." The United States includes the states, territories and possessions of the United States. See the definition of United States at 31 C.F.R. 103.11(nn) for a complete definition of United States. A foreign subsidiary of a United States person is not required to file this report, although its United States parent corporation may be required to do so. A branch of a foreign entity that is doing business in the United States is required to file this report even if not separately incorporated under U.S. law.

**Financial Account.** This term includes any bank, securities, securities derivatives or other financial instruments accounts. Such accounts generally also encompass any accounts in which the assets are held in a commingled fund, and the account owner holds an equity interest in the fund (including mutual funds). The term also means any savings, demand, checking, deposit, time deposit, or any other account (including debit card and prepaid credit card accounts) maintained with a financial institution or other person engaged in the business of a financial institution. Individual bonds, notes, or stock certificates held by the filer are not a financial account nor is an unsecured loan to a foreign trade or business that is not a financial institution.

**Account in a Foreign Country.** A "foreign country" includes all geographical areas located outside the United States. See "United States Person" above 31 C.F.R. 103.11(nn) for a definition of United States. The geographical location of the account, not the nationality of the financial entity institution in which the account is found determines whether it is in an account in a foreign country. Report any financial account (except a military banking facility) that is located in a foreign country, even if it is held at an affiliate of a United States bank or other financial institution. Do not report any account maintained with a branch, agency, or other office of a foreign bank of other institution that is located in the United States.

**Military Banking Facility.** Do not consider as an account in a foreign country, an account in an institution known as a "United States military banking facility" (or "United States military finance facility") operated by a United States financial institution designated by the United States Government to serve U.S. Government installations abroad, even if the United States military banking facility is located in a foreign Country, is not an account in a foreign country.

**Financial Interest.** A financial interest in a bank, securities, or other financial account in a foreign country means an interest described in one of the following three paragraphs:

**1.** A United States person has a financial interest in each account for which such person is the owner of record or has legal title, whether the account is maintained for his or her own benefit or for the benefit of others including non–United States persons.

**2.** A United States person has a financial interest in each bank, securities, or other financial account in a foreign country for which the owner of record or holder of legal title is: (a) a person acting as an agent, nominee, attorney, or in some other capacity on behalf of the U.S. person; (b) a corporation in which the United States person owns directly or indirectly more than 50 percent of the total value of shares of stock or more than 50 percent of the voting power for all shares of stock; (c) a partnership in which the United States person owns an interest in more than 50 percent of the profits (distributive share of income, taking into account any special allocation agreement) or more than 50 percent of the capital of the partnership; or (d) a trust in which the United States person either has a present beneficial interest, either directly or indirectly, in more than 50 percent of the assets or from which such person receives more than 50 percent of the current income.

**3.** A United States person has a financial interest in each bank, securities, or other financial account in a foreign country for which the owner of record or holder of legal title is a trust, or a person acting on behalf of a trust, that was established by such United States person and for which a trust protector has been appointed. A trust protector is a person who is responsible for monitoring the activities of a trustee, with the authority to influence the decisions of the trustee or to replace, or recommend the replacement of, the trustee.

Correspondent or "nostro" accounts (international interbank transfer accounts) maintained by banks that are used solely for the purpose of bank-to-bank settlement need

not be reported on this form, but are subject to other Bank Secrecy Act filing requirements. This exception is intended to encompass those accounts utilized for bank-to-bank settlement purposes only.

**Signature or Other Authority Over an Account.** A person has signature authority over an account if such person can control the disposition of money or other property in it by delivery of a document containing his or her signature (or his or her signature and that of one or more other persons) to the bank or other person with whom the account is maintained. Other authority exists in a person who can exercise comparable power over an account by communication with the bank or other person with whom the account is maintained, either directly or through an agent, nominee, attorney, or in some other capacity on behalf of the U.S. person, either orally or by some other means.

## Filing Information—Do NOT file with your Federal Income Tax Return

**When and where to file. This report must be filed on or before June 30 of the year following the calendar year reported.** The report is required annually. File by mailing this report to the Department of the Treasury, Post Office Box 32621, Detroit, MI 48232-0621, or by hand-carrying it to any local office of the Internal Revenue Service for forwarding to the Department of the Treasury, Detroit, MI. Tax attaches are located in the U.S. embassies in some countries. A filer can receive instructions for verifying that a report has been filed by calling the Detroit Computing Center Hotline at 1-800-800-2877.

