**Exhibit F**



# Report of Foreign Bank and Financial Accounts    Version Number: 1.0

**FinCEN Form 114  OMB No. 1506-0009    Effective October 1, 2013**

The FBAR must be received by the Department of Treasury on or before June 30th of the year immediately following the calendar year being reported. The June 30th filing date may not be extended.

IMPORTANT : After you have completed this FBAR, you must **Sign the Form** and **Save** in order to activate the **Ready to File** button, which will direct you to a page where you can attach and submit your report. Click **Validate** to identify missing or incorrectly formatted data at any time during preparation of this report. Click **Print** to print a copy of this report for record keeping purposes.

**Filing name** (e.g. SMITH FBAR 2013)

**Sign the Form**

**If this report is being filed late, select the reason for filing late**

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 . No report is required if the aggregate value of the accounts did not exceed $10,000.

### PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on FinCEN 114 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350. The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24) . The Social Security number will be used as a means to identify the individual who files the report. The estimated average burden associated with this collection of information is 20 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Financial Crimes Enforcement Network, P. O. Box 39, Vienna, VA 22183, Attn: Office of Regulatory Policy.

Case 4:19-cv-00415-ALM Document 24 Filed 03/09/20 Page 2 of 7 PageID #: 733

1 This report is for calendar year ended 12/31 [      ]   Amended ☐   Prior Report BSA Identifier [                    ]

## Part I    Filer Information

2 Type of filer [                    ]

3 U.S. Taxpayer Identification Number [                    ]

3a TIN type [                    ]

4 Foreign identification

    a Type [                    ]

    b Number [                    ]

    c Country/Region of issue [                    ]

5 Individual's date of birth [                    ]

6 Last name  or organization's name [                    ]

7 First name [                    ]

8 Middle name [                    ]

8a Suffix [                    ]

9 Address [                    ]

10 City [                    ]

11 State [                    ]

12 ZIP/postal code [                    ]

13 Country/Region [                    ]

14a Does the filer have a financial interest in 25 or more financial accounts?

☐ Yes    Enter number of accounts [      ]    **If "Yes" is checked  do not complete Part II or Part III, but retain records of this information**

☐ No

14b Does the filer have signature authority over but no financial interest in 25 or more financial accounts?

☐ Yes    Enter number of accounts [      ]    **If "Yes" is checked Complete Part IV items 34 through 43 for each person on whose behalf the filer has signature authority.**

☐ No

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.

## Part II   Information on Financial Account(s) Owned Separately 1   of   1

15 Maximum account value

15a Maximum account value unknown ☐

16 Type of account

17 Financial institution name

18 Account number or other designation

19 Address

20 City

21 State

22 Foreign postal code

23 Country/ Region

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN

## Part III    Information on Financial Account(s) Owned Jointly  1    of    1

### Account Information

| 15 Maximum account value | | 15a Maximum account value unknown | ☐ |
|---|---|---|---|

16 Type of account

17 Financial institution name

18 Account number or other designation

19 Address

| 20 City | | 21 State | |
|---|---|---|---|

| 22 Foreign postal code | | 23 Country/ Region | |
|---|---|---|---|

24 Number of joint owners

### Principal Joint Owner Information

| 25 Taxpayer Identification Number (TIN) | | 25 a TIN type | |
|---|---|---|---|

26  Last name  or organization name

27  First name

28  Middle name

28a Suffix

29  Address

| 30 City | | 31 State | |
|---|---|---|---|

| 32 ZIP/postal code | | 33 Country/ Region | |
|---|---|---|---|

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.

**Part IV**   **Information on Financial Account(s) Where Filer has Signature or Other Authority but No financial Interest in the Account(s)**  1  of  1

## Account Information

15 Maximum account value _____          15a Maximum account value unknown ☐

16 Type of account _____

17 Financial institution name _____

18 Account number or other designation _____

19 Address _____

20 City _____          21 State _____

22 Foreign postal code _____          23 Country/Region _____

## Owner Information

34 Last name  or organization name _____

35 Taxpayer Identification Number (TIN) _____          35 a TIN type _____

36  First name _____

37  Middle name _____

37a Suffix _____

38  Address _____

39  City _____

40 State/territory/province _____

41 ZIP/postal code _____

42 Country/Region _____

43 Filer's title with this owner _____

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.

**Part V    Information on Financial Account(s) Where Filer is Filing a Consolidated Report   1   of   1**

## Account Information

15 Maximum account value

15a Maximum account value unknown ☐

16 Type of account

17 Financial institution name

18 Account number or other designation

19 Address

20 City

21 State

22 Foreign postal code

23 Country/ Region

## Owner Information

34 Organization name

35 Taxpayer Identification Number (TIN)

35 a TIN type

38 Address

39 City

40 State/territory/province

41 ZIP/postal code

42 Country/Region

WARNING: PRINTED VERSIONS OF THE BSA E-FILING FORMS ARE NOT FOR SUBMISSION AND WILL NOT BE PROCESSED BY FINCEN.

## Signature

44a Click here ☐ if this report is completed by a third party preparer, complete the third party preparer section.

44 Filer signature

**Please return to the Home tab to sign the report.**

45 Filer title

46 Date of signature

(Date of signature will be auto-populated when the report is signed.)

## Third Party Preparer Use Only

47 Preparer's last name

48 First name

49 Middle name/initial

50 Check ☐ if self employed

51 Preparer's TIN

51a TIN type

52 Contact phone number

52a Extension

53 Firm's name

54 Firm's TIN

54a TIN type

55 Address

56 City

57 State

58 ZIP/postal code

59 Country/Region