IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 4:19-cv-00415 |
| ALEXANDRU BITTNER, | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ORDER GRANTING JOINT MOTION FOR LEAVE TO EXCEED THE PAGE LIMITS
IN REGARD TO THE PARTIES' RESPECTIVE MOTIONS FOR PARTIAL
SUMMARY JUDGMENT**

Upon consideration of the Parties' Joint Motion for Leave to exceed the 15-page limit for

non-dispositive Motions for Summary Judgment as set forth in Local Rule 7(a)(2).  The Court finds

that the Joint Motion should be GRANTED.

IT IS ORDERED that the parties are to refile their respective Motions for Partial

Summary Judgment, ECF #22 and ECF #24 as is with a 30-page limit within 2 days of entry of

this Order.  It is further ordered that the dispositive motion page and time limits for responses, replies

and sur-replies shall apply to the parties refiled Partial Motions for Summary Judgment.