IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>          Plaintiff,             )<br>                                )<br>     v.                         )<br>                                )  Case No. 4:19-cv-00415<br>ALEXANDRU BITTNER,              )<br>          Defendant.            )<br>_____) | |

### ORDER

Upon consideration of the Parties' Joint Motion for Leave to exceed the 15-page limit for non-dispositive Motions for Summary Judgment (Dkt. #26) as set forth in Local Rule 7(a)(2). The Court finds that the Joint Motion should be **GRANTED**.

The parties are to refile their respective Motions for Partial Summary Judgment, ECF #22 and ECF #24 as is with a 30-page limit within 2 days of entry of this Order. It is further ordered that the dispositive motion page and time limits for responses, replies and sur-replies shall apply to the parties refiled Partial Motions for Summary Judgment.

**IT IS SO ORDERED.**

**SIGNED this 11th day of March, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE