**Exhibit C**

| Department of the Treasury | REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS | | 1 |
|---|---|---|---|
| **TD F 90-22.1** | | | |
| (Rev. 7/00) SUPERSEDES ALL PREVIOUS EDITIONS | Do **NOT** file with your Federal Tax Return | | OMB No.1506-0009 |

| 1 Filing for Calendar Year Y Y Y Y | 2 Type of Filer  a ☐ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Fiduciary | 3 Taxpayer Identification Number |
|---|---|---|

### Part I — Filer Information

| 4 Last Name or Organization Name | 5 First Name | 6 Middle Initial |
|---|---|---|

| 7 Address (Number, Street, and Apt. or Suite No.) | 8 Date of Birth  M M D D Y Y Y Y |
|---|---|

| 9 City | 10 State | 11 Zip/Postal Code | 12 Country | 13 Title (Not necessary if reporting a personal account.) |
|---|---|---|---|---|

| 14 Are these accounts jointly owned?  a ☐ Yes   b ☐ No | 15 Number of joint owners | 16 Taxpayer Identification Number of joint owner (if known) |
|---|---|---|

| 17 Last Name or Organization Name | 18 First Name | 19 Middle Initial |
|---|---|---|

### Part II — Information on Financial Accounts

| 20 Number of Foreign Financial Accounts in which a financial interest is held | 21 Type of account  a ☐ Bank   b ☐ Securities   c ☐ Other _____ |
|---|---|

| 22 Maximum value of account  a ☐ Under $10,000      c ☐ $100,000 to $1,000,000  b ☐ $10,000 to $99,999    d ☐ Over $1,000,000 | 23 Account Number or other designation |
|---|---|

| 24 Name of Financial Institution with which account is held | 25 Country in which account is held |
|---|---|

| 26 Does the filer have a financial interest in this account?  a ☐ Yes   b ☐ No   If no, complete boxes 27-35. | 27 Last Name or Organization Name of Account Holder |
|---|---|

| 28 First Name | 29 Middle Initial | 30 Taxpayer Identification Number |
|---|---|---|

| 31 Address (Number, Street, and Apt. or Suite No.) | 32 City |
|---|---|

| 33 State | 34 Zip/Postal Code | 35 Country |
|---|---|---|

| 36 Signature | 37 Date  M M D D Y Y Y Y |
|---|---|

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000.  **SEE INSTRUCTIONS FOR DEFINITION.**  File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

---

**PRIVACY ACT NOTIFICATION**

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 522a(e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 103.
The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings.  The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties.  The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding.  The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties.
Disclosure of this information is mandatory.  Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report.
Disclosure of the Social Security number is mandatory.  The authority to collect is 31 CFR 103.  The Social Security number will be used as a means to identify the individual who files the report.

Cat. No. 12996D

# Continuation Page

Form TD F 90-22.1

This side can be copied as many times as necessary in order to provide information on all accounts.

| 1 Filing for Calendar Year YYYY | 3 Taxpayer Identification Number | 4 Filer Last Name or Business Name | Page Number OF |
|---|---|---|---|

| 2 Type of Filer | 21 Type of Account | 22 Maximum value of account |
|---|---|---|
| a ☐ Individual    c ☐ Corporation | a ☐ Bank    c ☐ Other | a ☐ Under $10,000    c ☐ $100,000 to $1,000,000 |
| b ☐ Partnership   d ☐ Fiduciary | b ☐ Securities _____ | b ☐ $10,000 to $99,999    d ☐ Over $1,000,000 |

| 23 Account Number, or other designation | 24 Name of Financial Institution with which account is held |
|---|---|

| 25 Country in which account is held | 26 Does the filer have a financial interest in this account?  a ☐ Yes  If no, complete boxes 27-35.  b ☐ No | 27 Last Name or Organization Name of Account Owner |
|---|---|---|

| 28 First Name | 29 Middle Initial | 30 Taxpayer Identification Number | 31 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|---|

| 32 City | 33 State | 34 Zip/Postal Code | 35 Country |
|---|---|---|---|

| 2 Type of Filer | 21 Type of Account | 22 Maximum value of account |
|---|---|---|
| a ☐ Individual    c ☐ Corporation | a ☐ Bank    c ☐ Other | a ☐ Under $10,000    c ☐ $100,000 to $1,000,000 |
| b ☐ Partnership   d ☐ Fiduciary | b ☐ Securities _____ | b ☐ $10,000 to $99,999    d ☐ Over $1,000,000 |

| 23 Account Number, or other designation | 24 Name of Financial Institution with which account is held |
|---|---|

