**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:19-cv-00415 |
| ) | |
| ALEXANDURE BITTNER ) | |
|     Defendant. ) | |

**PROPOSED ORDER GRANTING DEFENDANT ALEXANDRU BITTNER'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Came on this day for consideration, Alexandru Bittner's ("Defendant") Motion for Partial Summary Judgment ("Motion"). After due consideration of Defendant's Motion, and all responses and replies, this Court is of the opinion that Defendant's Motion is meritorious and should in all things be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendant's Motion for Partial Summary Judgment is in all things GRANTED and that the Defendant may only be penalized one $10,000 per year, not a $10,000 penalty per unreported account, for the years 2007-2011 for a maximum penalty of $50,000.

IT IS SO ORDERED.