**TD F 90-22.1**
(Rev January 2012)
Department of the Treasury

Do not use previous editions of this form

# REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS

Do NOT file with your Federal Tax Return

OMB No. 1545-2038

1 This Report is for Calendar Year Ended 12/31

**2010**

Amended ☐

## Part I   Filer Information

**2** Type of Filer
a [X] Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other — Enter type

**3** U.S. Taxpayer Identification Number

**4** Foreign identification (Complete only if item 3 is not applicable)
a Type   ☐ Passport   ☐ Other
b Number          c Country of Issue

If filer has no U.S. Identification Number complete Item 4.

**5** Individual's Date of Birth MM/DD/YYYY

**6** Last Name or Organization Name: **BITTNER**

**7** First Name: **ALEXANDRU**

**8** Middle Initial

**9** Address (Number, Street, and Apartment or Suite Number)

**10** City

**11** State: **TX**

**12** ZIP/Postal Code

**13** Country: **USA**

**14** Does the filer have a financial interest in 25 or more financial accounts?
[X] Yes   If 'Yes' enter total number of accounts **53**
(If 'Yes' is checked, do not complete Part II or Part III, but retain records of this information)
☐ No

## Part II   Information on Financial Account(s) Owned Separately

**15** Maximum value of account during calendar year reported

**16** Type of account   a ☐ Bank   b ☐ Securities   c ☐ Other — Enter type below

*[Stamp: Internal Revenue Service Received SEP 27 2013 Large Business and International]*

**17** Name of Financial Institution in which account is held

**18** Account number or other designation

**19** Mailing Address (Number, Street, Suite Number) of financial institution in which account is held

**20** City

**21** State, if known

**22** Zip/Postal Code, if known

**23** Country

### Signature

**44** Filer Signature *(signed)* ✓

**45** Filer Title, if not reporting a personal account

**46** Date (MM/DD/YYYY): 09/17/2013

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. **See Instructions For Definitions.**

### PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 75 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

FD1Z9101L 01/12/12          APPRV #053          Form TD F 9

**Government Exhibit 4**

DOJ 001376