

**LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT**

Städtle 44 · Postfach 384 · FL-9490 Vaduz
Telefon +423 236 88 11 · Fax +423 236 88 22
Internet www.llb.li · E-Mail llb@llb.li

```
                                         Mr
                                         Alexandru Bittner
                                         Cobalcescu Str. 41
                                         Bukarest
                                         Romania
```

Vaduz, 30.06.2006

No.   653.60      IBAN LI55           536 0
Current account EUR

Statement of account  01.04.2006 - 30.06.2006

| Date  | Description                        | Value | To your debit | To your credit | Balance |
|-------|------------------------------------|-------|---------------|----------------|---------|
| 01.04 | Balance carried forward            | 31.03 |               |                | 318.40  |
| 20.06 | Fees           CH 05893092         | 30.06 | 12.95         |                | 305.45  |
| 30.06 | Call money     21268674/01233381   | 30.06 | 274.06        |                | 31.39   |
|       | Balanced per 30.06.2006            |       |               |                |         |
|       | Credit.int. 1   0.5 %              |       |               | 0.40           | 31.79   |
|       | Entry charges / postage            |       | 3.59          |                | 28.20   |
|       | Total of turnover                  |       | 290.60        | 0.40           |         |
|       | Closing balance to your credit     | 30.06 |               |                | 28.20   |

```
                                         Mr                         **V
                                         Alexandru Bittner
```

\*\*\* L L B   A R C H I V \*\*\*



DOJ 001856



**LIECHTENSTEINISCHE LANDESBANK AKTIENGESELLSCHAFT**

Städtle 44 · Postfach 384 · FL-9490 Vaduz
Telefon +423 236 88 11 · Fax +423 236 88 22
Internet www.llb.li · E-Mail llb@llb.li

Mr
Alexandru Bittner
Cobalcescu Str. 41
Bukarest
Romania

Vaduz, 31.12.2006

No.   553.60   IBAN   536 0
Current account EUR

Statement of account  01.10.2006 - 31.12.2006

| Date  | Description                      | Value | To your debit | To your credit | Balance    |
|-------|----------------------------------|-------|---------------|----------------|------------|
| 01.10 | Balance carried forward          | 30.09 |               |                | 929.70     |
| 14.11 | Paym. order   7508936            | 15.11 | 100,003.77    |                | 99,074.07- |
| 16.11 | Call money    21268674/01297649  | 15.11 |               | 100,000.00     | 925.93     |
| 13.12 | Paym. order   7530727            | 15.12 | 100,003.76    |                | 99,077.83- |
| 18.12 | Call money    21268674/01311115  | 15.12 |               | 103,716.68     | 4,638.85   |
| 18.12 | Fees          CH 05023133        | 29.12 | 12.63         |                | 4,626.22   |
|       | Balanced per 31.12.2006          |       |               |                |            |
|       | Credit.int. 1   0.5 %            |       |               | 2.01           | 4,628.23   |
|       | Turnover comm.  0.05 %           |       | 100.00        |                | 4,528.23   |
|       | Entry charges / postage          |       | 4.33          |                | 4,523.90   |
|       | Total of turnover                |       | 200,124.49    | 203,718.69     |            |
|       | Closing balance to your credit   | 31.12 |               |                | 4,523.90   |

Mr                                                              **V
Alexandru Bittner

*** L L B   A R C H I V ***

DOJ 001857

**Liechtensteinische Landesbank** 1861

Städtle 44 · Postfach 384 · FL-9490 Vaduz
Telefon +423 / 236 88 11 · Fax +423 / 236 88 22
Internet www.llb.li · E-Mail llb@llb.li

