DOJ 001884

| | | | | Royal Bank of Canada (Suisse) SA | |
|---|---|---|---|---|---|
| IBAN | | 070 0 | | | |
| CLIENT | | 4264 | | GENEVA, | 31/07/2006 |
| ACCOUNT NUMBER | | 4264/000700-EUR | STATEMENT OF ACCOUNT | ACCOUNT MANAGER | 106 |
| TYPE OF ACCOUNT | | ORDINAIRE | | TELEPHONE | (41-22) 819 42 42 |

| DATE | REF. | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| | | BALANCE AS AT : 30/06/2006 | | | 10754.34 | 10754.34 |
| 27/07/06 | 1956532 | INT.PAYMT FID.DEP. 1957975 | 31/07 | | 361.03 | |
| | | | | 0.00 | 11115.37 | |
| | | | | BALANCE IN YOUR FAVOUR | | 11115.37 |

E.& O.E.   This statement is considered as approved if possible objections have not reached us within one month.   PAGE 1



GOVERNMENT EXHIBIT 26

*2007-6*

DOJ 001885

| | | | | |
|---|---|---|---|---|
| IBAN | | 070 0 | | Royal Bank of Canada (Suisse) SA |
| CLIENT | 4264 | | | GENEVA, : 31/01/2007 |
| ACCOUNT NUMBER | 4264/000700-EUR | STATEMENT OF ACCOUNT | | ACCOUNT MANAGER : 106 |
| TYPE OF ACCOUNT | ORDINAIRE | | | TELEPHONE : (41-22) 819 42 42 |

| DATE | REF | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| | | BALANCE AS AT 31/12/2006 | | | 18626.35 | 18626.35 |
| | | | | 0.00 | 18626.35 | |
| | | | | BALANCE IN YOUR FAVOUR | | 18626.35 |

E.& O.E.   This statement is considered as approved if possible objections have not reached us within one month.   PAGE 1

```
IBAN                            070 0                                               Royal Bank of Canada (Suisse) SA
CLIENT              :   4264                                                        GENEVA.              :  31/07/2007
ACCOUNT NUMBER      :   4264/000700-EUR         STATEMENT OF ACCOUNT                ACCOUNT MANAGER         106
TYPE OF ACCOUNT     :   ORDINAIRE                                                   TELEPHONE            :  (41-22) 819 42 42
```

| DATE | REF | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
|  |  | BALANCE AS AT 30/06/2007 |  |  | 3430.13 | 3430.13 |
| 27/07/07 | 1978397 | INT.PAYMT FID.DEP. 1957975 | 31/07 |  | 13.33 |  |
|  |  |  |  | 0,00 | 3443,46 |  |
|  |  | BALANCE IN YOUR FAVOUR |  |  |  | 3443,46 |

E. & O.E.    This statement is considered as approved if possible objections have not reached us within one month.    PAGE 1

DOJ 001886

2008 - E

DOJ 001887

| | | | | | Royal Bank of Canada (Suisse) SA | |
|---|---|---|---|---|---|---|
| IBAN | | 070 0 | | | | |
| CLIENT | : 4264 | | STATEMENT OF ACCOUNT | | GENEVA, | : 31/01/2008 |
| ACCOUNT NUMBER | : 4264/000700-EUR | | | | ACCOUNT MANAGER | : 106 |
| TYPE OF ACCOUNT | : ORDINAIRE | | | | TELEPHONE | (41-22) 819 42 42 |

| DATE | REF | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| | | BALANCE AS AT : 31/12/2007 | | | 3035.70 | 3035.70 |
| 21/01/08 | 1866114 | DEPOSIT/PAYMT RECD FROM UNICREDIT TITIAC BANK SA BUCHAREST ORDER OF PETCU RALUCA | 22/01 | | 20500.00 | 23535.70 |
| 25/01/08 | 1866690 | TRANSFER AS PER YOUR INSTRUCTIONS | 25/01 | 20500.00 | | 3035.70 |
| 28/01/08 | 9938636 | TO COVER THE DEBIT B USD | 28/01 | 381.28 | | 2654.42 |
| 29/01/08 | 1991969 | INT.PAYMT FID.DEP. 1957975 | 31/01 | | 4.73 | |
| | | | | 20881.28 | 23540.43 | |
| | | | | BALANCE IN YOUR FAVOUR | | 2659.15 |

