# TD F 90-22.1
(Rev. January 2012)
Department of the Treasury

Do not use previous editions of this form

# REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS

Do NOT file with your Federal Tax Return

OMB No. 1545-2038

**1** This Report is for Calendar Year Ended 12/31

**1 9 9 6**

Amended ☐

## Part I  Filer Information

**2** Type of Filer
- a ☑ Individual
- b ☐ Partnership
- c ☐ Corporation
- d ☐ Consolidated
- e ☐ Fiduciary or Other—Enter type _____

**3** U.S. Taxpayer Identification Number
___-__-0102

If filer has no U.S. Identification Number complete Item 4.

**4** Foreign identification (Complete only if item 3 is not applicable.)
- a Type: ☐ Passport  ☐ Other _____
- b Number _____
- c Country of Issue _____

**5** Individual's Date of Birth MM/DD/YYYY

**6** Last Name or Organization Name
Bittner

**7** First Name
Alexandru

**8** Middle Initial

**9** Address (Number, Street, and Apt. or Suite No.)

**10** City

**11** State

**12** Zip/Postal Code
75074

**13** Country
United States

**14** Does the filer have a financial interest in 25 or more financial accounts?
☐ Yes   If "Yes" enter total number of accounts _____
(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)
☑ No

## Part II  Information on Financial Account(s) Owned Separately

**15** Maximum value of account during calendar year reported
375000

**16** Type of account  a ☑ Bank  b ☐ Securities  c ☐ Other—Enter type below

**17** Name of Financial Institution in which account is held
Banca Agricola

**18** Account number or other designation
7200

**19** Mailing Address (Number, Street, Suite Number) of financial institution in which account is held
STR Smardan NR3

**20** City
Bucharest

**21** State, if known

**22** Zip/Postal Code, if known

**23** Country
Romania

### Signature

**44** Filer Signature

**45** Filer Title, if not reporting a personal account

**46** Date (MM/DD/YYYY)

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. See Instructions For Definitions.

**PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE**

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information may be made to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information may be made to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 75 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Cat. No. 12996D

Form **TD F 90-22.1** (Rev. 1-2012)


GOVERNMENT EXHIBIT 35

DOJ 000883

**TD F 90-22.1**
(Rev. January 2012)
Department of the Treasury
Do not use previous editions of this form

# REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS

Do NOT file with your Federal Tax Return

OMB No. 1545-2038

1 This Report is for Calendar Year Ended 12/31

**1 9 9 7**

Amended ☐

## Part I  Filer Information

**2 Type of Filer**
a ☑ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other—Enter type _____

**3 U.S. Taxpayer Identification Number**
-0102
If filer has no U.S. Identification Number complete Item 4.

**4 Foreign identification** (Complete only if item 3 is not applicable.)
a Type: ☐ Passport   ☐ Other _____
b Number
c Country of Issue

**5 Individual's Date of Birth** MM/DD/YYYY

**6 Last Name or Organization Name**
Bittner

**7 First Name**
Alexandru

**8 Middle Initial**

**9 Address** (Number, Street, and Apt. or Suite No.)

**10 City**   **11 State**   **12 Zip/Postal Code**   **13 Country**
United States

**14** Does the filer have a financial interest in 25 or more financial accounts?
☐ Yes   If "Yes" enter total number of accounts _____
(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)
☑ No

## Part II  Information on Financial Account(s) Owned Separately

**15 Maximum value of account during calendar year reported**
525000

**16 Type of account**   a ☑ Bank   b ☐ Securities   c ☐ Other—Enter type below

**17 Name of Financial Institution in which account is held**
Banca Agricola

**18 Account number or other designation**
!7200

**19 Mailing Address** (Number, Street, Suite Number) of financial institution in which account is held
STR Smardan NR3

**20 City**
Bucharest

**21 State, if known**

**22 Zip/Postal Code, if known**

**23 Country**
Romania

### Signature

**44 Filer Signature**   **45 Filer Title, if not reporting a personal account**   **46 Date (MM/DD/YYYY)**

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. See Instructions For Definitions.

**PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE**

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 75 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Cat. No. 12996D        Form **TD F 90-22.1** (Rev. 1-2012)

| TD F 90-22.1 (Rev. January 2012) Department of the Treasury | REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS | OMB No. 1545-2038 |
|---|---|---|
| Do not use previous editions of this form | Do NOT file with your Federal Tax Return | 1 This Report is for Calendar Year Ended 12/31 **1998** Amended ☐ |

**Part I Filer Information**

2 Type of Filer
  a ☑ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other – Enter type _____

| 3 U.S. Taxpayer Identification Number 0102 If filer has no U.S. Identification Number complete Item 4. | 4 Foreign Identification (Complete only if item 3 is not applicable.) a Type: ☐ Passport ☐ Other _____ b Number _____ c Country of Issue _____ | 5 Individual's Date of Birth MM/DD/YYYY |
|---|---|---|
| 4 Last Name or Organization Name **Bittner** | 7 First Name **Alexandru** | 8 Middle Initial |

9 Address (Number, Street, and Apt. or Suite No.)

| 10 City | 11 State | 12 Zip/Postal Code | 13 Country **United States** |
|---|---|---|---|

14 Does the filer have a financial interest in 25 or more financial accounts?
  ☐ Yes   If "Yes" enter total number of accounts _____
  (If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)
  ☑ No

**Part II Information on Financial Account(s) Owned Separately**

| 15 Maximum value of account during calendar year reported **4,531,524** | 16 Type of account a ☑ Bank b ☐ Securities c ☐ Other – Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held **BANCA AGRICOLA** | |
| 18 Account number or other designation **72200** | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held **STR SAGARAN NR 3** |
| 20 City **BUCHAREST** | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country **ROMANIA** |

**Signature**

| 44 Filer Signature | 45 Filer Title, if not reporting a personal account | 46 Date (MM/DD/YYYY) |
|---|---|---|

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. See Instructions For Definitions.

PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24) . The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 75 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Cat. No. 12996D                                                                 Form TD F 90-22.1 (Rev. 1-2012)

DOJ 000885

**TD F 90-22.1** (Rev. January 2012)
Department of the Treasury
Do not use previous editions of this form

**REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS**

Do NOT file with your Federal Tax Return

OMB No. 1545-2038

1 This Report is for Calendar Year Ended 12/31 **1999**

Amended ☐

### Part I  Filer Information

2 Type of Filer
a ☑ Individual  b ☐ Partnership  c ☐ Corporation  d ☐ Consolidated  e ☐ Fiduciary or Other—Enter type _____

3 U.S. Taxpayer Identification Number **0102**
If filer has no U.S. Identification Number complete Item 4.

4 Foreign Identification (Complete only if Item 3 is not applicable.)
a Type: ☐ Passport  ☐ Other _____
b Number
c Country of Issue

5 Individual's Date of Birth MM/DD/YYYY

6 Last Name or Organization Name  **Bittner**
7 First Name  **Alexandru**
8 Middle Initial

9 Address (Number, Street, and Apt. or Suite No.)

10 City
11 State
12 Zip/Postal Code
13 Country  **United States**

14 Does the filer have a financial interest in 25 or more financial accounts?
☐ Yes  If "Yes" enter total number of accounts _____
(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information.)
☑ No

### Part II  Information on Financial Account(s) Owned Separately

15 Maximum value of account during calendar year reported  **2 320 000**
16 Type of account  a ☑ Bank  b ☐ Securities  c ☐ Other—Enter type below

17 Name of Financial Institution in which account is held  **BANCA AGRICOLA**

18 Account number or other designation  **___2200**
19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held  **STR SMARDAN NR 3**

20 City  **BUCHAREST**
21 State, if known
22 Zip/Postal Code, if known
23 Country  **ROMANIA**

### Signature

44 Filer Signature
45 Filer Title, if not reporting a personal account
46 Date (MM/DD/YYYY)

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. See Instructions For Definitions.

**PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE**

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 75 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Cat. No. 12996D                Form TD F 90-22.1 (Rev. 1-2012)

DOJ 000886

| TD F 90-22.1 (Rev. January 2012) Department of the Treasury | REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS | OMB No. 1545-2038 |
|---|---|---|
| Do not use previous editions of this form | Do NOT file with your Federal Tax Return | 1 This Report is for Calendar Year Ended 12/31 **2000** Amended ☐ |

**Part I   Filer Information**

2  Type of Filer
a ☑ Individual    b ☐ Partnership    c ☐ Corporation    d ☐ Consolidated    e ☐ Fiduciary or Other—Enter type _____

| 3 U.S. Taxpayer Identification Number | 4 Foreign identification (Complete only if Item 3 is not applicable.) | 5 Individual's Date of Birth MM/DD/YYYY |
|---|---|---|
| 0102 | a Type: ☐ Passport  ☐ Other | |
| If filer has no U.S. Identification Number complete Item 4. | b Number     c Country of Issue | |

| 6 Last Name or Organization Name | 7 First Name | 8 Middle Initial |
|---|---|---|
| Bittner | Alexandru | |

