

# United States of America

## Department of the Treasury
## Internal Revenue Service

Date: October 26, 2018

### CERTIFICATE OF OFFICIAL RECORD

I certify that these are true copies of Form 13448, Penalty Assessment Certification (Title 31 – "FBAR") showing the FBAR penalty assessed Alexandru Bittner on June 8, 2017 for $2,720,000.00.

under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By direction of the Secretary of the Treasury:
Director, IRS Detroit Computing Center

By: Leah Smith-Pope
Department Manager, CTR Operations

**Government Exhibit 61**

Catalog Number 19002E

Form 2866 (Rev. 09-97)

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

Case Name: ALEXANDRU BITTNER  SSN/EIN  0102  Calendar Year: 12/31/2007

| Proposed Penalty: | Foreign Account Number(s) | Foreign Bank: |
|---|---|---|
| | 1698 | UniCredit Tiriac Bank Raiffeis |
| | 500 0 | |

2. Non-Willful Failure to meet Recordkeeping Requirements - 31    $610,000.00

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

Thursday, June 08, 2017

_____
CTR OPERATIONS DEPARTMENT MANAGER

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

**Case Name:** ALEXANDRU BITTNER  **SSN/EIN** 0102  **Calendar Year:** 12/31/2008

**Proposed Penalty:**  **Foreign Account Number(s)**  **Foreign Bank:**

2. Non-Willful Failure to meet Recordkeeping Requirements - 31  $510,000.00  1698  Unicredit Tiriac Bank HVB Ban
0600

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

Thursday, June 08, 2017

_____
CTR OPERATIONS DEPARTMENT MANAGER

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

**Case Name:** ALEXANDRU BITTNER

**SSN/EIN** 0102

**Calendar Year:** 12/31/2009

**Foreign Account Number(s)**
5772
V619

**Foreign Bank:** BRD GROUP SOCIETE GENERALE

**Proposed Penalty:**

| | |
|---|---|
| 2. Non-Willful Failure to meet Recordkeeping Requirements - 31 | $530,000.00 |

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

Thursday, June 08, 2017

_____
CTR OPERATIONS DEPARTMENT MANAGER

Page 3 of 5

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

Case Name: ALEXANDRU BITTNER    SSN/EIN    0102    Calendar Year: 12/31/2010

**Proposed Penalty:**    **Foreign Account Number(s)**    **Foreign Bank:**

|  |  |
|---|---|
| 1120 | BANA COMERCIALA ROMANA, |
| 0600 | RAIFFE |

**$530,000.00**

2. Non-Willful Failure to meet Recordkeeping Requirements - 31

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

**Thursday, June 08, 2017**

_____
CTR OPERATIONS DEPARTMENT MANAGER

# Form 13448 Penalty Assessment Certification (Title 31 "FBAR")

Case Name: ALEXANDRU BITTNER

SSN/EIN: 10102

Calendar Year: 12/31/2011

**Proposed Penalty:**

| | Foreign Account Number(s) | Foreign Bank: |
|---|---|---|
| 2. Non-Willful Failure to meet Recordkeeping Requirements - 31   **$540,000.00** | 0649<br>0497 | BANCA COMERCIALA ROMANA |

I certify that the penalty of the above classes and amounts, hereby assessed, are specified in supporting records, subject to such correction as subsequent inquiries and determinations in respect hereto may indicate to be proper.

Thursday, June 08, 2017

_____
CTR OPERATIONS DEPARTMENT MANAGER

Page 5 of 5

ALEXANDRU BITTNER

| CURRENT BALANCE AS-OF : | 10/22/2018 | REMARKS |
|---|---|---|
| PRINCIPAL: | $2,720,000.00 | |
| INTEREST: | $37,334.79 | |
| ASSESSED PENALTY FEE: | $224,008.77 | |
| INTEREST PENDING: | $0.00 | |
| PENALTY FEES PENDING | $0.00 | |
| **CURRENT BALANCE:** | **$2,981,343.56** | |