Internal Revenue Service
RECEIVED

JUN 0 8 2017

FBAR Penalty
Detroit, MI

**Form 13449**
(May 2015)

Department of the Treasury - Internal Revenue Service

## Agreement to Assessment and Collection of Penalties Under 31 USC 5321(a)(5) and 5321(a)(6)

Name of account holder

ALEXANDRU BITTNER

Social security number (SSN) or Employer Identification number (EIN)

0102

Internal Revenue Service
RECEIVED

JUN 0 6 2017

FBAR Penalty
Detroit, MI

Address of account holder *(Number, Street, City or Town, State, ZIP code)*

### Definition of Penalty Statutes

1. **Foreign Financial Agency Transaction Violation — willful** failure to meet recordkeeping requirements and/or report a foreign account on FinCEN Report 114, Report of Foreign Bank and Financial Accounts (FBAR): 31 USC 5321(a)(5) and 31 CFR sections 1010.350, 1010.420 and 1010.820(g)(2)

2. **Foreign Financial Agency Transaction Violation — non-willful** failure to meet recordkeeping requirements and/or report a foreign account on FinCEN Report 114, Report of Foreign Bank and Financial Accounts (FBAR): 31 USC 5321(a)(5) and 31 CFR sections 1010.350, 1010.420 and 1010.820(g)(2)

3. **Negligent Failure to Report:** 31 USC 5321(a)(6) and 31 CFR sections 1010.350 and 1010.820(h)

4. **Negligent Failure to Meet Recordkeeping Requirements:** 31 USC 5321(a)(6) and 31 CFR sections 1010.420 and 1010.820(h)

5. **Pattern of Negligent Activity:** 31 USC section 5321(a)(6)(B)

| TOTAL proposed penalty *(from Page 2 of 2)* | $ 2720000 |
| --- | --- |

### Signature Authorization

I consent to the immediate assessment and collection of the penalty amount specified above plus any interest and penalty as provided by law.

| Your signature | Date signed |
| --- | --- |
| Representative's signature *(valid only with Power of Attorney attached)* | Date signed |

Name of entity *(for corporations, partnerships, trusts, etc., when EIN specified above)*

| Signature of authorized officer | Title | Date signed |
| --- | --- | --- |
| Signature of authorized officer | Title | Date signed |

| Name of examiner | Employee ID number | Date *(mmddyyyy)* |
| --- | --- | --- |
| ANH REACH | 1000245909 | 06/06/2017 |

Office of examiner

12309 N. MOPAC EXPRESSWAY, MS4309AUNW, AUSTIN, TX 78757

| Name of supervisor | Employee ID number | Date *(mmddyyyy)* |
| --- | --- | --- |
| JOSEPH M. RENEAU | 1000729989 | 06/06/2017 |

Office of supervisor

12309 N. MOPAC EXPRESSWAY, MS4309AUNW, AUSTIN, TX 78757

6/7/17

Catalog Number 36612U                 www.irs.gov                 Form **13449** (Rev. 5-2015)

Government Exhibit 62

DOJ 002583

Internal Revenue Service
**RECEIVED**

JUN 0 8 2017

FBAR Penalty
Detroit, MI

Page 2

## Foreign Account Penalty Information

| Name of account holder | Account holder ID *(EIN or SSN)* |
|---|---|
| ALEXANDRU BITTNER | 0102 |

### Foreign Account 1

| Calendar year | Foreign Bank, Institution, or Agent(s) SEE ATTACHED SPREADSHEET | Proposed penalty per "Definition of Penalty Statutes" *(Check applicable box(es))* |
|---|---|---|
| 2007 | | ☐ (1)  ☒ (2)  ☐ (3)  ☐ (4)  ☐ (5) |
| Maximum value of account | Foreign account number(s) SEE ATTACHED SPREADSHEET | Amount of penalty |
| $ 10,127,860 | | $ 610000 |

