100454375375-9

Page 1 of 2

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

```
                                      Request Date:    06-21-2019
                                      Response Date:   06-21-2019
                                      Tracking Number: 100454375375

FORM NUMBER:    1040
TAX PERIOD:     Dec. 31, 1991

TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

ALEXANDRO J & HUI-JU BITTNER
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
            --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                 0.00
ACCRUED INTEREST:                                0.00    AS OF: May 28, 2018
ACCRUED PENALTY:                                 0.00    AS OF: May 28, 2018

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                   0.00

            ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                        02
FILING STATUS:                       Married Filing Joint
ADJUSTED GROSS INCOME:                       2,318.00
TAXABLE INCOME:                                  0.00
TAX PER RETURN:                                  0.00
SE TAXABLE INCOME TAXPAYER:                      0.00
SE TAXABLE INCOME SPOUSE:                        0.00
TOTAL SELF EMPLOYMENT TAX:                       0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Aug. 16, 1992
PROCESSING DATE                                                Sep. 07, 1992
```

**Government Exhibit 67**

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 19923508 | 09-07-1992 | $0.00 |
| n/a | 89221-228-56839-2 | | | |
| 460 | Extension of time to file tax return ext. Date 08-15-1992 | | 04-15-1992 | $0.00 |
| 971 | Amended tax return or claim forwarded for processing | | 05-23-2012 | $0.00 |

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails

6/21/2019

DOJ 002871

100454375375-9                                                                    Page 2 of 2

| | | | |
|---|---|---|---|
| 977 | Amended return filed | 05-23-2012 | $0.00 |
| n/a | 89277-622-57023-2 | | |
| 290 | Disallowed claim<br>00-00-0000 | 20124305 11-05-2012 | $0.00 |
| n/a | 07254-686-98006-2 | | |
| 971 | Notice issued<br>CP 0055 | 11-05-2012 | $0.00 |
| 960 | Appointed representative | 10-22-2012 | $0.00 |
| 960 | Appointed representative | 05-04-2018 | $0.00 |

```
This Product Contains Sensitive Taxpayer Data
```

100454375375-15 Page 1 of 2

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

| | |
|---|---|
| Request Date: | 06-21-2019 |
| Response Date: | 06-21-2019 |
| Tracking Number: | 100454375375 |

FORM NUMBER:    1040
TAX PERIOD:     Dec. 31, 1997

TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

ALEXANDRO J & HUI-JU BITTNER
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | | |
|---|---|---|
| ACCOUNT BALANCE: | 0.00 | |
| ACCRUED INTEREST: | 0.00 | AS OF: May 28, 2018 |
| ACCRUED PENALTY: | 0.00 | AS OF: May 28, 2018 |

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):    0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| EXEMPTIONS: | 03 |
| FILING STATUS: | Married Filing Joint |
| ADJUSTED GROSS INCOME: | 20,312.00 |
| TAXABLE INCOME: | 5,462.00 |
| TAX PER RETURN: | 821.00 |
| SE TAXABLE INCOME TAXPAYER: | 0.00 |
| SE TAXABLE INCOME SPOUSE: | 0.00 |
| TOTAL SELF EMPLOYMENT TAX: | 0.00 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)    Aug. 14, 1998
PROCESSING DATE    Sep. 21, 1998

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 19983608 | 09-21-1998 | $1,219.00 |
| n/a | 89211-229-21902-8 | | | |
| 460 | Extension of time to file tax return ext. Date 08-15-1998 | | 04-15-1998 | $0.00 |
| 610 | Payment with return | | 08-14-1998 | -5500.00 |

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails    6/21/2019

DOJ 002883

100454375375-15

Page 2 of 2

| Code | Description | Reference | Date | Amount |
|---|---|---|---|---|
| 670 | Payment | | 08-14-1998 | -$321.00 |
| 276 | Penalty for late payment of tax | 19983608 | 09-21-1998 | $16.42 |
| 196 | Interest charged for late payment | 19983608 | 09-21-1998 | $36.36 |
| 291 | Reduced or removed prior tax assessed | | 02-22-1999 | -$398.00 |
| n/a | 89254-432-05195-9 | | | |
| 670 | Payment | | 01-31-1999 | -$469.17 |
| 197 | Reduced or removed interest charged for late payment | | 02-22-1999 | -$13.22 |
| 846 | Refund issued | | 02-19-1999 | $429.61 |
| 971 | Amended tax return or claim forwarded for processing | | 05-23-2012 | $0.00 |
| 977 | Amended return filed | | 05-23-2012 | $0.00 |
| n/a | 89277-622-55337-2 | | | |
| 960 | Appointed representative | | 10-22-2012 | $0.00 |
| 290 | Disallowed claim 00-00-0000 | 20124804 | 12-10-2012 | $0.00 |
| n/a | 98254-720-98000-2 | | | |
| 971 | Notice issued CP 0055 | | 12-10-2012 | $0.00 |
| 960 | Appointed representative | | 05-04-2018 | $0.00 |

