## Maximum Account Balances Listed on FBARs

| 50% or Less Ownership | Bank Account | 2007 | | 2008 | | 2009 | | 2010 | | 2011 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **1 Aquarom Elite SRL** | *Greatest Ownership % In Year* | | 50% | | 50% | | 50% | | 50% | | 50% |
| Raiffensen Bank | 3741 | $108,813 | | $165,621 | | $148,717 | | $48,595 | | $200,001 | |
| Raiffensen Bank | 7308 | | | | | | | $568,910 | | $1,898,831 | |
| Raiffensen Bank | 5227 | | | | | | | $117 | | $348 | |
| **2 Comprest SA** | *Greatest Ownership % In Year* | | | | | | | | 0% | | 0% |
| Unicredit Tiriac Bank | 1000 | | | | | | | $103,131 | | $151,505 | |
| RBS Romania Bank | 2746 | | | | | | | $231,309 | | $140,974 | |
| Piraeus Bank | 1000 | | | | | | | $6 | | $297,595 | |
| Banca Transilvania | 47XX | | | | | | | $45,430 | | $52,735 | |
| Raiffensen Bank | 1605 | | | | | | | $635 | | $45,602 | |
| Voksbank | 2701 | | | | | | | | | $131,358 | |
| **3 Ecofish SRL** | *Greatest Ownership % In Year* | | 40% | | 40% | | 40% | | | | |
| Unicredit Tiriac | 7310 | $75,830 | | $15,995 | | $28,055 | | | | | |
| EXIM Bank | R002 | $487,310 | | | | | | | | | |
| BRD Group Society Generale | 3700 | $533,479 | | $84,250 | | $67,850 | | | | | |
| BRD Group Society Generale | 3700 | $12,310 | | | | | | | | | |
| Banca Comerciala Romania | 1 | $37,009 | | $107,477 | | $10,530 | | | | | |
| Banca Comerciala Romania | 3 | $62,570 | | $50,220 | | | | | | | |
| **4 Hotel Venetia SRL** | *Greatest Ownership % In Year* | | 49% | | 49% | | 48.55% | | 18.12% | | |
| Credit Europe Bank | R002 | $3,876 | | $2,769 | | $385 | | $479 | | | |
| **5 LCA Service SRL** | *Greatest Ownership % In Year* | | 40% | | 40% | | 40% | | 40% | | 40% |
| Credit Europe Bank | R002 | $205 | | $80 | | $197 | | $204 | | $33 | |
| **6 Piscicola Murighiol SRL** | *Greatest Ownership % In Year* | | 28.04% | | 28.04% | | 28.04% | | 25.76% | | 26% |
| BRD Group Societe General | 3700 | | | | | $100,093 | | $1,355,585 | | $1,359,333 | |
| Trezorerie | 4461 | | | | | | | | | $1,372,859 | |
| Banca Comercials Romania | 1 | $95,404 | | $142,786 | | $51,851 | | | | | |
| **7 Top Invest SRL** | *Greatest Ownership % In Year* | | | | | | | 37% | | | |
| Credit Europe Bank | R001 | | | | | | | $78,621 | | | |
| **Total balances** | | $1,416,806.00 | | $569,198.00 | | $407,678.00 | | $2,433,022 | | $5,651,174.00 | |

| | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|
| Total high balances per Gov. Ex. less the amounts on line 40 | $10,127,860 | $10,420,152 | $3,053,884 | $16,058,319 | $15,137,405 |
| | $1,420,887.89 | $572,047.89 | $508,353.89 | $1,633,013.58 | $1,850,670.40 |
| Total high balances on admitted accounts | $8,706,972 | $9,848,104.11 | $2,545,530.11 | $14,425,305.42 | $13,286,734.60 |


GOVERNMENT EXHIBIT 62
PENGAD 800-631-6989