IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 4:19-cv-00415 |
| ALEXANDRU BITTNER, | ) | |
| Defendant. | ) | |
| _____ | ) | |

**UNITED STATES' UNOPPOSED MOTION FOR LEAVE TO
CORRECT AND SUBSTITUTE TWO EXHIBITS**

The United States moves this Court for Leave to correct and substitute two exhibits supporting

its Motion for Partial Summary Judgment (ECF #29).  Upon review of the exhibits sent to the Court's

Chambers and Defendant, it appears that two pages of Alexandru Bittner's deposition cited by the

United States in its motion, were not included in Government Exhibit 68.  Specifically pages 40 and

213 of Mr. Bittner's deposition were missing.  The United States requests leave to substitute a

complete set of the excerpted deposition pages for Government Exhibit 68.

Also, it appears that while the Government Exhibits 64 and 68 were uploaded, they were not

highlighted.  The United States moves this Court for leave to correct those exhibits with highlighting.

For the reasons stated above, the United States requests leave to correct and substitute the

attached Government Exhibit 64 and Government Exhibit 68 for the previously filed Government

Exhibit 64, ECF #38, and Government Exhibit 68, ECF # 43.

Defendant is not opposed to the relief sought.

Respectfully submitted,
RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

 /s/ Herbert W. Linder
HERBERT W. LINDER
Ohio Bar No. 0065446
Attorneys, Tax Division
U.S. Department of Justice
717 N. Harwood St., Suite 400
Dallas, Texas 75201
Phone: (214) 880-9754
Fax (214) 880-9741
herbert.w.linder@usdoj.go
ATTORNEYS FOR UNITED STATES

## CERTIFICATE OF CONFERENCE

On March 13, 2020, I conferred with Rachael Rubenstein, counsel for Defendant

Alexandru Bittner, regarding this motion and she stated that she was unopposed to the relief

sought herein.

/s/ Herbert W. Linder
HERBERT W. LINDER

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing motion has been made on

March 13, 2020, by the Clerk's ECF filing system to:

CLARK HILL STRASBURGER
Farley P. Katz
Rachael Rubenstein
2301 Broadway St.
San Antonio, Texas 78209

/s/ Herbert W. Linder
HERBERT W. LINDER

2