IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  Plaintiff, )<br> )<br> v. )<br> ) Case No. 4:19-cv-00415<br>ALEXANDRU BITTNER, )<br>  Defendant. )<br>_____) | |

**ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO SUBSTITUTE EXHIBITS**

Upon consideration of the United States' Motion for leave to substitute exhibits to its Motion for Partial Summary Judgment. The Court finds that the Joint Motion should be GRANTED.

IT IS ORDERED that the Clerk's office shall file Government Exhibit 64 and Government Exhibit 68 for the previously filed Government Exhibit 64, ECF # 38, and Government Exhibit 68, ECF # 43.