IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>ALEXANDRU BITTNER, )<br>    Defendant. )<br>_____) | Case No. 4:19-cv-00415 |

### **ORDER**

Pending before the Court is the United States' Motion for leave to substitute exhibits to its Motion for Partial Summary Judgment (Dkt. #30). The Court finds that the Joint Motion should be **GRANTED**.

It is **ORDERED** that the Clerk's office shall file Government Exhibit 64 and Government Exhibit 68 for the previously filed Government Exhibit 64, ECF # 38, and Government Exhibit 68, ECF # 43.

**IT IS SO ORDERED.**
**SIGNED this 16th day of March, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE