IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>           Plaintiff,                    )<br>                                              )<br>v.                                           )<br>                                              )   Case No. 4:19-cv-00415<br>ALEXANDRU BITTNER,           )<br>           Defendant.                  )<br>_____) | |

**ORDER DENYING MOTION FOR LEAVE TO FILE AN AMICUS BRIEF IN SUPPORT OF ALEXANDRU BITTNER'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Upon consideration of the Motion for Leave to File an Amicus Brief in Support of Alexandru Bittner's Motion for Partial Summary Judgment ("Motion for Leave to File an Amicus Brief") and the United States' Response n Opposition, the Court finds that the Motion for Leave to File an Amicus Brief is DENIED.

IT IS ORDERED THAT Amicus Brief and attachments filed at ECF ## 33 and 34 are stricken from the record.

1