**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|       Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:19-cv-00415 |
| ) | |
| ALEXANDURE BITTNER ) | |
|       Defendant. ) | |

**DEFENDANT ALEXANDRU BITTNER'S OBJECTION TO THE FILING OF PATEL'S AMICUS BRIEF**

Defendant Alexandru Bittner ("Defendant") submits his Objections to the Filing of the Patel's Motion for Leave and their Amicus Curiae Brief (ECF Nos. 32, 33, and 34) and respectfully states as follows:

Defendant believes that the proposed brief will not assist the Court in resolving the issues before it. The brief is confusing, unnecessarily lengthy, and reiterates the essential point that Defendant already made in his motion for partial summary judgement (ECF No. 28) – namely, that the failure to timely file an FBAR is a single, per year, violation of the relevant statute and regulations. Additionally, Defendant has not yet submitted his response to Plaintiff's cross motion for summary judgement (ECF No. 29) with respect to the central legal issue covered by the Patel's proposed brief. Defendant has capable counsel who will determine what, if any, additional authority or information should be brought to the Court's attention in order to reach a decision about this legal issue. The Patels' overall attempt to participate in Defendant's case before this Court is duplicative and distracting.

Respectfully submitted,

**CLARK HILL STRASBURGER**
2301 Broadway St.
San Antonio, Texas 78215
(210) 250-6006
(210) 258-2714 (Fax)

By: /s/ Farley P. Katz
    **FARLEY P. KATZ**
    LEAD ATTORNEY
    State Bar No. 11108790
    fkatz@clarkhill.com
    **RACHAEL RUBENSTEIN**
    State Bar No. 24073919
    rrubenstein@clarkill.com
    **FORREST M. "TEO" SEGER III**
    Texas Bar No. 24070587
    tseger@clarkhill.com

**ATTORNEYS FOR DEFENDANT
ALEXANDRU MR. BITTNER**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 31, 2020 a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Herbert W. Linder
Attorney, Tax Division
United States Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
Herbert.W.Linder@usdoj.gov
*Attorney for Plaintiff,*
*United States*

David Michaels
310 Maui Drive
Placentia, CA 92870
Dmichaels0867@hotmail.com

/s/ Rachael Rubenstein
**RACHAEL RUBENSTEIN**

B6544\A63010\4845-6833-4521.v1