IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>    Plaintiff,  )<br> )<br>v.  )<br> )<br>ALEXANDRU BITTNER,  )<br>    Defendant.  )<br>_____) | Case No. 4:19-cv-00415 |

**<u>Second Declaration of Herbert W. Linder Pursuant to 28 U.S.C. 174</u>**

    1.    I am employed as an attorney with the United States Department of Justice, Tax Division, Southwestern Civil Trial Section.  In that capacity, I am one of the attorneys assigned the responsibility for handling the case of the United States v. Alexandru Bittner.  In connection with this case, I have received certain files from the Internal Revenue Service, the defendants, Department of the Treasury, third parties and the United States Department of Justice.  The Government Exhibits listed below are numbered such that each exhibit bears the same exhibit number for all uses in the case.  For example, Government Exhibit 1 would be same Government Exhibit 1 as used in each witness deposition and this motion.

    2.    Government Exhibit 70, is a true and correct copy of the Decision document from Alexandru Bittner's Tax Court case Docket No. 19894-17 which came from the publicly available United States Tax Court government records and web site.

    3.    Government Exhibit 71 is a true and correct copy of a list of accounts that Bittner alleged contained account balances of less than $10,000 that was provided to the IRS and came out of the files provided by the IRS.

2

4.  Government Exhibit 72, is a true and correct copy of the United States' Response to Bittner' First Request for Admissions No. 80, which came out of the United States Department of Justice legal files.

Executed on the 1st day of April, 2020.

/s/ Herbert W. Linder
Herbert W. Linder