| Less than $10,000 | Bank Account | Maximum Account Balances Listed on FBARs | | | | |
|---|---|---|---|---|---|---|
| | | 2007 | 2008 | 2009 | 2010 | 2011 |
| **1 Alexandru Bittner** | | | | | | |
| Raiffeisen Bank | 7874 | | | 5,785 | | 4,980 |
| Credit Europe Bank/Finansbank | 2784.USD | 7,450 | 7,327 | 7,243 | 7,212 | |
| Liechtensteinische Landesbank | L155 | <10,000 | <10,000 | <10,000 | <10,000 | <10,000 |
| **2 Afrodita Estival SRL** | | | | | | |
| Banca Comerciala Romania | 0001 | 2,995 | 611 | 477 | 431 | 426 |
| **3 Agrement Serv SRL** | | | | | | |
| Unicredit Tiriac Bank | 8310 | | | 2,596 | | |
| **4 Anfrance Impex SRL** | | | | | | |
| BRD Groupe Societe Generale | 4450 | 1,096 | 379 | 287 | 294 | 316 |
| **5 Hotel Venetia Co SA** | | | | | | |
| Banca Comerciala Romania | 0001 | 1,136 | 1,432 | 444 | 415 | 406 |
| Banca Comerciala Romania | 0001 | | 818 | 647 | 854 | 790 |
| Banca Comerciala Romania | 0001 | 410 | 388 | 292 | 299 | 292 |
| Alpha Bank Romania | EU01 | | 1 | 1 | 1 | 1 |
| Alpha Bank Romania | RO01 | 4,279 | 84 | | 695 | 726 |
| Alpha Bank Romania | US01 | 23 | 22 | 18 | 17 | 18 |
| **6 Metamob International SRL** | | | | | | |
| OTP Bank | RO01 | 7,062 | | | 8,468 | |
| **7 Midas Construct SRL** | | | | | | |
| Credit Europe Bank | RO02 | | | | | 5,065 |
| **8 Midas Constructii 2000 SRL** | | | | | | |
| Credit Europe Bank | RO03 | | | | | 1,083 |
| **9 Piscicola Jurilovca SA** | | | | | | |
| Raiffeisen Bank | 5335 | 5,811 | 5,453 | 4,987 | 9,013 | 3,666 |
| **10 Rondo Invest SRL** | | | | | | |
| Unicredit Tiriac Bank | 6001 | | | | | 52 |
| **11 Stibro 2000 SRL** | | | | | | |
| Credit Europe Bank | RO01 | | 31 | 25 | 24 | 25 |
| Credit Europe Bank | EUR1 | 366 | 290 | 234 | 229 | 230 |
| Raiffesen Bank | 279 | | | | | 5,166 |
| **12 Supermob International SRL** | | | | | | |
| Credit Europe Bank | RO01 | | | | | 4,922 |
| | | | | | | **Total** |
| **Accounts with Less than $10,000** | | 11 | 13 | 14 | 14 | 18 | 70 |

GOVERNMENT EXHIBIT

19-cv-00415

No. 71

pg 353

DOJ 000100