IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA, )
    Plaintiff, )
     )
v. ) Case No. 4:19-cv-00415
     )
ALEXANDRU BITTNER, )
    Defendant. )

**UNITED STATES' RESPONSE TO DEFENDANT'S**
**FIRST REQUEST FOR ADMISSIONS**

DEFENDANT requested that the Plaintiff admit or deny the following:

80. Defendant was unaware that he was required to file U.S. income tax returns reporting his foreign income and FBARs reporting foreign bank accounts until he returned to the United States in late 2011.

RESPONSE: DENIES

**GOVERNMENT EXHIBIT**

19-cv-00415
No. 72

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

_____
HERBERT W. LINDER
Ohio Bar No. 0065446
Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood St., Suite 400
Dallas, Texas 75201
Phone: (214) 880-9754
Fax (214) 880-9741
herbert.w.linder@usdoj.gov

ATTORNEYS FOR UNITED STATES