IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>      Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>ALEXANDRU BITTNER,  )<br>      Defendant.  )<br>_____)  | Case No. 4:19-cv-00415 |

**ORDER DENYING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND GRANTING THE UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Upon consideration of the Defendant Alexandru Bittner's Motion for Partial Summary Judgment and the United States' Motion for Partial Summary Judgment on the issue of whether the statutory maximum penalty under 31 U.S. § 5321(a)(5)(A) for a non-willful violation is $10,000 per each foreign financial account not reported, the Court finds that Defendant's Motion is DENIED and the United States' Motion is GRANTED.

IT IS ORDERED THAT statutory maximum penalty under 31 U.S.C. §§ 5321(a)(5)(A) and (a)(B)(i) for a non-willful violation is $10,000 per each financial account not reported.