UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. 4:19-cv-00415 |
| v. | ) | |
| | ) | Filed Electronically |
| ALEXANDRU BITTNER, | ) | |
|     Defendant. | ) | |

**JOINT MOTION TO EXTEND THE DEADLINES TO RESPOND TO THE PARTIES RESPECTIVE MOTIONS FOR PARTIAL SUMMARY JUDGMENT**

Defendant, Alexandru Bittner and Plaintiff the United States of America (collectively, the "Parties"), by their undersigned counsel, respectfully move the Court to extend the deadlines for the Parties to respond to the Motions for Partial Summary Judgment filed by the Parties (ECF Nos. 28 & 29) and in support thereof, states as follows:

1. Pursuant to Local Rule CV-7(e) a party has 21 days to file a response to a motion for summary judgement. Here, the Parties responses are currently required to be filed on April 2, 2020.

2. The Parties wishes to extend the deadline to respond by 15 days until April 17, 2020.

3. Many of the relief provisions congress recently passed in the Families First Coronavirus Response Act and the Coronavirus Aid, Relief, and Economic Security Act are delivered through the tax code (and administered by IRS). Defendant's counsel is focused on trying to keep up with clients' immediate need to understand how these relief provisions apply to their businesses, particularly decisions concerning workforce and payroll.

4. Further, due to various shelter in place orders, counsel for both Parties have transitioned to working from home, which has delayed preparation of their respective responses.

5. The request is not made for delay but to allow the Parties adequate time to effectively advocate for their respective clients.

WHEREFORE, the Parties respectfully requests the Court to grant this Motion.

Dated: April 2, 2020 

Respectfully submitted,

By: /s/ Farley P. Katz
FARLEY P. KATZ, LEAD ATTORNEY
State Bar No. 11108790
FKatz@clarkhill.com
RACHAEL RUBENSTEIN
State Bar No. 24073919
RRubenstein@clarkhill.com
FORREST M. "TEO" SEGER III
State Bar No. 24070587
TSeger@clarkhill.com

CLARK HILL STRASBURGER
2301 Broadway Street
San Antonio, Texas 78215
210-250-6006 Ph.
210-258-2714 Fax

ATTORNEYS FOR DEFENDANT

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Herbert W. Linder
HERBERT W. LINDER
Ohio Bar No. 0065446
Attorneys, Tax Division
U.S. Department of Justice
717 N. Harwood St., Suite 400
Dallas, Texas 75201
Phone: (214) 880-9754/2432
Fax (214) 880-9741

herbert.w.linder@usdoj.gov

ATTORNEYS FOR UNITED STATES

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 2, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> Herbert W. Linder
> Attorney, Tax Division
> United States Department of Justice
> 717 N. Harwood, Suite 400
> Dallas, Texas 75201
> Herbert.W.Linder@usdoj.gov
> *Attorney for Plaintiff,*
> *United States*

      /s/Rachael Rubenstein
      RACHAEL RUBENSTEIN