# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Case No. 4:19-cv-00415 |
| v. ) | |
| ) | Filed Electronically |
| ALEXANDRU BITTNER, ) | |
| Defendant. ) | |

## ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINES TO RESPOND TO THE PARTIES RESPECTIVE MOTIONS FOR PARTIAL SUMMARY JUDGMENT

On this day came to be heard the Parties' Joint Motion to Extend the Deadlines to Respond to the Parties Respective Motions for Partial Summary Judgment ("Motion"). The Court finds that good causes exists for granting the Motion.

Accordingly, it is hereby ordered that the Motion is granted in its entirety and the Parties shall have until April 17, 2020 to respond to the respective motions for partial summary judgment.