UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>ALEXANDRU BITTNER,<br>　　　　Defendant. | )<br>)<br>)　Case No. 4:19-cv-00415<br>)<br>)　Filed Electronically<br>)<br>) |

## ORDER

On this day came to be heard the Parties' Joint Motion to Extend the Deadlines to Respond to the Parties Respective Motions for Partial Summary Judgment (Dkt. #43). The Court finds that good causes exists for granting the Motion.

Accordingly, it is hereby ordered that the Motion is granted in its entirety and the Parties shall have until April 17, 2020 to respond to the respective motions for partial summary judgment.

**IT IS SO ORDERED.**

**SIGNED this 3rd day of April, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

B6544\A63010\4842-7258-5145.v1