UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Case No. 4:19-cv-00415 |
| v. ) | |
| ) | Filed Electronically |
| ALEXANDRU BITTNER, ) | |
| Defendant. ) | |

**DEFENDANT ALEXANDRU BITTNER'S UNOPPOSED MOTION FOR EXTENSION TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Defendant, Alexandru Bittner, by his undersigned counsel, respectfully moves the Court to extend the deadline for Defendant to reply to Plaintiff's response to Defendant's Motion for Partial Summary Judgment and in support thereof, states:

1. On April 2, 2020, the Parties submitted a joint motion to extend the deadlines to respond to their cross motions for partial summary judgments (Doc. 43).

2. April 3, 2020, the Court granted the Parties' joint motion to extend (Doc. 44). Accordingly, the Parties' response dates were extended to April 17, 2020.

3. However, on April 2, 2020, Plaintiff filed its response to Defendant's motion (Doc. 42). Under Local Rule CV-7(f), Defendant's reply to that response is now due April 9, 2020 (seven days from the date the response was served).

4. As a result of the above, Defendant is left with the unusual result of having his reply due approximately a week in advance of his extended response date.

5. Additionally, as noted in the previous joint motion to extend (Doc. 43), Defendant's counsel is currently focused on clients' immediate needs related to the recently

1

2

passed Families First Coronavirus Response Act and the Coronavirus Aid, Relief, and Economic Security Act.

6. For these reasons, Defendant requests that his reply deadline be extended to April 24, 2020 (seven days after the extended deadline granted for the Parties to file their responses).

7. The request is not made for delay but to allow Defendant's counsel adequate time to advocate for their client.

8. Defendant's counsel has conferred with Plaintiff's counsel, and Plaintiff does not oppose the extension requested.

WHEREFORE, Defendant respectfully requests the Court to grant this Motion.

Dated: April 7, 2020                                    Respectfully submitted,

                                                        CLARK HILL STRASBURGER

                                                        By:  /s/  Farley P. Katz
                                                        FARLEY P. KATZ, LEAD ATTORNEY
                                                        State Bar No. 11108790
                                                        FKatz@clarkhill.com
                                                        RACHAEL RUBENSTEIN
                                                        State Bar No. 24073919
                                                        RRubenstein@clarkhill.com
                                                        FORREST M. "TEO" SEGER III
                                                        State Bar No. 24070587
                                                        TSeger@clarkhill.com

                                                        CLARK HILL STRASBURGER
                                                        2301 Broadway Street
                                                        San Antonio, Texas 78215
                                                        210-250-6006 Ph.
                                                        210-258-2714 Fax

                                                        ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 7, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

> Herbert W. Linder
> Attorney, Tax Division
> United States Department of Justice
> 717 N. Harwood, Suite 400
> Dallas, Texas 75201
> Herbert.W.Linder@usdoj.gov
> *Attorney for Plaintiff,*
> *United States*

    /s/Rachael Rubenstein
RACHAEL RUBENSTEIN

B6544\A63010\4817-9062-1113.v1