# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>   Plaintiff,     )<br>             )<br>v.             )<br>             )<br>ALEXANDRU BITTNER,   )<br>   Defendant.     ) | Case No. 4:19-cv-00415<br><br>Filed Electronically |

## ORDER GRANTING DEFENDANT ALEXANDRU BITTNER'S UNOPPOSED MOTION FOR EXTENSION TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

On this day came to be heard the Defendant's Unopposed Motion for Extension to Reply to Plaintiff's Response to Defendant's Motion for Partial Summary Judgment (the "Motion"). The Court finds that good causes exists for granting the Motion.

Accordingly, it is hereby ordered that the Motion is granted in its entirety and the Defendant shall have until April 24, 2020 to reply to the Plaintiff's response to Defendant's motion for partial summary judgment.