UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Case No. 4:19-cv-00415 |
| v. ) | |
| ) | Filed Electronically |
| ALEXANDRU BITTNER, ) | |
| Defendant. ) | |

## ORDER

On this day came to be heard the Defendant's Unopposed Motion for Extension to Reply to Plaintiff's Response to Defendant's Motion for Partial Summary Judgment (the "Motion") (Dkt. #45). The Court finds that good causes exists for granting the Motion.

Accordingly, it is hereby ordered that the Motion is granted in its entirety and the Defendant shall have until April 24, 2020 to reply to the Plaintiff's response to Defendant's motion for partial summary judgment.

**SIGNED this 8th day of April, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE