```
 1              IN THE UNITED STATES DISTRICT COURT FOR THE
                     EASTERN DISTRICT OF TEXAS
 2                        SHERMAN DIVISION

 3
    UNITED STATES OF AMERICA,
 4
        Plaintiff,
 5
    V.                            Case No. 4:19-cv-00415
 6
    ALEXANDRU BITTNER,
 7
        Defendant.
 8

 9

10

11         _____

12                     ORAL DEPOSITION OF

13                     ALEXANDRU BITTNER

14                     February 12, 2020

15         _____

16

17

18      ORAL DEPOSITION OF ALEXANDRU BITTNER, produced as a

19   witness at the instance of the Plaintiff, and duly

20   sworn, was taken in the above-styled and numbered cause

21   on the 12th of February, 2020, from 9:35 a.m. to 5:57

22   p.m., before Marleen Campbell, CSR, in and for the State

23   of Texas, reported by machine shorthand, at the law

24   offices of Clark Hill Strasburger, 2301 Broadway Street,

25   San Antonio, Texas, 78215, pursuant to the Federal Rules
```

Alexandru Bittner

1   of Civil Procedure and any provisions stated on the

2   record or attached hereto.

3                              *-*-*-*-*

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

LEXITAS

```
 1                    A P P E A R A N C E S

 2

 3   FOR THE PLAINTIFF:

 4        HERB LINDER, ESQUIRE
          UNITED STATES DEPARTMENT OF JUSTICE
 5        717 North Harwood Street, Suite 400
          Dallas, Texas  75201
 6        (214) 880-9754
          (214) 880-9741 (Fax)
 7        Herbert.W.Linder@USDOJ.gov

 8

 9   FOR THE DEFENDANT:

10        FARLEY P. KATZ, ESQUIRE
          RACHAEL E. RUBENSTEIN, ESQUIRE
11        CLARK HILL STRASBURGER
          2301 Broadway
12        San Antonio, Texas  78215-1157
          (210) 250-6007
13        (210) 258-2702 (Fax)
          farley.katz@clarkhillstrasburger.com
14        rachael.rubenstein@clarkhillstrasburger.com

15

16

17

18

19

20

21

22

23

24

25
```

Alexandru Bittner                                                    Pages 4

```
1                    I N D E X

2                                                  PAGE

3    Appearances....................................   3

4    ALEXANDRU BITTNER

5         Examination by Mr. Linder..................   6

6         Examination by Mr. Katz...................  269

7    Changes and Signature.........................  288

8    Reporter's Certificate........................  290

9

10

11

                      EXHIBITS
12
     PLAINTIFF EXHIBIT   DESCRIPTION                 PAGE
13
     Exhibit 20  UniCredit Tiriac Bank..............  126
14
     Exhibit 21  UniCredit Tiriac Bank..............  149
15
     Exhibit 22  UniCredit Tiriac Bank..............  157
16
     Exhibit 23  Raiffeisen Bank....................  160
17
     Exhibit 24  LIECHTENSTEINISCHE LANDESBANK
18               AKTIENGESELLSCHAFT.................  162

19   Exhibit 25  Royal Bank of Canada Statement of
                 Account............................  170
20
     Exhibit 26  Royal Bank of Canada Statement of
21               Account............................  174

22   Exhibit 27  RBC Wealth Management Statement of
                 Account............................  176
23
     Exhibit 28  First American Title Company Final
24               Statement..........................  188

25   Exhibit 29  A. Settlement Statement (HUD-1)....  192
```

LEXITAS

```
 1              EXHIBITS (Continued.)

 2   PLAINTIFF EXHIBIT   DESCRIPTION                    PAGE

 3   Exhibit 30  Document Bates stamped DOJ000726...    203

 4   Exhibit 31  Document Bates stamped DOJ002747...    212

 5   Exhibit 32  Document Bates stamped DOJ002959...    215

 6   Exhibit 33  Document Bates stamped DOJ002966...    220

 7   Exhibit 34  Document Bates stamped DOJ001061...    227

 8   Exhibit 35  Report of Foreign Bank and
                 Financial Accounts.................    230
 9
     Exhibit 36  Letter to U.S. Department of the
10               Treasury, Internal Revenue Service,
                 from Alexandru Bittner, DOJ000271..    232
11
     Exhibit 37  Letter to U.S. Department of the
12               Treasury, Internal Revenue Service,
                 from Alexandru, DOJ000272..........    233
13
     Exhibit 38  Statement of Reasonable Cause Per
14               FS-2011-13.........................    236

15   Exhibit 39  Statement of Reasonable Cause Per
                 Treas. Regs. 1.6038-2(k)(3)........    245
16
     Exhibit 40  Certification by U.S. Person
17               Residing Outside of the United
                 States for Streamlined Foreign
18               Offshore Procedures...............    250

19   Exhibit 41  Report of Foreign Bank and
                 Financial Accounts.................    252
20
     Exhibit 42  Document Bates stamped DOJ000296...    255
21
     Exhibit 43  U.S. Treasury Department-Internal
22               Revenue Service EXPLANATION OF ITEMS   257

23   DEFENDANT EXHIBIT   DESCRIPTION                    PAGE

24   Exhibit 20  ORIGINAL UNITED STATES
                 TAX COURT DECISION.................    283
25
```



Alexandru Bittner

```
 1          Once you get in the high school, you can
 2   choose -- high school is four years.  High school starts
 3   after the eighth grade.  It's 9, 10, 11, and 12th grade.
 4   That's high school.
 5          In year 10 you can choose to be a lawyer, an
 6   accountant, a writer, a poet, whatever, or you can
 7   choose to be an engineer, physicist.
 8          So after the two years, they split the
 9   curriculum.  Here you get a lot of more language,
10   philosophy, blah, blah, blah, and here you get a lot of
11   mathematics, physics, chemistry and things.
12      Q.   Okay.  And so --
13      A.   After that I went to -- after that you go to
14   university, but you already split your life when you
15   were in -- when you were 17, they ask you to split your
16   life, the communists.  Which they call themselves
17   socialists, but they are communists.  All of them
18   communists.
19          Because here you do a lot of math, you go to --
20   for to become an engineer, you know, something that has
21   to do with math, physics, chemistry, and so on.  Here
22   you do like they are called liberal choices.  You can be
23   an accountant, a lawyer, a teacher, stuff like that.
24      Q.   And which one did you choose?
25      A.   So I went for -- it's called mechanical.  It's
```

LEXITAS

Alexandru Bittner

1   called the -- it's Politehnica University of Bucharest,

2   which is actually well-known in Europe.  It's a good

3   university --

4       Q.   And you went there --

5       A.   -- for --

6       Q.   Go ahead.

7       A.   -- for mechanical engineering, I thought I'm

8   gonna end -- finish in general mechanics, engineering.

9   And, of course, the communists decided after two years,

10  three years, they split us without asking us, and I end

11  up being a mechanic -- a mechanical engineer for

12  chemical industry.

13      Q.   Okay.  And --

14      A.   So, theoretically, I know how to operate or how

15  to build or how to make the drawings of a refinery,

16  since we are in Texas.

17      Q.   Okay.  And --

18      A.   And that makes me very intelligent.

19      Q.   It makes you very what?

20      A.   A very intelligent guy.  Because of that, I

21  should know the law of United States.

22      Q.   Okay.  So you went through this university for

23  what, two to three years or --

24      A.   Five years.

25      Q.   -- what?  Five years.

 1    A.    No.

 2    Q.    Did you ever live at -- I'm just going through

 3  the addresses here.  Did you ever live at a house at

 4  3637 Barry Avenue in L.A.?

 5    A.    No.  That is my sister's house.

 6    Q.    That's your sister's house.

 7    A.    Yes.

 8    Q.    Okay.  Did you ever own a house in Los Angeles?

 9  Did you ever own a house when you were here in the

10  United States before going back to Romania?

11    A.    Did I own a house before going back to Romania.

12  Yes, the last house.

13    Q.    Okay.  And do you remember the address of that?

14    A.    It was in Culver City.  I don't know.  I don't

15  know the address.

16    Q.    Was it in Culver City?

17    A.    In Culver City, Culver.

18    Q.    Would that be 3109 Reid Avenue?

19    A.    I think it is, yes.

20    Q.    Okay.

21    A.    Very close to the freeway, right?  You don't

22  even know.  Let me see.  If it's not that one, I will

23  send you an email.  I will send them --

24        MR. KATZ:  Just answer the questions.

25        THE WITNESS:  I still want to see the former



Alexandru Bittner

1   house.  It's what?  3 what?

2   BY MR. LINDER:

3      Q.   The question I asked was:  Do you remember if

4   the address of the house you owned --

5      A.   3 --

6      Q.   3109.

7      A.   3109.

8      Q.   Reid, R-E-I-D, Avenue.

9      A.   Yes.

10     Q.   That's Culver City.

11     A.   Right.

12     Q.   Okay.  What about the property located at 633

13  Dolphin Street?  Do you remember that property at all?

14     A.   Sounds -- yeah, but I don't -- it sounds like I

15  know it, but I -- I -- I don't -- it was something that

16  I worked on -- yes, I know it, but I don't know what

17  else to say.

