**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
International Technical Service
400 N. 8th Street Box 33 Room 1002
Richmond VA 23219

CERTIFIED MAIL

ALEXANDRU J & SHERRY BITTNER

Date: JUN 2 3 2017

Taxpayer ID number:

Form:
1040

Person to contact:
Gaynelle D. Campbell

Contact telephone number:

Contact fax number:

Employee ID number:

Last day to file petition with US tax court:
SEP 2 1 2017

| Tax Year Ended: | December 31, 2002 | December 31, 2003 | December 31, 2004 |
|---|---|---|---|
| **Deficiency:** | | | |
| Increase in tax | $2,133,578.00 | $346,871.00 | $880,448.00 |
| **Penalties or Additions to Tax** | | | |
| IRC 6651(a)(1) | 533,394.50 | 86,717.75 | 220,112.00 |
| IRC 6662(a) | 426,715.60 | 69,374.20 | 176,089.60 |

Dear ALEXANDRU J & SHERRY BITTNER:

**Why we are sending you this letter**
We determined that you owe additional tax or other amounts, or both, for the tax year or years identified above. This letter is your **Notice Of Deficiency**, as required by law. The enclosed Form 4549-A, *Income Tax Discrepancy Adjustments* or Form 5278, *Statement - Income Tax Changes,* shows how we figured the deficiency.

**If you wish to challenge this determination**
If you want to challenge this determination in court before making any payment, you have 90 days from the date of this letter (150 days if this letter is addressed to you outside of the United States) to file a petition with the United States Tax Court to reconsider the deficiency.

**Information you will need**
If you have recently sought bankruptcy relief by filing a petition in bankruptcy court, see enclosed Notice 1421, *How Bankruptcy Affects Your Right to File a Petition in Tax Court in Response to a Notice of Deficiency.*

Letter 531 (Rev. 10-2015)
Catalog Number 40223L

**Exh. 1-J**
000001



**Department of the Treasury
Internal Revenue Service
Small Business and Self-Employed**
International Technical Service
400 N. 8th Street Box 33 Room 1002
Richmond  VA  23219

CERTIFIED MAIL

ALEXANDRU J & SHERRY BITTNER

Date: JUN 2 3 2017

Taxpayer ID number:

Form:
1040

Person to contact:
 Gaynelle D. Campbell

Contact telephone number:

Contact fax number:

Employee ID number:

Last day to file petition with US tax court:
SEP 2 1 2017

| Tax Year Ended: | December 31, 2006 | December 31, 2007 | December 31, 2008 |
|---|---|---|---|
| Deficiency: | | | |
| Increase in tax | $3,108,546.00 | $1,150,817.00 | $750,489.00 |
| Penalties or Additions to Tax | | | |
| IRC 6651(a)(1) | 777,136.50 | 287,704.25 | 187,622.25 |
| IRC 6662(a) | 621,709.20 | 230,163.40 | 150,097.80 |

Dear ALEXANDRU J & SHERRY BITTNER:

**Why we are sending you this letter**
We determined that you owe additional tax or other amounts, or both, for the tax year or years identified above. This letter is your **Notice Of Deficiency**, as required by law. The enclosed Form 4549-A, *Income Tax Discrepancy Adjustments* or Form 5278, *Statement - Income Tax Changes,* shows how we figured the deficiency.

**If you wish to challenge this determination**
If you want to challenge this determination in court before making any payment, you have 90 days from the date of this letter (150 days if this letter is addressed to you outside of the United States) to file a petition with the United States Tax Court to reconsider the deficiency.

**Information you will need**
If you have recently sought bankruptcy relief by filing a petition in bankruptcy court, see enclosed Notice 1421, *How Bankruptcy Affects Your Right to File a Petition in Tax Court in Response to a Notice of Deficiency.*

Letter 531 (Rev. 10-2015)
Catalog Number 40223L

000002



**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
International Technical Service
400 N. 8th Street Box 33 Room 1002
Richmond VA 23219

CERTIFIED MAIL

ALEXANDRU J & SHERRY BITTNER

Date: JUN 2 3 2017

Taxpayer ID number:

Form:
1040

Person to contact:
  Gaynelle D. Campbell

Contact telephone number:

Contact fax number:

Employee ID number:

Last day to file petition with US tax court:
SEP 2 1 2017

| Tax Year Ended: | December 31, 2009 | December 31, 2010 | December 31, 2011 |
|---|---|---|---|
| Deficiency: | | | |
| Increase in tax | $126,360.00 | $308,861.00 | $1,185,306.00 |
| Penalties or Additions to Tax | | | |
| IRC 6651(a)(1) | 31,590.00 | 77,215.25 | 118,530.60 |
| IRC 6662(a) | 25,272.00 | 61,772.20 | 237,061.20 |

Dear ALEXANDRU J & SHERRY BITTNER:

**Why we are sending you this letter**
We determined that you owe additional tax or other amounts, or both, for the tax year or years identified above. This letter is your **Notice Of Deficiency**, as required by law. The enclosed Form 4549-A, *Income Tax Discrepancy Adjustments* or Form 5278, *Statement - Income Tax Changes,* shows how we figured the deficiency.

**If you wish to challenge this determination**
If you want to challenge this determination in court before making any payment, you have 90 days from the date of this letter (150 days if this letter is addressed to you outside of the United States) to file a petition with the United States Tax Court to reconsider the deficiency.

**Information you will need**
If you have recently sought bankruptcy relief by filing a petition in bankruptcy court, see enclosed Notice 1421, *How Bankruptcy Affects Your Right to File a Petition in Tax Court in Response to a Notice of Deficiency.*

**Letter 531 (Rev. 10-2015)**
Catalog Number 40223L

3

000003