| Form 886-A | U.S. Treasury Department-Internal Revenue Service **EXPLANATION OF ITEMS** | Schedule No. or Exhibit |
|---|---|---|
| Name of Taxpayer Alexandru and Sherry Bittner | | Year/Period Ended 2002-2004, 2006-2011 |

# Contents

**Background** ........................................................................................................................... 2
   Per Return—Reconciling to Tax Modules ................................................................................ 3
**Taxable Interest** ..................................................................................................................... 5
**Other Income—Treaty Position** .............................................................................................. 7
**Qualified Dividends** ............................................................................................................... 9
**Sch. D: Long-Term Capital Gain/Loss** ................................................................................. 12
   2002 ........................................................................................................................................ 14
   2003 ........................................................................................................................................ 14
   2004 ........................................................................................................................................ 15
   2006 ........................................................................................................................................ 15
   2007 ........................................................................................................................................ 25
   2008 ........................................................................................................................................ 32
   2009 ........................................................................................................................................ 33
   2011 ........................................................................................................................................ 45
**Other Gains or Losses—Form 4797** ..................................................................................... 53
**Foreign Tax Credit** ............................................................................................................... 55
**Sch. E: Rents Received** ........................................................................................................ 59
**Bad Debt Deduction** ............................................................................................................. 60
**NOL Carryforward** ............................................................................................................... 65
**Unexplained Deposits** .......................................................................................................... 67
**Statutory Issue: Alternative Minimum Tax** ......................................................................... 74
**Statutory Issue: Exemptions** ............................................................................................... 75
**Negligence Penalty** .............................................................................................................. 76

| Form 886-A | U.S. Treasury Department-Internal Revenue Service **EXPLANATION OF ITEMS** | Schedule No. or Exhibit |
|---|---|---|
| Name of Taxpayer Alexandru and Sherry Bittner | | Year/Period Ended 2002-2004, 2006-2011 |

| Tax Year | Original Filed on: | Original Total Positive Income | Original AGI | 2nd Filing Date (not processed) | 2nd Filing Total Positive Income | Amended Filing Date (considered) | Amended Total Positive Income |
|---|---|---|---|---|---|---|---|
| 1994 | 05/23/2012 | $847,250 | $0 | | | | |
| 1995 | 05/23/2012 | $118,800 | $0 | | | | |
| 1996 | 05/23/2012 | $165,826 | $0 | | | | |
| 1997 | 08/14/1998 | $20,312 | $20,312 | 05/23/2012 | $239,226 | | |
| 1998 | 04/15/1999 | $49,102 | $49,102 | 05/23/2012 | $3,093,682 | | |
| 1999 | 04/15/2000 | $62,724 | $62,724 | 05/23/2012 | $144,600 | | |
| 2000 | 04/15/2001 | $52,382 | $52,382 | 05/23/2012 | $278,347 | | |
| 2001 | 05/23/2012 | $150,701 | $0 | | | | |
| 2002 | 05/23/2012 | $8,553,394 | $0 | | | | |
| 2003 | 05/23/2012 | $1,792,829 | $0 | | | | |
| 2004 | 05/23/2012 | $1,685,473 | $0 | | | | |
| 2005 | 05/23/2012 | $73,000 | $0 | | | | |
| 2006 | 05/23/2012 | $2,450,650 | $0 | | | 09/17/2013 | $489,203 |
| 2007 | 05/23/2012 | $983,768 | $0 | | | 09/17/2013 | $1,091,501 |
| 2008 | 05/23/2012 | $279,525 | $0 | | | 09/17/2013 | $357,229 |
| 2009 | 05/23/2012 | $23,000 | $0 | | | 09/17/2013 | $159,113 |
| 2010 | 05/23/2012 | $46,900 | $0 | | | 09/17/2013 | $193,212 |
| 2011 | 05/23/2012 | $1,990,862 | $0 | | | 09/17/2013 | $182,348 |

Per Return — Reconciling to Tax Modules

The Per Return figures reflected in all subsequent issues require some explanations due to the many changes to these returns and their respective tax modules.

For all returns filed on or about May 23, 2012, , the Taxpayers claimed entitlement to benefits from the U.S.-Romania Income Tax Treaty permitting elimination of all income thereby effectively exempting them from U.S. taxation on that income. During the processing of these delinquent returns, returns for some years were processed with a "math error" correction by the Service. This correction was the disallowance of the reduction of income made on line 21 due to the treaty position. Since the disallowance was coded as a "math error" correction, the Taxpayers were entitled to have the correction reversed if they petitioned the Service within 60 days. They made the petition timely and the adjustments were subsequently reversed. This resulted in the processing of the returns that reconciled with the original delinquent returns. Therefore, the starting figures are based on the original figures on the returns that included the reduction of income based on treaty positions.

| Form<br>886-A | U.S. Treasury Department-Internal Revenue Service<br>**EXPLANATION OF ITEMS** | Schedule No. or<br>Exhibit |
|---|---|---|
| Name of Taxpayer<br>Alexandru and Sherry Bittner | | Year/Period Ended<br>2002-2004, 2006-2011 |

    Exhibit 4: Unsigned, third-person Statement of Reasonable Cause Per FS-2011-13.

    Exhibit 5: Statement of Reasonable Cause per Treas. Regs. § 1.6038-2(k)(3) signed by Alexandru Bittner and dated 02/15/2014.

The Taxpayers, through these Exhibits, claimed that the following facts and circumstances support their assertions that they had reasonable cause against the imposition of any penalties:

1. Ignorance of filing obligation

   The Taxpayer moved to Romania in 1990 and initially claimed that he "….was unaware that as a U.S. citizen I was required to file tax returns with the Internal Revenue Service." "Since returning to United States in 2011, I have learned that my understanding of the tax rules was incorrect." See Exhibit 1.

   "I was not aware during that time that I had to file United States tax returns simply because I had become a naturalized US citizen…. I reasonably believed that I had no US tax obligations for income from Romania when I was living in Romania…." See Exhibit 5.

   This assertion is false because the Taxpayers did file their 1991, 1997, 1998, 1999, and 2000 Forms 1040 during the time that they were living in Romania. In addition, ignorance of the law does not establish reasonable cause.

2. Language barrier

   "I moved to Romania in 1991. At that time my English was not good…." See Exhibit 2.

   Language barrier is not a reasonable basis for failing to comply with tax obligations.

3. Taxpayers could not afford to hire accountant

   "….I was poor and couldn't hire an accountant." See Exhibit 2.

   FBARs and delinquent returns indicated that the Taxpayers had achieved wealth and success in business and had the means to hire competent advisors