UNITED STATES TAX COURT

| | |
|---|---|
| ALEXANDRU J. BITTNER & SHERRY BITTNER, ) ) ) Petitioners, ) ) v. ) COMMISSIONER OF INTERNAL REVENUE, ) ) Respondent. ) | ) ) ) ) ) Docket No. 19894-17 ) Filed Electronically ) JUDGE KATHLEEN KERRIGAN |

**SUPPLEMENTAL STIPULATION OF SETTLED ISSUES**

This stipulation supplements the parties' partial agreement set forth in the Stipulation of Settled Issues filed on March 28, 2019. The parties have resolved the following additional issues:

6. In the notice of deficiency upon which this case is based, Respondent determined adjustments to petitioners' Capital Gains or Losses in the amounts of $1,025,000.00, $312,527.00, ($1,250,026.00), $5,697,181.00, $19,953.00, $748,458.00, $1,386,848.00 and $3,077,334.00 for the tax years 2002, 2004, 2006, 2007, 2008, 2009, 2010 and 2011, respectively. The parties agree that petitioners' Capital Gains or Losses should not be adjusted by the amounts stated in the notice of deficiency from the amounts reported on their original joint income tax returns. In so stipulating, petitioners do not concede their position, as alleged in the Petition, that their Capital Gains or Losses should be decreased from the amounts

Docket No. 19894-17          - 2 -

reported on their original joint income tax returns for all years at issue.

7.  In the notice of deficiency upon which this case is based, Respondent determined that petitioners' income should be increased for Unexplained Bank Deposits in the amounts of $8,294,026.00, $1,990,354.00, $59,479.00 and $1,211,765.00 for the tax years 2006, 2008, 2010 and 2011, respectively.  In the Stipulation of Settled Issues filed on March 28, 2019, Respondent conceded a portion of the adjustments for the tax years 2006, 2008 and 2010 and all of the adjustment for the tax year 2011.  Respondent now concedes the remainder of the adjustments for Unexplained Bank Deposits as stated in the notice of deficiency.  This paragraph fully resolves the Unexplained Bank Deposits issue for all years.

8.  In the notice of deficiency upon which this case is based, Respondent determined that petitioners' Other Gains or Losses from Form 4797 should be increased in the amount of $1,110,000.00 for the tax year 2004.  The parties agree that petitioners' Other Gains or Losses from Form 4797 should not be adjusted from the amount reported on their original joint income tax return for the tax year 2004. This paragraph fully resolves the Other Gains or Losses from Form 4797 issue for the tax year 2004.

Docket No. 19894-17            - 5 -

The remainder of the issues, as stated in the notice of deficiency upon which this case is based and as alleged in the Petition, remain in dispute.

                                    MICHAEL J. DESMOND
                                    Chief Counsel
                                    Internal Revenue Service

| /s/ Farley P. Katz | By: /s/ Ashley V. Targac |
|---|---|
| FARLEY P. KATZ | ASHLEY V. TARGAC |
| Counsel for Petitioners | Attorney |
| Tax Court Bar No. KF0053 | (Large Business & International) |
| Clark Hill Strasburger | Tax Court Bar No. VA0102 |
| The Bakery Building | Alliance Tower |
| 2301 Broadway Street | 8701 S. Gessner Road |
| San Antonio, TX 78215 | Suite 710 |
| Telephone: 210-250-6007 | Houston, TX 77074 |
| | Telephone: 281-721-7374 |
| Date: July 9 2019 | Date: 7/10/19 |