Exhibit J
Def. Response

## UNITED STATES TAX COURT

| | | |
|---|---|---|
| ALEXANDRU J. BITTNER & SHERRY BITTNER, | ) ) ) | |
| Petitioners, | ) ) | |
| v. | ) ) | Docket No. 19894-17 |
| COMMISSIONER OF INTERNAL REVENUE, | ) ) | Filed Electronically |
| Respondent. | ) | JUDGE KATHLEEN KERRIGAN |

### SECOND SUPPLEMENTAL STIPULATION OF SETTLED ISSUES

This stipulation supplements the parties' partial agreement set forth in the Stipulation of Settled Issues filed on March 28, 2019 and the First Supplemental Stipulation of Settled Issues filed on July 10, 2019. The parties have resolved the following additional issue:

12. Petitioners claimed $0.00 in foreign taxes paid on their original income tax returns for the tax years 2002, 2003, 2004, 2006, 2007, 2008, 2009, 2010 and 2011. If the Court finds that Petitioners have dividend income in tax years 2002 thru 2004, Petitioners are entitled to claim foreign income taxes paid in the amount of five percent of the dividend amount per year. ==Petitioners are entitled to claim foreign income taxes paid in the amount of $75,590.00, $174,472.00, $56,990.00, $24,480.00, $27,484.00 and $25,693.00 for the tax years 2006, 2007, 2008, 2009, 2010 and 2011, respectively==. Subject to computational adjustments and the limitations set forth in

Docket No. 19894-17                - 2 -

I.R.C. §§ 901 and 904, this stipulation fully resolves the foreign tax credit issue for all years at issue.

The remainder of the issues raised in the Petition and Amendment to Petition, as well as the penalties and additions to tax stated in the notice of deficiency, remain in dispute.

                                        MICHAEL J. DESMOND
                                        Chief Counsel
                                        Internal Revenue Service

| | |
|---|---|
| /s/ FARLEY P. KATZ | By: /s/ ASHLEY V. TARGAC |
| FARLEY P. KATZ | ASHLEY V. TARGAC |
| Counsel for Petitioners | Attorney |
| Tax Court Bar No. KF0053 | (Large Business & International) |
| Clark Hill Strasburger | Tax Court Bar No. VA0102 |
| The Bakery Building | Alliance Tower |
| 2301 Broadway Street | 8701 S. Gessner Road |
| San Antonio, TX 78215 | Suite 710 |
| Telephone: 210-250-6007 | Houston, TX 77074 |
| | Telephone: 281-721-7374 |
| Date: Sept 12, 2019 | Date: 9/13/19 |