Exhibit G
Def. Response

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:19-cv-00415 |
| | § | |
| ALEXANDRU BITTNER, | § | |
| Defendant. | § | |

### DECLARATION OF RACHAEL RUBENSTEIN

My name is Rachael Rubenstein. I am over 21 years of age, of sound mind, capable of making this Declaration and I have personal knowledge of the following facts:

1. I am an attorney admitted to practice in Texas and this Court and in good standing.

2. My law firm, Clark Hill Strasburger (formerly Strasburger & Price), and I have been representing Alexandru Bittner in connection with his IRS controversies related to income taxes, FBAR penalties, and Form 5471 penalties.

3. I have provided legal services in connection with representation of the Bitters, including the IRS administrative appeals and the litigation in this Court as well as in the United States Tax Court, Docket No. TL-19894-17.

4. On June 23, 2017, the IRS issued a Statutory Notice of Deficiency asserting that Alexandru and Sherry Bittner owed income tax and penalties. Excerpts from a true and accurate copy of the Notice of Deficiency are attached as Exhibit D to Defendant Alexandru Bittner's Response to the United States' Motion for Partial Summary Judgement.

5. In response to a FOIA request, the government produced a copy of Form 886-A, Explanation of Items, relating to the income tax examination of Alexandru and Sherry Bittner ("Revenue Agent Report"), prepared by Anh Reach. Excerpts from a true and

1

   accurate copy of the Revenue Agent Report are attached as Exhibit G to Defendant Alexandru Bittner's Response to the United States' Motion for Partial Summary Judgement.

6. On June 6, 2017, the IRS issued Alexandru Bittner a FinCEN Report 114, Notice of Proposed FBAR Penalties (including Letter 3709, Form 13449, Form 886-A). Excerpts from a true and accurate copy of the FinCEN Report 114 are attached as Exhibit H to Defendant Alexandru Bittner's Response to the United States' Motion for Partial Summary Judgement.

7. On July 10, 2019, the parties in Bittner v. Commissioner, United States Tax Court, Docket No. TL-19894-17, filed a Joint First Supplemental Stipulation of Settled Issues. Excerpts from a true and accurate copy of the Joint First Supplemental Stipulation of Settled Issues attached as Exhibit I to Defendant Alexandru Bittner's Response to the United States' Motion for Partial Summary Judgement.

8. On September 13, 2019, the parties in Bittner v. Commissioner, United States Tax Court, Docket No. TL-19894-17, filed a Joint Second Supplemental Stipulation of Settled Issues. Excerpts from a true and accurate copy of the Joint Second Supplemental Stipulation of Settled Issues attached as Exhibit J to Defendant Alexandru Bittner's Response to the United States' Motion for Partial Summary Judgement.

9. An attorney representing Mr. Bittner in his arbitration suit against CPA Jeff Beckley, provided me with discovery production received from Mr. Beckley, which included typed "Beckley CPA Notes On Mr. Alex Bittner (AB)" bates labeled BECKLEY-000026 – 34. Excerpts from a true and accurate copy of those Beckley CPA Notes are attached as Exhibit K to Defendant Alexandru Bittner's Response to the United States' Motion for Partial Summary Judgement.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of April, 2020

_____

Rachael Rubenstein

Legal\B6544\A63010\4847-8469-8554.v3-4/17/20