UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>v.<br><br>ALEXANDRU BITTNER<br>　　　　Defendant. | Case No.: 4:19-cv-00415 |

**PROPOSED ORDER DENYING THE UNITED STATES
MOTION FOR PARTIAL SUMMARY JUDGMENT**

　　　　Came on this day for consideration, United States' ("Plaintiff") Motion for Partial Summary Judgment ("Motion"). After due consideration of Plaintiff's Motion, and all responses and replies, this Court is of the opinion that Plaintiff's Motion should in all things be DENIED.

　　　　IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the United States' Motion for Partial Summary Judgment is in all things DENIED.

　　　　IT IS SO ORDERED.