## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>      Plaintiff,  )<br>  )<br>v.  )<br>  )<br>ALEXANDRU BITTNER,  )<br>      Defendant.  ) | Case No. 4:19-cv-00415<br><br>Filed Electronically |

## ORDER GRANTING DEFENDANT ALEXANDRU BITTNER'S MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

On this day came to be heard the Defendant's Motion for Leave to File Response to Plaintiff's Motion for Partial Summary Judgment. The Court finds that good cause exists for granting the Motion.

Accordingly, it is hereby ordered that the Motion is granted in its entirety and the Defendant's Response (Doc. 47), filed on April 18, 2020, is timely.