UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>) <br>v. ) <br>) <br>ALEXANDRU BITTNER, ) <br>      Defendant. ) | Case No. 4:19-cv-00415<br><br>Filed Electronically |

### DEFENDANT ALEXANDRU BITTNER'S UNOPPOSED MOTION FOR LEAVE TO FILE HIS RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendant, Alexandru Bittner, by his undersigned counsel, respectfully moves the Court for leave to file his response to Plaintiff's Motion for Partial Summary Judgment one day past the deadline and in support thereof, states:

1.    On April 3, 2020 the Court granted the parties' joint motion to extend the deadlines to respond to the parties' respective motions for partial summary judgment (Doc. 44). Thus, under the extended deadlines, the parties' responses to the respective motions for summary judgment were due April 17, 2020.

2.    At 12:30am on April 18, 2020, Defendant filed his Response to the United States' Motion for Partial Summary Judgement (Doc. 47), thirty minutes passed the April 17, 2020 deadline.

3.    In accordance with San Antonio Mayor Ron Nirenberg's Stay Home, Work Safe Order, Defendant's counsel is working from home. It took longer than anticipated for the undersigned counsel to remotely organize, mark, and appropriately redact the exhibits for Defendant's Response.

4. Defendant's counsel has conferred with Plaintiff's counsel regarding this Motion. It is unopposed.

WHEREFORE, Defendant respectfully requests the Court to grant this Motion.

Dated: April 20, 2020

Respectfully submitted,

CLARK HILL STRASBURGER

By: /s/ Rachael Rubenstein
RACHAEL RUBENSTEIN
State Bar No. 24073919
RRubenstein@clarkhill.com

CLARK HILL STRASBURGER
2301 Broadway Street
San Antonio, Texas 78215
210-250-6006 Ph.
210-258-2714 Fax

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 20, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Herbert W. Linder
Mary E. Smith
Attorneys, Tax Division
United States Department of Justice
Herbert.W.Linder@usdoj.gov
Mary.E.Smith@usdoj.gov
*Attorneys for Plaintiff*

/s/Rachael Rubenstein
RACHAEL RUBENSTEIN