UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Case No. 4:19-cv-00415 |
| v. ) | |
| ) | Filed Electronically |
| ALEXANDRU BITTNER, ) | |
| Defendant. ) | |

**ORDER GRANTING DEFENDANT ALEXANDRU BITTNER'S UNOPPOSED MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

On this day came to be heard the Defendant's Unopposed Motion for Leave to File Response to Plaintiff's Motion for Partial Summary Judgment. The Court finds that good cause exists for granting the Motion.

Accordingly, it is hereby ordered that the Motion is granted in its entirety and the Defendant's Response (Doc. 47), filed on April 18, 2020, is timely.