# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>      Plaintiff,    )<br>                              )<br>v.                            )<br>                              )<br>ALEXANDRU BITTNER,            )<br>      Defendant.    ) | Case No. 4:19-cv-00415<br><br>Filed Electronically |

## **ORDER**

On this day came to be heard the Defendant's Unopposed Motion for Leave to File Response to Plaintiff's Motion for Partial Summary Judgment (Dkt. #49). The Court finds that good cause exists for granting the Motion.

Accordingly, it is hereby **ORDERED** that the Motion is granted in its entirety and the Defendant's Response is deemed filed.

**SIGNED this 21st day of April, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE