IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ALEXANDRU BITTNER,<br>    Defendant. | )<br>)<br>)<br>)<br>)  Case No. 4:19-cv-00415<br>)<br>)<br>)<br>) |

**ORDER GRANTING THE UNITED STATES' MOTION TO EXTEND THE DEADLINE TO FILE A REPLY TO DEFENDANT'S RESPONSE TO THE UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Upon consideration of the United States' Motion to extend the deadline to file a reply to Defendant's Response to the United States' Motion for Partial Summary Judgment (ECF # 47) The Court finds that the Motion should be GRANTED.

IT IS ORDERED: that the United States shall have until May 4, 2020 to file a reply to Defendant's Response to the United States' Motion for Partially Summary Judgment.