IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>        Plaintiff,                                )<br>                                                    )<br>v.                                                  )<br>                                                    )   Case No. 4:19-cv-00415<br>ALEXANDRU BITTNER,                )<br>        Defendant.                         )<br>                                                    ) | |

### ORDER

Upon consideration of the United States' Motion to extend the deadline to file a reply to Defendant's Response to the United States' Motion for Partial Summary Judgment (Dkt. #51), the Court is of the opinion that the Motion should be **GRANTED**.

The United States shall have until May 4, 2020 to file its reply.

**IT IS SO ORDERED.**

**SIGNED this 24th day of April, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE