UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ALEXANDRU BITTNER,<br>    Defendant.<br>_____ | )<br>)<br>)<br>)<br>)   Case No. 4:19-cv-00415<br>)<br>)<br>)<br>) |

**ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMICUS REPLY BRIEF IN SUPPORT OF ALEXANDRU BITTNER'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND GRANTING MOTION FOR LEAVE TO EXCEED THE PAGE LIMITS**

Upon consideration of the Patels' Motion for Leave to File an Amicus Reply Brief in Support of Alexandru Bittner, the Court finds that the Motion should be GRANTED.

Upon consideration of the Patels' Motion for Leave to Exceed the Page Limits, the Court finds that the MOTION should be GRANTED.

IT IS ORDERED that the Patels' Amicus Reply Brief in Support of Alexandru Bittner is deemed filed as of the original date of its filing, May 1, 2020.