```
IMFOLR        0102 30198912P01  IMF POSTED TC150 RETURN NM CTRL:BITT WEEKLY
89221-069-30230-0                *RETENTION REGISTER*            UP-CYC:1704

            MATH ERR:                    CYCLE:19901208    SELF  :1
SCHEDULE C:N  CHECKBOX      :    POSTING DATE:04-15-1990 SPOUSE:1
SCHEDULE D:N  NAICS CODE    :    FTP START DT:04-15-1990 CHILDREN HOME:  1
SCHEDULE F:N  PREPARER CODES:    RET PROCESS :           CHILDREN AWAY:  0
FORM 2555 :N  DELINQUENT MOS:    CSED        :           PARENTS AT HOME:0
ISSC      :   PREPARER      :    POLITICAL CHECKOFF: 0   OTHER CHILDREN: 0
CISSC     :   BUSINESS EIN:      ELDERLY CREDITS:   0    OTHER EXEMTNS:  0
HIGH-INC :0   SCHEDL F EIN:      ES TAX FORGIVNESS: 00%  EIC EXEMPTION:  0
ES DISC  :    CCC:              ES PENLTY EXCPTN 5: 0    F8913 IND:0
INDS:                                                    NEW TPI CLASS:74
WAGES          31,674.00  TOTAL TAX           .00   WITHOLDNG     3,205.56-
INTRST INC        531.00  TENTTAX CMP         .00   REMITANCE           .00
ITEMZD DED     27,920.00  TOTTAX -IRA         .00   CRED ELEC           .00
TXBLE INC           .00   SE TAX              .00   ADVND EIC           .00
T. POS INC     33,312.00  AGI           33,313.18   ES TX CRE           .00
NET INV IN          .00   TOTAL APTC          .00   ES TX BSE           .00
NET INV TX          .00   TOTAL PTC           .00   PY ES TXB           .00
SS ADD CMP          .00   APTC REPMT          .00   TREC FTHB           .00
RR ADD CMP          .00   LIMIT AMT           .00   PTC EXPSR           .00

            PAGE 001 OF 002        ►IMFPG 002                     DS:V


IMFOLR        0102 30198912P02  IMF POSTED TC150 RETURN NM CTRL:BITT WEEKLY
89221-069-30230-0                *RETENTION REGISTER*            UP-CYC:1704


TAX SHOWN              .00   TAX ASSED         .00


                             PRIMARY             SECONDARY
SELF EMPLOYMENT INCOME             .00                 .00
SOCIAL SECURITY MEDICARE           .00                 .00
TOTAL WAGES                        .00                 .00
SOCIAL SECURITY WAGES (COMPUTER)   .00                 .00
MEDICARE TIP                       .00                 .00
UNREPORTED TIP INCOME              .00                 .00
```

