# Form 1040 — U.S. Individual Income Tax Return — 1989

Department of the Treasury—Internal Revenue Service

For the year Jan.–Dec. 31, 1989, or other tax year beginning _____, 1989, ending _____, 19 ___   OMB No. 1545-0074

**Label** (Use IRS label. Otherwise, please print or type.)

- Your first name and initial | Last name | Your social security number
- If a joint return, spouse's first name and initial | Last name | Spouse's social security number
- Home address (number and street). (If a P.O. box, see page 7 of Instructions.) | Apt. no.
- City, town or post office, state and ZIP code. (If a foreign address, see page 7.)

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

**Presidential Election Campaign**
- Do you want $1 to go to this fund? . . . . . . . . . . .   Yes [ ]   No [ ]
- If joint return, does your spouse want $1 to go to this fund? .   Yes [ ]   No [ ]

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** (Check only one box.)

1. [ ] Single
2. [ ] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's social security no. above and full name here. _____
4. [ ] Head of household (with qualifying person). (See page 7 of Instructions.) If the qualifying person is your child but not your dependent, enter child's name here. _____
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ___ ). (See page 7 of Instructions.)

**Exemptions** (See Instructions on page 8.)

6a [ ] Yourself   If someone (such as your parent) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2 . .
b  [ ] Spouse

c Dependents:

| (1) Name (first, initial, and last name) | (2) Check if under age 2 | (3) If age 2 or older, dependent's social security number | (4) Relationship | (5) No. of months lived in your home in 1989 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of boxes checked on 6a and 6b ____
No. of your children on 6c who:
• lived with you ____
• didn't live with you due to divorce or separation (see page 9) ____
No. of other dependents on 6c ____
Add numbers entered on lines above ▶ ____

If more than 6 dependents, see Instructions on page 8.

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ [ ]
e Total number of exemptions claimed . . . . . . . . . . . . . . . . . . . . . .

**Income** (Please attach Copy B of your Forms W-2, W-2G, and W-2P here. If you do not have a W-2, see page 6 of Instructions.)

7   Wages, salaries, tips, etc. (attach Form(s) W-2) . . . . . . . . . . . . .   7
8a  **Taxable** interest income (also attach Schedule B if over $400) . . . . . . . .   8a
 b  Tax-exempt interest income (see page 10). DON'T include on line 8a.   8b
9   Dividend income (also attach Schedule B if over $400) . . . . . . . . . .   9
10  Taxable refunds of state and local income taxes, if any, from worksheet on page 11 of Instructions . .   10
11  Alimony received . . . . . . . . . . . . . . . . . . . . . . . . .   11
12  Business income or (loss) (attach Schedule C) . . . . . . . . . . . . .   12
13  Capital gain or (loss) (attach Schedule D) . . . . . . . . . . . . . . .   13
14  Capital gain distributions not reported on line 13 (see page 11) . . . . . . . .   14
15  Other gains or (losses) (attach Form 4797) . . . . . . . . . . . . . . .   15
16a Total IRA distributions .   16a ____   16b Taxable amount (see page 11)   16b
17a Total pensions and annuities   17a ____   17b Taxable amount (see page 12)   17b
18  Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) . . . . . .   18
19  Farm income or (loss) (attach Schedule F) . . . . . . . . . . . . . . .   19
20  Unemployment compensation (insurance) (see page 13) . . . . . . . . . .   20
21a Social security benefits .   21a ____   21b Taxable amount (see page 13)   21b
22  Other income (list type and amount—see page 13) _____   22
23  Add the amounts shown in the far right column for lines 7 through 22. This is your **total income** ▶   23

Please attach check or money order here.

**Adjustments to Income** (See Instructions on page 14.)

24  Your IRA deduction, from applicable worksheet on page 14 or 15   24
25  Spouse's IRA deduction, from applicable worksheet on page 14 or 15   25
26  Self-employed health insurance deduction, from worksheet on page 15   26
27  Keogh retirement plan and self-employed SEP deduction . .   27
28  Penalty on early withdrawal of savings . . . . . . . . .   28
29  Alimony paid. a Recipient's last name _____
    and b social security number . . . _____   29
30  Add lines 24 through 29. These are your **total adjustments** . . . . . . . ▶   30

**Adjusted Gross Income**

31  Subtract line 30 from line 23. This is your **adjusted gross income**. If this line is less than $19,340 and a child lived with you, see "Earned Income Credit" (line 58) on page 20 of the Instructions. If you want IRS to figure your tax, see page 16 of the Instructions . . . ▶   31

