# Form 1040 — U.S. Individual Income Tax Return 1990

Department of the Treasury—Internal Revenue Service

For the year Jan.–Dec. 31, 1990, or other tax year beginning _____, 1990, ending _____, 19__   OMB No. 1545-0074

**Label** (See Instructions on page 8.)
Use IRS label. Otherwise, please print or type.

Your first name and initial: **Alexandru**   Last name: **Bittner**
Your social security number: ___-__-0102

If a joint return, spouse's first name and initial: **Sherry**   Last name: **Bittner**
Spouse's social security number: [redacted]

Home address (number and street). (If you have a P.O. box, see page 9.): [redacted]   Apt no.: ___

City, town or post office, state, and ZIP code. (If you have a foreign address, see page 9.): [redacted]

For Privacy Act and Paperwork Reduction Act Notice, see Instructions.

**Presidential Election Campaign** (See page 9.)
Do you want $1 to go to this fund?   Yes ☐   No ☒
If joint return, does your spouse want $1 to go to this fund?   Yes ☐   No ☒
Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** — Check only one box.
1. ☐ Single. (See page 10 to find out if you can file as head of household.)
2. ☒ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶ _____
4. ☐ Head of household (with qualifying person). (See page 10.) If the qualifying person is your child but not your dependent, enter this child's name here. ▶ _____
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19__). (See page 10.)

**Exemptions** (See Instructions on page 10.)

6a ☐ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a. But be sure to check the box on line 33b on page 2
b ☐ Spouse
No. of boxes checked on 6a and 6b: **2**

c Dependents:
| (1) Name (first, initial, and last name) | (2) Check if under age 2 | (3) If age 2 or older, dependent's social security number | (4) Dependent's relationship to you | (5) No. of months lived in your home in 1990 |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

No. of your children on 6c who:
• lived with you ___
• didn't live with you due to divorce or separation (see page 11) ___

No. of other dependents on 6c ___

If more than 6 dependents, see Instructions on page 11.

d If your child didn't live with you but is claimed as your dependent under a pre-1985 agreement, check here ▶ ☐
e Total number of exemptions claimed ............ **2**

**Income**
Attach Copy B of your Forms W-2, W-2G, and W-2P here.
If you do not have a W-2, see page 8.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. (attach Form(s) W-2) | |
| 8a | Taxable interest income (also attach Schedule B if over $400) | |
| b | Tax-exempt interest income (see page 13). DON'T include on line 8a. 8b ___ | |
| 9 | Dividend income (also attach Schedule B if over $400) | **47,000** |
| 10 | Taxable refunds of state and local income taxes, if any, from worksheet on page 14 | |
| 11 | Alimony received | |
| 12 | Business income or (loss) (attach Schedule C) | |
| 13 | Capital gain or (loss) (attach Schedule D) | |
| 14 | Capital gain distributions not reported on line 13 (see page 14) | |
| 15 | Other gains or (losses) (attach Form 4797) | |
| 16a | Total IRA distributions  16a ___   16b Taxable amount (see page 14)  16b | |
| 17a | Total pensions and annuities  17a ___   17b Taxable amount (see page 14)  17b | |
| 18 | Rents, royalties, partnerships, estates, trusts, etc. (attach Schedule E) | |
| 19 | Farm income or (loss) (attach Schedule F) | |
| 20 | Unemployment compensation (insurance) (see page 16) | |
| 21a | Social security benefits  21a ___   21b Taxable amount (see page 16)  21b | |
| 22 | Other income (list type and amount—see page 16) Excl. Income Statement 1 | (47,000) |
| 23 | Add the amounts shown in the far right column for lines 7 through 22. This is your total income ▶ | 0 |

Attach check or money order on top of any Forms W-2, W-2G, or W-2P.

