**Instructions for**



# Form 1040
## and Schedules A, B, C, D, E, F, and SE



## 1988

**Department of the Treasury**
**Internal Revenue Service**

### What's inside?

A note from the Commissioner (page 2)

What's new for 1988 (page 2)

Free tax help (page 4)

Avoid common mistakes (page 22)

Tax table (page 45)

How to order forms and publications (page 56)

How to make a gift to reduce America's debt (page 22)

Index (page 60)

**Note:** *This booklet does not contain any tax forms.*



GOVERNMENT EXHIBIT
19-cv-415
No. 81

DOJ 005015

## Line 19
### Moving Expenses
Employees and self-employed persons (including partners) can deduct certain moving expenses.

You can take this deduction if you moved in connection with your job or business and your change in job location has added at least 35 miles to the distance from your old home to your workplace. If you had no former workplace, your new workplace must be at least 35 miles from your old home. If you meet these requirements, see **Tele-Tax Information** in the index (topic no. 304) or **Pub. 521**, Moving Expenses. Complete and attach **Form 3903** to figure the amount of moving expenses to enter on line 19. If you began work at a new workplace outside the United States or its possessions, get **Form 3903F**, Foreign Moving Expenses.

## Lines 20 through 25
### Miscellaneous Deductions
Most miscellaneous deductions cannot be deducted in full. You must subtract 2% of your adjusted gross income from the total. You figure the 2% limit on line 23.

Generally, the 2% limit applies to job expenses you paid for which you were not reimbursed (line 20). The limit also applies to certain expenses you paid to produce or collect taxable income (line 21). See the instructions for lines 20 and 21 for examples of expenses to claim on these lines.

The 2% limit does not apply to certain other miscellaneous expenses that you may deduct. These expenses can be deducted in full on line 25. The line 25 instructions describe these expenses. Included are deductible gambling losses (to the extent of winnings) and certain job expenses of handicapped employees. See **Pub. 529**, Miscellaneous Deductions, for more information.

### Expenses Subject to the 2% Limit (Lines 20 and 21)
**Line 20.** Use this line to report job expenses you paid for which you were not reimbursed. In some cases you MUST first fill out **Form 2106**, Employee Business Expenses. Fill out Form 2106 if:

**1.** You claim any travel, transportation, meal, or entertainment expenses for your job; OR

**2.** Your employer paid you for any of your job expenses reportable on line 20.

If 1 or 2 above applies, enter the amount from line 17 of Form 2106 on line 20 of Schedule A.

If you don't have to fill out Form 2106, just list the type and amount of your expenses on the dotted lines for line 20. If you need more space, attach a statement showing the type and amount of the expense. Enter one total in the amount space for line 20.

Examples of expenses to include on line 20 are:

- Travel, transportation, meal, or entertainment expense. (**Note:** If you have any of these expenses you must use Form 2106 for all of your job expenses).
- Union dues.
- Safety equipment, small tools, and supplies you needed for your job.
- Uniforms your employer said you must have, and which you may not usually wear away from work.
- Protective clothing, required in your work, such as hard hats and safety shoes and glasses.
- Physical examinations your employer said you must have.
- Dues to professional organizations and chambers of commerce.
- Subscriptions to professional journals.
- Fees to employment agencies and other costs to look for a new job in your present occupation, even if you do not get a new job.
- Business use of part of your home but only if you use that part exclusively and on a regular basis in your work and for the convenience of your employer. For details, see **Tele-Tax Information** in the index (topic no. 309) or **Pub. 587**, Business Use of Your Home.
- Education expenses you paid that were required by your employer, or by law or regulations, to keep your salary or job. In general, you may also include the cost of keeping or improving skills you must have in your job. For more details, see **Tele-Tax Information** in the index (topic no. 313) or **Pub. 508**, Educational Expenses. Some education expenses are not deductible. See **Expenses you MAY NOT Deduct.**

**Line 21.** Use this line for amounts you paid to produce or collect taxable income, manage or protect property held for earning income, and for tax preparation fees. List the type and amount of each expense on the dotted lines for line 21. If you need more space, attach a statement showing the type and amount of each expense. Enter one total in the amount space for line 21. Examples of these expenses are:

- Tax return preparation fee.
- Safe deposit box rental.
- Certain legal and accounting fees.
- Clerical help and office rent.
- Custodial (e.g., trust account) fees.
- Your share of the investment expenses of a regulated investment company.

