# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Civil Action No. 4:19CV415 |
| | § | Judge Mazzant |
| ALEXANDRU BITTNER | § | |

## ORDER SETTING HEARING

The Court hereby sets the following motions for hearing on *Thursday, June 4, 2020,* at *9:00 a.m.* at the *Paul Brown United States Courthouse, 2nd Floor Courtroom, 101 E. Pecan Street, Sherman, Texas 75090.*

- Defendant Alexandru Bittner's Motion for Partial Summary Judgment (Dkt. #28)
- United States' Motion for Partial Summary Judgment (Dkt. #29)

**IT IS SO ORDERED.**

**SIGNED this 11th day of May, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE