UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 4:19-cv-00415 |
| v. | ) | |
| | ) | Filed Electronically |
| ALEXANDRU BITTNER, | ) | |
| Defendant. | ) | |

## AGREED MOTION TO MOVE THE JUNE 4, 2020 HEARING AND FOR MODIFICATION OF THE SCHEDULING ORDER

On this day came to be heard the Parties' Agreed Motion to Move the June 4, 2020 Hearing and for Modification of the Scheduling Order ("Motion"). The Court finds that good causes exists for granting the Motion.

Accordingly, it is hereby ordered that the Motion is granted in its entirety and hearing will be moved to a date in the last week of June 2020. Further, the remaining deadlines in the scheduling order will be extended by 30 days so that they are as follows:

  a. Notice of intent to offer certified records-July 20, 2020.

  b. Counsel and unrepresented parties are each responsible for contacting opposing counsel and unrepresented parties to determined how they will prepare the Joint Final Pretrial Order and Joint Proposed Jury Instructions and Verdict Form (or proposed Findings of Fact and Conclusions of Law in non-jury cases)-July 20. 2020.

  c. Video Deposition Designations due-July 31, 2020

  d. Responses to motions in limine due-August 16, 2020

e. File objections to witnesses deposition extracts, and exhibits, listed in pre-trial order-August 16, 2020

f. Final Pretrial Conference-August 31, 2020

IT IS SO ORDERED.