# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. 4:19-cv-00415 |
| v. | ) | Judge Mazzant |
| | ) | |
| ALEXANDRU BITTNER, | ) | |
|     Defendant. | ) | |

## ORDER

Pending before the Court is the Parties' Agreed Motion to Move the June 4, 2020 Hearing and for Modification of the Scheduling Order ("Motion"- Dkt. #64).  The Court finds the motion should be **DENIED**; however, the Court hereby **RESETS** the June 4, 2020 9:00 a.m. hearing to be held *via telephone.*

Accordingly, the Court provides participants with the call-in instructions:

**Attorneys are instructed to call the Conference Number at 8:55 a.m:   888-363-4749
Access Code: 1588844, followed by #.**

Counsel may send any demonstrative materials to the Court in advance of the hearing, via email to terri_scott@txed.uscourts.gov, or via overnight mail or delivery to the Paul Brown U.S. Courthouse, 101 E. Pecan Street, Sherman, Texas  75090.  Materials must be received by the Court no later than 5:00 p.m. on Wednesday, June 3, 2020.

**IT IS SO ORDERED.**

**SIGNED this 2nd day of June, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE