# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>ALEXANDRU BITTNER, )<br>      Defendant. ) | Case No. 4:19-cv-00415<br><br>Filed Electronically |

## NOTIFICATION TO THE COURT

Defendant, by their undersigned counsel, respectfully files this Notification to the Court and in support thereof, states as follows:

1. Counsel for Mr. Bittner has discovered that Exhibits Nos. 1-5 to Plaintiff's Motion for Partial Summary Judgment (Dkt. #29) are incomplete. Those exhibits are the corrected FBARs filed by Defendant; however, the government failed to include the accompanying 36-page schedule that Defendant supplied to the government on September 25, 2013 as part of his corrected FBAR filings.[1]

2. In fact, Defendant pointed this deficiency out in his response to Plaintiff's Request for Admission No. 11. And, Plaintiff admitted in Paragraph 26 of its Motion for Partial Summary Judgment that Defendant filed FBARs and accompanying schedules listing the foreign accounts. Dkt. #29 at ¶26

3. Yet, Plaintiff continues to use the incomplete exhibits. Defendant has no issue with use of those exhibits, provided the accompanying schedules are included. To that end, attached as Exhibit A is the 36-page schedule that Defendant attached to his corrected FBARs.

---

[1] The 36 page schedule is what the Examiner relied upon in her report [Govt Exs. 61 and 62] that formed the basis of the penalty assessments.

1

2

Dated: June 3, 2020                              Respectfully submitted,

                                                 By:  /s/  Farley P. Katz
                                                 FARLEY P. KATZ, LEAD ATTORNEY
                                                 State Bar No. 11108790
                                                 FKatz@clarkhill.com
                                                 RACHAEL RUBENSTEIN
                                                 State Bar No. 24073919
                                                 RRubenstein@clarkhill.com
                                                 FORREST M. "TEO" SEGER III
                                                 State Bar No. 24070587
                                                 TSeger@clarkhill.com

                                                 CLARK HILL STRASBURGER
                                                 2301 Broadway Street
                                                 San Antonio, Texas 78215
                                                 210-250-6006 Ph.
                                                 210-258-2714 Fax

                                                 ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on June 3, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

      Herbert W. Linder
      Attorney, Tax Division
      United States Department of Justice
      717 N. Harwood, Suite 400
      Dallas, Texas 75201
      Herbert.W.Linder@usdoj.gov
      *Attorney for Plaintiff,*
      *United States*

                                          /s/Rachael Rubenstein
                                          RACHAEL RUBENSTEIN