IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEXANDRU BITTNER, ) <br>     Defendant. ) <br> _____) | Case No. 4:19-cv-00415 |

## **UNITED STATES' NOTICE OF INTENT TO OFFER CERTIFIED RECORDS**

The United States intends to offer into evidence the certified records as follows:

1. IRS transcripts of Alexandru Bittner's accounts for his Form 1040 liabilities for tax periods 1990, 1991, 1997, 1998, 1999 and 2000.

2. Certified Transcripts of the 2007-2011 FBAR assessments against Alexandru Bittner (labeled DOJ 718-723).

3. Certified Transcript of the aggregate amount due of the 2007-2011 FBAR assessments against Alexandru Bittner as of October 22, 2018 (labeled DOJ 711, 714).

4. Certificate of Formation of Romark Management LLC, filed with the Office of the Secretary of the State of Texas on September 27, 2011.

5. Certificate of Formation of SunTex Investments LLC, filed with the Office of the Secretary of the State of Texas on September 27, 2011.

6. Nevada Secretary of State records of entity information for ROCALTEX LLC

7. U.S. Embassy in Romania Registration Form.

8. U.S. Embassy in Romania American Citizen Services eNewsletter from March 2011.

9. U.S. Embassy in Romania American Citizen Services eNewsletter from April 2011.

10. A screenshot of the U.S. Embassy in Romania website (http://romania.usembassy.gov/acs/taxes.html) from December 3, 2009, from WayBack Machine (www.web.archive.org), with linked attachment "Federal Tax Information for U.S. Taxpayers Living Abroad."

11. A screenshot of the U.S. Embassy in Romania website (www.usembassy.ro/InfoA/service.htm) from June 3, 2004, from WayBack Machine (www.web.archive.org)) with linked attachment of the word registration form.

12. A screenshot of the U.S. Embassy in Romania website (www.usembassy.ro/InfoA/service.htm) from September 8, 2005, from WayBack Machine (www.web.archive.org) with linked attachment of the word registration form.

13. A screenshot of the U.S. Embassy in Romania website (www.usembassy.ro/) from March 4, 2008, from WayBack Machine (www.web.archive.org) with linked attachment of the word registration form.

The United States has provided copies of these documents to defendant. The above documents are listed in numerical order that does not correspond to their exhibit number on the United States' Exhibit List.

Dated: June 19, 2020                          RICHARD E. ZUCKERMAN
                                                                         Principal Deputy Assistant Attorney General

                                                                         <u>/s/ Herbert W. Linder</u>
                                                                         HERBERT W. LINDER
                                                                         Ohio Bar No. 0065446
                                                                         Attorney, Tax Division
                                                                         U.S. Department of Justice
                                                                         717 N. Harwood St., Suite 400
                                                                         Dallas, Texas 75201
                                                                         Phone: (214) 880-9754
                                                                         Fax (214) 880-9741
                                                                         herbert.w.linder@usdoj.gov

                                                                         ATTORNEYS FOR UNITED STATES

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing Notice of Intent to Offer Certified Records has been made on June 19, 2020, by the Clerk's ECF filing system to:

    CLARK HILL STRASBURGER
    Farley P. Katz
    Rachael Rubenstein
    2301 Broadway St.
    San Antonio, Texas 78209

IT IS ALSO HEREBY CERIFIED that the copies of the documents referenced in this Notice were sent on June 19, 2020, by overnight mail to:

    CLARK HILL STRASBURGER
    Farley P. Katz
    Rachael Rubenstein
    2301 Broadway St.
    San Antonio, Texas 78209

                              /s/ Herbert W. Linder
                             HERBERT W. LINDER