IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff, )<br>                                                  )<br>v.                                              )<br>                                                  )     Case No. 4:19-cv-00415<br>ALEXANDRU BITTNER,                )<br>          Defendant.                        )<br>_____) | |

**DEFENDANT'S OPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT
FOR NON-DISPOSITIVE MOTIONS UNDER LOCAL RULE 7(a)(2)**

Defendant Alexandru Bittner respectfully moves the Court for leave to exceed the 15-page limit under the Local Rules for his Motion to Compel and in support thereof, states as follows:

1.     Under Local Rule 7(a)(2) a non-dispositive motion is limited to 15 pages. Defendant's Motion to Compel is subject to that 15-page limit. However, Defendant's Motion to Compel is approximately 21 pages long. As a result, Defendant now files this Motion for Leave to exceed the 15-page limit.

2.     Counsel for both Plaintiff and Defendant participated in a telephonic hearing before the Court on April 22, 2020 regarding their discovery disputes as required by the scheduling order. As a result of that hearing, the Court directed the parties to engage in motion practice.

3.     Due to the complex and fact specific nature of this case, the importance of the issues involved, the value of the case (nearly three million dollars), as well as the multitude of responses Plaintiff wrongfully objected too, Defendant requires more than the 15 pages allowed by the Local Rules. Defendant believes that the information in its Motion is critical to allow the Court to fully understand the discovery issues involved.

4.       Counsel for Defendant contacted Plaintiff by telephone, and they are opposed to the relief requested in Defendant's Motion for Leave.

WHEREFORE, Defendant respectfully requests the Court grant this Motion.

Dated: June 25, 2020

Respectfully submitted,

CLARK HILL STRASBURGER

By: /s/ Farley P. Katz
FARLEY P. KATZ, LEAD ATTORNEY
State Bar No. 11108790
FKatz@clarkhill.com
RACHAEL RUBENSTEIN
State Bar No. 24073919

FORREST M. "TEO" SEGER III
State Bar No. 24070587
TSeger@clarkhill.com

CLARK HILL STRASBURGER
2301 Broadway Street
San Antonio, Texas 78215
210-250-6006 Ph.
210-258-2714 Fax

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 25, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Herbert W. Linder
>Mary E. Smith
>Attorney, Tax Division
>United States Department of Justice
>717 N. Harwood, Suite 400
>Dallas, Texas 75201
>Herbert.W.Linder@usdoj.gov
>Mary.E.Smith@usdoj.gov
>*Attorneys for Plaintiff,*
>*United States*

      /s/Farley P. Katz
    FARLEY P. KATZ

3