IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>          Plaintiff,                            )<br>                                                  )<br>v.                                              )<br>                                                  )   Case No. 4:19-cv-00415<br>ALEXANDRU BITTNER,                )<br>          Defendant.                        )<br>_____) | |

### ORDER GRANTING DEFENDANT'S OPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT  FOR NON-DISPOSITIVE MOTIONS UNDER LOCAL RULE 7(a)(2)

On this day came to be heard Defendant's Opposed Motion for Leave to Exceed the Page Limit for Non-Dispositive Motions Under Local Rule 7(a)(2) (the "Motion").  The Court finds that good causes exists for granting the Motion.

Accordingly, it is hereby ORDERED that the Motion is in all things GRANTED, and the Defendant's Motion to Compel may exceed 15-pages.

IT IS SO ORDERED.

B6544\A63010\4830-3834-4129.v1