Case 4:19-cv-00415-ALM Document 71-8 Filed 06/25/20 Page 1 of 17 PageID #: 2151

EXHIBIT H



# U.S. Taxpayers Residing Outside the United States

The following streamlined procedures are referred to as the Streamlined Foreign Offshore Procedures.

## Eligibility for the Streamlined Foreign Offshore Procedures

In addition to having to meet the general eligibility criteria, individual U.S. taxpayers, or estates of individual U.S. taxpayers, seeking to use the Streamlined Foreign Offshore Procedures described in this section must: (1) meet the applicable non-residency requirement described below (for joint return filers, both spouses must meet the applicable non-residency requirement described below) and (2) have failed to report the income from a foreign financial asset and pay tax as required by U.S. law, and may have failed to file an FBAR (FinCEN Form 114, previously Form TD F 90-22.1) with respect to a foreign financial account, and such failures resulted from non-willful conduct. Non-willful conduct is conduct that is due to negligence, inadvertence, or mistake or conduct that is the result of a good faith misunderstanding of the requirements of the law.

For information on the meaning of foreign financial asset, see the instructions for FinCEN Form 114, which may be found at FinCen and the instructions for Form 8938, which may be found at Instructions for Form 8938.

**Non-residency requirement applicable to individuals who are U.S. citizens or lawful permanent residents (i.e., "green card holders"):** Individual U.S. citizens or lawful permanent residents, or estates of U.S. citizens or lawful permanent residents, meet the applicable non-residency requirement if, in any one or more of the most recent three years for which the U.S. tax return due date (or properly applied for extended due date) has passed, the individual did not have a U.S. abode and the individual was physically outside the United States for at least 330 full days. Under IRC section 911 and its regulations, which apply for purposes of these procedures, neither temporary presence of the individual in the United States nor maintenance of a dwelling in the United States by an individual necessarily mean that the individual's abode is in the United States. For more information on the meaning of "abode," see IRS Publication 54, which may be found at Publication 54.

**Example 1:** Mr. W was born in the United States but moved to Germany with his parents when he was five years old, lived there ever since, and does not have a U.S. abode. Mr. W meets the non-residency requirement applicable to individuals who are U.S. citizens or lawful permanent residents.

**Example 2:** Assume the same facts as Example 1, except that Mr. W moved to the United States and acquired a U.S. abode in 2012. The most recent 3 years for which Mr. W's U.S. tax return due date (or properly applied for extended due date) has passed are 2013, 2012, and 2011. Mr. W meets the non-residency requirement applicable to individuals who are U.S. citizens or lawful permanent residents.

**Non-residency requirement applicable to individuals who are not U.S. citizens or lawful permanent residents:** Individuals who are not U.S. citizens or lawful permanent residents, or estates of individuals who were not U.S. citizens or lawful permanent residents, meet the applicable non-residency requirement if, in any one or more of the last three years for which the U.S. tax return due date (or properly applied for extended due date) has passed, the individual did not meet the substantial presence test of IRC section 7701(b)(3). For more information on the substantial presence test, see IRS Publication 519, which may be found at IRS Publication 519.

**Example 3:** Ms. X is not a U.S. citizen or lawful permanent resident, was born in France, and resided in France until May 1, 2012, when her employer transferred her to the United States. Ms. X was physically present in the U.S. for more than 183 days in both 2012 and 2013. The most recent 3 years for which Ms. X's U.S. tax return due date (or properly applied for extended due date) has passed are 2013, 2012, and 2011. While Ms. X met the substantial presence test for 2012 and 2013, she did not meet the substantial presence test for 2011. Ms. X meets the non-residency requirement applicable to individuals who are not U.S. citizens or lawful permanent residents.

