## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Case No. 4:19-cv-00415 |
| v. ) | |
| ) | Filed Electronically |
| ALEXANDRU BITTNER, ) | |
| Defendant. ) | |

**ORDER ON DEFENDANT ALEXANDRU BITTNER'S
MOTION TO COMPEL DISCOVERY RESPONSES**

On this day came to be considered Defendant Alexandru Bittner's Motion to Compel Discovery Responses (the "Motion"). After considering the Motion, the response, the pleadings, and arguments of counsel, is of the opinion and makes the following rulings:

ORDERED, ADJUDGED, and DECREED that Plaintiff's objections to Defendant's Request for Admission Request No. 16 are

_____ SUSTAINED           _____ OVERRULED

ORDERED, ADJUDGED, and DECREED, that Plaintiff's objections to Defendant's Request for Admission Request No. 17 are

_____ SUSTAINED           _____ OVERRULED

ORDERED, ADJUDGED, and DECREED that Plaintiff's objections to Defendant's Request for Admission Request No. 26 are

_____ SUSTAINED           _____ OVERRULED

ORDERED, ADJUDGED, and DECREED that Plaintiff's objections to Defendant's Request for Admission Request No. 27 are

_____ SUSTAINED           _____ OVERRULED

ORDERED, ADJUDGED, and DECREED that Plaintiff's objections to Defendant's Request for Admission Request No. 29 are

_____ SUSTAINED          _____ OVERRULED

ORDERED, ADJUDGED, and DECREED that Plaintiff's objections to Defendant's Request for Admission Request No. 30 are

_____ SUSTAINED          _____ OVERRULED

ORDERED, ADJUDGED, and DECREED that Plaintiff's objections to Defendant's Request for Admission Request No. 31 are

_____ SUSTAINED          _____ OVERRULED

ORDERED, ADJUDGED, and DECREED that Plaintiff's objections to Defendant's Request for Admission Request No. 32 are

_____ SUSTAINED          _____ OVERRULED

ORDERED, ADJUDGED, and DECREED that Plaintiff's objections to Defendant's Request for Admission Request No. 33 are

_____ SUSTAINED          _____ OVERRULED

ORDERED, ADJUDGED, and DECREED that Plaintiff's objections to Defendant's Request for Admission Request No. 35 are

_____ SUSTAINED          _____ OVERRULED

ORDERED, ADJUDGED, and DECREED that Plaintiff's objections to Defendant's Request for Admission Request No. 42 are

_____ SUSTAINED          _____ OVERRULED

ORDERED, ADJUDGED, and DECREED that Plaintiff's objections to Defendant's Request for Admission Request No. 43 are

_____ SUSTAINED          _____ OVERRULED

ORDERED, ADJUDGED, and DECREED that Plaintiff's objections to Defendant's Request for Admission Request No. 52 are

_____ SUSTAINED          _____ OVERRULED

ORDERED, ADJUDGED, and DECREED that Plaintiff's objections to Defendant's Request for Admission Request No. 53 are

_____ SUSTAINED          _____ OVERRULED

ORDERED, ADJUDGED, and DECREED that Plaintiff's objections to Defendant's Request for Admission Request No. 83 are

_____ SUSTAINED          _____ OVERRULED

ORDERED, ADJUDGED, and DECREED that Plaintiff's objections to Defendant's Request for Admission Request No. 95 are

_____ SUSTAINED          _____ OVERRULED

ORDERED, ADJUDGED, and DECREED that Plaintiff's objections to Defendant's Request for Admission Request No. 96 are

_____ SUSTAINED          _____ OVERRULED

ORDERED, ADJUDGED, and DECREED that Plaintiff's objections to Defendant's Request for Admission Request No. 97 are

_____ SUSTAINED          _____ OVERRULED

ORDERED, ADJUDGED, and DECREED that Plaintiff's objections to Defendant's Request for Admission Request No. 98 are

_____ SUSTAINED          _____ OVERRULED

ORDERED, ADJUDGED, and DECREED that Plaintiff's objections to Defendant's Request for Admission Request No. 99 are

_____ SUSTAINED        _____ OVERRULED

ORDERED, ADJUDGED, and DECREED that Plaintiff's objections to Defendant's Interrogatory No. 13 are

_____ SUSTAINED        _____ OVERRULED

ORDERED, ADJUDGED, and DECREED that Plaintiff's objections to Defendant's Interrogatory No. 17 are

_____ SUSTAINED        _____ OVERRULED

IT IS SO ORDERED.