# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Civil Action No.  4:19cv415 |
| | § | Judge Mazzant |
| ALEXANDRU BITTNER | § | |

## ORDER REGARDING EXHIBITS

The Court enters this order *sua sponte*.  Due to the upcoming trial of this case, the Court **ORDERS** the following:

A. On the first day of trial, each party is required to have on hand the following:

(1) **Original and one copy of their respective original exhibits.**  Each exhibit shall be properly labeled with the following information:  identified as either Plaintiff's or Defendant's Exhibit, the Exhibit Number and the Case Number.  In addition, exhibits shall be placed in three-ringer binders.  Alternatively, if exhibits are voluminous, the originals may be placed in properly marked letter size manilla folders and contained in a box with handles.

(2) **Three hard copies of their exhibit list and witness list.**  These lists shall reflect all pretrial evidentiary rulings and shall be tendered to the Courtroom Deputy at the beginning of trial.

B. During trial and on a daily basis, each party shall tender to the Court a new list reflecting any additional exhibits admitted the previous day.

C. At the conclusion of the evidentiary phase of trial, each party is to gather only those exhibits admitted during trial and tender those to the Courtroom Deputy.  The

    Courtroom Deputy shall verify the exhibits and tender to the jury for its deliberations those exhibits requested by the jury.

D. At the conclusion of trial, all boxes of exhibits shall be returned to the respective parties and the parties are instructed to remove these exhibits from the courtroom.

E. Within five business days of the conclusion of trial, each party shall submit to the Courtroom Deputy (to Chambers) a Final Exhibit List of all exhibits admitted during trial.

F. Within five business days of the conclusion of trial, each party shall submit to the Courtroom Deputy (to Chambers) a disk or disks containing their respective **admitted** trial exhibits in PDF format with the exception of sealed exhibits. Sealed exhibits shall be submitted on a separate disk or disks. If tangible or oversized exhibits are admitted, such exhibits shall be substituted with a photograph to be converted to a PDF file and shall be included in the Court's disk of admitted exhibits.

G. After verification of final exhibit lists, the Courtroom Deputy shall file and docket the lists, and the disk or disks containing the exhibits in PDF format shall be stored in the Clerk's Office, Sherman Division.

Counsel are reminded to send courtesy copies of pretrial filings to the undersigned in accordance with the Local Rules of this Court.

**IT IS SO ORDERED.**

SIGNED this 26th day of June, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE