IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>         Plaintiff,                                   )<br>                                                           )<br>     v.                                                      )<br>                                                           )     Case No. 4:19-cv-00415<br>ALEXANDRU BITTNER,                    )<br>         Defendant.                                )<br>_____) | |

**ORDER DENYING MOTION FOR LEAVE TO NON-DISPOSITIVE MOTION IN EXCESS OF THE PAGE LIMITS**

Upon consideration of the Defendant's Motion for Leave to Exceed Page Limits for filing his Motion to Compel ("Defendant's Motion") and the United States' Response in Opposition, the Court finds that the Defendant's Motion is DENIED.

IT IS ORDERED THAT Defendant's Motion to Compel and attachments filed at ECF #71 are stricken from the record.

1