UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | Case No. 4:19-cv-00415 |
| v. ) | |
| ) | Filed Electronically |
| ALEXANDRU BITTNER, ) | |
| Defendant. ) | |

**ORDER GRANTING THE PARTIES' EXPEDITED JOINT MOTION FOR MODIFICATION OF THE SCHEDULING ORDER**

On this day came to be heard the Parties' Expedited Joint Motion for Modification of the Scheduling Order ("Motion"). The Court finds that good causes exists for granting the Motion.

Accordingly, it is hereby ordered that the Motion is **GRANTED** in its entirety and the deadlines to file the joint final pretrial order, motions in limine, respond to motions in limine, and file objections to witnesses, deposition extracts, and exhibit lists are extended by 30 days. The final pre-trial conference will be reset by this Court.

IT IS SO ORDERED.