IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDRU BITTNER,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Case No. 4:19-cv-00415<br>)<br>)<br>)<br>) |

**ORDER GRANTING THE UNITED STATES' MOTION TO EXTEND THE DEADLINE TO FILE A RESPONSE TO DEFENDANT'S MOTION TO COMPEL**

Upon consideration of the United States' Motion to extend the deadline for the United States to file a response to Defendant's Motion to Compel Discovery Responses (ECF # 71), the Court finds that the Motion should be GRANTED.

IT IS ORDERED: that the United States shall have until July 27, 2020 to file a response to Defendant's Motion to Compel Discovery Responses.