**Extensions of time to file** federal tax returns do not extend the time for filing this report. **There is no extension of time available for filing this report.** If a delinquent FBAR is filed, also attach a statement explaining the reason for the late filing. See "When and where to file" (above) for filing instructions.

**An amendment** of a previously filed FBAR is accomplished by checking the "Amended" box in the upper right hand corner of the first page of the form, making the needed additions or corrections, and then stapling it to a copy of the original form. Please also attach a statement explaining the changes. See "When and where to file" (above) for filing instructions.

**Record Keeping Requirements.** If this Report is required, certain records must be retained. Such records must contain the name in which each such account is maintained, the number or other designation of such account, the name and address of the foreign bank or other person with whom such account is maintained, the type of such account, and the maximum value of each account during the reporting period. Retaining filed copies of this report will help to meet these requirements. The records must be retained for a period of five years and must kept at all times available for inspection as provided by law.

## Explanations for Specific Items
### Part I

**Item 1.** The Report of Foreign Bank and Financial Accounts (FBAR) is an annual report. Enter the calendar year being reported.

Amendment of a previously filed FBAR is accomplished by checking the "Amended" box in the upper right hand corner of the first page of the form, making the needed additons and corrections, and then stapling it to a copy of the original report. See "When and where to file" (above) for filing instructions.

**Item 2.** Check the appropriate box describing the filer. A corporation which owns directly or indirectly more than a 50 percent interest in one or more other entities required to file this Report will be permitted to file a consolidated report on TD F 90-22.1, on behalf of itself and such other entities.

Check box "d" in Item 2 and complete Part V. Consolidated reports should be signed by an authorized official of the parent corporation. Trusts and other entities, including tax-exempt organizations, should check box "e" and describe the filer on the line following box "e."

**Item 3.** A filer should provide the filer's taxpayer identification number. Generally this is the filer's U.S. social security number (SSN) or employer identification number (EIN). Numbers should be entered with no spaces, dashes, or other punctuation throughout this report. If the filer does not possess such U.S. identification, the filer should complete Item 4.

**Item 4.** Complete Item 4 only if the filer has no U.S. taxpayer identification number. Item 4 requires the filer to provide the information about an official foreign government document evidencing the filer's nationality or residence. The filer should write in the document number followed by the country of issuance. The filer may check off the type of document. If "other" is checked, the filer should write in the type of document. For example, an individual who is not a U.S. citizen would provide a passport number, the name of the country of issuance, and check off "passport."

**Item 5.** Enter the date of birth of the filer using the month, day, and year convention.

**Items 6, 7 and 8.** Enter the name of the filer. An organization should enter its name in the Last Name space.

**Items 9, 10, 11, 12 and 13.** Enter the address of the filer. An individual filer residing in the United States should enter the street address of filer's United States residence, not a post office box. An individual filer residing outside the United States should enter the filer's United States mailing address. If the filer has no U.S. mailing address the filer may provide a foreign address. An organization should enter its United States mailing address.

**Item 14.** If the filer has a financial interest in 25 or more foreign financial accounts, the filer should check the yes box, sign and date the report (Items 44, 45 and 46) and leave blank Part II (Continuation of Separate Accounts) or Part III (Joint Accounts) of the report. If the group of entities covered by a consolidated report has a financial interest in 25 or more foreign financial accounts, the reporting parent corporation need only complete Part V (for consolidated reporting) Items 34 through 42, for the identity information of the account owners, but need not complete the account information. Detailed information about each account, including all information called for on this report, must be recorded and retained for five years from June 30 of the year following the calendar year reported. Any person who reports 25 or more foreign financial accounts must provide all the information omitted from Part II, III or V as appropriate.