| 25 Country in which account is held | 26 Does the filer have a financial interest in this account?  a ☐ Yes  If no, complete boxes 27-35.  b ☐ No | 27 Last Name or Organization Name of Account Owner |
|---|---|---|

| 28 First Name | 29 Middle Initial | 30 Taxpayer Identification Number | 31 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|---|

| 32 City | 33 State | 34 Zip/Postal Code | 35 Country |
|---|---|---|---|

| 2 Type of Filer | 21 Type of Account | 22 Maximum value of account |
|---|---|---|
| a ☐ Individual    c ☐ Corporation | a ☐ Bank    c ☐ Other | a ☐ Under $10,000    c ☐ $100,000 to $1,000,000 |
| b ☐ Partnership   d ☐ Fiduciary | b ☐ Securities _____ | b ☐ $10,000 to $99,999    d ☐ Over $1,000,000 |

| 23 Account Number, or other designation | 24 Name of Financial Institution with which account is held |
|---|---|

| 25 Country in which account is held | 26 Does the filer have a financial interest in this account?  a ☐ Yes  If no, complete boxes 27-35.  b ☐ No | 27 Last Name or Organization Name of Account Owner |
|---|---|---|

| 28 First Name | 29 Middle Initial | 30 Taxpayer Identification Number | 31 Address (Number, Street, and Apt. or Suite No.) |
|---|---|---|---|

| 32 City | 33 State | 34 Zip/Postal Code | 35 Country |
|---|---|---|---|

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations (31 CFR 103). No report is required if the aggregate value of the accounts did not exceed $10,000.  **SEE INSTRUCTIONS FOR DEFINITION.**  File this form with:

**U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621.**

**Paperwork Reduction Act.**  The estimated average burden associated with this collection of information is 10 minutes per respondent or recordkeeper, depending on individual circumstances.  Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Department of the Treasury, Financial Crimes Enforcement Network, Suite 200, 2070 Chain Bridge Road, Vienna, VA 22182-2536.  You are not required to provide the requested information unless a form displays a valid OMB control number.

## INSTRUCTIONS

### General Instructions

**Who Must File this Report**  Each Unites States person, who has a financial interest in or signature authority, or other authority over any financial accounts, including bank, securities, or other types of financial accounts in a foreign country, if the aggregate value of these financial accounts exceeds $10,000 at any time during the calendar year, must report that relationship each calendar year by filing TD F 90-22.1 with the Department of the Treasury on or before June 30, of the succeeding year.

### Exceptions

An officer or employee of a bank which is subject to the supervision of the Comptroller of the Currency, the Board of Governors of the Federal Reserve System, the Office of Thrift Supervision, or the Federal Deposit Insurance Corporation need not report that he has signature or other authority over a foreign bank, securities or other financial account maintained by the bank, if the officer of employee has NO personal financial interest in the account.

An officer or employee of a domestic corporation whose equity securities are listed upon national securities exchanges or which has assets exceeding $10 million and 500 or more shareholders of record need not file such a report concerning the other signature authority over a foreign financial account of the corporation, if he has NO personal financial interest in the account and he has been advised in writing by the chief financial officer of the corporation that the corporation has filed a current report, which includes that account.

Report any financial account (except a military banking facility as defined in these instructions) that is located in a foreign country, even if it is held at an affiliate of a United States bank or other financial institution.  Do not report any account maintained with a branch, agency, of other office of a foreign bank or other institution that is located in the United States, Guam, Puerto Rico, and the Virgin Islands.

### General Definitions

**United States Person**  The term "United States person" means (1) a citizen or resident of the United States, (2) a domestic partnership, (3) a domestic corporation, or (4) a domestic estate or trust.

**Financial Account**  Generally includes any bank, securities, securities derivatives or other financial instruments accounts.  Such accounts generally also encompass any accounts in which the assets are held in a commingled fund, and the account owner holds an equity interest in the fund.  The term also means any savings, demand, checking, deposit, time deposit, or any other account maintained with a financial institution or other person engaged in the business of a financial institution.

**Account in a Foreign Country**  A "foreign country" includes all geographical areas located outside the United States, Guam, Puerto Rico, and the Virgin Islands.

**Financial Interest**  A financial interest in a bank, securities, or other financial account in a foreign country means an interest described in either of the following two paragraphs:

(1)  A United States person has a financial interest in each account for which such person is the owner of record or has legal title, whether the account is maintained for his or her own benefit or for the benefit of others including non-United States persons.  If an account is maintained in the name of two persons jointly, or if several persons each own a partial interest in an account, each of those United States persons has a financial interest in that account.