Mr
Alexandru Bittner
Cobalcescu Str. 41
Bukarest
Romania

Vaduz, 30.06.2007

No.   53.60   IBAN LI55   536 0
~~Current account EUR~~

Statement of account   01.04.2007 - 30.06.2007

| Date | Description | Value | To your debit | To your credit | Balance |
|---|---|---|---|---|---|
| 01.04 | Balance carried forward | 31.03 | | | 4,512.90 |
| 20.06 | Fees         CH 05146258 | 29.06 | 12.14 | | 4,500.76 |
| | Balanced per 30.06.2007 | | | | |
| | Credit.int. 1   0.5 % | | | 5.70 | 4,506.46 |
| | EU Interest Tax 15 % of EUR 5.70 | | 0.86 | | 4,505.60 |
| | Entry charges / postage | | 3.30 | | 4,502.30 |
| | Total of turnover | | 16.30 | 5.70 | |
| | Closing balance to your credit | 30.06 | | | 4,502.30 |

Mr
Alexandru Bittner                         **V

*** L L B   A R C H I V ***

DOJ 001858



**Liechtensteinische Landesbank**[1861]

\*\*\* LLB Archiv \*\*\*

Mr  
Alexandru Bittner

\*\*V

Account holder  
Mr  
Alexandru Bittner  
Cobalcescu Str. 41  
Bukarest  
Romania

Vaduz, 31.12.2007

No.   53.60 Current account EUR  
IBAN                        536 0

**Statement of account 01.12.2007 - 31.12.2007**

| Date | Description | Value | To your debit | To your credit | Balance |
|---|---|---|---|---|---|
| 01.12 | Balance carried forward | | | | 4'491.70 |
| 18.12 | Fees<br>CH 05275803 | 28.12 | 12.16 | | 4'479.54 |
| | Balanced per 31.12.2007 | | | | |
| | Credit interest 1 | 0.50 % | | 5.74 | 4'485.28 |
| | EU Interest Tax 15 % of EUR 5.74 | | 0.86 | | 4'484.42 |
| | Booking and mailing fees | | 3.62 | | 4'480.80 |
| | Total of turnover | | 16.64 | 5.74 | |
| | Closing balance to your credit | 31.12 | | | 4'480.80 |

Liechtensteinische Landesbank  
Aktiengesellschaft  
Städtle 44 · P.O. Box 384  
9490 Vaduz  
Liechtenstein

Telephone +423 236 88 11  
Fax +423 236 88 22  
www.llb.li  
ÖR FL-0001.000.289-1  
BIC LILALI2XXXX

Direct phone +423 236 92 82  
Direct fax +423 236 88 22  
Reference PBC / DAV

DOJ 001859


Liechtensteinische
Landesbank 1861

\*\*\* LLB Archiv \*\*\*

| | | Account holder |
|---|---|---|
| Mr | \*\*V | Mr |
| Alexandru Bittner | | Alexandru Bittner |
| | | Cobalcescu Str. 41 |
| | | Bukarest |
| | | Romania |

Vaduz, 30.06.2008          No.    53.60 Current account EUR
                           IBAN LI55                536 0

**Statement of account 01.06.2008 - 30.06.2008**

| Date | Description | Value | To your debit | To your credit | Balance |
|---|---|---|---|---|---|
| 01.06 | Balance carried forward | | | | 4'468.90 |
| 20.06 | Fees | 30.06 | 15.61 | | 4'453.29 |
| | Corresp. retainded by the bank | | | | |
| | Balanced per 30.06.2008 | | | | |
| | Credit interest 1 | 0.50 % | | 5.65 | 4'458.94 |
| | EU Interest Tax 15 % of EUR 5.65 | | 0.85 | | 4'458.09 |
| | Booking and mailing fees | | 3.79 | | 4'454.30 |
| | Total of turnover | | 20.25 | 5.65 | |
| | Closing balance to your credit | 30.06 | | | 4'454.30 |