E.& O.E.    This statement is considered as approved if possible objections have not reached us within one month.    PAGE   1

DOJ 001888

| | | | | |
|---|---|---|---|---|
| IBAN | : | )070 0 | | Royal Bank of Canada (Suisse) SA |
| CLIENT | : | 4264 | | GENEVA, : 31/07/2008 |
| ACCOUNT NUMBER | : | 4264/000700-EUR | STATEMENT OF ACCOUNT | ACCOUNT MANAGER : 106 |
| TYPE OF ACCOUNT | : | ORDINAIRE | | TELEPHONE : (41-22) 819 42 42 |

| DATE | REF. | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| | | BALANCE AS AT : 30/06/2008 | | | 22539.40 | 22539.40 |
| | | | | 0.00 | 22539.40 | |
| | | | | BALANCE IN YOUR FAVOUR | | 22539.40 |

E. & O.E.   This statement is considered as approved if possible objections have not reached us within one month.   PAGE 1

2009-E

DOJ 001889

| IBAN | : 070 0 | | Royal Bank of Canada (Suisse) SA | |
|---|---|---|---|---|
| CLIENT | : 4264 | | GENEVA. | : 31/01/2009 |
| ACCOUNT NUMBER | : 4264/000700-EUR | STATEMENT OF ACCOUNT | ACCOUNT MANAGER | : 106 |
| TYPE OF ACCOUNT | : ORDINAIRE | | TELEPHONE | : (41-22) 819 42 42 |

| DATE | REF. | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| | | BALANCE AS AT : 31/12/2008 | | | 13714.50 | 13714.50 |
| 16/01/09 | 9940535 | TO COVER THE DEBIT B USD | 20/01 | 1770.24 | | |
| | | | | 1770.24 | 13714.50 | |
| | | | | BALANCE IN YOUR FAVOUR | | 11944.26 |

E. & O.E.   This statement is considered as approved if possible objections have not reached us within one month.   PAGE   1

DOJ 001890

| IBAN | | 1070 0 | | Royal Bank of Canada (Suisse) SA | |
|---|---|---|---|---|---|
| CLIENT | | 1264 | | GENEVA, | 31/07/2009 |
| ACCOUNT NUMBER | | 4264/000700-EUR | **STATEMENT OF ACCOUNT** | ACCOUNT MANAGER | 106 |
| TYPE OF ACCOUNT | | ORDINAIRE | | TELEPHONE | (41-22) 819 42 42 |

| DATE | REF. | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| | | BALANCE AS AT : 30/06/2009 | | | 11418.91 | 11418.91 |
| | | | | 0.00 | 11418.91 | |
| | | BALANCE IN YOUR FAVOUR | | | | 11418.91 |

E.& O.E.   This statement is considered as approved if possible objections have not reached us within one month.   PAGE 1

DOJ 001891

| | | | | | | |
|---|---|---|---|---|---|---|
| IBAN | | CH68 0867 2104 4264 0070 0 | | Royal Bank of Canada (Suisse) SA | | |
| CLIENT | | 1264 | | GENEVA, | | 31/12/2009 |
| ACCOUNT NUMBER | | 14264/000700-EUR | **STATEMENT OF ACCOUNT** | ACCOUNT MANAGER | : | 106 |
| TYPE OF ACCOUNT | | ORDINAIRE | | TELEPHONE | : | (41-22) 819 42 42 |

| DATE | REF | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| | | BALANCE AS AT : 30/11/2009 | | | 11408.61 | 11408.61 |
| 16/12/09 | 9942054 | TO COVER THE DEBIT B USD | 18/12 | 315.21 | | 11093.40 |
| 17/12/09 | 1830219 | TRANSFER AS PER YOUR INSTRUCTIONS | 17/12 | 295.52 | | |
| | | | | 610.73 | 11408.61 | |
| | | BALANCE IN YOUR FAVOUR | | | | 10797.88 |

E.& O.E.    This statement is considered as approved if possible objections have not reached us within one month.    PAGE 1