9  Address (Number, Street, and Apt. or Suite No.)

| 10 City | 11 State | 12 Zip/Postal Code | 13 Country United States |
|---|---|---|---|

14  Does the filer have a financial interest in 25 or more financial accounts?
☐ Yes   If "Yes" enter total number of accounts _____
(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)
☑ No

**Part II   Information on Financial Account(s) Owned Separately**

| 15 Maximum value of account during calendar year reported **1140 000** | 16 Type of account   a ☑ Bank   b ☐ Securities   c ☐ Other—Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held **BANK AUSTRIA** | |
| 18 Account number or other designation **0020** | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held **STR GRIGORE MORA NO 37** |
| 20 City **BUCHAREST** | 21 State, if known   22 Zip/Postal Code, if known   23 Country **ROMANIA** |

**Signature**

| 44 Filer Signature | 45 Filer Title, if not reporting a personal account | 46 Date (MM/DD/YYYY) |
|---|---|---|

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. See Instructions For Definitions.

PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 75 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Cat. No. 12996D                    Form TD F 90-22.1 (Rev. 1-2012)

| TD F 90-22.1 | REPORT OF FOREIGN BANK | OMB No. 1545-2038 |
|---|---|---|
| (Rev. January 2012) Department of the Treasury | AND FINANCIAL ACCOUNTS | 1 This Report is for Calendar Year Ended 12/31 **2001** |
| Do not use previous editions of this form | Do NOT file with your Federal Tax Return | Amended ☐ |

**Part I Filer Information**

2 Type of Filer
 a ☑ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other—Enter type _____

3 U.S. Taxpayer Identification Number ____-____-0102

If filer has no U.S. Identification Number complete Item 4.

4 Foreign Identification (Complete only if item 3 is not applicable.)
 a Type: ☐ Passport  ☐ Other _____
 b Number _____  c Country of Issue _____

5 Individual's Date of Birth MM/DD/YYYY

6 Last Name or Organization Name: **Bittner**
7 First Name: Alexandru
8 Middle Initial:

9 Address (Number, Street, and Apt. or Suite No.)

10 City     11 State     12 Zip/Postal Code     13 Country: United States

14 Does the filer have a financial interest in 25 or more financial accounts?
 ☐ Yes   If "Yes" enter total number of accounts _____
 (If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)
 ☑ No

**Part II Information on Financial Account(s) Owned Separately**

15 Maximum value of account during calendar year reported: **880,000**
16 Type of account   a ☑ Bank   b ☐ Securities   c ☐ Other—Enter type below
17 Name of Financial Institution in which account is held: **BANK AUSTRIA HVB BANK**
18 Account number or other designation: **0020**
19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held: **STR GRIGORE MORA NO 37**
20 City: **BUCHAREST**
21 State, if known
22 Zip/Postal Code, if known
23 Country: **ROMANIA**

**Signature**
44 Filer Signature
45 Filer Title, if not reporting a personal account
46 Date (MM/DD/YYYY)

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. See Instructions For Definitions.

PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 75 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Cat. No. 12996D     Form TD F 90-22.1 (Rev. 1-2012)

DOJ 000888

| TD F 90-22.1 (Rev. January 2012) Department of the Treasury | REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS | OMB No. 1545-2038 |
|---|---|---|
| Do not use previous editions of this form | Do NOT file with your Federal Tax Return | 1 This Report is for Calendar Year Ended 12/31 **2002** |
| | | Amended ☐ |

**Part I  Filer Information**

2 Type of Filer
a ☑ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other—Enter type _____

3 U.S. Taxpayer Identification Number
·0102
If filer has no U.S. Identification Number complete Item 4.

4 Foreign Identification (Complete only if Item 3 is not applicable.)
a Type: ☐ Passport  ☐ Other _____
b Number _____
c Country of Issue _____

5 Individual's Date of Birth MM/DD/YYYY

6 Last Name or Organization Name
Bittner

7 First Name
Alexandru

8 Middle Initial

9 Address (Number, Street, and Apt. or Suite No.)

10 City    11 State    12 Zip/Postal Code    13 Country
United States

14 Does the filer have a financial interest in 25 or more financial accounts?
☐ Yes  If "Yes" enter total number of accounts _____
(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)
☑ No