### Foreign Account 2

| Calendar year | Foreign Bank, Institution, or Agent(s) SEE ATTACHED SPREADSHEET | Proposed penalty per "Definition of Penalty Statutes" *(Check applicable box(es))* |
|---|---|---|
| 2008 | | ☐ (1)  ☒ (2)  ☐ (3)  ☐ (4)  ☐ (5) |
| Maximum value of account | Foreign account number(s) SEE ATTACHED SPREADSHEET | Amount of penalty |
| $ 10,420,152 | | $ 510000 |

### Foreign Account 3

| Calendar year | Foreign Bank, Institution, or Agent(s) SEE ATTACHED SPREADSHEET | Proposed penalty per "Definition of Penalty Statutes" *(Check applicable box(es))* |
|---|---|---|
| 2009 | | ☐ (1)  ☒ (2)  ☐ (3)  ☐ (4)  ☐ (5) |
| Maximum value of account | Foreign account number(s) SEE ATTACHED SPREADSHEET | Amount of penalty |
| $ 3,053,884 | | $ 530000 |

### Foreign Account 4

| Calendar year | Foreign Bank, Institution, or Agent(s) SEE ATTACHED SPREADSHEET | Proposed penalty per "Definition of Penalty Statutes" *(Check applicable box(es))* |
|---|---|---|
| 2010 | | ☐ (1)  ☒ (2)  ☐ (3)  ☐ (4)  ☐ (5) |
| Maximum value of account | Foreign account number(s) SEE ATTACHED SPREADSHEET | Amount of penalty |
| $ 16,058,319 | | $ 530000 |

### Foreign Account 5

| Calendar year | Foreign Bank, Institution, or Agent(s) SEE ATTACHED SPREADSHEET | Proposed penalty per "Definition of Penalty Statutes" *(Check applicable box(es))* |
|---|---|---|
| 2011 | | ☐ (1)  ☒ (2)  ☐ (3)  ☐ (4)  ☐ (5) |
| Maximum value of account | Foreign account number(s) SEE ATTACHED SPREADSHEET | Amount of penalty |
| $ 15,137,405 | | $ 540000 |

### Foreign Account 6

| Calendar year | Foreign Bank, Institution, or Agent(s) | Proposed penalty per "Definition of Penalty Statutes" *(Check applicable box(es))* |
|---|---|---|
| | | ☐ (1)  ☐ (2)  ☐ (3)  ☐ (4)  ☐ (5) |
| Maximum value of account | Foreign account number(s) | Amount of penalty |
| $ | | $ |

| | TOTAL proposed penalty *(Enter here and on Page 1 of 2)* | $ 2720000 |
|---|---|---|

Internal Revenue Service
**RECEIVED**

JUN 0 6 2017

FBAR Penalty
Detroit, MI

| Catalog Number 36612U | www.irs.gov | Form **13449** (Rev. 5-2015) |
|---|---|---|

## Personal Foreign Financial Accounts

| T/Ps Ref | W/P Tab# | Name on Account | Name of Bank | Currency | Account # | 05/21/12 Max. Bal 2007 | 09/27/13 Max. Bal 2007 | 09/27/13 Max. Bal 2008 |
|---|---|---|---|---|---|---|---|---|
| A | 1 | Alexandru Bittner | UniCredit Tiriac Bank | RON | 0310 | | $495,373 | |
| A | 2 | Alexandru Bittner | UniCredit Tiriac Bank | USD | 0020 | | $36,100 | |
| A | 3 | Alexandru Bittner . | UniCredit Tiriac Bank (HVB Bank) | EUR | 0320 | $470,278 | $405,940 | $500,000 |
| B | 4 | A. Bittner | Pireaus | LEU | 0000 | | | |
| B | 5 | A. Bittner | Pireaus | LEU | 1000 | | | |
| B | 6 | A. Bittner | Pireaus | USD | 1000 | | | |
| B | 7 | A. Bittner | Pireaus | USD | 2000 | | | |
| B | 8 | A. Bittner | Pireaus | USD | 2000 | | | |
| B | 9 | A. Bittner | Pireaus | USD | 3000 | | | |
| C | 10 | Alexandru Bittner | Raiffeisen Bank S.A. | USD | 7874 | | $10,270 | |
| C | 11 | Alexandru Bittner | Raiffeisen Bank S.A. | USD | 7875 | | | |
| D | 12 | Bittner Alexandru | Finansbank (Romania) S.A., Finansbank Sucursala Doamnei | USD | 1170 | | $7,450 | |
| E | 13 | | Banque SCS Alliance | USD | 1250 7 | | | |
| F | 14 | Alexandru Bittner | Leichtensteinische Landesbank Aktiengesellschaft | EUR | 536 0 | | $10,000 | |
| F | 15 | Alexandru Bittner | Leichtensteinische Landesbank Aktiengesellschaft | USD | 537 1 | | | |
| G | 16 | | Royal Bank of Canada (Suisse) SA | USD | 0100 | | | |
| G | 17 | | Royal Bank of Canada (Suisse) SA | EUR | 070 0 | | $516,148 | |