This Product Contains Sensitive Taxpayer Data

100454375375-16                                              Page 1 of 2

# Internal Revenue Service
United States Department of the Treasury

| This Product Contains Sensitive Taxpayer Data |

## Account Transcript

```
                                    Request Date:    06-21-2019
                                    Response Date:   06-21-2019
                                    Tracking Number: 100454375375

FORM NUMBER:        1040
TAX PERIOD:         Dec. 31, 1998

TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

ALEXANDRO J & HUI-JU BITTNER
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
          --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                     0.00
ACCRUED INTEREST:                                    0.00   AS OF: May  28, 2018
ACCRUED PENALTY:                                     0.00   AS OF: May  28, 2018

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                       0.00

              ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                            03
FILING STATUS:                              Married Filing Joint
ADJUSTED GROSS INCOME:                           49,102.00
TAXABLE INCOME:                                  33,902.00
TAX PER RETURN:                                   5,089.00
SE TAXABLE INCOME TAXPAYER:                          0.00
SE TAXABLE INCOME SPOUSE:                            0.00
TOTAL SELF EMPLOYMENT TAX:                           0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Apr. 15, 1999
PROCESSING DATE                                                Aug. 23, 1999
```

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150  | Tax return filed           | 19993208 | 08-23-1999 | $5,089.00 |
| n/a  | 89222-144-56225-9          |       |      |        |
| 430  | Estimated tax payment      |       | 09-11-1998 | -$1,000.00 |
| 430  | Estimated tax payment      |       | 01-13-1999 | -$1,000.00 |

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails    6/21/2019

DOJ 002885

100454375375-16 Page 2 of 2

| | | | | |
|---|---|---|---|---|
| 610 | Payment with return | | 04-15-1999 | -$500.00 |
| 670 | Payment | | 04-14-1999 | -$500.00 |
| 670 | Payment | | 04-14-1999 | -$500.00 |
| 670 | Payment | | 04-14-1999 | -$500.00 |
| 670 | Payment | | 04-14-1999 | -$500.00 |
| 670 | Payment | | 04-14-1999 | -$500.00 |
| 670 | Payment | | 04-14-1999 | -$89.00 |
| 971 | Amended tax return or claim forwarded for processing | | 05-23-2012 | $0.00 |
| 977 | Amended return filed | | 05-23-2012 | $0.00 |
| n/a | 89277-622-08761-2 | | | |
| 960 | Appointed representative | | 10-22-2012 | $0.00 |
| 290 | Disallowed claim 00-00-0000 | 20124705 | 12-03-2012 | $0.00 |
| n/a | 98254-718-98004-2 | | | |
| 971 | Notice issued CP 0055 | | 12-03-2012 | $0.00 |
| 960 | Appointed representative | | 05-04-2018 | $0.00 |

This Product Contains Sensitive Taxpayer Data

DOJ 002886

100454375375-17   Page 1 of 2

# Internal Revenue Service
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

## Account Transcript

```
                                          Request Date:   06-21-2019
                                          Response Date:  06-21-2019
                                          Tracking Number: 100454375375

FORM NUMBER:      1040
TAX PERIOD:       Dec. 31, 1999

TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

ALEXANDRO J & HUI-JU BITTNER
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
            --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                             0.00
ACCRUED INTEREST:                            0.00   AS OF: May 28, 2018
ACCRUED PENALTY:                             0.00   AS OF: May 28, 2018

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):               0.00

            ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                    03
FILING STATUS:                         Married Filing Joint
ADJUSTED GROSS INCOME:                    62,724.00
TAXABLE INCOME:                           47,274.00
TAX PER RETURN:                            7,641.00
SE TAXABLE INCOME TAXPAYER:                    0.00
SE TAXABLE INCOME SPOUSE:                      0.00
TOTAL SELF EMPLOYMENT TAX:                     0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Apr. 15, 2000
PROCESSING DATE                                                May  01, 2000
```

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20001608 | 05-01-2000 | $7,641.00 |
| n/a | 33211-078-97087-0 | | | |
| 430 | Estimated tax payment | | 04-13-1999 | -$1,200.00 |
| 430 | Estimated tax payment | | 06-30-1999 | -$1,200.00 |