18     Q.   Fair enough.

19          So your sister had a restaurant.  Did she ever

20  own a restaurant?

21     A.   Not that I know.

22     Q.   So you never invested with your sister in a

23  restaurant?

24     A.   I did.

25     Q.   Okay.

LEXITAS

1    A.    I did invest with my sister.

2    Q.    And explain that.  What did you invest in and

3  when?

4    A.    I was in Romania, and Emil said:  Hey, you have

5  some money.  We need some money.  We gonna do this, we

6  gonna do that.  And I said, "Okay."  I don't know

7  exactly when.

8    Q.    Okay.  Do you remember what the restaurant was

9  or what the name of it was?

10   A.    No.

11   Q.    Okay.  And so when you invested, did you send

12  your money to your brother-in-law, Mr. Cobar?

13   A.    Yes.  Yes.

14   Q.    And when do you think you did that?

15   A.    '90- -- '90s.  '90-something.

16   Q.    So you think just -- so just -- so you think it

17  would have been in the 1990s?  Or it would have been --

18   A.    When I say '90, it was '90s.  No, I didn't say

19  '90.  So when I said '90, it was '90s.  I was referring

20  to the last two numbers.  Not 1990.  I'm just saying

21  '90s.  So 1995, 1996, 1994.  Something like that.

22   Q.    Okay.  And do you still have that investment?

23   A.    No.

24   Q.    And was that investment sold?  Did you just --

25  did it go away?  What happened to your investment, do

1      THE WITNESS:  Piscicola is the general name --

2      MR. LINDER:  Okay.

3      THE WITNESS:  -- Jurilovca is one village.

4  Murghiol is another village.

5      MR. KATZ:  J-U-R-I-L-O-V-C-A.  Murghiol is

6  M-U-R-G-H-I-O-L?

7      THE WITNESS:  Yes.

8      MR. KATZ:  All right.

9  BY MR. LINDER:

10    Q.   And then what about Piscicola Tour?  Is that

11  another company?

12    A.   Yeah, which I -- I made that one.  I didn't buy

13  it from the government.

14    Q.   You made that company.

15    A.   Yeah.  Tour means touring like in English.  I

16  made that at the beginning to take care of 22 tourists,

17  you know, because remember that I started with the Delta

18  when I saw that beautiful piece of sand between the sea

19  and the sweet water.

20    Q.   So you got the Piscicola Jurilovca, and then

21  Murghiol, those are ones you bought from the government.

22    A.   Right.

23    Q.   Okay.  Now --

24    A.   It will --

25    Q.   You got to let me go.



1      A.     Okay.

2      Q.     So you bought these from the government.  Now,

3  did you buy them -- did you buy them you personally just

4  100 percent?  Did you have investors?  How did you buy

5  them from the government?

6      A.     When I say I buy them is for sure -- I made the

7  decision and for sure I put most of the money or part of

8  the money.

9      Q.     Okay.

10     A.     How we went about it, I don't have any idea.

11     Q.     You didn't -- so who would have negotiated with

12  the government for -- did someone --

13     A.     I would.  I would.

14     Q.     So you negotiated with the government.

15     A.     Yeah.  But the form -- I would negotiate.  I

16  would do the main thing.  If it was for many days,

17  somebody else will go.  I don't have time.  I cannot

18  take it.  So someone else will go, and the form -- at

19  the end of the negotiation, the forms that I put my

20  name, at one moment, was in the '90s I would put my

21  name.  Little by little, I started not to put my name

22  because my name will cost me money.  I will explain

23  after this explanation.

24          So somebody else will go.  So if you ask me on

25  Jurilovca who bought it, I did.  Who's on the paper?  I

1    don't remember.

2        Q.    Who put in the money to buy this?

3        A.    I would or I would be -- me and some other

4    people, but I will be in charge.   It's either me

5    100 percent or me and other partners with me in charge.

6        Q.    And you were in charge.

7        A.    Yes.

8        Q.    And who would have drafted up all the paperwork

9    to buy these?

10       A.    Lawyers.

11       Q.    Lawyers.

12       A.    (Moving head up and down.)

13       Q.    Okay.   And who would have selected the lawyers?

14       A.    My main lawyer.

15       Q.    Your who?

16       A.    My main lawyer.

17       Q.    Your main lawyer.

18       A.    (Moving head up and down.)

19       Q.    And who was your main lawyer?

20       A.    Different.

21       Q.    Okay.   In regards to this transaction, buying

22   the Piscicola businesses from the government, who was

23   your main lawyer?

24       A.    Don't remember.

25       Q.    You don't remember.   Okay.



1          Now, did you have, like, main lawyers for

2  different types of businesses?  Did you have one main

3  lawyer for everything you did?  I'm trying to figure out

4  how you operated.

5     A.    I had a main lawyer, like a lawyer friend.

6     Q.    Okay.

7     A.    At the -- from '90 to '93, before my wife moved

8  to -- moved 100 percent in Romania, it was a lady

9  lawyer, very nice.

10          After that was a guy which was a former colonel

11  in the secret police or something, but he was a lawyer.

12  You see, the lawyer actually which was my friend, but he

13  was busy with buying properties, so eventually maybe I

14  ask him an idea, and he would say something, but he was

15  busy.  I didn't have like a main lawyer from -- for

16  20 years.

17          Once I (inaudible) considered good, he will be

18  my lawyer for two, three years.  Then they will be the

19  first guys that I would go to and say:  Look, I want to

20  do this and this and this and this.  Not in Bucharest.

21  300 kilometers in Tecuci.  Tecuci is -- it's a county

22  inside the state.  I don't know.  It's a part of

23  Romania.  Do you know anybody?  And why I want to do

24  this?  Which actually you have to do with the government

25  which is in Bucharest but also some government which is

1   in Tecuci.  It's very complicated this business in

2   Romania because they act so stupid.

3        Any way, so he would say:  Oh, I can do this

4   for -- whatever it is in Bucharest and over there, let

5   me think, and then he will give me a number.  He, call

6   this guy, and he will come meet with you and you explain

7   what you want.  Okay.  So like this.

8      Q.   So I'm (inaudible.)  So from like '90 to '93 you

9   had a lady friend, a friend who was a woman and she was

10  a lawyer.  Do you remember her name?

11     A.   I can't remember.

12     Q.   Okay.

13     A.   I cannot.

14     Q.   And so from like '93 to a date in the '90s, you

15  had another friend, a man lawyer that was your main

16  lawyer?

17     A.   Yeah.

18     Q.   And who was that, do you remember?

19     A.   Last name Nicoli.  I don't know -- I don't

20  remember first name.

21     Q.   So on these -- when you're going -- what type of

22  lawyers are these?

23     A.   In Romania it's not like here.  The lawyers

24  are -- at least at the beginnings.  At the beginnings,

25  doing -- and I call it beginnings.  The 10 years, from



1   1990 to 2000, the lawyers are generals.

2        Then even -- but even then they split, family

3   lawyers, you know, divorce, divorce, divorce, divorce,

4   divorce.  Family lawyers, they are -- for sure they are

5   split criminal lawyers and civil.  I mean, business

6   lawyers, civil lawyers.  But on civil lawyers it's not

7   like tax lawyer and merger and whatever and acquisition

8   and -- no.  It's all together.

9   Q.   So when you're going to do this deal to buy the

10   company from the government, you went to the lawyers for

11   advice?  What did you go to these lawyers to do?

12   A.   For advice and sit next to me when I negotiate.

13   Q.   And --

14   A.   Sit next to me if I -- maybe I -- over something

15   which is not -- I am not protecting enough or it is not

16   a good idea or something, they will say:  This is not

17   right.

18   Q.   Okay.  And I'm just -- the company you

19   purchased, the Piscicola companies from the government,

20   did you do that in cash?  Did you wire transfer the

21   money?  How did you get the government the money?