**GOVERNMENT EXHIBIT**

19-cv415
No. 75

```
            PAGE 002 OF 002        ►IMFPG 001                     DS:V
```

```
IMFOLT        0102 30198912P01   IMF TAX MODULE            NM CTRL:BITT WEEKLY
89221-069-30230-0       *RETENTION REGISTER*      SPSSN              UP-CYC:1704
ALEXANDRO J & HUI-JU BITTNER                          TOT EXEMPTIONS:03 BFS  :
HUI-JU BITTNER                         FSC:2 STATUS:12 STATUS DATE:04021990 AIMS :0
NEXT  CSED:04-15-2000 ASSESSD BAL:         .00 SETTL DATE:04021990 LIEN :
LAST  CSED:           TOT INTERST:         .00 INTEREST DATE:04021990 BWI  :
FIRST CSED:           INT ASSESSD:         .00 DISASTER RDD :        BWNC :0
      ASED:04-15-1993 INT PAID:            .00 DISASTERSTART:        CC81 :0
      RSED:04-15-1993 FTP TOTAL:           .00 GOVRN SC:89 HIST LC:95 CC85 :0
    FREEZE:    -      FTP ASSESSD:         .00 MATH IN: TDA COPY:    TC914:0
INDICATORS:                                                          CAF  :
EFT-IND:0 DDRC:00 PDC-CD:00  SBND1:00 SBND2:00 SBND3:00 MEFBI:0      ARDI :0
SETTL CYC:19901208  FEB15 RFND FRZ:0  LEVY-971-IND:00
TC   DATE      AMOUNT        CYCLE       DLN              VARIABLE DATA
150 04021990         .00  19901208 89221-069-30230-0 RECEIVED-DATE: 04151990
806 04151990    3,205.56- 19901208 89221-069-30230-0
846 04021990    3,205.56  19901208 89221-069-30230-0 RFND-INT:          .00
            DD:0                                     RFND-PAY-DATE:03301990


        PAGE 001 OF 001         ►IMFPG 001                              DS:V
```

```
    IMFOLR          0102 301988 12P01   IMF POSTED TC150 RETURN NM CTRL:BITT WEEKLY
    89222-102-64144-9                   *RETENTION REGISTER*                UP-CYC:1704

                    MATH ERR:                       CYCLE:19892208    SELF  :1
    SCHEDULE C:N    CHECKBOX      :     POSTING DATE:04-15-1989 SPOUSE:1
    SCHEDULE D:Y    NAICS CODE    :     FTP START DT:06-22-1989 CHILDREN HOME:  1
    SCHEDULE F:N    PREPARER CODES:     RET PROCESS :           CHILDREN AWAY:  0
    FORM 2555 :N    DELINQUENT MOS:     CSED        :           PARENTS AT HOME:2
    ISSC      :     PREPARER      :     POLITICAL CHECKOFF: 0   OTHER CHILDREN: 0
    CISSC     :     BUSINESS EIN:       ELDERLY CREDITS:    0   OTHER EXEMTNS:  0
    HIGH-INC :0     SCHEDL F EIN:       ES TAX FORGIVNESS: 00%  EIC EXEMPTION:  0
    ES DISC   :     CCC:                ES PENLTY EXCPTN 5: 1   F8913 IND:0
    INDS:                                                       NEW TPI CLASS:74
    WAGES           43,771.00  TOTAL TAX       7,578.00  WITHOLDNG       4,848.82-
    INTRST INC         486.00  TENTTAX CMP     7,578.00  REMITANCE       2,729.18-
    ITEMZD DED            .00  TOTTAX -IRA     7,578.00  CRED ELEC            .00
    TXBLE INC       40,871.88  SE TAX               .00  ADVND EIC            .00
    T. POS INC      55,621.00  AGI            55,621.88  ES TX CRE            .00
    NET INV IN            .00  TOTAL APTC           .00  ES TX BSE       7,578.00
    NET INV TX            .00  TOTAL PTC            .00  PY ES TXB            .00
    SS ADD CMP            .00  APTC REPMT           .00  TREC FTHB            .00
    RR ADD CMP            .00  LIMIT AMT            .00  PTC EXPSR            .00

                    PAGE 001 OF 002        ▶IMFPG 002                         DS:V



    IMFOLR          0102 301988 12P02   IMF POSTED TC150 RETURN NM CTRL:BITT WEEKLY
    89222-102-64144-9                   *RETENTION REGISTER*                UP-CYC:1704


    TAX SHOWN        7,578.00  TAX ASSED       7,578.00


                                           PRIMARY              SECONDARY
    SELF EMPLOYMENT INCOME                      .00                   .00
    SOCIAL SECURITY MEDICARE                    .00                   .00
    TOTAL WAGES                                 .00                   .00
    SOCIAL SECURITY WAGES (COMPUTER)            .00                   .00
    MEDICARE TIP                                .00                   .00
    UNREPORTED TIP INCOME                       .00                   .00




                    PAGE 002 OF 002        ▶IMFPG 001                         DS:V
```

04/23/2020

```
RTVUE          0102 30198712    001
```

RECORD NOT FOUND

```
IMFOLT         0102 30198812P01   IMF TAX MODULE          NM CTRL:BITT WEEKLY
89222-102-64144-9       *RETENTION REGISTER*       SPSSN           UP-CYC:1704
ALEXANDRO J & HUI-JU BITTNER                           TOT EXEMPTIONS:05 BFS  :
HUI-JU BITTNER                        FSC:2 STATUS:12 STATUS DATE:06121989 AIMS :0
NEXT  CSED:06-12-1999 ASSESSD BAL:          .00 SETTL DATE:06121989 LIEN :
LAST  CSED:           TOT INTERST:         .00  INTEREST DATE:06121989 BWI  :
FIRST CSED:           INT ASSESSD:         .00  DISASTER RDD :         BWNC :0
      ASED:04-15-1992 INT PAID:            .00  DISASTERSTART:         CC81 :0
      RSED:04-15-1992 FTP TOTAL:           .00  GOVRN SC:89 HIST LC:95 CC85 :0
    FREEZE:   -       FTP ASSESSD:         .00  MATH IN: TDA COPY:     TC914:0
INDICATORS:                                                            CAF  :
EFT-IND:0 DDRC:00 PDC-CD:00  SBND1:00 SBND2:00 SBND3:00 MEFBI:0        ARDI :0
SETTL CYC:19892208  FEB15 RFND FRZ:0  LEVY-971-IND:00
TC   DATE       AMOUNT      CYCLE      DLN             VARIABLE DATA
150 06121989      7,578.00  19892208 89222-102-64144-9 RECEIVED-DATE: 04151989
806 04151989      4,848.82- 19892208 89222-102-64144-9
610 04121989      2,729.18- 19891708 89222-502-64144-9


              PAGE 001 OF 001          ▶IMFPG 001                      DS:V
```

```
IMFOLR         0102 30198712P01  IMF POSTED TC150 RETURN NM CTRL:BITT WEEKLY
89221-065-95976-8                   *RETENTION REGISTER*              UP-CYC:1704

                 MATH ERR:257-000-000-000-000   CYCLE:19881308   SELF  :1
SCHEDULE C:Y   CHECKBOX        :        POSTING DATE:04-15-1988 SPOUSE:1
SCHEDULE D:N   NAICS CODE   :000232    FTP START DT:04-21-1988 CHILDREN HOME:  1
SCHEDULE F:N   PREPARER CODES:          RET PROCESS :           CHILDREN AWAY:  0
FORM 2555 :N   DELINQUENT MOS:          CSED        :           PARENTS AT HOME:2
ISSC      :    PREPARER    :            POLITICAL CHECKOFF: 0   OTHER CHILDREN: 0
CISSC     :    BUSINESS EIN:            ELDERLY CREDITS:    0   OTHER EXEMTNS:  0
HIGH-INC  :0   SCHEDL F EIN:            ES TAX FORGIVNESS: 100% EIC EXEMPTION:  0
ES DISC   :    CCC:                     ES PENLTY EXCPTN 5: 0   F8913 IND:0
INDS:                                                           NEW TPI CLASS:74
WAGES           28,223.00  TOTAL TAX              .00  WITHOLDNG      2,666.82-
INTRST INC         312.00  TENTTAX CMP            .00  REMITANCE           .00
ITEMZD DED            .00  TOTTAX -IRA            .00  CRED ELEC           .00
TXBLE INC             .00  SE TAX                 .00  ADVND EIC           .00
T. POS INC      30,270.00  AGI              11,855.41  ES TX CRE           .00
NET INV IN            .00  TOTAL APTC             .00  ES TX BSE           .00
NET INV TX            .00  TOTAL PTC              .00  PY ES TXB           .00
SS ADD CMP            .00  APTC REPMT             .00  TREC FTHB           .00
RR ADD CMP            .00  LIMIT AMT              .00  PTC EXPSR           .00

                 PAGE 001 OF 002      ▶IMFPG 002                           DS:V
```