GOVERNMENT EXHIBIT
19-cv-415
No. 77

Form 1040 (1989) Page **2**

| | | | |
|---|---|---|---|
| **Tax Compu- tation** | 32 | Amount from line 31 (adjusted gross income) | 32 |
| | 33a | Check if: ☐ **You** were 65 or older  ☐ Blind;  ☐ **Spouse** was 65 or older  ☐ Blind. Add the number of boxes checked and enter the total here ▶ | 33a |
| | b | If someone (such as your parent) can claim you as a dependent, check here ▶ | 33b ☐ |
| | c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 16 and check here ▶ | 33c ☐ |
| | 34 | Enter the larger of: • Your **standard deduction** (from page 17 of the Instructions), OR • Your **itemized deductions** (from Schedule A, line 26). If you itemize, attach Schedule A and check here ▶ ☐ | 34 |
| | 35 | Subtract line 34 from line 32. Enter the result here | 35 |
| | 36 | Multiply $2,000 by the total number of exemptions claimed on line 6e | 36 |
| | 37 | **Taxable income.** Subtract line 36 from line 35. Enter the result (if less than zero, enter zero) **Caution:** If under age 14 and you have more than $1,000 of investment income, check here ▶ ☐ and see page 17 to see if you have to use Form 8615 to figure your tax. | 37 |
| | 38 | Enter tax. Check if from: **a** ☐ Tax Table, **b** ☐ Tax Rate Schedules, or **c** ☐ Form 8615. (If any is from Form(s) 8814, enter that amount here ▶ **d** _____.) | 38 |
| | 39 | Additional taxes (see page 18). Check if from: **a** ☐ Form 4970   **b** ☐ Form 4972 | 39 |
| | 40 | Add lines 38 and 39. Enter the total ▶ | 40 |
| **Credits** (See Instructions on page 18.) | 41 | Credit for child and dependent care expenses *(attach Form 2441)*  | 41 |
| | 42 | Credit for the elderly or the disabled *(attach Schedule R)* | 42 |
| | 43 | Foreign tax credit *(attach Form 1116)* | 43 |
| | 44 | General business credit. Check if from: **a** ☐ Form 3800 or  **b** ☐ Form (specify) _____ | 44 |
| | 45 | Credit for prior year minimum tax *(attach Form 8801)* | 45 |
| | 46 | Add lines 41 through 45. Enter the total | 46 |
| | 47 | Subtract line 46 from line 40. Enter the result (if less than zero, enter zero) ▶ | 47 |
| **Other Taxes** (Including Advance EIC Payments) | 48 | Self-employment tax *(attach Schedule SE)* | 48 |
| | 49 | Alternative minimum tax *(attach Form 6251)* | 49 |
| | 50 | Recapture taxes (see page 18). Check if from: **a** ☐ Form 4255   **b** ☐ Form 8611 | 50 |
| | 51 | Social security tax on tip income not reported to employer *(attach Form 4137)* | 51 |
| | 52 | Tax on an IRA or a qualified retirement plan *(attach Form 5329)* | 52 |
| | 53 | Add lines 47 through 52. Enter the total ▶ | 53 |
| **Medicare Premium** | 54 | Supplemental Medicare premium *(attach Form 8808)* | 54 |
| | 55 | Add lines 53 and 54. This is your **total tax** and any supplemental Medicare premium ▶ | 55 |
| **Payments** Attach Forms W-2, W-2G, and W-2P to front. | 56 | Federal income tax withheld (if any is from Form(s) 1099, check ▶ ☐) | 56 |
| | 57 | 1989 estimated tax payments and amount applied from 1988 return | 57 |
| | 58 | Earned income credit (see page 20) | 58 |
| | 59 | Amount paid with Form 4868 (extension request) | 59 |
| | 60 | Excess social security tax and RRTA tax withheld (see page 20) | 60 |
| | 61 | Credit for Federal tax on fuels *(attach Form 4136)* | 61 |
| | 62 | Regulated investment company credit *(attach Form 2439)* | 62 |
| | 63 | Add lines 56 through 62. These are your **total payments** ▶ | 63 |
| **Refund or Amount You Owe** | 64 | If line 63 is larger than line 55, enter amount **OVERPAID** ▶ | 64 |
| | 65 | Amount of line 64 to be **REFUNDED TO YOU** ▶ | 65 |
| | 66 | Amount of line 64 to be **APPLIED TO YOUR 1990 ESTIMATED TAX** ▶ | 66 |
| | 67 | If line 55 is larger than line 63, enter **AMOUNT YOU OWE**. Attach check or money order for full amount payable to "Internal Revenue Service." Write your social security number, daytime phone number, and "1989 Form 1040" on it ▶ | 67 |
| | 68 | Penalty for underpayment of estimated tax (see page 21) | 68 |

**Sign Here**
(Keep a copy of this return for your records.)

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation |
|---|---|---|
| Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation |

**Paid Preparer's Use Only**

| Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no. |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | | E.I. No. | |
| | | ZIP code | |

DOJ 005080