**Adjustments to Income** (See Instructions on page 17.)

| Line | Description | Amount |
|---|---|---|
| 24a | Your IRA deduction, from applicable worksheet on page 17 or 18  24a | |
| b | Spouse's IRA deduction, from applicable worksheet on page 17 or 18  24b | |
| 25 | One-half of self-employment tax (see page 18)  25 | |
| 26 | Self-employed health insurance deduction, from worksheet on page 18  26 | |
| 27 | Keogh retirement plan and self-employed SEP deduction  27 | |
| 28 | Penalty on early withdrawal of savings  28 | |
| 29 | Alimony paid. Recipient's SSN ▶ _____  29 | |
| 30 | Add lines 24a through 29. These are your total adjustments ▶ | |

**Adjusted Gross Income**

31 Subtract line 30 from line 23. This is your adjusted gross income. If this amount is less than $20,264 and a child lived with you, see page 23 to find out if you can claim the "Earned Income Credit" on line 57 ▶ | **0**

GOVERNMENT EXHIBIT
19-cv-0415
No. 80

DOJ 003593

Form 1040 (1990) — Page 2

### Tax Computation

| Line | Description | Amount |
|---|---|---|
| 32 | Amount from line 31 (adjusted gross income) | 0 |
| 33a | Check if: ☐ You were 65 or older ☐ Blind; ☐ Spouse was 65 or older ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a | |
| 33b | If your parent (or someone else) can claim you as a dependent, check here ▶ 33b ☐ | |
| 33c | If you are married filing a separate return and your spouse itemizes deductions, or you are a dual-status alien, see page 19 and check here ▶ 33c ☐ | |

If you want IRS to figure your tax, see instructions on page 19.

| 34 | Enter the larger of: • Your standard deduction (from the chart (or worksheet) on page 20 that applies to you), OR • Your itemized deductions (from Schedule A, line 27). If you itemize, attach Schedule A and check here ▶ ☐ | 5,450 |
|---|---|---|
| 35 | Subtract line 34 from line 32 | (5,450) |
| 36 | Multiply $2,050 by the total number of exemptions claimed on line 6e | 4,100 |
| 37 | Taxable income. Subtract line 36 from line 35. (If line 36 is more than line 35, enter -0-.) | 0 |
| 38 | Enter tax. Check if from: a ☐ Tax Table, b ☐ Tax Rate Schedules, or c ☐ Form 8615 (see page 21) (If any is from Form(s) 8814, enter that amount here ▶ d _____ .) | 0 |
| 39 | Additional taxes (see page 21). Check if from: a ☐ Form 4970  b ☐ Form 4972 | |
| 40 | Add lines 38 and 39 | 0 |

### Credits (See Instructions on page 21.)

| Line | Description | Amount |
|---|---|---|
| 41 | Credit for child and dependent care expenses (attach Form 2441) | |
| 42 | Credit for the elderly or the disabled (attach Schedule R) | |
| 43 | Foreign tax credit (attach Form 1116) | |
| 44 | General business credit. Check if from: a ☐ Form 3800 or b ☐ Form (specify) _____ | |
| 45 | Credit for prior year minimum tax (attach Form 8801) | |
| 46 | Add lines 41 through 45 | |
| 47 | Subtract line 46 from line 40. (If line 46 is more than line 40, enter -0-.) | 0 |

### Other Taxes

| Line | Description | Amount |
|---|---|---|
| 48 | Self-employment tax (attach Schedule SE) | |
| 49 | Alternative minimum tax (attach Form 6251) | |
| 50 | Recapture taxes (see page 22). Check if from: a ☐ Form 4255  b ☐ Form 8611 | |
| 51 | Social security tax on tip income not reported to employer (attach Form 4137) | |
| 52 | Tax on an IRA or a qualified retirement plan (attach Form 5329) | |
| 53 | Advance earned income credit payments from Form W-2 | |
| 54 | Add lines 47 through 53. This is your total tax | 0 |

### Payments (Attach Forms W-2, W-2G, and W-2P to front)

| Line | Description | Amount |
|---|---|---|
| 55 | Federal income tax withheld (if any is from Form(s) 1099, check ▶ ☐) | |
| 56 | 1990 estimated tax payments and amount applied from 1989 return | |
| 57 | Earned income credit (see page 23) | |
| 58 | Amount paid with Form 4868 (extension request) | |
| 59 | Excess social security tax and RRTA tax withheld (see page 24) | |
| 60 | Credit for Federal tax on fuels (attach Form 4136) | |
| 61 | Regulated investment company credit (attach Form 2439) | |
| 62 | Add lines 55 through 61. These are your total payments | 0 |