### Expenses NOT Subject to the 2% Limit (Line 25)
Use this line to report miscellaneous deductions that are NOT subject to the 2% AGI limit. Only the expenses listed below can be deducted on line 25:

- Gambling losses to the extent of gambling winnings. Report gambling winnings on Form 1040, line 22.
- Federal estate tax on income in respect of a decedent.
- Amortizable bond premium on bonds acquired before October 23, 1986.
- Deduction for repayment of substantial amounts under a claim of right.
- Unrecovered investment in pension.
- Impairment-related work expenses of a handicapped person.

List the type and amount of each expense. Enter one total in the amount space for line 25. For more information on these expenses, get Pub. 529.

### Expenses You MAY NOT Deduct
Some expenses are not deductible at all. Examples are:
- Political contributions.
- Personal legal expenses.
- Lost or misplaced cash or property (but see casualty and theft losses).
- Expenses for meals during regular or extra work hours.
- The cost of entertaining friends.
- Expenses of going to or from work.
- Education that you need to meet minimum requirements for your job or that will qualify you for a new occupation.
- Expenses of:
  **a.** Travel as a form of education.
  **b.** Attending a seminar, convention, or similar meeting unless it is related to your employment.
  **c.** Adopting a child, including a child with special needs.
- Fines and penalties.
- Expenses of producing tax-exempt income.

---

# Instructions for Schedule B Interest and Dividend Income

## Purpose
Use Schedule B if you are filing Form 1040 and you:
- Had more than $400 in taxable interest,
- Had more than $400 in dividends,
- Had a foreign account, or
- Were a grantor of, or transferor to, a foreign trust.

Part III of the schedule asks you to answer questions about foreign accounts and trusts.

## Part I
### Interest Income
To see what interest income you must report, read the instructions for Form 1040, line 8a, on page 10.

The payer should send you a **Form 1099-INT** or **Form 1099-OID,** if applicable, showing interest you must report. If the total taxable interest from all payers is over $400, fill in Parts I and III of this schedule.

### Line 1
Report on line 1 the interest portion of any payments you received from an individual based on a take-back mortgage or other form of seller financing that resulted from the sale of your home or other property. Show the payer's name and the amount.

### Line 2
Report on line 2 **ALL** taxable interest (other than seller-financed mortgage interest) that you received or that was credited to your account so you could withdraw it. List each payer's name and show the amount.

**Page 26**

**Nominees.** Include on line 2 interest you received, as a nominee, that actually belongs to another person (such as your child). Several lines above line 3, put a subtotal of all interest income listed on line 2. Below this subtotal, write "Nominee Distribution" and show the interest amounts you received as a nominee. Subtract these amounts from the subtotal and enter the result on line 3.

*Note: If you received interest as a nominee, you must give the actual owner a Form 1099-INT, unless the owner is your spouse.*

**Accrued Interest.** When you buy bonds between interest payment dates and pay accrued interest to the seller, this interest is taxable to the seller. If you received a Form 1099 for interest as a purchaser of a bond with accrued interest, follow the rules above under **Nominees** to see how to report the accrued interest on Schedule B. But identify the amount to be subtracted as "Accrued Interest."

**Tax-Exempt Interest.** If you received a **Form 1099-INT** for tax-exempt interest, such as from municipal bonds, report the interest on line 2. Several lines above line 3, put a subtotal of all interest listed on line 2. Below this subtotal, write "Tax-Exempt Interest" and show the amount. Subtract this amount from the subtotal and enter the result on line 3. Be sure to also include this tax-exempt interest on Form 1040, line 8b.

**Original Issue Discount (OID).** If you are reporting OID in an amount less than the amount shown on Form 1099-OID, follow the rules above for **Nominees** or **Accrued Interest**, whichever applies, to see how to report the OID on Schedule B. But identify the amount to be subtracted as "OID Adjustment."

## Part II
### Dividend Income

To see what dividend income you must report, read the instructions for Form 1040, line 9, on page 11.

The payer should send you a **Form 1099-DIV** showing dividends you must report. If the total dividends from all payers are over $400, fill in Parts II and III.

## Line 4

Report on line 4 **ALL** of your dividend income. Include capital gain and nontaxable distributions. They will be deducted on lines 6 and 7. Include cash and the value of stock, property, or merchandise you received as a dividend. If you owned shares in a mutual fund, see **Pub. 564,** Mutual Fund Distributions.