## Description of Scope and Effect of Procedures

U.S. taxpayers (U.S. citizens, lawful permanent residents, and those meeting the substantial presence test of IRC section 7701(b)(3)) eligible to use the Streamlined Foreign Offshore Procedures must (1) for each of the most recent 3 years for which the U.S. tax return due date (or properly applied for extended due date) has passed, file delinquent or amended tax returns, together with all required information returns (e.g., Forms 3520, 5471, and 8938) and (2) for each of the most recent 6 years for which the FBAR due date has passed, file any delinquent FBARs (FinCEN Form 114, previously Form TD F 90-22.1). The full amount of the tax and interest due in connection with these filings must be remitted with the delinquent or amended returns.

A taxpayer who is eligible to use these Streamlined Foreign Offshore Procedures and who complies with all of the instructions outlined below will not be subject to failure-to-file and failure-to-pay penalties, accuracy-related penalties, information return penalties, or FBAR penalties. Even if returns properly filed under these procedures are subsequently selected for audit under existing audit selection processes, the taxpayer will not be subject to failure-to-file and failure-to-pay penalties or accuracy-related penalties with respect to amounts reported on

**EXHIBIT H**

those returns, or to information return penalties or FBAR penalties, unless the examination results in a determination that the original tax noncompliance was fraudulent and/or that the FBAR violation was willful. Any previously assessed penalties with respect to those years, however, will not be abated. Further, as with any U.S. tax return filed in the normal course, if the IRS determines an additional tax deficiency for a return submitted under these procedures, the IRS may assert applicable additions to tax and penalties relating to that additional deficiency.

For returns filed under these procedures, retroactive relief will be provided for failure to timely elect income deferral on certain retirement and savings plans where deferral is permitted by the applicable treaty. The proper deferral elections with respect to such plans must be made with the submission. See the instructions below for the information required to be submitted to make such elections.

**Transition rules for taxpayers who made submissions under the 2012 Streamlined Filing Compliance Procedures for Non-Resident, Non-Filer U.S. Taxpayers:** The risk assessment process associated with the 2012 Streamlined Filing Compliance Procedures for Non-Resident, Non-Filer U.S. Taxpayers has been eliminated for all streamlined filers. A taxpayer who has initiated participation in the 2012 Streamlined Filing Compliance Procedures prior to July 1, 2014, and has not already been notified of a high or low risk determination will not receive correspondence related to their risk determination and the returns will be processed without regard to that risk assessment.

## Specific Instructions for the Streamlined Foreign Offshore Procedures

Failure to follow these instructions or to submit the items described below will result in returns being processed in the normal course without the benefit of the favorable terms of these procedures.

1. For each of the most recent 3 years for which the U.S. tax return due date (or properly applied for extended due date) has passed:

    - if a U.S. tax return has not been filed previously, submit a complete and accurate delinquent tax return using Form 1040, U.S. Individual Income Tax Return, together with the required information returns (e.g., Forms 3520, 5471, and 8938) even if these information returns would normally be filed separately from the Form 1040 had the taxpayer filed on time, or
    - if a U.S. tax return has been filed previously, submit a complete and accurate amended tax return using Form 1040X, Amended U.S. Individual Income Tax Return, together with the required information returns (e.g., Forms 3520, 5471, and 8938) even if these information returns would normally be filed separately from the Form 1040 had the taxpayer filed a complete and accurate original return.

2. Include at the top of the first page of each delinquent or amended tax return and at the top of each information return "Streamlined Foreign Offshore" written in red to indicate that the returns are being submitted under these procedures. **This is critical to ensure that your returns are processed through these special procedures.**

U S Taxpayers Residing Outside the United States | Internal Revenue Service Page 4 of 5
Case 4:19-cv-00415-ALM Document 71-8 Filed 06/25/20 Page 4 of 17 PageID #: 2154

**EXHIBIT H**

3.  Complete and sign a statement on the Certification by U.S. Person Residing Outside of the U.S.(Form 14653) certifying (1) that you are eligible for the Streamlined Foreign Offshore Procedures; (2) that all required FBARs have now been filed (see instruction 8 below); and (3) that the failure to file tax returns, report all income, pay all tax, and submit all required information returns, including FBARs, resulted from non-willful conduct. You must submit the original signed statement and you must attach copies of the statement to each tax return and information return being submitted through these procedures. You should not attach copies of the statement to FBARs. Failure to submit this statement, or submission of an incomplete or otherwise deficient statement, will result in returns being processed in the normal course without the benefit of the favorable terms of these procedures.