### Part II

**Item 15.** Provide the maximum value of the account during the calendar year being reported. The maximum value of an account is the largest amount of currency or non-monetary assets that appear on any quarterly or more frequent account statement issued for the applicable year. If periodic account statements are not issued, the maximum account asset value is the largest amount of currency and non-monetary assets in the account at any time during the year. Convert foreign currency by using the official exchange rate at the end of the year. In valuing currency of a country that uses multiple

exchange rates, use the rate which would apply if the currency in the account were converted into United States dollars at the close of the calendar year. The value of stock, other securities, or other non-monetary assets in an account reported on TD F 90-22.1 is the fair market value at the end of the calendar year or, if withdrawn from the account, at the time of the withdrawal. For purposes of Item 15, if the filer had a financial interest in more than one account, each account is to be valued separately in accordance with the foregoing two paragraphs. If the filer had a financial interest in one or more but fewer than 25 accounts, and is unable to determine whether the maximum value of these accounts exceeded $10,000 at any time during the year, complete Part II, III, or V for each of these accounts and enter "value unknown" in Item 15 for these accounts.

**Item 16.** Indicate the type of account. If "Other" is selected describe the account.

**Item 17.** Provide the name of the financial institution with which the account is held.

**Item 18.** Provide the account number which the financial institution uses to designate the account.

**Item 19—23.** Provide the complete mailing address of the financial institution where the account is located. If the foreign state or postal code is not known leave them blank.

## Part III

**Item 24.** Enter the number of joint owners for the account. If the exact number is not known, provide an estimate. In determining the number of joint owners, the filer is not counted.

**Items 25—33.** Enter this identity information about the joint owner. If there is more than one joint owner, enter the identity information about the principal joint owner. The filer may leave blank items for which no information is available. A spouse having a joint financial interest in an account with the filing spouse should be included as a joint account owner in Part III of this report. The filer should write (spouse) on Line 26 after the last name of the joint spousal owner. If the only reportable accounts of the filer's spouse are those reported as joint accounts, the filer's spouse need not file a separate report. If the accounts are owned jointly by both spouses, the filer's spouse should also sign the report. See the instructions for Item 44. If the filer's spouse has a financial interest in other accounts that are not jointly owned with the filer or has signature or other authority over other accounts, the filer's spouse should file a separate report for all accounts including those owned jointly with the other spouse.

## Part IV—No Financial Interest in Account

**Items 34-42.** You must provide the name, address, and identifying number of the owner of a foreign financial account over which you had signature or other authority but no financial interest in the account. If there is more than one owner of the account over which you have authority, providethe information in Items 34-43 for the primary owner for which you have authority. If you complete the account information for more than one account of the same owner, you need identify the owner only once. Write "Same Owner" in Item 34 for the succeeding accounts of the same owner.

**Item 43.** Enter filer's title for the position which gives him authority over the account.

## Part V—Consolidated Report for Corporate Parent & Subsidiary Corporations

A corporation which owns directly or indirectly more than a 50 percent interest in one or more other entities required to file this report will be permitted to file a consolidated report on TD F 90-22.1, on behalf of itself and such other entities. Check box "d" in Item 2 in Part I and complete Part V.

**Items 34—42.** You must provide the corporate name, identifying number and address of the owner of the foreign financial account as shown on the books of the financial institution.

If you complete the account information for more than one account of the same owner you need identify the owner only once. Write "Same Owner" in Item 34 for the succeeding accounts of the same owner.

## Signatures

This report must be signed by the person named in Part I. If the report is being filed on behalf of a partnership, corporation, fiduciary or other legal entity, it must be signed by an authorized individual. Consolidated reports should be signed by an authorized official of the parent corporation. Enter the title of the individual signing for a legal entity, such as a corporation, which is shown as the filer. A spouse included as a joint owner, who elects not to file a separate report in accordance with the instructions in Part III, must also sign this report. See the instructions for Part III.

Enter the title of the individual signing for a legal entity, such as a corporation, which is shown as the filer. Leave "Filer's Title" blank if the filer is only reporting as an individual. An individual filing because of a financial interest in his individual accounts is filing as an individual. An individual filing because of signature or other authority over a foreign financial account is filing as an individual. If the filer only has signature authority over the account, he should enter his title in Part IV Item 43, Filer's Title with this Owner, to show his relationship to the account. Enter the actual date signed.