(2)  A United States person has a financial interest in each bank, securities, or other financial account in a foreign country for which the owner of record or holder of legal title is:  (a) a person acting as an agent, nominee, attorney, or in some other capacity on behalf of the U.S. person; (b)  a corporation in which the United States person owns directly or indirectly more than 50 percent of the total value of shares of stock; (c)  a partnership in which the United States person owns an interest in more than 50 percent of the profits (distributive share of income); or (d)  a trust in which the United States person either has a present beneficial interest in more than 50 percent of the assets or from which such person receives more than 50 percent of the current income.

**Signature or Other Authority Over an Account**  A person has signature authority over an account if such person can control the disposition of money or other property in it by delivery of a document containing his or her signature (or his or her signature and that of one or more other persons) to the bank or other person with whom the account is maintained.

Other authority exists in a person who can exercise comparable power over an account by direct communication to the bank or other person with whom the account is maintained, either orally or by some other means.

**Military Banking Facility**  Do not consider as an account in a foreign country, an account in an institution known as a "United States military banking facility" (or "United States military finance facility") operated by a United States financial institution designated by the United States Government to serve U.S. Government installations abroad, even if the United States military banking facility is located in a foreign country.

### Filing Information

When and Where to File - This report must be filed on or before June 30 each calendar year with the Department of the Treasury, Post Office Box 32621, Detroit, MI 48232-0621, or it may be hand carried to any local office of the Internal Revenue Service for forwarding to the Department of the Treasury, Detroit, MI.

## EXPLANATIONS FOR SPECIFIC ITEMS

### Consolidated Reporting

A corporation which owns directly or indirectly more than 50 percent interest in one or more other entities will be permitted to file a consolidated report on TD F 90-22.1, on behalf of itself and such other entities provided that a listing of them is made part of the consolidated report.  Such reports should be signed by an authorized official of the parent corporation.

If the group of entities covered by a consolidated report has a financial interest in 25 or more foreign financial accounts, the reporting corporation need only note that fact on the form in Item 20.  It will, however, be required to provide detailed information concerning each account when so requested by the Secretary or his delegate.

### Item 14

If the filer owns the account jointly with any other party, then yes should be marked.

### Item 15

If the filer holds this account with only one (1) other party, and all accounts listed are held jointly with that party, then complete items 16, 17, 18, and 19.  Otherwise leave these items blank.

**Item 20**

If the filer holds a financial interest in more than 25 foreign financial accounts, indicate the number in this box and do not complete any further items in Part II.

Any person who lists more than 25 foreign financial accounts in item 20 must when requested by the Department of the Treasury provide all the information called for in Part II.

**Item 22**
Account Valuation

For item 22, the maximum value of an account is the largest amount of currency and non-monetary assets that appear on any quarterly or more frequent account statement issued for the applicable year.  If periodic account statements are not so issued, the maximum account asset value is the largest amount of currency and non-monetary assets in the account at any time during the year.  Convert foreign currency by using the official exchange rate at the end of the year.  In valuing currency of a country that uses multiple exchange rates, use the rate which would apply if the currency in the account were converted into United States dollars at the close of the calendar year.

The value of stock, other securities or other non-monetary assets in an account reported on TD F 90-22.1 is the fair market value at the end of the calendar year, or if withdrawn from the account, at the time of the withdrawal.

For purposes of item 22, if you had a financial interest in more than one account, each account is to be valued separately in accordance with the foregoing two paragraphs.  If you had a financial interest in one or more but fewer than 25 accounts, and you are unable to determine whether the maximum value of these accounts exceeded $10,000 at any time during the year, complete Part II or III for each of these accounts.

**Item 26**

United States Persons with Authority Over but No Financial Interest in an Account - Except as provided in the following paragraph, you must state the name, address, and identifying number of each owner of an account over which you had authority, but if you complete items 27-35 for more than one account of the same owner, you need identify the owner only once.  If you complete items 27-35 for one or more accounts in which no United States person had a financial interest, you may state on the first line of this item, in lieu of supplying information about the owner, "No U.S. person had any financial interest in the foreign account."  This statement must be based upon the actual belief of the person filing this form after he or she has taken reasonable measures to ensure its correctness.

If you complete Part II for accounts owned by a domestic corporation and its domestic and/or foreign subsidiaries, you may treat them as one owner and write in the space provided, the name of the parent corporation, followed by "and related entities," and the identifying number and address of the parent corporation.

**Item 36**

**Signature**

This report must be signed by the person named in Part I.  If the report is being filed on behalf of a partnership, corporation, or fiduciary, it must be signed by an authorized individual.

**Penalties**

For criminal penalties for failure to file a report, supply information, and for filing a false or fraudulent report, see 31 USC 5322(a), 31 USC 5322(b), and 18 USC 1001.