Liechtensteinische Landesbank    Telephone +423 236 88 11    Direct phone +423 236 92 82
Aktiengesellschaft               Fax +423 236 88 22          Direct fax +423 236 88 22
Städtle 44 · P.O. Box 384        www.llb.li                  Reference PBC / DAV
9490 Vaduz                       OR FL-0001.000.289-1
Liechtenstein                    BIC LILALI2XXXX


**Liechtensteinische Landesbank** 1861

\*\*\* L L B  A r c h i v \*\*\*

| | |
|---|---|
| Mr<br>Alexandru Bittner   \*\*V | Account holder<br>Mr<br>Alexandru Bittner<br>Cobalcescu Str. 41<br>Bukarest<br>Romania |

Vaduz, 31.12.2008               No.    53.60 Current account EUR
                                IBAN                        3536 0

**Statement of account 01.12.2008 - 31.12.2008**

| Date | Description | Value | To your debit | To your credit | Balance |
|---|---|---|---|---|---|
| 01.12 | Balance carried forward | | | | 4'439.20 |
| 18.12 | Fees | 30.12 | 16.44 | | 4'422.76 |
| | Corresp. retainded by the bank | | | | |
| | Quarterly balance per 31.12.2008 | | | | |
| | Credit interest 1 | 0.50 % | | 5.67 | 4'428.43 |
| | EU Interest Tax 20 % of EUR 5.67 | | 1.13 | | 4'427.30 |
| | Booking and mailing fees | | 4.00 | | 4'423.30 |
| | Total of turnover | | 21.57 | 5.67 | |
| | Closing balance to your credit | 31.12 | | | 4'423.30 |

Liechtensteinische Landesbank
Aktiengesellschaft
Städtle 44 · P.O. Box 384
9490 Vaduz
Liechtenstein

Telephone +423 236 88 11
Fax +423 236 88 22
www.llb.li
OR FL-0001.000.289-1
BIC LILALI2XXXX

Direct phone +423 236 92 82
Direct fax +423 236 88 22
Reference PBC / DAV

DOJ 001861


Liechtensteinische Landesbank 1861

\*\*\* LLB Archiv \*\*\*

Mr  
Alexandru Bittner   \*\*V

Account holder  
Mr  
Alexandru Bittner  
Cobalcescu Str. 41  
Bukarest  
Romania

Vaduz, 30.06.2009

No.   53.60 Current account EUR  
IBAN               i536 0

**Statement of account 01.06.2009 - 30.06.2009**

| Date | Description | Value | To your debit | To your credit | Balance |
|---|---|---|---|---|---|
| 01.06 | Balance carried forward | | | | 4'407.00 |
| 19.06 | Fees | 30.06 | 16.72 | | 4'390.28 |
| | Corresp. retainded by the bank | | | | |
| | Quarterly balance per 30.06.2009 | | | | |
| | Credit interest 1 | 0.125 % | | 1.39 | 4'391.67 |
| | EU Interest Tax 20 % of EUR 1.39 | | 0.28 | | 4'391.39 |
| | Booking and mailing fees | | 3.89 | | 4'387.50 |
| | Total of turnover | | 20.89 | 1.39 | |
| | Closing balance to your credit | 30.06 | | | 4'387.50 |

Liechtensteinische Landesbank  
Aktiengesellschaft  
Städtle 44 · P.O. Box 384  
9490 Vaduz  
Liechtenstein

Telephone +423 236 88 11  
Fax +423 236 88 22  
www.llb.li  
OR FL-0001.000.289-1  
BIC LILALI2XXXX

Direct phone +423 236 92 80  
Direct fax +423 236 88 22  
Reference PBC / OTN

DOJ 001862



**Liechtensteinische Landesbank**[1861]

\*\*\* L L B  A r c h i v \*\*\*

Mr  
Alexandru Bittner

\*\*V

Account holder  
Mr  
Alexandru Bittner  
Cobalcescu Str. 41  
Bukarest  
Romania