2010 - 6

**RBC Wealth Management**

Royal Bank of Canada (Suisse) SA

| | | | |
|---|---|---|---|
| TEAM | 070 0 | DATE OF EXTRACT | 31/12/2010 |
| CLIENT | 14254 | ACCOUNT MANAGER | 105 |
| TYPE OF ACCOUNT | ORDINARY | | |

## STATEMENT OF ACCOUNT

| DATE | REF | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 02/06/10 | 16380 | DEPOSIT/PAYMT RECO GLOBAL RE LTD. C 2585 | 02/06 | | 230000,00 | |
| 02/06/10 | 1849867 | TRANSFER TO ALEXANDRU BITTNER RO40 BACX 0000 0000 1698 0320 | 02/06 | 185032,00 | | |
| 03/06/10 | 1849903 | CHARGES -N- CONCERNING YOUR TRANSFER 9867 | 02/06 | 50,00 | | 139061,02 |
| 03/06/10 | 1849925 | TRANSFER TO CHRISTINE BITTNER ACCOUNT 813 | 03/06 | 16476,08 | | 121674,94 |

E.& O.E.   This statement is considered as approved if possible objections have not reached us within one month.

DOJ 001892

E

**RBC Wealth Management**

| | | | | | Royal Bank of Canada (Suisse) SA | |
|---|---|---|---|---|---|---|
| IBAN | | 070 0 | | | | |
| CLIENT | 4264 | | STATEMENT OF ACCOUNT | | DATE OF EXTRACT | 31/12/2010 |
| | | | | | ACCOUNT MANAGER | ... |
| TYPE OF ACCOUNT | ORDINARY | | | | | |

| DATE | REF | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 06/12/10 | 1866131 | TRANSFER TO CONSULTANT CENTER CORP IBAN CH3500279279C06319461 | 06/12 | 763.95 | | 51601.56 |
| 16/12/10 | 9943867 | TO COVER THE DEBIT B USD | 20/12 | 149.11 | | 51452.45 |
| 28/12/10 | 1868320 | TRANSFER TO CONATRANS SA ACCOUNT CH1308634006000490010 | 28/12 | 1036.00 | | |
| 29/12/10 | 1868402 | CHARGES -N- CONCERNING THE TRANSFER 1868320 | 28/12 | 3.50 | | 50412.95 |

E.& O.E.   This statement is considered as approved if possible objections have not reached us within one month.

DOJ 001893

**RBC Wealth Management**

DOJ 001894

| | | Royal Bank of Canada (Suisse) SA | |
|---|---|---|---|
| IBAN | 070 0 | | |
| CLIENT | 1264 | GENEVA. | 31/07/2011 |
| TYPE OF ACCOUNT | ORDINAIRE | TELEPHONE | (41-22) 819 42 42 |

| DATE | REF | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| | | BALANCE AS AT  30/06/2011 | | | 32656,99 | 32656,99 |
| | | | | 0,00 | 32656,99 | |
| | | BALANCE IN YOUR FAVOUR | | | | 32656,99 |

E.& O.E.   This statement is considered as approved if possible objections have not reached us within one month.    PAGE  1

**RBC Wealth Management**

| | | | | | | |
|---|---|---|---|---|---|---|
| IBAN | | 070 0 | | Royal Bank of Canada (Suisse) SA | | |
| CLIENT | 4264 EUR | | STATEMENT OF ACCOUNT | GENEVA, | | 31/12/2011 |
| | | | | ACCOUNT MANAGER | | |
| TYPE OF ACCOUNT | ORDINAIRE | | | TELEPHONE | | (41-22) 819 42 42 |

| DATE | REF | TEXT | VALUE | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| | | BALANCE AS AT 30/11/2011 | | | 132137.22 | 132137.22 |
| 16/12/11 | 9946111 | TO COVER THE DEBIT B USD | 20/12 | 224.29 | | 131912.93 |
| 19/12/11 | 9946125 | TO COVER THE DEBIT B USD | 21/12 | 41.79 | | 131871.14 |
| 22/12/11 | 240237 | CASH WITHDRAWAL | 22/12 | 8438.82 | | |
| | | | | 8704.90 | 132137.22 | |
| | | | | BALANCE IN YOUR FAVOUR | | 123432.32 |

E.& O.E.   This statement is considered as approved if possible objections have not reached us within one month.   PAGE 1

DOJ 001895