**Part II  Information on Financial Account(s) Owned Separately**

15 Maximum value of account during calendar year reported
**2,499,963**

16 Type of account  a ☑ Bank   b ☐ Securities   c ☐ Other—Enter type below

17 Name of Financial Institution in which account is held
**HVB - BANK**

18 Account number or other designation
**0320**

19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held
STR GRI GORE MORA NO 37

20 City
BUCHAREST

21 State, if known

22 Zip/Postal Code, if known

23 Country
ROMANIA

**Signature**

44 Filer Signature
45 Filer Title, if not reporting a personal account
46 Date (MM/DD/YYYY)

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. See Instructions For Definitions.

PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 75 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Cat. No. 12996D    Form TD F 90-22.1 (Rev. 1-2012)

**TD F 90-22.1**
(Rev. January 2012)
Department of the Treasury

Do not use previous editions of this form

**REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS**

Do NOT file with your Federal Tax Return

OMB No. 1545-2038

1 This Report is for Calendar Year Ended 12/31
**2003**

Amended ☐

### Part I  Filer Information

2 Type of Filer
a ☒ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other—Enter type

3 U.S. Taxpayer Identification Number
-0102

If filer has no U.S. Identification Number complete Item 4.

4 Foreign identification (Complete only if item 3 is not applicable.)
a Type: ☐ Passport   ☐ Other _____
b Number
c Country of Issue

5 Individual's Date of Birth
MM/DD/YYYY

6 Last Name or Organization Name
Bittner

7 First Name
Alexandru

8 Middle Initial

9 Address (Number, Street, and Apt. or Suite No.)
3927 Ranch Estates

10 City
Plano

11 State
TX

12 Zip/Postal Code
75074

13 Country
United States

14 Does the filer have a financial interest in 25 or more financial accounts?
☐ Yes   If "Yes" enter total number of accounts _____
(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)
☒ No

### Part II  Information on Financial Account(s) Owned Separately

15 Maximum value of account during calendar year reported
**4 364 100**

16 Type of account   a ☒ Bank   b ☐ Securities   c ☐ Other—Enter type below

17 Name of Financial Institution in which account is held
**HVB - BANK**

18 Account number or other designation
**0320**

19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held
**STR GRIGORE MORA NO 37**

20 City
**BUCHAREST**

21 State, if known

22 Zip/Postal Code, if known

23 Country
**ROMANIA**

### Signature

44 Filer Signature

45 Filer Title, if not reporting a personal account

46 Date (MM/DD/YYYY)

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. See Instructions For Definitions.

**PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE**

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 75 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Cat. No. 12996D

Form TD F 90-22.1 (Rev. 1-2012)

DOJ 000890

**TD F 90-22.1**
(Rev. January 2012)
Department of the Treasury

Do not use previous editions of this form

**REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS**

Do NOT file with your Federal Tax Return

OMB No. 1545-2038

1 This Report is for Calendar Year Ended 12/31
**2004**
Amended ☐

### Part I  Filer Information

2 Type of Filer
a ☑ Individual  b ☐ Partnership  c ☐ Corporation  d ☐ Consolidated  e ☐ Fiduciary or Other—Enter type

3 U.S. Taxpayer Identification Number
-0102
If filer has no U.S. Identification Number complete item 4.

4 Foreign identification (Complete only if item 3 is not applicable.)
a Type: ☐ Passport  ☐ Other
b Number
c Country of Issue

5 Individual's Date of Birth MM/DD/YYYY

6 Last Name or Organization Name
Bittner

7 First Name
Alexandru

8 Middle Initial

9 Address (Number, Street, and Apt. or Suite No.)
3927 Ranch Estates

10 City
Plano

11 State
TX

12 Zip/Postal Code
75074

13 Country
United States

14 Does the filer have a financial interest in 25 or more financial accounts?
☐ Yes  If "Yes" enter total number of accounts _____
(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)
☑ No

### Part II  Information on Financial Account(s) Owned Separately

15 Maximum value of account during calendar year reported
**1,000,075**

16 Type of account  a ☑ Bank  b ☐ Securities  c ☐ Other—Enter type below

17 Name of Financial institution in which account is held
~~[struck out]~~ **HVB BANK**

18 Account number or other designation
0320

19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held
STR GAIONE LUIZA NO 37

20 City
BUCHAREST

21 State, if known

22 Zip/Postal Code, if known

23 Country
**ROMANIA**

### Signature

44 Filer Signature

45 Filer Title, if not reporting a personal account

46 Date (MM/DD/YYYY)

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. See instructions For Definitions.

**PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE**

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 75 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Cat. No. 12996D

Form **TD F 90-22.1** (Rev. 1-2012)

| TD F 90-22.1 (Rev. January 2012) Department of the Treasury | REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS | OMB No. 1545-2038 |
|---|---|---|
| Do not use previous editions of this form | Do NOT file with your Federal Tax Return | 1 This Report is for Calendar Year Ended 12/31 **2005** Amended ☐ |

**Part I  Filer Information**

2 Type of Filer
a ☑ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other—Enter type _____

| 3 U.S. Taxpayer Identification Number -0102 If filer has no U.S. Identification Number complete item 4. | 4 Foreign identification (Complete only if item 3 is not applicable.) a Type: ☐ Passport ☐ Other _____ b Number _____ c Country of Issue _____ | 5 Individual's Date of Birth MM/DD/YYYY |
|---|---|---|
| 6 Last Name or Organization Name **Bittner** | 7 First Name **Alexandru** | 8 Middle Initial |

9 Address (Number, Street, and Apt. or Suite No.)
**3927 Ranch Estates**

| 10 City **Plano** | 11 State **TX** | 12 Zip/Postal Code **75074** | 13 Country **United States** |
|---|---|---|---|

14 Does the filer have a financial interest in 25 or more financial accounts?
☐ Yes   If "Yes" enter total number of accounts _____
(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)
☑ No

**Part II  Information on Financial Account(s) Owned Separately**

| 15 Maximum value of account during calendar year reported **1475500** | 16 Type of account   a ☑ Bank   b ☐ Securities   c ☐ Other—Enter type below |
|---|---|
| 17 Name of Financial Institution in which account is held **HVB - BANK** | |
| 18 Account number or other designation **0320** | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held **STR GRIGORE MORA NR 37** |
| 20 City **BUCHAREST** | 21 State, if known _____ 22 Zip/Postal Code, if known _____ 23 Country **ROMANIA** |

**Signature**

| 44 Filer Signature | 45 Filer Title, if not reporting a personal account | 46 Date (MM/DD/YYYY) |
|---|---|---|

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. See Instructions For Definitions.

**PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE**

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 75 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Cat. No. 12996D                                      Form TD F 90-22.1 (Rev. 1-2012)

DOJ 000892

| TD F 90-22.1 (Rev. January 2012) Department of the Treasury Do not use previous editions of this form | REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS Do NOT file with your Federal Tax Return | OMB No. 1545-2038 1 This Report is for Calendar Year Ended 12/31 **2006** Amended ☐ |

### Part I  Filer Information

**2 Type of Filer**
a ☑ Individual  b ☐ Partnership  c ☐ Corporation  d ☐ Consolidated  e ☐ Fiduciary or Other—Enter type _____

**3 U.S. Taxpayer Identification Number**
-0102
If filer has no U.S. Identification Number complete Item 4.

**4 Foreign identification (Complete only if item 3 is not applicable.)**
a Type: ☐ Passport  ☐ Other
b Number
c Country of Issue

**5 Individual's Date of Birth** MM/DD/YYYY

**6 Last Name or Organization Name**
Bittner

**7 First Name**
Alexandru

**8 Middle Initial**

**9 Address (Number, Street, and Apt. or Suite No.)**
3927 Ranch Estates

**10 City** Plano  **11 State** TX  **12 Zip/Postal Code** 75074  **13 Country** United States

**14** Does the filer have a financial interest in 25 or more financial accounts?
☐ Yes  If "Yes" enter total number of accounts _____
(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)
☑ No

### Part II  Information on Financial Account(s) Owned Separately

**15 Maximum value of account during calendar year reported**
**1,872,733**

**16 Type of account** a ☑ Bank  b ☐ Securities  c ☐ Other—Enter type below

**17 Name of Financial Institution in which account is held**
**HVB - BANK**

**18 Account number or other designation**
r320

**19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held**
STR. GRIGORE MORA NO 37

**20 City** BUCHAREST  **21 State, if known**  **22 Zip/Postal Code, if known**  **23 Country** ROMANIA

### Signature

**44 Filer Signature**  **45 Filer Title, if not reporting a personal account**  **46 Date (MM/DD/YYYY)**

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. See Instructions For Definitions.

**PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE**

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 75 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Cat. No. 12996D                                           Form TD F 90-22.1 (Rev. 1-2012)

DOJ 000893

| TD F 90-22.1 (Rev. January 2012) Department of the Treasury | REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS | OMB No. 1545-2038 |
|---|---|---|
| Do not use previous editions of this form | Do NOT file with your Federal Tax Return | 1 This Report is for Calendar Year Ended 12/31 **2007** Amended ☐ |

### Part I Filer Information

**2 Type of Filer**
a ☑ Individual    b ☐ Partnership    c ☐ Corporation    d ☐ Consolidated    e ☐ Fiduciary or Other—Enter type _____

**3 U.S. Taxpayer Identification Number**
0102

If filer has no U.S. Identification Number complete Item 4.

**4 Foreign Identification** (Complete only if item 3 is not applicable.)
a Type: ☐ Passport  ☐ Other _____
b Number _____
c Country of Issue _____

**5 Individual's Date of Birth** MM/DD/YYYY

**6 Last Name or Organization Name**
Bittner

**7 First Name**
Alexandru

**8 Middle Initial**

**9 Address** (Number, Street, and Apt. or Suite No.)
3927 Ranch Estates

**10 City** Plano
**11 State** TX
**12 Zip/Postal Code** 75074
**13 Country** United States

**14** Does the filer have a financial interest in 25 or more financial accounts?
☐ Yes    If "Yes" enter total number of accounts _____
(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)
☑ No

### Part II Information on Financial Account(s) Owned Separately

**15 Maximum value of account during calendar year reported**
**470 278**

**16 Type of account** a ☑ Bank  b ☐ Securities  c ☐ Other—Enter type below

**17 Name of Financial Institution in which account is held**
UNICREDIT TIRIAC BANK

**18 Account number or other designation**
0320

**19 Mailing Address** (Number, Street, Suite Number) of financial institution in which account is held
PIATA CHARLES & GAVICE

**20 City** BUCHAREST
**21 State, if known**
**22 Zip/Postal Code, if known**
**23 Country** ROMANIA

### Signature

**44 Filer Signature**
**45 Filer Title, if not reporting a personal account**
**46 Date (MM/DD/YYYY)**

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. See Instructions For Definitions.

**PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE**

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 75 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Cat. No. 12996D                                        Form TD F 90-22.1 (Rev. 1-2012)

**TD F 90-22.1**
(Rev. January 2012)
Department of the Treasury

Do not use previous editions of this form

# REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS

Do NOT file with your Federal Tax Return

OMB No. 1545-2038

1 This Report is for Calendar Year Ended 12/31
**2008**

Amended ☐

**Part I  Filer Information**

2  Type of Filer
  a ☑ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other—Enter type ____

3  U.S. Taxpayer Identification Number
   ____-0102
   If filer has no U.S. Identification Number complete Item 4.

4  Foreign identification (Complete only if item 3 is not applicable.)
   a Type: ☐ Passport   ☐ Other ____
   b Number ____
   c Country of issue ____

5  Individual's Date of Birth MM/DD/YYYY

6  Last Name or Organization Name
   Bittner

7  First Name
   Alexandru

8  Middle Initial

9  Address (Number, Street, and Apt. or Suite No.)
   3927 Ranch Estates

| 10 City | 11 State | 12 Zip/Postal Code | 13 Country |
|---|---|---|---|
| Plano | TX | 75074 | United States |

14  Does the filer have a financial interest in 25 or more financial accounts?
   ☐ Yes   If "Yes" enter total number of accounts ____
   (If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)
   ☑ No

**Part II  Information on Financial Account(s) Owned Separately**

15  Maximum value of account during calendar year reported
    **500,000**

16  Type of account   a ☑ Bank   b ☐ Securities   c ☐ Other—Enter type below

17  Name of Financial Institution in which account is held
    **UNICREDIT TIRIAC BANK**

18  Account number or other designation
    D320

19  Mailing Address (Number, Street, Suite Number) of financial institution in which account is held
    PIATA CHARLES DU GAULLE NO 15

20  City
    BUCHAREST

21  State, if known

22  Zip/Postal Code, if known

23  Country
    ROMANIA

**Signature**

44  Filer Signature

45  Filer Title, if not reporting a personal account

46  Date (MM/DD/YYYY)

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. See Instructions For Definitions.

**PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE**

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 75 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Cat. No. 12996D                                  Form TD F 90-22.1 (Rev. 1-2012)

DOJ 000895

| TD F 90-22.1 (Rev. January 2012) Department of the Treasury | REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS | OMB No. 1545-2038 |
|---|---|---|
| Do not use previous editions of this form | Do NOT file with your Federal Tax Return | 1 This Report is for Calendar Year Ended 12/31 **2009** |
| | | Amended ☐ |

### Part I  Filer Information

**2** Type of Filer
  a ☑ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other—Enter type _____

| 3 U.S. Taxpayer Identification Number  0102  If filer has no U.S. Identification Number complete item 4. | 4 Foreign identification (Complete only if item 3 is not applicable.) a Type: ☐ Passport  ☐ Other _____ b Number _____ c Country of Issue _____ | 5 Individual's Date of Birth MM/DD/YYYY |
|---|---|---|
| 6 Last Name or Organization Name  Bittner | 7 First Name  Alexandru | 8 Middle Initial |

**9** Address (Number, Street, and Apt. or Suite No.)
3927 Ranch Estates

| 10 City  Plano | 11 State  TX | 12 Zip/Postal Code  75074 | 13 Country  United States |
|---|---|---|---|

**14** Does the filer have a financial interest in 25 or more financial accounts?
  ☐ Yes  If "Yes" enter total number of accounts _____
  (If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)
  ☑ No

### Part II  Information on Financial Account(s) Owned Separately

| 15 Maximum value of account during calendar year reported  **333 333** | 16 Type of account  a ☑ Bank   b ☐ Securities   c ☐ Other—Enter type below |
|---|---|

**17** Name of Financial Institution in which account is held
UNICREDIT TIRIAC BANK

| 18 Account number or other designation  70320 | 19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held  PIATA CHARLES DU GAULLE NO 15 |
|---|---|
| 20 City  BUCHAREST | 21 State, if known | 22 Zip/Postal Code, if known | 23 Country  **ROMANIA** |

### Signature

| 44 Filer Signature | 45 Filer Title, if not reporting a personal account | 46 Date (MM/DD/YYYY) |
|---|---|---|

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. See Instructions For Definitions.

**PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE**

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 75 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Cat. No. 12996D                                   Form TD F 90-22.1 (Rev. 1-2012)

**TD F 90-22.1**
(Rev. January 2012)
Department of the Treasury

Do not use previous editions of this form

# REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS

Do NOT file with your Federal Tax Return

OMB No. 1545-2038

1 This Report is for Calendar Year Ended 12/31
**2010**
Amended ☐

## Part I  Filer Information

**2 Type of Filer**
a ☑ Individual   b ☐ Partnership   c ☐ Corporation   d ☐ Consolidated   e ☐ Fiduciary or Other—Enter type _____

**3 U.S. Taxpayer Identification Number**
-0102
If filer has no U.S. Identification Number complete Item 4.

**4 Foreign Identification** (Complete only if item 3 is not applicable.)
a Type: ☐ Passport   ☐ Other _____
b Number _____
c Country of Issue _____

**5 Individual's Date of Birth** MM/DD/YYYY

**6 Last Name or Organization Name**
Bittner

**7 First Name**
Alexandru

**8 Middle Initial**

**9 Address (Number, Street, and Apt. or Suite No.)**
3927 Ranch Estates

**10 City**
Plano

**11 State**
TX

**12 Zip/Postal Code**
75074

**13 Country**
United States

**14 Does the filer have a financial interest in 25 or more financial accounts?**
☐ Yes   If "Yes" enter total number of accounts _____
(If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)
☑ No

## Part II  Information on Financial Account(s) Owned Separately

**15 Maximum value of account during calendar year reported**
658350

**16 Type of account**  a ☑ Bank   b ☐ Securities   c ☐ Other—Enter type below

**17 Name of Financial Institution in which account is held**
UNICREDIT TIRIAC BANK

**18 Account number or other designation**
0320

**19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held**
PIATA CHARLES DU GAULLE NO 15

**20 City**
BUCHAREST

**21 State, if known**

**22 Zip/Postal Code, if known**

**23 Country**
ROMANIA

### Signature

**44 Filer Signature**

**45 Filer Title, if not reporting a personal account**

**46 Date (MM/DD/YYYY)**

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. See Instructions For Definitions.

**PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE**

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 75 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Cat. No. 12996D

Form **TD F 90-22.1** (Rev. 1-2012)

DOJ 000897

| TD F 90-22.1 (Rev. January 2012) Department of the Treasury Do not use previous editions of this form | REPORT OF FOREIGN BANK AND FINANCIAL ACCOUNTS Do NOT file with your Federal Tax Return | OMB No. 1545-2038 1 This Report is for Calendar Year Ended 12/31 **2 0 1 1** |
|---|---|---|

**Part I   Filer Information**                                                               Amended ☐

2  Type of Filer
   a ☑ Individual    b ☐ Partnership    c ☐ Corporation    d ☐ Consolidated    e ☐ Fiduciary or Other—Enter type _____

3  U.S. Taxpayer Identification Number        4  Foreign identification (Complete only if item 3 is not applicable.)        5  Individual's Date of Birth MM/DD/YYYY
   -0102                                          a Type: ☐ Passport  ☐ Other
   If filer has no U.S. Identification            b Number                    c Country of Issue
   Number complete item 4.

6  Last Name or Organization Name          7  First Name              8  Middle Initial
   Bittner                                    Alexandru

9  Address (Number, Street, and Apt. or Suite No.)
   3927 Ranch Estates

10 City       11 State    12 Zip/Postal Code    13 Country
   Plano         TX          75074                 United States

14 Does the filer have a financial interest in 25 or more financial accounts?
   ☐ Yes   If "Yes" enter total number of accounts _____
   (If "Yes" is checked, do not complete Part II or Part III, but retain records of this information)
   ☑ No

**Part II   Information on Financial Account(s) Owned Separately**

15 Maximum value of account during calendar year reported        16 Type of account  a ☑ Bank   b ☐ Securities   c ☐ Other—Enter type below
   996000

17 Name of Financial Institution in which account is held
   Piraeus Bank

18 Account number or other designation        19 Mailing Address (Number, Street, Suite Number) of financial institution in which account is held
   3000                                          SOS. Nicolle Titulescu  NO 29-31

                                                 21 State, if known       22 Zip/Postal Code, if known    23 Country
   BUCHAREST                                                                                                 ROMANIA

44 Filer Signature        45 Filer Title, if not reporting a personal account          46 Date (MM/DD/YYYY)

File this form with: U.S. Department of the Treasury, P.O. Box 32621, Detroit, MI 48232-0621

This form should be used to report a financial interest in, signature authority, or other authority over one or more financial accounts in foreign countries, as required by the Department of the Treasury Regulations 31 CFR 1010.350 (formerly 31 CFR 103.24). No report is required if the aggregate value of the accounts did not exceed $10,000. See Instructions For Definitions.

**PRIVACY ACT AND PAPERWORK REDUCTION ACT NOTICE**

Pursuant to the requirements of Public Law 93-579 (Privacy Act of 1974), notice is hereby given that the authority to collect information on TD F 90-22.1 in accordance with 5 USC 552a (e) is Public Law 91-508; 31 USC 5314; 5 USC 301; 31 CFR 1010.350 (formerly 31 CFR 103.24).

The principal purpose for collecting the information is to assure maintenance of reports where such reports or records have a high degree of usefulness in criminal, tax, or regulatory investigations or proceedings. The information collected may be provided to those officers and employees of any constituent unit of the Department of the Treasury who have a need for the records in the performance of their duties. The records may be referred to any other department or agency of the United States upon the request of the head of such department or agency for use in a criminal, tax, or regulatory investigation or proceeding. The information collected may also be provided to appropriate state, local, and foreign law enforcement and regulatory personnel in the performance of their official duties. Disclosure of this information is mandatory. Civil and criminal penalties, including in certain circumstances a fine of not more than $500,000 and imprisonment of not more than five years, are provided for failure to file a report, supply information, and for filing a false or fraudulent report. Disclosure of the Social Security number is mandatory. The authority to collect is 31 CFR 1010.350 (formerly 31 CFR 103.24). The Social Security number will be used as a means to identify the individual who files the report.

The estimated average burden associated with this collection of information is 75 minutes per respondent or record keeper, depending on individual circumstances. Comments regarding the accuracy of this burden estimate, and suggestions for reducing the burden should be directed to the Internal Revenue Service, Bank Secrecy Act Policy, 5000 Ellin Road C-3-242, Lanham MD 20706.

Cat. No. 12996D                                     Form TD F 90-22.1 (Rev. 1-2012)