Bittner · · · · · · · · Banca Agricola · · · · · · · · · · · 7200

**TOTALS of Personal Accts**   $470,278   $1,481,281   $500,000

**Total from Business Accts**   $8,646,579

$10,127,860

DOJ 002585

PER FBARs FILED



| T/P's Ref | W/P TabM | 09/27/13 Max. Bal 2008 | 05/21/12 Max. Bal 2009 | 09/27/13 Max. Bal 2009 | 05/21/12 Max. Bal 2010 | 09/27/13 Max. Bal 2010 | 05/21/12 Max. Bal 2011 | 09/27/13 Max. Bal 2011 |
|---|---|---|---|---|---|---|---|---|
| A | 1 | $227,365 | | $362,508 | | $665,021 | | $1,013,382 |
| A | 2 | $30,725 | | $42,462 | | $105,775 | | $990,150 |
| A | 3 | $293,144 | $333,333 | $74,935 | $659,350 | $656,044 | | $257,284 |
| B | 4 | | | | | | | $835,111 |
| B | 5 | | | | | | | |
| B | 6 | | | | | | | |
| B | 7 | | | | | | | |
| B | 8 | | | | | | | |
| B | 9 | | | | | | $996,000 | $1,112,400 |
| C | 10 | | | | | | | |
| C | 11 | $10,900 | $6,785 | | $10,945 | | | $4,980 |
| D | 12 | $7,327 | $7,243 | | $7,212 | | | n/a |
| E | 13 | | | | | | | |
| F | 14 | $9,999 | $9,999 | | $9,999 | | | $9,999 |
| F | 15 | | | | | | | |
| G | 16 | | | | | | | |
| G | 17 | $474,179 | $411,825 | | $878,955 | | | $93,987 |

$1,140,000

Totals:

| $1,058,689 | $1,473,333 | $915,757 | $659,350 | $2,333,951 | $996,000 | $4,817,299 |
|---|---|---|---|---|---|---|
| $9,366,513 | | $2,138,127 | | $13,724,368 | | $10,820,112 |
| $10,420,152 | | $3,053,884 | | $16,058,319 | | $15,137,405 |