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails   6/21/2019

DOJ 002887

100454375375-17                                                                                      Page 2 of 2

| Code | Description | Date | Amount |
|---|---|---|---|
| 430 | Estimated tax payment | 01-18-2000 | -$2,500.00 |
| 610 | Payment with return | 03-16-2000 | -$500.00 |
| 670 | Payment | 03-15-2000 | -$500.00 |
| 670 | Payment | 03-15-2000 | -$500.00 |
| 670 | Payment | 03-15-2000 | -$500.00 |
| 670 | Payment | 03-15-2000 | -$500.00 |
| 670 | Payment | 03-15-2000 | -$241.00 |
| 971 | Amended tax return or claim forwarded for processing | 05-23-2012 | $0.00 |
| 977 | Amended return filed | 05-23-2012 | $0.00 |
| n/a | 89277-622-56180-2 | | |
| 960 | Appointed representative | 10-22-2012 | $0.00 |
| 290 | Disallowed claim 00-00-0000 | 20124505 11-19-2012 | $0.00 |
| n/a | 98254-700-98003-2 | | |
| 971 | Notice issued CP 0055 | 11-19-2012 | $0.00 |
| 960 | Appointed representative | 05-04-2018 | $0.00 |

This Product Contains Sensitive Taxpayer Data

100454375375-18                                                                              Page 1 of 2


**Internal Revenue Service**
United States Department of the Treasury

```
┌─────────────────────────────────────────────────────────────────────────┐
│          This Product Contains Sensitive Taxpayer Data                  │
└─────────────────────────────────────────────────────────────────────────┘
```

## Account Transcript

                                                    Request Date:    06-21-2019
                                                    Response Date:   06-21-2019
                                                    Tracking Number: 100454375375

FORM NUMBER:      1040
TAX PERIOD:       Dec. 31, 2000

TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

ALEXANDRO J & HUI-JU BITTNER
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
                --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                      0.00
ACCRUED INTEREST:                                     0.00    AS OF: May 28, 2018
ACCRUED PENALTY:                                      0.00    AS OF: May 28, 2018

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                        0.00

                ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                             03
FILING STATUS:                          Married Filing Joint
ADJUSTED GROSS INCOME:                           52,382.00
TAXABLE INCOME:                                  36,632.00
TAX PER RETURN:                                   5,494.00
SE TAXABLE INCOME TAXPAYER:                           0.00
SE TAXABLE INCOME SPOUSE:                             0.00
TOTAL SELF EMPLOYMENT TAX:                            0.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)       Apr. 15, 2001
PROCESSING DATE                                                    Apr. 23, 2001

```
┌─────────────────────────────────────────────────────────────────────────┐
│                             TRANSACTIONS                                │
└─────────────────────────────────────────────────────────────────────────┘
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|---------|------------|-----------|
| 150  | Tax return filed          | 20011508 | 04-23-2001 | $5,494.00 |
| n/a  | 89222-055-03834-1         |         |            |           |
| 430  | Estimated tax payment     |         | 09-18-2000 | -$2,000.00 |
| 610  | Payment with return       |         | 01-22-2001 | -$3,494.00 |

https://eup.eps.irs.gov/esrv/tds/requests/TdsProductAction.do?method=productDetails         6/21/2019

                                                                                        DOJ 002889

100454375375-18                                                                          Page 2 of 2

| | | | |
|---|---|---|---|
| 176 | Penalty for not pre-paying tax 04-23-2011 | 20011508 04-23-2001 | $125.74 |
| 766 | Tax relief credit | 07-23-2001 | -$600.00 |
| 290 | Additional tax assessed 00-00-0000 | 20012808 07-23-2001 | $0.00 |
| n/a | 89254-999-05099-1 | | |
| 196 | Interest charged for late payment | 20012808 07-23-2001 | $2.45 |
| 846 | Refund issued | 07-20-2001 | $471.81 |
| 740 | Undelivered refund returned to IRS | 07-23-2001 | -$471.81 |
| 846 | Refund issued | 12-28-2001 | $471.81 |
| 971 | Amended tax return or claim forwarded for processing | 07-22-2012 | $0.00 |
| 977 | Amended return filed | 07-22-2012 | $0.00 |
| n/a | 89277-622-56181-2 | | |
| 960 | Appointed representative | 10-22-2012 | $0.00 |
| 290 | Disallowed claim 00-00-0000 | 20132505 07-08-2013 | $0.00 |
| n/a | 98254-568-98007-3 | | |
| 971 | Notice issued CP 0055 | 07-08-2013 | $0.00 |
| 420 | Examination of tax return | 01-24-2014 | $0.00 |
| 421 | Closed examination of tax return | 11-24-2014 | $0.00 |
| 960 | Appointed representative | 05-04-2018 | $0.00 |

This Product Contains Sensitive Taxpayer Data