22   A.   Cash, wire transfer, whatever.  They don't

23   like -- government don't like cash --

24   Q.   Okay.

25   A.   -- too much.  They like wire transfer.



Alexandru Bittner

```
 1   the bank -- the central bank can play with it.  So today
 2   you think that you have $100,000 and tomorrow you can
 3   have only 90,000 or you can have 110-, but I'm talking
 4   money over denomination that doesn't do like this.
 5         So I was thinking about euro -- euro would be
 6   nice, uh-huh, and he said:  I know these guys that has
 7   some apartment, one apartment, two apartments in
 8   Brussels where is the -- the city where the central
 9   European Union offices are and this and that.  I said:
10   Yes.  And?  And he said:  Listen, all these people, once
11   Romania becomes part of European Union, you're gonna
12   send a lot of people to work.  It's a quota.  It's not
13   that -- they are smart.  It's by quota, by country.
14   Even if they are stupid, which we are not, we are smart
15   people, a quota will go to Brussels to work for the
16   European Union.  And in Brussels they can rent
17   apartment.  And he said:  The European Union will pay,
18   and you can get very good rent.  And not only that you
19   get the rent, it's rent to rent because it's paid by the
20   protection of the European Union.  I said:  Okay, now
21   you are talking.  Start talking, and blah, blah, blah,
22   blah, blah.
23         So the end of it is that I bought four
24   apartments in Brussels.  Two by two.  Two in a building,
25   two in another building.
```

```
 1      Q.    And you bought these apartments in the name of
 2   what, Global --
 3      A.    Just Global Re, yes.
 4      Q.    And so did you buy that company, or is that a
 5   company you started?
 6      A.    No, no, no.  The company was existing.
 7      Q.    Was existing.
 8      A.    Yes.
 9      Q.    Okay.  And so you bought four apartments through
10   the company?
11      A.    I bought four apartments.  The company was
12   theoretically the owner.  I give the management to a
13   local management company, and, of course, the story with
14   the Romanians are gonna rent my apartments didn't work
15   out.  So I had regular (inaudible) sale people, whatever
16   they are, to rent the apartment.  So I was running the
17   same thing that I know what to do is rent.
18      Q.    And was your investment or this -- through
19   Global Re, was that in your name or somebody else's?
20      A.    I think at that time I was sophisticated enough,
21   it was mine.  It was mine.  I declared it with the IRS.
22   But if my name was in that, no, probably somebody else's
23   name.
24      Q.    Who else's name do you think it would have been?
25      A.    When I started to extern- -- ex- -- when I
```



1    A.    On this here, Petre.

2    Q.    Who?  Can you spell that?  Tell me who that is.

3    A.    P-E-T-R-E.

4    Q.    Is that the last name or the first name?

5    A.    With him it's very strange for us, too, because

6  his first name is Ion, I-O-N.  So it's like John Smith;

7  which one is the first name?  I don't know.  I think

8  that Petre is the last name, I would guess.

9    Q.    And what is this -- what would this account be

10  used for?

11    A.    Beats me.  But it looks like -- it looks like --

12  I know this bank.  This is what -- was one of my main

13  banks.  Used to for what -- look, I sent to -- I sent to

14  another bank?  I sent to another bank?

15        Look, here, I paid the lawyer.  The last one on

16  page first, Anastasescu and Associates.

17    Q.    That's a lawyer?

18    A.    That's a lawyer.  And, actually, it's one of

19  what I consider my lawyers.  I mean, my close lawyers --

20    Q.    Okay.

21    A.    -- that I would deal with them directly.

22    Q.    All right.  And what did this -- so when you

23  deal with this lawyer, what did these lawyers -- what

24  did this lawyer or lawyers do for you?

25    A.    Give me advice.  On what, I don't know.  She was



1    a -- she was a judge before.  Good person.  She knows a

2    lot, too.

3       Q.   What kind of advice would you go to this

4    lawyer -- is this a name or is this the name of a law

5    firm?

6       A.   Her name, it's Anastasescu.  That's a family

7    name.

8       Q.   Okay.

9       A.   And associates means "and associates."  So she's

10   the main lawyer on a company with her name and others.

11      Q.   And that's a company that -- that's a lawyer you

12   used a lot?

13      A.   I used -- yeah.

14      Q.   Okay.

15      A.   She's -- yeah, she's close to me.  Not a lot.  I

16   mean, I have a lot of other lawyers, yeah.  Okay, yes.

17      Q.   And you went and you asked her for advice?

18      A.   Yes.

19      Q.   What kind of advice would you have asked her

20   for?

21           MR. KATZ:  Objection.

22           MS. RUBENSTEIN:  Objection.

23           MR. KATZ:  We're getting into privileged

24   matters.

25           You don't need to answer that.



Alexandru Bittner

```
 1   BY MR. LINDER:
 2        Q.   Did you go to this lawyer and ask her about any
 3   of your U.S. tax requirements?
 4             MR. KATZ:   Objection.
 5             MS. RUBENSTEIN:   Let him answer.
 6             MR. KATZ:   Okay.   I'll withdraw that.
 7             Go ahead and answer that.
 8             THE WITNESS:   Why would I go to a Romanian
 9   lawyer to ask about --
10             MS. RUBENSTEIN:   Answer the question.
11             MR. KATZ:   Mr. Bittner, please answer the
12   question.
13             THE WITNESS:   No.
14             MR. KATZ:   Thank you.
15   BY MR. LINDER:
16        Q.   So would this account be like an account used
17   for, like, paying your bills?
18        A.   Um -- usually I didn't pay my bills.
19        Q.   Who paid your bills?
20        A.   Somebody else.
21        Q.   Okay.   Who would that somebody else -- who would
22   that somebody else be?
23        A.   In the house it was my wife or somebody else
24   that was in the house.   And at the business, I don't
25   know -- the business paid it.   Like if I needed gas, the
```

1   driver will put gas from a debit card from one of the

2   businesses.  If I need to fix the car, the driver will

3   fix the car.

4       Q.   Okay.  And how did you keep -- were you able --

5   did you keep track of all those bills and payments?

6       A.   No.

7       Q.   Why not?

8       A.   I know the answer, but -- a good answer.

9   Nobody -- when -- okay.  When you keep track of -- I

10  don't know, even the lawyer, 8,680 rons, in 2011, it was

11  exchange for the rons, the dollars, so I paid 2,000

12  dollars.

13        You asked me -- if you would say, you either

14  answer me or I gonna shoot you, right now I don't know

15  why I paid this money.

16        When you count 2,000 dollars, you don't have

17  time to make 200,000 dollars, so I never spent time on

18  this.  That's my answer.  But it's not a good answer; I

19  know that.

20      Q.   Did anybody keep track of those bills or any

21  payments for you?

22      A.   Yes.

23      Q.   Who would have done that?

24      A.   At the business, let's say we have the -- the

25  car is registered with this such and such business.  The



1  that have not yet been asked.

2      THE WITNESS:  Yeah, I wanted to show that they

3  are connected.

4      MR. KATZ:  You look at it.

5      THE WITNESS:  Okay.  This is dollars.  It says

6  on there.

7  BY MR. LINDER:

8   Q.   Okay.  So this is your account --

9   A.   Yes.

10   Q.   -- correct?

11      And when you were talking earlier, you said that

12  your account at UniCredit, you had three accounts.  You

13  had one in the Romanian dollars, ron, and --

14   A.   Ron, dollars, which is this one, and the euro,

15  which is probably in the next one.

16   Q.   And this was in U.S. dollars; is that correct?

17   A.   Yes.  It says at the top, U.S.

18   Q.   And I'm just looking down, looking down at

19  entry -- it's December 13th, 2011.

20   A.   Yes.

21   Q.   And you're transferring $425,000 to the U.S.; is

22  that correct?

23   A.   Right.

24   Q.   And why are you doing that?

25   A.   To buy properties.



Alexandru Bittner

1    Q.    Okay.  And at this time were you living in the

2  United States?

3    A.    No.

4    Q.    When did you move back to the United States from

5  Romania?

6    A.    November -- okay, what is the date?  Oh, at this

7  time I was living in -- I move in November 2011.

8    Q.    Okay.  And how would you -- who would have made

9  this transfer to your account in Bank of America?

10    A.    To Bank of America.

11    Q.    Right.  Would you have made this transfer?

12  Would you have contacted the bank?

13    A.    The transfer is coming from where?

14    Q.    Okay.

15    A.    No, I am asking.

16    Q.    I understand.

17    A.    It's coming from --

18          MR. KATZ:  This account to your U.S. account.

19          THE WITNESS:  Oh, from my account in Romania to

20  U.S. account.  Probably Petre, the power of attorney.

21  BY MR. LINDER:

22    Q.    So you would have told Mr. Petre Ion to make

23  this transfer?

24    A.    Yes.

25    Q.    You wouldn't have done this yourself?

Alexandru Bittner

1    A.    Yes.

2    Q.    Who would have gave Mr. Petre Ion your account

3  information for Bank of America in the United States?

4    A.    I would.

5    Q.    Okay.

6    A.    Or I did.

7    Q.    And, then, looking down we have on December 7th,

8  2011 you transferred another 100,000 to your account in

9  the United States?

10    A.    Yes.

11    Q.    And I just want to make sure I'm reading this

12  document right.  So when you're looking at that 100,000,

13  the negative sign in front of the number indicates it's

14  a transfer going out of the account?

15    A.    It looks like.  That's at least how I read it.

16    Q.    Okay.  And looking down for entry on 8/19/2011,

17  do you see that?

18    A.    Right.

19    Q.    There's a $500,000 transfer to Sherry Bittner.

20  Is that your wife?

21    A.    Where is -- where is --

22    Q.    Okay.

23    A.    Oh, Sherry.  Yes.

24    Q.    All right.  And that's -- what are

25  you transferring-- why are you transferring funds to her

1   Bank of America account?

2        A.   No jokes, right?   Being very serious.

3              MR. KATZ:   No jokes.

4              THE WITNESS:   Okay, so no jokes.

5              When we decided to come back here, I checked the

6   markets, because my family was in California, and my

7   wife's family, the mother and one of the brother and

8   blah, blah, blah, was in California.   But California was

9   gone in 2011 from the business point of view, so we

10  decided to come to Texas.   So we came to Texas.