04/23/2020

DOJ 005011

```
IMFOLT        0102 30198712P01  IMF TAX MODULE         NM CTRL:BITT WEEKLY
89247-661-00842-9      *RETENTION REGISTER*      SPSS             UP-CYC:1704
ALEXANDRO J & HUI-JU BITTNER                     TOT EXEMPTIONS:05 BFS  :
HUI-JU BITTNER                      FSC:2 STATUS:12 STATUS DATE:11131989 AIMS :0
NEXT  CSED:04-15-1998 ASSESSD BAL:         .00 SETTL DATE:04111988 LIEN :
LAST  CSED:           TOT INTERST:       28.28 INTEREST DATE:11271989 BWI  :
FIRST CSED:           INT ASSESSD:       28.28 DISASTER RDD :          BWNC :0
      ASED:04-15-1991 INT PAID:          28.28-DISASTERSTART:          CC81 :0
      RSED:04-15-1991 FTP TOTAL:           .00 GOVRN SC:89 HIST LC:95 CC85 :0
   FREEZE:      -     FTP ASSESSD:         .00 MATH IN: TDA COPY:2419 TC914:0
INDICATORS:                                                           CAF  :
EFT-IND:0 DDRC:00 PDC-CD:00  SBND1:00 SBND2:00 SBND3:00 MEFBI:0       ARDI :0
SETTL CYC:19881308  FEB15 RFND FRZ:0  LEVY-971-IND:00
TC   DATE     AMOUNT       CYCLE        DLN           VARIABLE DATA
150 04111988        .00  19881308 89221-065-95976-8 RECEIVED-DATE: 04151988
806 04151988   2,666.82- 19881308 89221-065-95976-8
768 04151988     357.00- 19881308 89221-065-95976-8
846 04111988   3,023.82  19881308 89221-065-95976-8 RFND-INT:           .00
          DD:0                                      RFND-PAY-DATE:04081988
420 07231988        .00  19883108 95277-205-00000-8 SOURCE-CD:02 PBC:000
                                                    SBC:00000 EGC:2000


               PAGE 001 OF 002       ▶IMFPG 002                   DS:V



IMFOLT        102 30198712P02  IMF TAX MODULE       NM CTRL:BITT WEEKLY
                    *RETENTION REGISTER*                           UP-CYC:1704
TC    DATE    AMOUNT       CYCLE        DLN           VARIABLE DATA
300 10091989     188.00  19893908 89247-661-00842-9 NOLCF DIS
          CF-NUM:  EXAM-CLM:  DISPOSAL-CD:03        NOL CRDIS
                                                    EXM UNAGD
          RSN-CD-1:000 RSN-CD-2:000                 NOL CLAIM
          RSN-CD-3:000 PEN-RSN-CD:000               EX CLMDIS
421 10091989        .00  19893908 89247-661-00842-9
336 10091989      28.28  19893908 89247-661-00842-9
670 10201989     216.28- 19894408 89219-293-02009-9




               PAGE 002 OF 002       ▶IMFPG 001                   DS:V
```

04/23/2020