### Refund or Amount You Owe

| Line | Description | Amount |
|---|---|---|
| 63 | If line 62 is more than line 54, enter amount OVERPAID | |
| 64 | Amount of line 63 to be REFUNDED TO YOU | |
| 65 | Amount of line 63 to be APPLIED TO YOUR 1991 ESTIMATED TAX ▶ | |
| 66 | If line 54 is more than line 62, enter AMOUNT YOU OWE. Attach check or money order for full amount payable to "Internal Revenue Service." Write your name, address, social security number, daytime phone number, and "1990 Form 1040" on it | 0 |
| 67 | Estimated tax penalty (see page 25) | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation

Spouse's signature (if joint return, BOTH must sign) | Date | Spouse's occupation

Keep a copy of this return for your records.

### Paid Preparer's Use Only

Preparer's signature | Date | Check if self-employed ☐ | Preparer's social security no.

Firm's name (or yours if self-employed) and address: Beckley CPA PC, 2222 W Spring Creek Pkwy #215 Plano, TX | E.I. No | ZIP code 75023

DOJ 003596

| SCHEDULES A&B (Form 1040) Department of the Treasury Internal Revenue Service (O) | Schedule A—Itemized Deductions (Schedule B is on back) ▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040). | OMB No. 1545-0074 **1990** Attachment Sequence No 07 |
|---|---|---|
| Name(s) shown on Form 1040 | | Your social security number |

| | | | | |
|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: *Do not include expenses reimbursed or paid by others.* | | |
| | 1 | Medical and dental expenses. (See page 27 of the Instructions.) | 1 | |
| | 2 | Enter amount from Form 1040, line 32 . | 2 | |
| | 3 | Multiply the amount on line 2 by 7.5% (.075). Enter the result . | 3 | |
| | 4 | Subtract line 3 from line 1. Enter the result. If less than zero, enter -0- ▶ | 4 | |
| **Taxes You Paid** (See Instructions on page 27.) | 5 | State and local income taxes . . . . . . . . . . | 5 | |
| | 6 | Real estate taxes . . . . . . . . . . . . . | 6 | |
| | 7 | Other taxes. (List—Include personal property taxes.) ▶ ........ | 7 | |
| | 8 | Add the amounts on lines 5 through 7. Enter the total . . . . . . . . . ▶ | 8 | |
| **Interest You Paid** (See Instructions on page 27.) | 9a | Deductible home mortgage interest paid to financial institutions and reported to you on Form 1098. Report deductible points on line 10 . . | 9a | |
| | b | Other deductible home mortgage interest. (If paid to an Individual, show that person's name and address.) ▶ ............ ............................................. | 9b | |
| | 10 | Deductible points. (See Instructions for special rules.) . . . | 10 | |
| | 11 | Deductible investment interest (attach Form 4952 if required). (See page 28.) . . . . . . . . . . . . . . . | 11 | |
| | 12a | Personal interest you paid. (See page 28.) | 12a | |
| | b | Multiply the amount on line 12a by 10% (.10). Enter the result . | 12b | |
| | 13 | Add the amounts on lines 9a through 11, and 12b. Enter the total . . . . . . . ▶ | 13 | |
| **Gifts to Charity** (See Instructions on page 29.) | | Caution: *If you made a charitable contribution and received a benefit in return, see page 29 of the Instructions.* | | |
| | 14 | Contributions by cash or check . . . . . . . . . . | 14 | |
| | 15 | Other than cash or check. (You MUST attach Form 8283 if over $500.) | 15 | |
| | 16 | Carryover from prior year. . . . . . . . . . . . | 16 | |
| | 17 | Add the amounts on lines 14 through 16. Enter the total . . . . . . . . ▶ | 17 | |
| **Casualty and Theft Losses** | 18 | Casualty or theft loss(es) (attach Form 4684). (See page 29 of the Instructions.) ▶ | 18 | |
| **Moving Expenses** | 19 | Moving expenses (attach Form 3903 or 3903F). (See page 30 of the Instructions.). ▶ | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** (See Instructions on page 30 for expenses to deduct here.) | 20 | Unreimbursed employee expenses—job travel, union dues, job education, etc. (You MUST attach Form 2106 if required. See Instructions.) ▶ .......................... | 20 | |
| | 21 | Other expenses (investment, tax preparation, safe deposit box, etc.). List type and amount ▶ ................................ | 21 | |
| | 22 | Add the amounts on lines 20 and 21. Enter the total . . . . | 22 | |
| | 23 | Enter amount from Form 1040, line 32 . | 23 | |
| | 24 | Multiply the amount on line 23 by 2% (.02). Enter the result . . | 24 | |
| | 25 | Subtract line 24 from line 22. Enter the result. If less than zero, enter -0-. . . . . ▶ | 25 | |
| **Other Miscellaneous Deductions** | 26 | Other (from list on page 30 of Instructions). List type and amount ▶ ................... .................................................. .................................................. ................................................. ▶ | 26 | |
| **Total Itemized Deductions** | 27 | Add the amounts on lines 4, 8, 13, 17, 18, 19, 25, and 26. Enter the total here. Then enter on Form 1040, line 34, the LARGER of this total or your standard deduction from page 20 of the Instructions . . . . . . . . . . . . . . ▶ | 27 | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.     Schedule A (Form 1040) 1990