List the payer's name and show the amount of income. If securities are held by a brokerage firm (in "street name"), list the name of the brokerage firm shown on **Form 1099-DIV.**

**Nominees.** Include on line 4 all dividends you received, including dividends you received, as a nominee, that actually belong to another person (such as your child), even if you later distributed some or all of this income to others. Several lines above line 5, put a subtotal of all dividends listed on line 4. Below this subtotal, write "Nominee Distribution" and show the amounts you received as a nominee. Subtract these amounts from the subtotal and enter the result on line 5.

*Note: If you received dividends as a nominee, you must give the actual owner a Form 1099-DIV, unless the owner is your spouse.*

## Part III
### Foreign Accounts and Foreign Trusts

Fill in this part if you had more than $400 of interest or dividend income; if you had a foreign financial account; or if you were the grantor of, or transferor to, a foreign trust.

## Line 10

Check the **Yes** box if either **1** or **2** below applies to you.

**1.** At any time during the year you had an interest in or signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account).

**Exception.** Check **No** if any of the following apply to you.

- The combined value of the accounts was $10,000 or less during the whole year.
- The accounts were with a U.S. military banking facility operated by a U.S. financial institution.
- You are an officer or employee of a commercial bank that is supervised by the Comptroller of the Currency, the Board of Governors of the Federal Reserve System, or the Federal Deposit Insurance Corporation; the account is in your employer's name; **AND** you do not have a personal financial interest in the account.
- You are an officer or employee of a domestic corporation with securities listed on national securities exchanges or with assets of more than $1 million and 500 or more shareholders of record; the account is in your employer's name; you do not have a personal financial interest in the account; and the corporation's chief financial officer has given you written notice that the corporation has filed a current report that includes the account.

**2.** You own more than 50% of the stock in any corporation that owns one or more foreign bank accounts.

Get **Form TD F 90-22.1** to see if you are considered to have an interest in or signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account).

If you checked **Yes** to question 10, file Form TD F 90-22.1 by June 30, 1989, with the **Department of the Treasury** at the address shown on that form. **Do not** attach Form TD F 90-22.1 to Form 1040.

You can get Form TD F 90-22.1 by writing to the IRS Forms Distribution Center for your state, as shown on the inside back cover.

If you checked **Yes** to question 10, write the name of the foreign country or countries in the space provided. Attach a separate sheet if you need more space.

# Instructions for Schedule D
## Capital Gains and Losses

### Purpose

Use Schedule D to:
- Report a sale of a capital asset.
- Report gains from involuntary conversions of capital assets not held for business or profit.
- Reconcile Forms 1099-B you got for bartering transactions. (See Part VI.)
- Make the long-term capital gain election for lump-sum distributions.

Use **Form 4797,** Sales of Business Property, instead of Schedule D to report the following:
- The sale or exchange of trade or business property, depreciable and amortizable property, oil, gas, geothermal, or other mineral property, and section 126 property.
- The involuntary conversion (other than by casualty or theft) of trade or business property and capital assets held for business or profit.
- The disposition of other noncapital assets not mentioned above.

Use **Form 4684,** Casualties and Thefts, to report involuntary conversions of property due to casualty or theft.

Get **Pub. 544,** Sales and Other Dispositions of Assets, and **Pub. 550,** Investment Income and Expenses, for more information.

**Form 1099-A, Information Return for Acquisition or Abandonment of Secured Property.** If you received a Form 1099-A from your lender, you may have gain or loss to report because of the acquisition or abandonment. Get Pub. 544 for details.

### Capital Gain Elections on Lump-Sum Distributions From Qualified Retirement Plans

The amount of a lump-sum distribution that qualifies for capital gain treatment should be shown on Form 1099-R, Box 3. If you do not include the capital gain portion on **Form 4972,** Tax on Lump-Sum Distributions, you can make a special capital gain election on Schedule D. To make the election on Schedule D for 1988, enter 95% (.95) of the amount from Form 1099-R, Box 3, in Part II of Schedule D. You should enter the remaining amount of the distribution (Form 1099-R, Box 2, minus the amount used on Schedule D) on Form 1040, line 17b. However, if you qualify to use Form 4972, you may report the balance on that form instead of Form 1040, line 17b.

### Capital Asset

Most property you own and use for personal purposes, pleasure, or investment is a capital asset. For example, your house, furniture, car, stocks, and bonds are capital assets.