4.  Submit payment of all tax due as reflected on the tax returns and all applicable statutory interest with respect to each of the late payment amounts. Your taxpayer identification number must be included on your check. You may receive a balance due notice or a refund if the tax or interest is not calculated correctly.

5.  If you are not eligible to have a Social Security Number and do not already have an ITIN, submit an application for an ITIN along with the required tax returns, information returns, and other documents filed under these streamlined procedures. See the ITIN page on www.irs.gov for more information.

6.  If you seek relief for failure to timely elect deferral of income from certain retirement or savings plans where deferral is permitted by an applicable treaty, submit:

    ◦ a statement requesting an extension of time to make an election to defer income tax and identifying the applicable treaty provision;
    ◦
    a dated statement signed by you under penalties of perjury describing:

    - the events that led to the failure to make the election,
    - the events that led to the discovery of the failure, and
    - if you relied on a professional advisor, the nature of the advisor's engagement and responsibilities; and
    - for relevant Canadian plans, see SDO FAQ 8 for current information (Form 8891 is no longer required).

7.  The documents listed above, together with the payments described above, must be sent in paper form (electronic submissions will not be accepted) to:

Internal Revenue Service
3651 South I-H 35
Stop 6063 AUSC
Attn:  Streamlined Foreign Offshore
Austin, TX 78741

**This address may only be used for returns filed under these procedures.  For all future

**filings, you must file according to regular filing procedures.**

8. For each of the most recent 6 years for which the FBAR due date has passed, file delinquent FBARs according to the FBAR instructions and include a statement explaining that the FBARs are being filed as part of the Streamlined Filing Compliance Procedures. You are required to file these delinquent FBARs electronically at FinCen. On the cover page of the electronic form, select "Other" as the reason for filing late. An explanation box will appear. In the explanation box, enter "Streamlined Filing Compliance Procedures." If you are unable to file electronically, you may contact FinCEN's Regulatory Helpline at 1-800-949-2732 or 1-703-905-3975 (if calling from outside the United States) to determine possible alternatives to electronic filing.

Streamlined Filing Compliance Procedures for U.S. Taxpayers Residing Outside the United States Frequently Asked Questions and Answers

View a helpful webinar on how to complete your submission under the Streamlined Procedures

*Page Last Reviewed or Updated: 21-Jan-2020*

Case 4:19-cv-00415-ALM Document 71-8 Filed 06/25/20 Page 6 of 17 PageID #: 2156
Streamlined Filing Compliance Procedures for U S Taxpayers Residing Outside the Unite... Page 1 of 12

EXHIBIT H



# Streamlined Filing Compliance Procedures for U.S. Taxpayers Residing Outside the United States Frequently Asked Questions and Answers

Effective On or After July 1, 2014

| # | Questions | Answers |
|---|---|---|
| Q1. | The discussion of the non-residency requirement for eligibility for the Streamlined Foreign Offshore Procedures refers to IRC § 911 and its regulations. Does that mean that anyone who is non-resident under IRC § 911 and its regulations is non-resident for purposes of the Streamlined Foreign Offshore Procedures? | No. The reference to IRC § 911 and its regulations is only to the parts of those authorities that define "abode," which are found in IRC § 911(d)(3) and Treas. Reg. § 1.911-2(b). Non-residency for purposes of the Streamlined Foreign Offshore Procedures is defined in those procedures, and not in IRC § 911 and its regulations. |