Vaduz, 31.12.2009

No.        3.60 Current account EUR  
IBAN                               536 0

**Statement of account 01.12.2009 - 31.12.2009**

| Date | Description | Value | To your debit | To your credit | Balance |
|---|---|---|---|---|---|
| 01.12 | Balance carried forward | | | | 4'368.00 |
| 18.12 | Fees | 30.12 | 16.87 | | 4'351.13 |
| | Corresp. retainded by the bank | | | | |
| | Quarterly balance per 31.12.2009 | | | | |
| | Credit interest 1 | 0.125 % | | 1.40 | 4'352.53 |
| | EU Interest Tax 20 % of EUR 1.40 | | 0.28 | | 4'352.25 |
| | Booking and mailing fees | | 3.95 | | 4'348.30 |
| | Total of turnover | | 21.10 | 1.40 | |
| | Closing balance to your credit | 31.12 | | | 4'348.30 |

Liechtensteinische Landesbank  
Aktiengesellschaft  
Städtle 44 · P.O. Box 384  
9490 Vaduz  
Liechtenstein

Telephone +423 236 88 11  
Fax +423 236 88 22  
www.llb.li  
OR FL-0001.000.289-1  
BIC LILALI2XXXX

Direct phone +423 236 92 80  
Direct fax +423 236 88 22  
Reference PBC / OTN



**Liechtensteinische Landesbank** [1861]

\*\*\* L L B  A r c h i v \*\*\*

Mr  
Alexandru Bittner

\*\*V

Account holder  
Mr  
Alexandru Bittner  
Cobalcescu Str. 41  
Bukarest  
Romania

Vaduz, 30.06.2010

No.  53.60 Current account EUR  
IBAN  536 0

**Statement of account 01.06.2010 - 30.06.2010**

| Date | Description | Value | To your debit | To your credit | Balance |
|---|---|---|---|---|---|
| 01.06 | Balance carried forward | | | | 4'327.70 |
| 18.06 | Fees | 30.06 | 18.40 | | 4'309.30 |
| | Corresp. retainded by the bank | | | | |
| | Quarterly balance per 30.06.2010 | | | | |
| | Credit interest 1 | 0.125 % | | 1.37 | 4'310.67 |
| | EU Interest Tax 20 % of EUR 1.37 | | 0.27 | | 4'310.40 |
| | Booking and mailing fees | | 4.50 | | 4'305.90 |
| | Total of turnover | | 23.17 | 1.37 | |
| | Closing balance to your credit | 30.06 | | | 4'305.90 |

Liechtensteinische Landesbank  
Aktiengesellschaft  
Städtle 44 · P.O. Box 384  
9490 Vaduz  
Liechtenstein

Telephone +423 236 88 11  
Fax +423 236 88 22  
www.llb.li  
OR FL-0001.000.289-1  
BIC LILALI2XXXX

Direct phone +423 236 92 80  
Direct fax +423 236 88 22  
Reference PBC / OTN

DOJ 001864



**Liechtensteinische Landesbank**[1861]

\*\*\* LLB Archiv \*\*\*

Mr  
Alexandru Bittner

\*\*V

Account holder  
Mr  
Alexandru Bittner  
Cobalcescu Str. 41  
Bukarest  
Romania

Vaduz, 31.12.2010

No.      53.60  Current account EUR  
IBAN         536 0

**Statement of account 01.12.2010 - 31.12.2010**

| Date | Description | Value | To your debit | To your credit | Balance |
|------|-------------|-------|---------------|----------------|---------|
| 01.12 | Balance carried forward | | | | 4'283.30 |
| 17.12 | Fees | 30.12 | 19.80 | | 4'263.50 |
| | Corresp. retainded by the bank | | | | |
| | Quarterly balance per 31.12.2010 | | | | |
| | Credit interest 1 | 0.125 % | | 1.37 | 4'264.87 |
| | EU Interest Tax 20 % of EUR 1.37 | | 0.27 | | 4'264.60 |
| | Booking and mailing fees | | 4.90 | | 4'259.70 |
| | Total of turnover | | 24.97 | 1.37 | |
| | Closing balance to your credit | 31.12 | | | 4'259.70 |