DOJ 002586

9/27/13

FBARs  **Business Foreign Financial Accounts**

| | Name on Account | Name of Bank | Currency | IBAN or CONT: |
|---|---|---|---|---|
| not listed | Hotel Venetia Co SA | La Banca Comerciala Comana | | 0001 |
| A-1 | Hotel Venetia Co SA | Banca Comerciala Romana | | 0001 |
| A-2 | Hotel Venetia Co SA | Banca Comerciala Romana | | 0001 |
| A-3 | Hotel Venetia Co SA | Banca Comerciala Romana | | 0001 |
| B-1 | Hotel Venetia Co SA | Alpha Bank Romania | | EU01 |
| B-2 | Hotel Venetia Co SA | Alpha Bank Romania | | RO01 |
| B-3 | Hotel Venetia Co SA | Alpha Bank Romania | | US01 |
| A-1 | Afrodita Estival SRL | Bana Comerciala Romana | | 0001 |
| B-1 | Afrodita Estival SRL | Raiffeisen Bank | | 4978 |
| A-1 | Agercom Grup SRL | Credit Europe Bank | | RO01 |
| A-1 | Metacom Grup SRL | Credit Europe Bank | | RO01 |
| A-1 | Citymob International SRL | Credit Europe Bank | | RO01 |
| A-1 | Comprest SA | Unicredit Tiriac Bank | | 0003 |
| B-1 | Comprest SA | RBS Romania Bank | | 2746 |
| C-1 | Comprest SA | Piraeus Bank | | L000 |
| D-1 | Comprest SA | Banca Transilvania | | 47XX |
| E-1 | Comprest SA | Raiffeisen Bank | | 1606 |
| F-1 | Comprest SA | Volksbank | | 2701 |
| A-1 | NBN Com SRL | Raiffeisen Bank | | 0465 |
| | Grupul Roman de Investitii- | | | |
| A-1 | GRI SRL | Credit Europe Bank | | RO02 |
| | Grupul Roman de Investitii- | | | |
| B-1 | GRI SRL | OTP Bank (ex RoBank) | | RO01 |
| A-1 | Agrement Serv SRL | Banca Comerciala Romana | | 0001 |
| A-2 | Agrement Serv SRL | Banca Comerciala Romana | | 0001 |
| B-1 | Agrement Serv SRL | Unicredit Tiriac Bank | | 8310 |
| A-1 | Terra Invest SRL | OTP Bank (ex RoBank) | | RO01 |
| A-1 | Prodilemn Maneciu SRL | BRD Group Societe Generale | | 3000 |
| A-1 | Anfrance Impex SRL | BRD Group Societe Generale | | 4450 |

DOJ 002587

9/27/13

**FBARs**      **Business Foreign Financial Accounts**

| | Name on Account | Name of Bank | Currency | IBAN or CONT: |
|---|---|---|---|---|
| A-1 | Piscicola Tour SRL | Piscicola Tour SRL | ROL | 0310 |
| A-2 | Piscicola Tour SRL | Piscicola Tour SRL | | 0320 |
| A-3 | Piscicola Tour SRL | Piscicola Tour SRL | | 0020 |
| B-1 | Piscicola Tour SRL | Banca Romana Pentru Dezoltare | | 3700 |
| B-2 | Piscicola Tour SRL | Banca Romana Pentru Dezoltare | | **3700** |
| B-3 | Piscicola Tour SRL | Banca Romana Pentru Dezoltare | | |
| X | Piscicola Tour SRL | Banca Romana Pentru Dezoltare | | **8310** |
| C-1 | Piscicola Tour SRL | Raiffeisen Bank | | **5107** |
| C-2 | Piscicola Tour SRL | Raiffeisen Bank | | |
| D-1 | Piscicola Tour SRL | Banca Comerciala Romana | | 0001 |
| A-1 | Ecofish SRL | HVB Bank Romania SA | | 7310 |
| A-2 | Ecofish SRL | HVB Bank Romania SA | | 7320 |
| B-1 | Ecofish SRL | Exim Bank | | RO02 |
| B-2 | Ecofish SRL | Exim Bank | | EU02 |
| C-1 | Ecofish SRL | Raiffeisen Bank | | 5744 |
| D-1 | Ecofish SRL | BRD Group Societe Generale | | **3700** |
| D-2 | Ecofish SRL | BRD Group Societe Generale | | 3700 |
| E-1 | Ecofish SRL | Banca Comerciala Romana | | 0001 |
| E-2 | Ecofish SRL | Banca Comerciala Romana | | 0003 |
| A-1 | Danubiu RO 2002 SRL | HVB Bank Romania SA | | 9310 |
| B-1 | Danubiu RO 2002 SRL | Exim Bank | | RO02 |
| B-2 | Danubiu RO 2002 SRL | Exim Bank | | US02 |
| D-1 | Danubiu RO 2002 SRL | BRD Group Societe Generale | | 3700 |
| D-2 | Danubiu RO 2002 SRL | BRD Group Societe Generale | | 3700 |
| E-1 | Danubiu RO 2002 SRL | Banca Comerciala Romana | | 0003 |
| A-1 | Piscicola Murighiol SRL | BRD Group Societe Generale | | 3700 |
| B-1 | Piscicola Murighiol SRL | Trezorerie | | 4461 |
| C-1 | Piscicola Murighiol SRL | Banca Comerciala Romana | | 0001 |
| C-1 | Turism Si Agrement SA | Raiffeisen Bank | | 5744 |