11             But Sherry -- Sherry's mother was very sick.

12  Actually she died the next year, 2012.   And Sherry

13  wanted to spend as much time with her mother as

14  possible.   So that's why she opened an account in Bank

15  of America, California.   And I did transfer her this

16  money not to spend all of if, which actually she didn't,

17  good for her, but I knew that is not good to keep too

18  much money because the federal insurance which is

19  250,000 or something.   So I was trying to split as much

20  money into as many accounts.

21  BY MR. LINDER:

22       Q.   So when you talk about federal insurance, I want

23  to make sure I'm understanding.   What do you mean by the

24  federal insurance?

25       A.   You see at every bank when you stand in line,

 1   you see this bank it's FF -- federal something.  At one

 2   point I -- FSLC insured.  You see at every bank right

 3   there next to the cashier.  So I asked, "What's

 4   insured?"  And they said that the federal government

 5   guarantees $250,000 per account.

 6       Q.   Okay.  And you were aware of this in 2000- --

 7       A.   I was aware of this since I make the first

 8   250,000.

 9       Q.   When you say you make the first 250,000, when

10   was that?

11       A.   No more jokes, okay.  We're never gonna finish.

12            I was aware of this in general.  I don't know

13   when I was aware.  The first I think I made in 1994,

14   '95, somewhere like that --

15       Q.   Okay.

16       A.   -- in Romania, and they stayed in Romania.

17       Q.   Okay.  But you're talking about the federal

18   insurance, right?  Insurance at federal banks; is that

19   correct?

20       A.   Everything -- all this started is why I send

21   money to my wife, which basically, theoretically I

22   should not answer.  All the husbands will understand why

23   I send money to my wife.

24            But I give you the answer, because she was in

25   California, and second, because I'm trying to not to

Alexandru Bittner

```
 1   keep all the money in one account.  At least two or

 2   three or whatever.

 3       Q.   And can you go to page -- this is DOJ 1714.

 4       A.   1714.

 5       Q.   Uh-huh.

 6       A.   Okay.

 7       Q.   And I'm looking now there's an entry on here of

 8   January 26, 2010.  It's a payment -- looks like it's a

 9   transfer to Christine Bittner.  Do you see that?

10       A.   There are many transactions.

11       Q.   Okay.  This is the one that's in the amount of

12   $100,000.

13       A.   Yeah.

14       Q.   Okay.  Do you see that?

15       A.   Yeah.

16       Q.   What are you transferring $100,000 to your

17   daughter for?

18       A.   In order for her to set up a party for me.

19       Q.   Set up a what for you?

20       A.   A party.

21       Q.   A --

22            MR. KATZ:  Party.

23            THE WITNESS:  A party.

24   BY MR. LINDER:

25       Q.   A party?
```



Alexandru Bittner

1    A.   A party.

2    Q.   What kind of a party?

3    A.   Her wedding party.

4    Q.   So this is for her wedding party?

5    A.   Yes.

6    Q.   And when did your -- when did your daughter get

7  married?

8    A.   In 2000- -- I don't remember.

9    Q.   Do you remember the date when she got married?

10   A.   No.

11   Q.   Did you travel to the United States for her

12  wedding?

13   A.   Of course.

14   Q.   Did you consider this a gift to your daughter?

15        MR. KATZ:  Objection.

16        THE WITNESS:  I was waiting for that.

17        MR. KATZ:  You can answer.

18  BY MR. LINDER:

19   Q.   Yeah, you can answer.

20   A.   It's a gift for myself.

21   Q.   For yourself.  But it's not going to you.

22  You're not giving yourself --

23   A.   I'm enjoying it.

24   Q.   Okay.  You mean you transferred it to your

25  daughter; is that correct?

 1    A.    For her to arrange it.  I was not in United

 2  States.

 3              MR. LINDER:  Okay.  Here's Exhibit 22.

 4              (Exhibit 22 was marked.)

 5  BY MR. LINDER:

 6    Q.    Mr. Bittner, I've handed you what's marked as

 7  Government Exhibit 22.

 8              And this is -- again appears to be your account

 9  at UniCredit Bank.  Would you agree with that?

10    A.    Yeah.

11    Q.    And this is the account that's in euros?

12    A.    Right.

13    Q.    And this is the third account that you

14  described.  You had the --

15    A.    Correct.

16    Q.    -- U.S. dollar account.

17    A.    Yes, correct.

18    Q.    And the account in rons and then the account in

19  euros?

20    A.    Right.

21    Q.    And I just want to make sure -- I'm looking at

22  this first page, and I just want to verify:  Is that

23  your handwriting?  Do you see where it says from

24  R-O-N --

25    A.    No.  No.



1    the answer.  I can give all the answer.  I just don't

2    know off -- I don't have the answer at this point or

3    moment.  24.

4        Q.   I'll hand you what's marked as Government

5    Exhibit 24.  Do you recognize this bank or these bank

6    statements?

7        A.   Yes.

8        Q.   And this is a bank that's located where?

9        A.   Liechtenstein.

10        Q.   Okay.

11            THE REPORTER:  I'm sorry, I didn't get that

12    answer.

13            THE WITNESS:  Don't ask me to spell it.

14    Liechtenstein.  Yeah, just take the last five letters

15    out.  That's the spelling, Liechtenstein.

16    BY MR. LINDER:

17        Q.   This is a bank that's located -- Government

18    Exhibit 24 is bank statements for a bank that's located

19    in Liechtenstein?

20        A.   Yes.

21        Q.   And did you open this account?

22        A.   Yes.

23        Q.   Why did you open an account in Liechtenstein?

24        A.   I guess I opened this account for when I was

25    doing what I -- when I was doing the four apartments.



1    Q.    The four apartments?

2    A.    The four apartments.  No -- what's this?  Okay.

3    Q.    Do you know -- again, my question was:  Do you

4    know what the purpose of this account was?

5    A.    The general purpose would be not to have one

6    account and not to have one country and not to have one

7    bank.  That's the general purpose.  On this one, I think

8    it's connected; Liechtenstein being next door to

9    Brussels.  I think it was connected with that.

10   Q.    All right.  And this is your account?

11   A.    This is my account.

12   Q.    And one thing -- do you know what a numbered

13   account is?

14   A.    Yes.

15   Q.    What is a numbered account?

16   A.    A numbered account is an account where when a

17   journalist from Romania tried to find Bittner will not

18   be able to find Bittner.

19   Q.    And why don't you -- so that's -- give me that

20   again.  So you opened up a numbered account for what

21   reason?

22   A.    To hide my name.

23   Q.    Okay.  And a numbered account is an account that

24   is just recognized by a number, not associated with a

25   person's name?



```
 1       A.    Right.

 2       Q.    And why would you do that?

 3       A.    To hide my name.

 4       Q.    And did anyone recommend opening up numbered

 5   accounts?

 6       A.    I thought about it.

 7       Q.    And how did you learn about numbered accounts?

 8       A.    My friend in -- my friend in Geneve told me.

 9       Q.    And I mean, how did he tell you?  Did you go to

10   him and say:  I want an account that no one can find?

11   How did that subject come up of a numbered account?

12       A.    No.  I had this problem when the press started

13   to jump on me.  Bittner -- you have to understand that

14   Romania, even when it was under the kingdom of Romania,

15   they were -- they didn't do what Hungary did, which was

16   total destruction, but they were not very Jewish

17   friendly.  So they did send a lot of Jews to Warsaw.

18   Not all of them.

19       Q.    Okay.

20       A.    But my name is very unusual in Romania.

21       Q.    All right.

22       A.    B-I-T-T-N-E-R sounds more like a German name,

23   but for sure it's not a Romanian name.

24             So when the press -- the bigger you get into

25   business, the more the press is on top of you to -- for
```

1   them to do some business, to write something.  They need

2   to write some bullshit in their newspapers.

3          So I was -- I felt like I'm hunting -- hunted.

4   That was number one.  On that I don't really care too

5   much.  But then I started to feel and see that let's say

6   I wanted to buy this property:  Who wanted to buy the

7   property?  Bittner.  Oh, double the price.  Okay, who

8   wanted to buy the property?  This such and such company.

9          In Romania -- here is the break.  In Romania you

10  can find out who's behind the company in three hours on

11  the internet, which is not the case in the United

12  States.  So who wants to buy the property?  Now we go

13  back.  Who wants to buy?  Such and such company.

14  Anybody could find out, oh, this is Bittner's company,

15  the price, three times the price.  So I started not to

16  like it.  So I decided, okay, I'm out from my companies,

17  I am out from my banks, I am out in general.  I am out.

18  I don't exist any more.

19      Q.   So did you open this account?

20      A.   Yes.

21      Q.   And so you chose to have a numbered account; is

22  that right?

23      A.   Yes.

24      Q.   Okay.  What about -- what is -- when you retain

25  correspondence, do you know what that is?