DOJ 003597

Schedules A&B (Form 1040) 1990 — OMB No. 1545-0074 — Page 2

Name(s) shown on Form 1040. (Do not enter name and social security number if shown on other side.)

**Alexandru Bittner**

Your social security number: 0102

## Schedule B—Interest and Dividend Income

Attachment Sequence No. 08

**Part I — Interest Income**

(See Instructions on pages 13 and 30.)

If you received more than $400 in taxable interest income, or you are claiming the exclusion of interest from series EE U.S. savings bonds issued after 1989 (see page 31), you must complete Part I. List ALL interest received in Part I. If you received more than $400 in taxable interest income, you must also complete Part III. If you received, as a nominee, interest that actually belongs to another person, or you received or paid accrued interest on securities transferred between interest payment dates, see page 31.

Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement, from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | Interest Income | Amount |
|---|---|---|
| 1 | Interest income. (List name of payer—If any interest income is from seller-financed mortgages, see instructions and list that interest first.) ▶ | |
| 2 | Add the amounts on line 1. Enter the total | |
| 3 | Enter the excludable savings bond interest, if any, from Form 8815, line 14. Attach Form 8815 to Form 1040 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | |

**Part II — Dividend Income**

(See Instructions on pages 13 and 31.)

If you received more than $400 in gross dividends and/or other distributions on stock, you must complete Parts II and III. If you received, as a nominee, dividends that actually belong to another person, see page 31.

Note: If you received a Form 1099-DIV, or substitute statement, from a brokerage firm, list the firm's name as the payer and enter the total dividends shown on that form.

| | Dividend Income | Amount |
|---|---|---|
| 5 | Dividend income. (List name of payer—Include on this line capital gain distributions, nontaxable distributions, etc.) ▶ | 47,000 |
| 6 | Add the amounts on line 5. Enter the total | 47,000 |
| 7 | Capital gain distributions. Enter here and on Schedule D* | |
| 8 | Nontaxable distributions. (See the Inst. for Form 1040, line 9.) | |
| 9 | Add the amounts on lines 7 and 8. Enter the total | |
| 10 | Subtract line 9 from line 6. Enter the result here and on Form 1040, line 9 ▶ | 47,000 |

*If you received capital gain distributions but do not need Schedule D to report any other gains or losses, see the Instructions for Form 1040, lines 13 and 14.

**Part III — Foreign Accounts and Foreign Trusts**

(See Instructions on page 31.)

If you received more than $400 of interest or dividends, OR if you had a foreign account or were a grantor of, or a transferor to, a foreign trust, you must answer both questions in Part III.

| | | Yes | No |
|---|---|---|---|
| 11a | At any time during 1990, did you have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? (See page 31 of the instructions for exceptions and filing requirements for Form TD F 90-22.1.) | X | |
| b | If "Yes," enter the name of the foreign country ▶ Romania | | |
| 12 | Were you the grantor of, or transferor to, a foreign trust that existed during 1990, whether or not you have any beneficial interest in it? If "Yes," you may have to file Form 3520, 3520-A, or 926 | | |

For Paperwork Reduction Act Notice, see Form 1040 Instructions.

Schedule B (Form 1040) 1990

DOJ 003598