| | | |
|---|---|---|
| Q2. | I have a Canadian registered retirement savings plan (RRSP), registered retirement income fund (RRIF), or other similar Canadian retirement plan. I am an "eligible individual" as defined in § 4.01 of Rev. Proc. 2014-55. Under the procedures in effect prior to the issuance of Rev. Proc. 2014-55, I did not make a timely election under Article XVIII(7) of the U.S.–Canada income tax treaty to defer U.S. income tax on undistributed income earned by my Canadian retirement plan.<br><br>How should I report my Canadian retirement plan with my Streamlined submission? | Under § 4.02 of Rev. Proc. 2014-55, you are treated as having made the election. <u>See</u> Rev. Proc. 2014-55, § 7. In the narrative statement of facts on Form 14653, please state that you are an "eligible individual" under Rev. Proc. 2014-55.<br><br>You may need to report your Canadian retirement plan on FBARs or Forms 8938. Please refer to the instructions for these forms for more information. |

| | | |
|---|---|---|
| Q3. | Same facts as FAQ 2 except I am not an "eligible individual" because I failed to satisfy the requirement for filing a U.S. Federal income tax return for each tax year during which I was a U.S. citizen or resident as required by § 4.01 B) of Rev. Proc. 2014-55. Also, I meet requirements under § 4.01 A), C), and D) of Rev. Proc. 2014-55.<br><br>How should I report my Canadian retirement plan with my Streamlined submission? | If you submit income tax returns through the Streamlined Foreign Offshore Procedures, you will be afforded relief consistent with Rev. Proc. 2014-55 for the tax years included in your submission. In the narrative statement of facts on Form 14653, please state that you have met the other requirements to be an "eligible individual" under § 4.01 of Rev. Proc. 2014-55. See § 4.01 A), C), and D) of Rev. Proc. 2014-55.<br><br>You may need to report your Canadian retirement plan on FBARs or Forms 8938. Please refer to the instructions for these forms for more information. |

| Q4. | Same facts as FAQ 2 except I am not an "eligible individual" because I reported as gross income on a U.S. Federal income tax return some or all of the accrued but undistributed earnings in my Canadian retirement plan. See § 4.01 C) of Rev. Proc. 2014-55. But I now realize I could have deferred the tax on the accrued but undistributed earnings in my Canadian retirement plan. Additionally, I have other tax compliance issues that need to be corrected through a Streamlined submission. How do I correct my reporting of accrued but undistributed earnings in my Canadian retirement plan? | If you submit amended U.S. Federal income tax returns through the Streamlined Foreign Offshore Procedures and meet the requirements discussed below, you will be afforded relief consistent with Rev. Proc. 2014-55 for the tax years included in your submission.

This procedure is not available if you reported as gross income on a U.S. Federal income tax return accrued but undistributed earnings in a Canadian retirement plan for one or more tax years beyond the scope of your Streamlined submission. Additionally, this procedure is not available if you failed to report any and all distributions received from the plan as if you had made an election under Article XVIII(7) of the U.S.–Canada income tax treaty. See § 4.01 D) of Rev. Proc. 2014-55. In these cases, you must seek the consent of the Commissioner as directed under § 4.04 of Rev. Proc. 2014-55.

In the narrative statement of facts on Form 14653, please state that you have met the other requirements to be an "eligible individual" under § 4.01 of Rev. Proc. 2014-55. See § 4.01 A), B), and D) of Rev. Proc. 2014-55. Please also state that the reporting of accrued but undistributed earnings was limited to the tax years in your Streamlined submission. |

Case 4:19-cv-00415-ALM Document 71-8 Filed 06/25/20 Page 10 of 17 PageID #: 2166
Streamlined Filing Compliance Procedures for U S Taxpayers Residing Outside the United... Page 5 of 12
EXHIBIT H

| | | | |
|---|---|---|---|
| | | | You may need to report your Canadian retirement plan on FBARs or Forms 8938. Please refer to the instructions for these forms for more information. |
| | Q5. | Same facts as FAQ 2 except I am not an "eligible individual" because I reported as gross income on a U.S. Federal income tax return some or all of the accrued but undistributed earnings in my Canadian retirement plan. See § 4.01 C) of Rev. Proc. 2014-55. But I now realize I could have deferred the tax on the accrued but undistributed earnings in my Canadian retirement plan. Additionally, I have no other tax compliance issues that need to be corrected through a Streamlined submission. How do I correct my reporting of accrued but undistributed earnings in my Canadian retirement plan? | You should not use the Streamlined Foreign Offshore Procedures because you have no tax compliance issues beyond reporting accrued but undistributed earnings in your Canadian retirement plan. Therefore, you should follow normal procedures for filing amended income tax returns or seek the consent of the Commissioner as directed by § 4.04 of Rev. Proc. 2014-55. You may need to report your Canadian retirement plan on FBARs or Forms 8938. Please refer to the instructions for these forms for more information. |