Liechtensteinische Landesbank  
Aktiengesellschaft  
Städtle 44 · P.O. Box 384  
9490 Vaduz  
Liechtenstein

Telephone +423 236 88 11  
Fax +423 236 88 22  
www.llb.li  
ÖR FL-0001.000.289-1  
BIC LILALI2XXXX

Direct phone +423 236 92 80  
Direct fax +423 236 88 22  
Reference PBC / OTN

DOJ 001865

 

Liechtensteinische
Landesbank AG

Städtle 44 · P. O. Box 384
9490 Vaduz · Liechtenstein

Telephone +423 236 88 11
Fax +423 236 88 22

OR FL-0001.000.289-1
Registered office Vaduz

Mr
Alexandru Bittner
Retained mail

Private Banking CEE
Reference PBC
Direct line +423 236 92 88

Vaduz, 30 June 2011

Account owners Alexandru Bittner
Cobalcescu Str. 41, Bukarest, Romania

Account number      53.60 Current account EUR
IBAN ____ ____ ____ ____ _536 0

## Statement of account in EUR 01.06.2011 - 30.06.2011

| Date | Entry text / details | Value date | Debited to you | Credited to you | Balance in EUR |
|---|---|---|---|---|---|
| 31.05. | Balance carried over | | | | 4'256.47 |
| 27.06. | Fee for numbered accounts /... Period 01.01.2011-30.06.2011 Order number: 45050968 | 30.06. | 42.58 | | 4'213.89 |
| 30.06. | Fee Account keeping fee Period 01.04.2011-30.06.2011 Order number: 46190999 | 30.06. | 4.84 | | 4'209.05 |
| 30.06. | Balancing Period 31.03.2011-30.06.2011 Order number: 46279922 | 30.06. | | 1.07 | 4'210.12 |
| | Balance as at 30.06.2011 | | | | 4'210.12 |
| | Sales | | 47.42 | 1.07 | |

Archive copy

DOJ 001866


Liechtensteinische
Landesbank 1861

Liechtensteinische
Landesbank AG

Städtle 44 · P. O. Box 384
9490 Vaduz · Liechtenstein

Telephone +423 236 88 11
Fax +423 236 88 22

OR FL-0001.000.289-1
Registered office Vaduz

Mr
Alexandru Bittner
Retained mail

Private Banking Central / Eastern Europe
Reference PBC
Direct line +423 236 92 88

Vaduz, 31 December 2011

**Account owners** Alexandru Bittner
Cobalcescu Str. 41, Bukarest, Romania

**Account number**    3.60 Current account EUR
IBAN ___ ____ ____ ____ _536 0

## Statement of account in EUR 01.12.2011 - 31.12.2011

| Date | Entry text / details | Value date | Debited to you | Credited to you | Balance in EUR |
|---|---|---|---|---|---|
| 30.11. | Balance carried over | | | | 4'206.14 |
| 27.12. | Fee for correspondence held at the bank<br>Period 01.07.2011-31.12.2011<br>Order number: 63817703 | 31.12. | 41.37 | | 4'164.77 |
| 31.12. | Fee<br>Account keeping fee<br>Period 01.10.2011-31.12.2011<br>Order number: 65159630 | 31.12. | 4.85 | | 4'159.92 |
| 31.12. | Balancing<br>Period 30.09.2011-31.12.2011<br>Order number: 65292998 | 31.12. | | 0.87 | 4'160.79 |
| | Balance as at 31.12.2011<br>Sales | | 46.22 | 0.87 | 4'160.79 |

ACC_STMT_MTH_DT_LLB 20111230 3001-11147627-27905842 HOLDMAIL

Archive copy

DOJ 001867