DOJ 002588

9/27/13

**FBARs**   **Business Foreign Financial Accounts**

| | Name on Account | Name of Bank | Currency | IBAN or CONT: |
|---|---|---|---|---|
| D-1 | Turism Si Agrement SA | BRD Group Societe Generale | | 3700 |
| C-1 | Piscicola Jurilovca SA | Raiffeisen Bank | | 5335 |
| A-1 | Aviprod SRL | BRD Group Societe Generale | | 3700 |
| B-1 | Aviprod SRL | Trezorerie | | 0374 |
| C-1 | Aviprod SRL | Raiffeisen Bank | | 1519 |
| A-1 | Aquarom Elite SRL | Raiffeisen Bank | | 3741 |
| A-2 | Aquarom Elite SRL | Raiffeisen Bank | | 7308 |
| A-3 | Aquarom Elite SRL | Raiffeisen Bank | | 2246 |
| A-4 | Aquarom Elite SRL | Raiffeisen Bank | | 5227 |
| A-1 | Rondo Invest SRL | Unicredit Tiriac Bank | | 6000 |
| A-2 | Rondo Invest SRL | Unicredit Tiriac Bank | | 6001 |
| B-1 | Rondo Invest SRL | RBS Romania Bank | | 7892 |
| C-1 | Rondo Invest SRL | Piraeus Bank | | L000 |
| A-1 | Top Invest | Europe Bank Romania SA | | RO01 |
| A-1 | Starmob International SRL | Credit Europe Bank | | RO01 |
| A-1 | Supermob Intl SRL | Credit Europe Bank | | RO01 |
| A-1 | Midas Construct SRL | Credit Europe Bank | | RO02 |
| A-1 | Intelgralnet SRL | OTP Bank (ex RoBank) | | RO01 |
| A-1 | Metamob Intl SRL | OTP Bank (ex RoBank) | | RO01 |
| A-1 | Beta Mac Grup SRL | Unicredit Tiriac Bank | | 0310 |
| A-1 | LCA Service SRL | Credit Europe Bank | | RO02 |
| A-1 | Midas Constructii 2000 SRL | Credit Europe Bank | | RO03 |
| B-1 | Midas Constructii 2000 SRL | Raiffeisen Bank | .1800 | |
| C-1 | Midas Constructii 2000 SRL | Banca Comerciala Romana | .1ROL | |
| D-1 | Midas Constructii 2000 SRL | OTP Bank (ex RoBank) | | 1100 |
| A-1 | Stibro 2000 SRL | Credit Europe Bank | | RO01 |
| A-2 | Stibro 2000 SRL | Credit Europe Bank | | EUR1 |
| B-1 | Stibro 2000 SRL | Raiffeisen Bank | | 1279 |
| B-2 | Stibro 2000 SRL | Raiffeisen Bank | | 1280 |
| A-1 | Hotel Venetia SRL | Credit Europe Bank | | RO02 |