Alexandru Bittner

```
 1  the account opening documents for the bank?

 2     A.   I asked whatever they can give to me, to give to

 3  me.

 4          MR. LINDER:  All right.  Marked as Government's

 5  Exhibit 25.

 6          (Exhibit 25 was marked.)

 7          MS. RUBENSTEIN:  Thank you.

 8  BY MR. LINDER:

 9     Q.   Okay.

10     A.   Okay.

11     Q.   Do you recognize these documents?

12     A.   Yes.

13     Q.   This is a document for what?

14     A.   This is Royal Bank of Canada, is the bank in

15  Geneve.

16     Q.   Okay.

17     A.   The first of the main banks that I opened

18  outside of Romania.

19     Q.   And do you remember when you opened this bank?

20     A.   '99, 2000.  Somewhere in there.

21     Q.   Okay.  And why did you open the bank -- why did

22  you open this bank in Switzerland?

23     A.   I think I answered that two or three hours ago.

24  Because Romania not being -- doing the whole history,

25  but even like that, not being very -- with a very stable
```

LEXITAS

 1   history, you don't like -- at least I didn't feel secure

 2   to keep all the money in Romania -- or in Romanian bank.

 3       Q.   Okay.  And did you open this account in your

 4   name, or did you open this as a numbered account?

 5       A.   This is a numbered account, if I remember, but

 6   on my name.  Yeah, it says numbered account.  Oh, and

 7   this is, again, one that has U.S. dollars and euros.

 8       Q.   Okay.  And this account -- this one is the bank

 9   statement, Government Exhibit 25, this is an account --

10   this is in euros?  Or which account is this?

11       A.   USD.  It's on the corner left up on top.  The

12   account number, a bunch of numbers, dash, USD.

13       Q.   So this is USD.  This is dollars.

14       A.   Right.

15       Q.   All right.  And --

16       A.   Type of account:  Ordinaire.

17       Q.   And this account you're transferring -- I'm just

18   looking down at the first account.  You have -- there's

19   an account entry of April 21, '04.

20       A.   Yeah.

21       Q.   And you're transferring, if I understand it

22   right, $2,400,034.00?

23       A.   No, I'm receiving.

24       Q.   You're receiving.

25       A.   Yes.



1    Q.    Okay.

2    A.    Or I am -- I am -- no, I am paying, yeah.

3    Q.    Okay.  And who are you paying that money to?

4    A.    Itshak Rasin.

5    Q.    And who is that?

6    A.    From Israel, Romanian origin, doesn't speak very

7  well Romanian because he's the son of the initial

8  family.  Hugely rich family in Israel.  Millionaires,

9  billionaires, whatever.  And we did -- I did buy his

10 share in two hotels in Bucharest and his participation.

11   Q.    So I just want to understand.  So your

12 testimony:  This is to buy an interest in two hotels

13 in Bucharest?

14   A.    And the company that owns two hotels.

15   Q.    And do you remember what company it was?

16   A.    No.  I don't remember the name.  I know the

17 hotels.

18   Q.    But --

19   A.    Venetia.  No, Venetia was my company.  I don't

20 know.

21   Q.    Okay.

22   A.    Like before -- like I said before, any -- this

23 or any paper, I can prove it.

24   Q.    So in 2000- -- but in 2004, the money you're

25 transferring to him, this two million --



Alexandru Bittner

```
1      A.   Right.

2      Q.   -- four-hundred-thousand, that is your money?

3      A.   Right.

4      Q.   And this is an account -- this is your account.

5      A.   Right.

6      Q.   Okay.  And I just want to understand:  So this

7  is an account -- are you having this Royal Bank of

8  Canada Switzerland -- you're having them hold your mail?

9      A.   Yes.  We told the bank to his attention.

10 Because there is no point trying to be hidden when they

11 send you the mail and everybody in Romania sees you

12 receive mail from that bank.

13          A short one?

14          MR. KATZ:  A break?

15          MR. LINDER:  Yeah, it's getting close.  I'm

16 just --

17          THE WITNESS:  No, no, just I'm -- I need to take

18 a break.

19          MR. LINDER:  No, no.

20          THE WITNESS:  I have some problem with my

21 kidney, so I have to go.

22          MR. KATZ:  No, I mean --

23          MR. LINDER:  You want to take ten minutes?

24          MR. KATZ:  Yes, let's take ten minutes.

25          (Recess taken.)
```



1          MR. LINDER:  I'm going to hand you what is

2   marked as Exhibit 26.

3          (Exhibit 26 was marked.)

4   BY MR. LINDER:

5     Q.   This is another -- do you recognize this --

6     A.   Yes.

7     Q.   -- these documents?

8          This is documents for what account?

9     A.   It's the same account.  It's one general account

10  with sub-accounts.  This is Royal Bank of Canada, same

11  account, but this is the euro called account.

12    Q.   Okay.  And this is your account; is that

13  correct?

14    A.   Right.

15    Q.   And going over the -- I just have a question.

16  Looking at page 1892.  DOJ 1892.

17    A.   Okay.

18    Q.   And you have a deposit from Global Re LTD.  Do

19  you see that?

20    A.   Yes.

21    Q.   And that's 230,000 dollars -- or 230,000 euros.

22    A.   Yes.

23    Q.   And that's from what, do you know?

24    A.   I -- what -- what year is this?

25          MS. RUBENSTEIN:  '10.



```
 1  BY MR. LINDER:
 2     Q.    2010.
 3     A.    2010.  When they didn't work, you know, the idea
 4  with the apartment in Brussels was that European Union
 5  will pay a lot of money, number one.  Number two, I
 6  could rent to Romanian national.  And, number three,
 7  them having a job with the European Union, usually you
 8  get a job for two years or three years, so the tenant
 9  will not be in and out.  Under these conditions it was a
10  good investment.
11         When we couldn't get the European Union
12  bureaucrats to stay in the same place for three years
13  and I had to rent and then I have to fix and spend this
14  and that, I decided it's too complicated for me, and I
15  started to sell.  So this 260-something, whatever it
16  says here, it's probably the sale of one apartment out
17  of four.
18     Q.    All right.  And then underneath that you have a
19  transfer to a Christine Bittner.  And that's your
20  daughter?
21     A.    Yes.  Which one?  Where?
22     Q.    It's the last line entry on page 1892.
23     A.    Okay.
24     Q.    And that's -- what is that transfer for?
25     A.    The same thing like the other 100,000.
```

Alexandru Bittner

1    Q.    For?

2    A.    For arranging a big party for me.

3    Q.    When you say "a party for me," you mean her

4  wedding?

5    A.    Her wedding is my party.

6    Q.    Okay.

7    A.    And I have pictures.

8          MR. LINDER:   I have this marked as Government

9  Exhibit 27.

10          (Exhibit 27 was marked.)

11  BY MR. LINDER:

12    Q.    Do you recognize these documents and --

13    A.    Yeah, Royal Bank of Canada.

14    Q.    And this is the same account of yours?

15    A.    Yes.

16    Q.    Okay.  And turning -- well, I'll represent that

17  I blew up the first page, and that is on the second

18  page, and --

19    A.    The first page has no DOJ number.  This is the

20  one that you want to talk about?

21    Q.    I want you to turn -- it would be the page

22  behind DOJ 4243.

23    A.    4243?

24    Q.    Yep.

25    A.    42- --

1    Q.   Okay.

2    A.   Overseeing not any particular company.

3  Overseeing account -- overseeing the accountants,

4  looking here, looking there.  I don't know.

5    Q.   He would oversee the accountants?

6    A.   He would double-check on the accountants.

7    Q.   Okay.  And do you know if he was trained in

8  Romanian tax law?

9    A.   We don't have such a -- such a job denomination,

10  tax law, Romanian tax law.

11    Q.   Okay.  My question was:  Do you know if he was

12  trained in that -- to your knowledge, does Mr. Strungaru

13  have any understanding of Romanian tax law?

14    A.   All the accountants in Romania have to know the

15  Romanian tax law.

16    Q.   Okay.

17    A.   And none of the accountants in Romania know the

18  Romanian taxes -- the tax law.

19    Q.   Okay.  And did you ask Mr. Strungaru when he was

20  working for you about any kind of U.S. tax law, the U.S.

21  tax obligations?

22    A.   No.

23    Q.   Why not?

24    A.   Why should I?

25    Q.   Okay.  You didn't think it was important?



1      A.    He's a Romanian.

2      Q.    Okay.  What about when you were living in

3   Romania, did you ask any -- did you go seek any kind of

4   tax professionals or help there regarding what may your

5   tax obligations be in the United States when you were in

6   Romania?

7      A.    Would you -- I didn't catch it.

8      Q.    Okay.

9      A.    Little bit slower.

10     Q.    I'm sorry, I probably asked that a little fast.

11           So when you were living in Romania --

12     A.    Yes.

13     Q.    -- when you were back from 1990 to 2011, did you

14   talk to anyone or ask anyone about federal taxes, U.S.

15   federal taxes?

16     A.    Why?  We're in Romania --

17     Q.    Okay.

18           MR. KATZ:  Please answer --

19           THE WITNESS:  No, no, no.  I give more than

20   answer.