Case 4:19-cv-00415-ALM Document 71-8 Filed 06/25/20 Page 11 of 17 PageID #: 2161
Streamlined Filing Compliance Procedures for US Taxpayers Residing Outside the United... Page 6 of 12

EXHIBIT H

| Q6. | What facts do I need to include in completing the narrative statement of facts portion of the Form 14653? | Provide specific reasons for your failure to report all income, pay all tax, and submit all required information returns, including FBARs. Include the whole story including favorable and unfavorable facts. Specific reasons, whether favorable or unfavorable to you, should include your personal background, financial background, and anything else you believe is relevant to your failure to report all income, pay all tax, and submit all required information returns, including FBARs. Additionally, explain the source of funds in all of your foreign financial accounts/assets. For example, explain whether you inherited the account/asset, whether you opened it while residing in a foreign country, or whether you had a business reason to open or use it. And explain your contacts with the account/asset including withdrawals, deposits, and investment/management decisions. Provide a complete story about your foreign financial account/asset.<br><br>The following points address common situations that may apply to you:<br><br>• We realize that many taxpayers failed to acknowledge their financial interest in or signature authority over foreign financial |

- accounts on Form 1040, Schedule B. If you (or your return preparer) inadvertently checked "no" on Schedule B, line 7a, simply provide your explanation.
- We realize that some taxpayers that owned or controlled a foreign entity (e.g., corporation, trust, partnership, IBC, etc.) failed to properly report ownership of the entity or transactions with the foreign entity. If you (or your return preparer) inadvertently failed to report ownership or control of the foreign entity or transactions with the foreign entity, explain why and include your understanding of your reporting obligations to the IRS and to foreign jurisdictions.
- If you relied on a professional advisor, provide the name, address, and telephone number of the advisor and a summary of the advice. Also provide background such as how you came into contact with the advisor and frequency of communication with the advisor.
- If married taxpayers submitting a joint certification have different reasons, provide the individual reasons for each spouse separately in the statement of facts.

| Q7. | In one or more of the most recent 3 years for which the U.S. tax return due date (or properly applied for extended due date) has passed, I filed joint income tax returns. But my spouse/former spouse will not sign joint amended returns or a joint certification on Form 14653 for a Streamlined submission. What can I do? Am I precluded from using the Streamlined Foreign Offshore Procedures? | We understand that in certain cases (including but not limited to separation or divorce), your spouse/former spouse may not be willing to sign joint amended income tax returns or a joint certification on Form 14653.<br><br>You may submit a joint amended income tax return with only your signature to Streamlined Foreign Offshore Procedures so long as your joint amended return shows a **net increase in tax**. Please explain your inability to secure your spouse's/former spouse's signature in the narrative statement of facts on Form 14653. And write "SFO FAQ 7" in red ink in the area for your spouse's signature on the amended returns and Form 14653.<br><br>As a matter of routine processing, the Service will request the other spouse's signature on joint amended returns with only one signature. If at the time the Service makes a request for your spouse's/former spouse's signature on a joint amended return or joint certification you are still unable to secure your spouse's/former spouse's signature, please respond to the inquiry by referencing this FAQ.<br><br>You may not submit a joint amended income tax return with only your signature to Streamlined Foreign |

|  |  |  | Offshore Procedures showing a **net decrease in tax or an increase in credit**. |
|---|---|---|---|
| Q8. | | Who can I contact if I have general questions about the terms of the Streamlined Filing Compliance Procedures or completing Form 14653? | If you have questions about the terms the Streamlined Filing Compliance Procedures or completing Form 14653, you may contact the OVDP Hotline at (267) 466-0020. The OVDP Hotline will not provide case-specific or legal advice. |