DOJ 002589

9/27/13
FBARs       **Business Foreign Financial Accounts**

|  | Name on Account | Name of Bank | Currency | IBAN or CONT: |
|---|---|---|---|---|
|  | Intertrade Distributie |  |  |  |
| A-1 | Produse Alimentare SRL | Banca Comerciala Romana |  | 0001 |
|  | Intertrade Distributie |  |  |  |
| A-2 | Produse Alimentare SRL | Banca Comerciala Romana |  | 0002 |
|  | Intertrade Distributie |  |  |  |
| B-1 | Produse Alimentare SRL | BRD Group Societe Generale |  | 4450 |
|  | Intertrade Distributie |  |  |  |
| B-2 | Produse Alimentare SRL | BRD Group Societe Generale |  | 4450 |
|  | Intertrade Distributie |  |  |  |
| B-3 | Produse Alimentare SRL | BRD Group Societe Generale |  | 4450 |
|  | Intertrade Distributie |  |  |  |
| C-1 | Produse Alimentare SRL | Trezorerie |  | 5559 |
|  | Intertrade Distributie |  |  |  |
| C-2 | Produse Alimentare SRL | Trezorerie |  | 7728 |
|  | Intertrade Distributie |  |  |  |
| C-3 | Produse Alimentare SRL | Trezorerie |  | 3225 |
|  | Intertrade Distributie |  |  |  |
| D-1 | Produse Alimentare SRL | Banca Italo Romena |  | CC01 |
|  | Intertrade Distributie |  |  |  |
| D-2 | Produse Alimentare SRL | Banca Italo Romena |  | CK01 |
|  | Intertrade Distributie |  |  |  |
| D-3 | Produse Alimentare SRL | Banca Italo Romena |  | CC01 |

DOJ 002590

| 9/27/13 FBARs | 09/27/13 Max. Bal 2006 | 09/27/13 Max. Bal 2007 | 09/27/13 Max. Bal 2008 | 09/27/13 Max. Bal 2009 | 09/27/13 Max. Bal 2010 | 09/27/13 Max. Bal 2011 |
|---|---|---|---|---|---|---|
| not listed | | | | | | |
| A-1 | $16,834 | $1,136 | $1,432 | $444 | $415 | $406 |
| A-2 | $194,662 | $132,607 | $818 | $647 | $854 | $790 |
| A-3 | $367 | $410 | $388 | $292 | $299 | $292 |
| B-1 | $663,808 | $83,818 | $1 | $1 | $1 | $1 |
| B-2 | $374,423 | $4,279 | $84 | $62,532 | $695 | $726 |
| B-3 | $20 | $23 | $22 | $18 | $17 | $18 |
| A-1 | $7,853 | $2,995 | $611 | $477 | $431 | $426 |
| B-1 | $21,416 | $1,928,242 | $216,388 | $133,158 | $117,145 | $56,633 |
| A-1 | $11,779 | | | | | |
| A-1 | $22,924 | | | | | |
| A-1 | $8,505 | | | | | |
| A-1 | $26,740 | $36,189 | $30,762 | $52,955 | $103,131 | $151,505 |
| B-1 | $86,942 | $187,510 | $538,440 | $217,847 | $231,309 | $140,974 |
| C-1 | | | | | $6 | $297,595 |
| D-1 | | $10,031 | $8,018 | $11,578 | $45,430 | $52,735 |
| E-1 | | | | | $635 | $45,602 |
| F-1 | | | | | | $131,358 |
| A-1 | $18,754 | $22,632 | $17,546 | $16,865 | $14,967 | $95,539 |
| | | | | | | |
| B-1 | | | | | | |
| A-1 | $4,338 | $18,687 | | | | |
| A-2 | $24,375 | $24,376 | | | | |
| B-1 | $10,835 | $15,878 | $37,589 | $2,596 | | |
| A-1 | $19,354 | | | | | |
| A-1 | | | | | | |
| A-1 | $1,543 | $1,096 | $379 | $287 | $294 | $11,256 |
| A-1 | | | | | | $316 |