21   BY MR. LINDER:

22     Q.    Okay.

23     A.    In Romania at that time there is money on the

24   streets.  Every minute that you spend talking I don't

25   know about what else, you lose some money.  Everybody is



1    Q.   -- your records --

2    A.   Different records.  I don't --

3    Q.   Okay.

4    A.   -- know where.

5    Q.   It's been a long day, but we got to -- to get

6  through it, we got to stop talking over each other.  So

7  I'll try to --

8    A.   Oh, sorry.

9    Q.   Me too.  No problem.

10    A.   I'm sorry.

11    Q.   So I just want to get this on the record.

12         So this document, Government Exhibit 33, is

13  going to be something that's created from the records

14  that are kept in Romania.  Would that be a fair

15  statement?

16    A.   Was created by my people in Romania by the

17  document that are somewhere in Romania, at my request,

18  which came from Beckley request.

19    Q.   Okay.

20    A.   And, I'm sorry, but, you know, Romania is very

21  close to Italy.  So we like to speak a lot, move our

22  hands, do this, do that (indicating.)

23    Q.   Now, what exactly did you hire Mr. Beckley to do

24  for you?

25    A.   To do whatever is necessary to put me in



Alexandru Bittner

1   accordance with the law of the United States, the taxes

2   and whatever.

3       Q.   Okay.  And did you -- do you know what a foreign

4   bank account reporting form is?

5       A.   Now or when I first -- as I told you before, I

6   found out about a foreign bank account reporting first

7   time from Beckley and I found out the wrong way.

8           Even that -- but even that, he didn't say from

9   the beginning.  He found out from somewhere.  I don't

10  know where.  He came with that (inaudible) towards where

11  we were supposed to file finally, and he said:  Oh, we

12  need to do this.  We met, oh, okay.

13      Q.   So the first time you heard about a --

14      A.   A foreign bank account is Beckley.

15      Q.   From Beckley.

16      A.   Yes.

17      Q.   Okay.  And did you hire him to prepare certain

18  forms?

19      A.   I hired him to put me -- to take care of all my

20  tax issues and put me inside the law, put me -- bring me

21  up to date to be a lawful citizen.

22      Q.   All right.  And I guess the question -- one

23  question is -- we'll just mark it.

24          How many times did you meet with Mr. Beckley?

25      A.   Twenty times, thirty times.



1    Q.   Okay.  And when you met, did you meet in person?

2  Did you talk on the phone?  How did you --

3    A.   I don't like -- like I said, I don't like to

4  talk on the phone, I don't like on the computer.  I

5  choose him number three or four because he was close to

6  my house; I will jump in the car and go to his office.

7    Q.   Okay.  So those 20 or so times, you met in

8  person?

9    A.   In person.

10   Q.   Okay.  And how long did your meetings typically

11  last?

12   A.   Sometimes he would make me wait.  After I told

13  him, "I don't like to wait," he didn't make me wait any

14  more --

15   Q.   All right.

16   A.   -- but 10 to 15 minutes.

17   Q.   Okay.  No, I mean -- let me get it straight --

18   A.   After he was coming in the room, 10 minutes.

19   Q.   Okay, that's what I wanted --

20        MR. KATZ:  Off the record.

21        MR. LINDER:  We're off the record.

22        (Discussion off the record.)

23        MR. LINDER:  We're back on the record.

24  BY MR. LINDER:

25   Q.   So you're meeting with Mr. Beckley.  And did he



```
 1   BY MR. LINDER:
 2      Q.   Do you remember working with Mr. Beckley to
 3   prepare these?
 4      A.   Okay, this is my writing, page 885.
 5      Q.   Correct.
 6      A.   Same as 886.  All of them wherever it's some
 7   handwriting, what I see is my handwriting.
 8      Q.   Okay.  And that's information that you provided
 9   on these forms; is that correct?
10      A.   That's information that I provided, right.
11      Q.   Do you know if these are documents you filed or
12   gave to the IRS or filed with the government?
13      A.   I gave to Beckley.  I don't know.
14      Q.   Okay.
15      A.   But whatever Beckley asked me -- this is my --
16   first of all, this is my writing, all of it.
17      Q.   All right.
18      A.   Whatever Beckley asked me, I did.  And as far as
19   I remember, I never mailed -- me personally I never
20   mailed anything to IRS.
21      Q.   Okay.
22      A.   He did.  Or after we started with Mr. Katz's
23   company, they did.
24      Q.   All right.  And the numbers -- and you went
25   through this, and all the writing on this is your
```



```
 1   handwriting.

 2      A.    Right.

 3      Q.    Okay.  And the numbers here are in U.S. dollars?

 4      A.    Yes.

 5      Q.    Okay.  Prior to meeting with Mr. Beckley, have

 6   you ever seen this type of form before?

 7      A.    No.

 8            MR. LINDER:  Okay.  36.

 9            (Exhibit 36 was marked.)

10   BY MR. LINDER:

11      Q.    Mr. Bittner, I hand you what's marked as

12   Government Exhibit 36.  Is this a statement or a

13   document that you created?

14      A.    Let me read it.

15      Q.    Sure.

16      A.    I didn't create it because I don't know how to

17   create a document.  But this is something that was

18   created probably by Beckley, and yes, that was my -- me

19   and Beckley understanding at that time.

20      Q.    Okay.  And you had -- would you have provided

21   the information that's in this paragraph to Mr. Beckley?

22      A.    Everything that's in here is accurate --

23      Q.    All right.

24      A.    -- and -- and I provided.

25            MR. LINDER:  Okay.  While you're still on that
```

Alexandru Bittner

1    Q.   My question is:  Did you ask your accountant

2  about --

3    A.   No.

4    Q.   -- filing United States tax returns?

5         MR. KATZ:  Object to the form of the question;

6  making assumptions.

7  BY MR. LINDER:

8    Q.   So my question is -- you have this statement.

9  And my question is:  Did you ask your accountants, the

10  accountants you're referring to in this paragraph, about

11  filing tax returns in the United States?

12         MR. KATZ:  Object to the question for the form

13  and for the assumption which is directly contrary to his

14  immediate testimony.  He said he didn't have

15  accountants.

16         MR. LINDER:  I don't think -- please, Mr. Katz.

17  Please don't testify for the witness.  I'll ask the

18  questions and the witness can testify.

19         MR. KATZ:  Okay.

20         MR. LINDER:  If you have an objection, state

21  your objection, and don't use that to signal, please.

22         MR. KATZ:  It's part of my --

23         MR. LINDER:  No.

24         MR. KATZ:  I'm not signaling.  It's part of my

25  objection.

1  BY MR. LINDER:

2     Q.   Okay.  You referred to accountants in this

3  sentence, "Nor did his accountants inform him of that

4  fact."

5          My question is:  Regarding the accountants that

6  are referred to here, did you ask any of your

7  accountants about filing U.S. federal income tax

8  returns?

9     A.   No.

10     Q.   Okay.  And in regards to the accountants that

11  are referred to in this paragraph, did you talk to any

12  of your accountants about any kind of filing of foreign

13  bank account reports?

14     A.   No.

15     Q.   Did you talk to any of the accountants that

16  would be referred to in this paragraph about any of your

17  tax obligations in the United States?

18     A.   No.

19     Q.   Okay.  The next sentence, we have you severed --

20  it says:  Mr. Bittner had severed his connections with

21  the United States and reasonably believed he had no

22  further tax obligations.

23          Do you see that sentence?  It's in the same

24  paragraph I just read.

25     A.   Yeah, I see it.



1    Q.   Okay.  So it says here you severed your

2  connections in the United States.  What do you mean by

3  that?

4    A.   I don't mean anything.  Let's read, "Nor did his

5  accountants inform him of that fact.  Mr. Bittner had

6  severed his connections with the United States and

7  reasonably believed he had no further United States tax

8  obligations."  Okay.  Now, what is the question?

9    Q.   Okay.  My question is -- the statement here is

10  you severed your connections with the United States.

11  And my question to you is:  What do you mean by this

12  sentence?  What connections did you sever?

13    A.   Business connections.

14    Q.   Any other connections?

15    A.   None that I think of.  Business.  I don't do

16  business in United States; I think I don't have to pay

17  taxes.

18    Q.   Okay.  And going on, you talk about -- the next

19  sentence is you're unaware that the United States,

20  unlike most countries, including Romania, tax its

21  citizens on their worldwide income.

22        Do you know if Romania taxes its citizens on

23  worldwide income?

24    A.   No, they don't.

25    Q.   They don't?  And how do you know that?



Alexandru Bittner

1    A.   Because when I was in Romania and I was making

2  business in the United States, nobody asked me.

3    Q.   Okay.  But I mean, did you actually go and look

4  at the Romanian tax laws --

5    A.   No.

6    Q.   -- to see if they taxed income -- you have to

7  let me finish.

8        Did you actually go and look at any kind of

9  Romanian tax laws to see if they taxed worldwide income?

10   A.   No.

11   Q.   Okay.

12   A.   If your question is if me personally I couldn't

13 sleep nighttime and I had -- I wake up in the morning to

14 go read something about taxes in the United States or

15 Romania, Romania against the United States and United

16 States against Romania, no, I didn't do that.

17   Q.   All right.

18   A.   And nobody does that.

19   Q.   All right.  Did you go -- did you go ask any of

20 the accountants that are referred to in this

21 statement -- did you go ask them about Romanian tax law

22 on worldwide income?