Case 4:19-cv-00415-ALM Document 71-8 Filed 06/25/20 Page 15 of 17 PageID #: 2105
Streamlined Filing Compliance Procedures for U.S Taxpayers Residing Outside the Un... Page 10 of 12

EXHIBIT H

| Q9. | I realized that I made a mistake in my submission to the Streamlined Filing Compliance Procedures. How do I correct my mistake? | If you made a mistake in your submission to the Streamlined Filing Compliance Procedures and your returns previously submitted are not under examination, you may correct the error by providing amended returns and/or an amended Form 14653. On the top of the certification form, write "amended" in red ink, and on the top of the first page of each corrected amended tax return write "Amended Streamlined Foreign Offshore" in red ink. Explain all facts and circumstances concerning the error in the original Streamlined submission. See SFO FAQ 6 for relevant information to provide.<br><br>Mail the amended submission to:<br><br>IRS<br>3651 S. IH 35<br>MS 6063 AUSC<br>Attn.: Streamlined Procedures<br>Austin, TX 78741<br><br>Example 1 (amended tax returns and amended Form 14653): The taxpayer made an SFO submission on February 1, 2016, and she just realized she failed to address a foreign financial asset in the narrative statement of facts on Form 14653. Additionally, she failed to include income from that foreign financial asset on her Forms 1040 for the tax periods in her Streamlined |

Case 4:19-cv-00415-ALM Document 71-8 Filed 06/25/20 Page 16 of 17 PageID #: 2166
Streamlined Filing Compliance Procedures for U.S Taxpayers Residing Outside the Un... Page 11 of 12
EXHIBIT H

submission, tax years 2012, 2013, and 2014. She must provide amended income tax returns for tax years 2012, 2013, and 2014, an amended Streamlined certification on Form 14653, and payment for increases in tax and interest. The amended Form 14653 must include all facts and circumstances concerning the error in the original Streamlined submission. Additionally, if the taxpayer made a mistake in filing her FBARs with FinCEN, she must efile amended FBARs with FinCEN.

Example 2 (amended Form 14653 only): The taxpayer made an SFO submission on February 1, 2016, and she just realized she failed to address a foreign financial asset in the narrative statement of facts on Form 14653. She fully reported all income from the foreign financial asset on her income tax returns in her original Streamlined submission. She must provide an amended Streamlined certification on Form 14653 including all facts and circumstances concerning the error in the original Streamlined submission. Additionally, if the taxpayer made a mistake in filing her FBARs with FinCEN, she must efile amended FBARs with FinCEN.

Streamlined Filing Compliance Procedures for U S Taxpayers Residing Outside the Un... Page 12 of 12
Case 4:19-cv-00415-ALM Document 71-8 Filed 06/25/20 Page 17 of 17 PageID #: 2167
EXHIBIT H

| Q10. | I am eligible for a Social Security Number (SSN) but do not have one at this time. May I make a submission to the Streamlined Filing Compliance Procedures without an SSN? If I make a submission without an SSN, what are the consequences? | If you are eligible for an SSN but do not have one, you may not use the Streamlined Filing Compliance Procedures. The terms of the Streamlined Filing Compliance Procedures require a valid Taxpayer Identification Number (TIN). For U.S. citizens, resident aliens, and certain other individuals, the proper TIN is a valid SSN. If you make a submission to the Streamlined Filing Compliance Procedures without a valid SSN, then the IRS may process your returns after assigning an IRSN. See IRM 3.13.5.70 and 3.13.5.71. But taxpayers that make submissions to the Streamlined Filing Compliance Procedures without valid SSNs are not eligible for the favorable penalty provisions of the Streamlined Filing Compliance Procedures. The IRS will process such returns subject to penalties applicable outside of the Streamlined Filing Compliance Procedures. |

*Page Last Reviewed or Updated: 21-Jan-2020*