DOJ 002591

| 9/27/13 FBARs | 09/27/13 Max. Bal 2006 | | 09/27/13 Max. Bal 2007 | | 09/27/13 Max. Bal 2008 | | 09/27/13 Max. Bal 2009 | | 09/27/13 Max. Bal 2010 | | 09/27/13 Max. Bal 2011 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A-1 | 1 | $495,275 | 1 | $1,442,328 | 1 | $2,176,972 | 1 | $229,550 | 1 | $158,425 | 1 | $52,588 |
| A-2 | 1 | $449,959 | | | | | | | | | | |
| A-3 | 1 | | | | | | | | | | | |
| B-1 | 1 | $289,789 | 1 | $481,964 | 1 | $291,020 | 1 | $124,785 | 1 | $671,277 | 1 | $1,091,844 |
| B-2 | 1 | $498,030 | | | | | | | | | | |
| B-3 | 1 | $34,154 | 1 | $21,307 | 1 | $24,349 | 1 | $52,030 | 1 | $45,529 | 1 | $49,853 |
| X | 1 | | | | | | | | | | | |
| C-1 | 1 | $143,866 | 1 | $18,431 | | | | | | | | |
| C-2 | 1 | | | | | | | | | | | |
| D-1 | 1 | $71,349 | 1 | $18,092 | | | | | | | | |
| A-1 | 1 | $79,853 | 1 | $75,830 | 1 | $15,995 | 1 | $28,055 | | | | |
| A-2 | 1 | $58,730 | | | | | | | | | | |
| B-1 | 1 | $127,884 | 1 | $487,310 | | | | | | | | |
| B-2 | 1 | $18,500 | | | | | | | | | | |
| C-1 | 1 | $17,535 | | | | | | | | | | |
| D-1 | 1 | $374,761 | 1 | $533,479 | 1 | $84,250 | 1 | $67,850 | | | | |
| D-2 | 1 | $18,500 | 1 | $12,310 | | | | | | | | |
| E-1 | 1 | $70,768 | 1 | $37,009 | 1 | $107,477 | 1 | $10,530 | | | | |
| E-2 | | | 1 | $62,570 | 1 | $50,220 | | | | | | |
| A-1 | 1 | $370,166 | 1 | $22,955 | 1 | $70,325 | 1 | $24,929 | | | | |
| B-1 | 1 | $75,010 | 1 | $395,205 | | | | | | | | |
| B-2 | | | | | | | | | | | | |
| D-1 | 1 | $199,322 | 1 | $90,640 | 1 | $49,314 | 1 | $19,271 | | | | |
| D-2 | | | 1 | $25,613 | | | | | | | | |
| E-1 | 1 | $34,239 | 1 | $102,500 | 1 | $58,409 | | | | | | |
| A-1 | | | | | | | 1 | $100,093 | 1 | $1,355,585 | 1 | $1,359,333 |
| B-1 | | | | | | | | | | | 1 | $1,372,859 |
| C-1 | | | 1 | $95,404 | 1 | $142,786 | 1 | $51,851 | | | | |
| C-1 | 1 | | | | | | | | | | | |