23   A.   No.

24   Q.   Okay.  And then down here -- there's this

25 last -- it says:  You have no reason to believe that the



1   taxing jurisdiction of the United States differed from

2   other foreign countries that tax earnings only in

3   jurisdiction where the income is generated.  Do you see

4   that statement?

5      A.   Hold on one second.

6      Q.   Yep.  I'm going fast, I know.

7      A.   "During all that time, he was never contacted by

8   the embassy about any tax return due.  He had no reason

9   to believe that the tax jurisdiction of the United

10  States differed from other foreign countries that tax

11  earnings only in the jurisdiction where the income was

12  generated.  He has no US source income."  Yes.

13     Q.   All right.  My question is:  You said -- what

14  foreign countries are you referring to in that sentence

15  that differed from the United States?

16     A.   How about the rest of the world?

17     Q.   So you looked at all the world's tax laws --

18     A.   No.  It's a general knowledge.  I don't need to

19  read something.

20     Q.   General knowledge.  Where did you get your

21  general knowledge regarding --

22     A.   Talking in the bars.

23     Q.   Talking in bars?

24     A.   Yes, at night.

25     Q.   Okay.  Did you ever talk to any kind -- did you



1    ever talk to any kind of accountants regarding the tax

2    laws in both jurisdictions?

3            MR. KATZ:  Objection; asked and answered.

4            Go ahead and answer.

5            MR. LINDER:  You can answer.

6            MR. KATZ:  No jokes.  Answer the question.

7            THE WITNESS:  No jokes?

8            MR. KATZ:  No jokes.  Answer the question.

9            THE WITNESS:  I don't know if the guy next to me

10   was an accountant or not.

11   BY MR. LINDER:

12       Q.   My question:  You don't know if you went and

13   talked to any accountant when you were in Romania or

14   anywhere else about the tax laws of other foreign

15   countries, did you?

16       A.   The subject came into the discussion.  To know

17   that this guy is an accountant and to go to him to talk

18   purposely about it, no, no.

19       Q.   Okay.  What about any type of attorneys in

20   Romania or any other country, did you ever go talk to

21   any attorneys about the tax laws of foreign countries?

22       A.   Me going to ask advice or me complaining or

23   me -- something like this, no.

24       Q.   Okay.

25       A.   Big black table and the subject comes around or



Alexandru Bittner

1    something, and everybody will make a joke.  And I am --

2    I make -- I like -- I love to make jokes.

3            MR. LINDER:  All right.  I'll hand you what's

4    marked Government Exhibit 39.

5            (Exhibit 39 was marked.)

6    BY MR. LINDER:

7        Q.   And I just want to turn to the last page of this

8    document.  Is that your signature, Mr. Bittner?

9        A.   Yes.

10       Q.   Okay.  And there's a statement in here that you

11   had --

12       A.   Which page?

13       Q.   I'm looking at page 1.

14       A.   Okay.

15       Q.   It says you had source income from an

16   S corporation.  Do you see that?

17       A.   Which paragraph?

18       Q.   It's the fifth paragraph.  It starts with --

19       A.   I had -- yeah, up to around -- about 2000, I had

20   some U.S. source S corporation.

21       Q.   Okay.

22       A.   Yeah.

23       Q.   And what S corporation do you think you were

24   getting income from?

25       A.   Is that the one that I told you about with my



Alexandru Bittner

1    sister?  Some restaurant?  They needed some money, they

2    give me some shares.  They issued that.  They did all

3    that stuff for me.

4       Q.   You don't know the name of that --

5       A.   No.

6       Q.   Okay.  Who would know the name of that S

7    corporation?

8       A.   I can give it to you tomorrow, or my sister.

9            MR. LINDER:  Would you agree to provide that

10   information to me, Mr. Katz?

11           MR. KATZ:  Yes.

12           MS. RUBENSTEIN:  With the caveat that we might

13   have tried before and we might have not been able to.

14           MR. KATZ:  If I can get the information, I'll

15   get it to you.  I don't know that I can get it by

16   tomorrow.

17           MR. LINDER:  Okay.

18   BY MR. LINDER:

19      Q.   Mr. Bittner, you'll agree to provide that

20   information regarding that S corporation you're

21   referring to in Government Exhibit 39 to your attorney,

22   Mr. Katz --

23      A.   Yes.

24      Q.   -- Ms. Rubenstein?

25      A.   What exactly?  What's all the information that

LEXITAS

1   you need?  The name?

2     Q.   Yeah, I'd like --

3     A.   The address?

4     Q.   Well, let's go through it.  So the name and

5   address of the S corporation; would you agree to provide

6   that?

7     A.   Yes.

8     Q.   And you also have under here a K-1.  Do you know

9   what a K-1 is?

10    A.   I think it's -- the corporation tells me how

11  much money I make or something like that.

12    Q.   Okay.  Have you ever reviewed a K-1 before?

13         MR. KATZ:  Object to the form of the question,

14  the assumptions.

15         You can answer the question.

16         THE WITNESS:  If I ever saw a K-1 before?

17  BY MR. LINDER:

18    Q.   My question was:  Have you ever reviewed one

19  before?

20    A.   Define "reviewed."

21    Q.   Okay.  Let's start:  Have you ever seen a K-1

22  before?

23    A.   I guess so.  Yes.

24    Q.   And from where did you see the K-1?

25    A.   I don't know.



```
 1      Q.    And when you had the K-1, did you review it?

 2      A.    You mean read it?

 3      Q.    Yes.

 4      A.    I guess so.  If it's concerning me -- was

 5   concerning me, probably, yes.  Yes.  Yes.

 6      Q.    Okay.  And it talks here in this sentence about

 7   filing tax returns.

 8      A.    Yes.

 9      Q.    Do you have copies of those returns?

10      A.    What returns?

11      Q.    The returns that you were referring to in

12   Government Exhibit 39, you're referring to tax returns.

13   My question is:  Do you have those tax returns?

14            MR. KATZ:  Can you have him read that far?

15            MR. LINDER:  Absolutely.

16   BY MR. LINDER:

17      Q.    You have a statement here, "I was issued a K-1

18   and I filed returns reporting that income" -- and I'll

19   stop.  And my question is --

20      A.    Which paragraph is this?

21            MR. KATZ:  Right here.  "Up to about 2000."

22            THE WITNESS:  Why we don't read that?  "Up to

23   about 2000" --

24            MR. LINDER:  Okay.

25            MR. KATZ:  Read the sentence and then answer the
```

Alexandru Bittner

```
 1  question.

 2          THE WITNESS:   "Up to about 2000, I had some US

 3  source income from an S corporation.  I was issued a K-1

 4  and I filed returns reporting that income and paying any

 5  tax which I understood was my obligation under" -- "tax

 6  law."

 7          You are asking me if I have this K-1 from before

 8  2000 -- the year 2000?

 9  BY MR. LINDER:

10     Q.   Do you have the K-1?

11     A.   No.

12     Q.   Okay.  What about the -- any copies of the

13  returns that you would filed?

14     A.   Before 2000?

15     Q.   Yes.

16     A.   No.

17     Q.   Okay.  Who would have prepared -- did you

18  prepare those returns that you're referring to in this

19  paragraph?

20     A.   No.

21     Q.   Who would have prepared those for you?

22     A.   I don't know.  Probably my sister or somebody

23  that was hired by my sister.

24     Q.   Okay.  Who would have signed -- did you sign

25  those returns?
```

Alexandru Bittner

Pages 250

1      A.    Probably, yes.

2      Q.    So they would have had to send those returns to

3   you in Romania?

4      A.    Right.

5      Q.    And then you would have signed them and sent

6   them back; would that be correct?

7      A.    Right.

8            MR. LINDER:  Can we take about five minutes.

9            MS. RUBENSTEIN:  Absolutely.

10           (Recess taken.)

11           MR. LINDER:  What I'm handing you is marked as

12   Government Exhibit 40.

13           (Exhibit 40 was marked.)

14           MS. RUBENSTEIN:  Yes, 39 was the second.

15           MR. KATZ:  All right.

16   BY MR. LINDER:

17      Q.    And I've handed you what's marked as Government

18   Exhibit 40.  I want you to turn to the second page.

19           Is that your signature, Mr. Bittner?

20      A.    Yes.

21      Q.    Would you recognize your wife's signature if --

22      A.    Yes.

23      Q.    -- you saw it?

24      A.    Excuse me.

25      Q.    To the best of your knowledge, is that your

1    The capitol city.

2       Q.   Okay.  And when you moved back, did you sell

3    that?

4       A.   No.  Actually, I bought that when I move.  That

5    was a government building, confiscated from -- by the

6    communists.  I was born in that -- it was an apartment

7    building but very -- Soviets, looks -- looks Soviets by

8    communists conduct.  That means you had a few homes.

9           And I was born there.  I lived all my life

10   there.  I left there.  When I came back, my father and

11   my mother were there.  I moved with them.  My father

12   passed away.  Meanwhile, you could buy this apartment.

13   The government will sell to the tenant.  So I bought for

14   my mother the apartment, and I refurbish it.