DOJ 002592

| 9/27/13 FBARs | 09/27/13 | Max. Bal 2006 | 09/27/13 | Max. Bal 2007 | 09/27/13 | Max. Bal 2008 | 09/27/13 | Max. Bal 2009 | 09/27/13 | Max. Bal 2010 | 09/27/13 | Max. Bal 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D-1 | | | | | | | | | | | | |
| C-1 | | | 1 | $5,811 | 1 | $5,453 | 1 | $4,987 | 1 | $9,013 | 1 | $3,666 |
| A-1 | | | | | 1 | $73,811 | 1 | $15,780 | 1 | $25,443 | 1 | $18,616 |
| B-1 | | | | | | | 1 | $16,504 | | | | |
| C-1 | | | | | | | | | | | | |
| A-1 | | | 1 | $108,813 | 1 | $165,621 | 1 | $148,717 | 1 | $48,595 | 1 | $20,001 |
| A-2 | | | | | | | | | 1 | $568,910 | 1 | $1,898,831 |
| A-3 | | | | | | | | | | | | |
| A-4 | | | | | | | | | 1 | $117 | 1 | $348 |
| A-1 | | | | | | | | | 1 | $315,734 | 1 | $24,745 |
| A-2 | | | | | | | | | 1 | $300,446 | 1 | $52 |
| B-1 | 1 | $149,926 | 1 | $169,447 | 1 | $362,390 | 1 | $163,704 | 1 | $128,114 | 1 | $1,428,908 |
| C-1 | 1 | $19,048 | 1 | $55,271 | 1 | $231,024 | 1 | $158,313 | 1 | $5,880,729 | 1 | $79,755 |
| A-1 | 1 | $8,858 | 1 | $12,567 | 1 | $16,216 | 1 | $16,713 | 1 | $78,621 | 1 | $14,154 |
| A-1 | 1 | $47,694 | 1 | $24,930 | 1 | $2,634,987 | 1 | $12,392 | 1 | $61,861 | 1 | $4,922 |
| A-1 | 1 | $5,183 | 1 | $21,645 | 1 | $18,301 | 1 | $10,923 | 1 | $213,688 | 1 | $5,065 |
| A-1 | 1 | $12,661 | 1 | $7,062 | 1 | $11,862 | 1 | $17,937 | 1 | $13,434 | 1 | $34,646 |
| A-1 | 1 | $10,621 | 1 | $205 | 1 | $80 | 1 | $12,902 | 1 | $54,128 | 1 | $98,586 |
| A-1 | 1 | $7,867 | 1 | $127,116 | 1 | $195,249 | 1 | $197 | 1 | $8,468 | 1 | $33 |
| A-1 | 1 | $871 | 1 | $25,476 | 1 | $12,043 | 1 | $29,791 | 1 | $204 | 1 | $1,083 |
| A-1 | 1 | $84,245 | 1 | $14,690 | | | | | 1 | $13,706 | | |
| B-1 | 1 | $261,529 | | | | | | | | | | |
| C-1 | 1 | $23,565 | | | | | | | | | | |
| D-1 | 1 | $2,036 | | | | | | | | | | |
| A-1 | 1 | $6,694 | 1 | $460,914 | 1 | $31 | 1 | $25 | 1 | $24 | 1 | $25 |
| A-2 | 1 | $317 | 1 | $366 | 1 | $290 | 1 | $234 | 1 | $229 | 1 | $230 |
| B-1 | 1 | $5,856 | 1 | $328,584 | 1 | $13,127 | 1 | $17,028 | 1 | $12,056 | | |
| B-2 | 1 | $2,249 | | | | | | | | | | |
| A-1 | 1 | $15,435 | 1 | $3,876 | 1 | $2,769 | 1 | $385 | 1 | $479 | 1 | $5,166 |

| 9/27/13 FBARs | 09/27/13 Max. Bal 2006 | | 09/27/13 Max. Bal 2007 | | 09/27/13 Max. Bal 2008 | | 09/27/13 Max. Bal 2009 | | 09/27/13 Max. Bal 2010 | | 09/27/13 Max. Bal 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A-1 | 1 | $119,329 | 1 | $118,508 | | | | | | | |
| A-2 | 1 | $55,301 | 1 | $55,512 | | | | | | | |
| B-1 | 1 | $113,916 | 1 | $402,211 | 1 | $773,247 | 1 | $80,507 | 1 | $1,663,291 | $783,898 |
| B-2 | 1 | $30,610 | 1 | $292,553 | 1 | $904,289 | 1 | $105,567 | 1 | $45,417 | $70,599 |
| B-3 | 1 | $54,137 | | | | | | | | | |
| C-1 | 1 | $16,613 | | | | | | | | | |
| C-2 | | | 1 | $18,166 | 1 | $22,128 | 1 | $28,879 | | | |
| C-3 | | | | | 1 | | 1 | $21,396 | 1 | $17,259 | |
| D-1 | | | | | 1 | | 1 | $33,818 | 1 | $1,018,700 | $989,592 |
| D-2 | | | | | | | 1 | | 1 | $10,966 | $12,908 |
| D-3 | | | | | 1 | | 1 | $32,787 | 1 | $488,291 | $411,634 |
| | 62 | $5,997,723 | 54 | $8,646,579 | 44 | $9,366,513 | 47 | $2,138,127 | 46 | $13,724,368 | 46 $10,820,112 |

DOJ 002594