15          Then, you know, funny things happen.  Then

16   somebody else that learned what I was doing at the

17   beginning bought the building from the former owner and

18   came back to me and say they know it's me.  This

19   (inaudible) my mother didn't buy in good standard.  So

20   basically they wanted to scoot her out.

21          So I couldn't go.  When it's good for me, I go

22   this way.  But when it's bad for me, I go the other way.

23   So I had to be to my standard, so I paid the apartment

24   again, same number.

25      Q.   Okay.  And do you still own this apartment



```
 1   building today?
 2       A.   After my mother passed away and I knew I'm gonna
 3   move back to the states, I left it, and it was sold when
 4   I was in the states.
 5       Q.   Okay.  And --
 6       A.   But I paid twice.  Is anybody understand what I
 7   mean?  The funny stuff that happens in life?
 8           MR. KATZ:  Yes.
 9   BY MR. LINDER:
10       Q.   So how many -- so how many times did you --
11   approximately did you travel back from -- when you left
12   the United States, how many times did you travel back,
13   approximately, do you know?
14       A.   In the '90s -- in the '90s, '90 and '91, like
15   every two, three months, you know, come because the
16   family was here.  Once the family moved to the -- back
17   to -- moved to Romania, my wife was coming almost every
18   year or for sure every second year to touch base with
19   her mother because Chinese daughter -- mother/daughter
20   are very inseparable.  And I -- probably I come three or
21   four times.
22           I come when I turned fifty.  So I turn fifty
23   in -- fifty-seven plus fifty -- 2007 I came and I had a
24   big all-around American tour.
25       Q.   And in 2007 did you go to Vegas?  Las Vegas?
```



1    A.    Yes, and I lost 50,000, and I got arrested

2  because I wanted to beat up the manager of the resort.

3    Q.    So when you lost 50,000, so -- so did you bring

4  into the states $50,000 in cash with you?

5    A.    No.   Because that was illegal, and I don't do

6  illegal things.

7    Q.    So how did you have --

8    A.    I don't know.

9    Q.    -- $50,000?

10    A.    I talk to my -- to my brother-in-law -- I talked

11  to my brother-in-law, and I said, "Listen, I'm gonna

12  come, I'm fifty, for Vegas for sure at least, and then

13  please prepare for me cash, 50,000" -- actually 40,000

14  because 10,000 -- or more than 10,000, we came legally.

15  Under 10,000 when you go through the customs.

16    Q.    So you understand when you come in and out --

17  when you come into the United States or out, you have to

18  declare -- if you're holding more than $10,000 --

19    A.    You have to declare it.

20    Q.    -- you have to declare that.   Okay.

21        And so when you came over for Vegas, did you

22  send your brother-in-law $50,000 or he had it there for

23  you?

24    A.    He had it there from different dealings, which I

25  don't know.   But he's Jewish, too; he didn't give me any

Alexandru Bittner

1    A.    Yes.

2    Q.    -- 35, do you see your signature on any of

3 those?

4    A.    No.

5    Q.    And --

6    A.    But this is my writing.

7    Q.    Okay.

8    A.    Probably I signed the general form or something.

9    Q.    Now, you were asked a question -- a number of

10 questions about when you were living in Romania why

11 didn't you go ask people about --

12    A.    I --

13    Q.    -- let me finish the question, please -- about

14 your tax obligations in the U.S., about whether you had

15 to file forms, whether you had to file bank account

16 forms.  And do you recall what your answer was?

17    A.    To whom?

18    Q.    To Mr. Linder.  Why you --

19    A.    I don't understand.  But I don't know exactly

20 what I said, which is registered somewhere, but let me

21 re-answer about the general meaning -- the general

22 meaning would be the same.

23         Why spend my time and ask somebody in Romania

24 about:  Did that -- that Beckley look like somebody that

25 knows the tax law?  And he's an executive in tax law in

1   America, and he doesn't know anything about the tax law.

2   Why should I waste my breath to ask somebody in Romania

3   about the American tax law, the longest tax --

4       Q.   When you lived --

5       A.   -- the longest law on the planet.  I don't know

6   if you guys know that.  I found it on the internet.  The

7   biggest law on the planet is the tax law of United

8   States.

9       Q.   When you lived in Romania, did you have any

10  awareness of whether you were supposed to file returns

11  in the U.S.?

12      A.   No.  I was feeling very happy and very --

13  feeling good about myself that I was doing everything

14  like I am supposed to.

15      Q.   Did you know you were supposed to report U.S. --

16  I'm sorry.

17          Did you know that you were supposed to file

18  returns reporting your worldwide income in the U.S.?

19      A.   No.

20      Q.   When did you first hear about the form FBAR?

21      A.   From Beckley towards the end of his filing

22  because at the beginning he only asked me questions and

23  filled the returns, regular tax returns.  He came with

24  FBAR the last two weeks:  Ha, FBAR, FBAR.  Like now that

25  I remember, his posture at that time, he's like he just

1   found out in the last two weeks with me dealing with him

2   about the FBAR, and then he told me to file on -- I

3   understood.  He didn't say file only one.  I understood

4   that I have to file the biggest account, personal

5   account that I had for that year on one bank.  Not every

6   single bank that I had in Romania.

7            And, actually, he did not say anything about

8   other bank.  The way he -- the way I got it from him --

9   not the way he explained to me -- is what I understood

10  is that the business produced money in Romania.  The

11  business for Romania paid me money in my own account.

12  On which account I had the most money in Romania coming

13  from businesses or from transaction.  So this is the

14  bank, the account for this year, the biggest bank

15  account transaction for the account in Romania.  So I

16  didn't put the foreign banks' account because I didn't

17  do business with the foreign banks.  I didn't receive

18  income.

19     Q.   Did Mr. Beckley ever tell you that you might

20  have to file FBARs for companies you had an ownership

21  interest in?

22     A.   No.

23     Q.   Did you supply everything to Mr. Beckley that he

24  asked you to supply?

25     A.   Yes.



1    Q.   Did you withhold anything from him

2  intentionally?

3    A.   Not -- not -- whatever he asked, he got usually

4  in 24 hours.

5    Q.   What about Mr. Booker?

6    A.   Same thing.

7    Q.   How much --

8    A.   With Booker, even better.  I just let him talk

9  to Romania.  The guy that speak English is Eugen, and I

10  told Eugen in three, "With Booker, Eugen, whatever this

11  guy ask -- Mr. Beckley ask, you give to Mr. Booker."

12    Q.   Was Booker supplied with everything he asked?

13    A.   Yes.

14    Q.   Did you intentionally withhold anything?

15    A.   No.

16    Q.   What did all of this cost you to get all these

17  returns prepared by Booker?

18    A.   Booker by itself?  How about you?  You cost me a

19  lot more than Booker.

20    Q.   Let's talk about Booker.

21        MR. LINDER:  No --

22        MS. RUBENSTEIN:  He can go ahead.

23        THE WITNESS:  Booker, I think way over 100,000.

24  BY MR. KATZ:

25    Q.   And what about me?



Alexandru Bittner

```
 1              MR. LINDER:  I have it.

 2              MS. RUBENSTEIN:  Thank you.

 3              MR. LINDER:  Maybe go a couple numbers past what

 4   I have.  I have your last exhibit 16.  I think it

 5   probably would be safe if you start at 20.  Defendant's

 6   20.  That'll be good.

 7              MR. KATZ:  Okay.  Call this Defendant's 20.

 8              (Exhibit Defendant's 20 was marked.)

 9              THE WITNESS:  This is for me?

10   BY MR. KATZ:

11        Q.   Mr. Bittner, I'd like you to take a look at

12   Exhibit Defendant's 20.

13        A.   Okay.

14             Nice.

15        Q.   Would you read the -- first, do you recognize --

16   do you understand this is a -- what do you understand

17   this is?

18        A.   What it says, "Tax Court -- United States Tax

19   Court, Decision."

20        Q.   Okay.  Can you read the first --

21        A.   "Ordered and decided:  That there are no

22   deficiencies in income tax due from, nor overpayments

23   due to, Petitioners for the tax years 2002, 2003, 2008,

24   2009 and 2010."

25        Q.   And look in the schedule below where -- here in
```

1  the center where it's got a grid of numbers.  What does

2  it show -- you see this column called "Statutory

3  Deficiency"?

4     A.   Yeah.

5     Q.   What does it show the statutory deficiency is

6  for the year 2007 and 2011?

7     A.   46,000 and change.  And 100- -- for 2007.  And

8  127,000 exactly for 2011.

9     Q.   Has all that been paid?

10     A.   Yes.

11     Q.   Do you --

12     A.   I guess, yes.

13     Q.   Okay.  Has all --

14     A.   Yes.

15     Q.   Is that something that you consider should be

16  taken into consideration in whether you should be liable

17  for the FBAR penalties here?

18     A.   Elaborate -- a little bit elaborate the answer.

19  $46,000, more or less, is what a family makes per year,

20  average.  So I paid three times -- so I paid for yearly

21  income of a median family of United States as penalty.

22        It's not my -- I am not at fault because I made

23  the money in Romania.  It's not a fault.  It's not a

24  guilt.  Watch, we lose elections in November, it's gonna

25  be a guilt.  I'm gonna go back to Romania.  I'm joking.