# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| *Plaintiff*, | § | |
| | § | Civil Action No.  4:19-cv-415 |
| v. | § | Judge Mazzant |
| | § | |
| ALEXANDRU BITTNER, | § | |
| *Defendant*. | § | |
| | § | |

## ORDER

Pending before the Court is the Expedited Joint Motion for Modification of the Scheduling Order (Dkt. #76).  The parties seek a 30-day extension of the deadlines to file the joint final pretrial order; file motions in limine; respond to motions in limine; and file objections to witnesses, deposition extracts, and exhibit lists (Dkt. #76).  The parties also seek to reset the final pretrial conference date (Dkt. #76).

After consideration, the Court is of the opinion that the motion should be **GRANTED in part**.  The Court's June 29, 2020 Memorandum Opinion and Order (Dkt. #75), if anything, simplified the dispute between the parties.  Accordingly, the Court does not find good cause to extend the above-mentioned deadlines by thirty (30) days.  It will, however, grant the parties a seven (7) day extension of the deadlines to file the joint final pretrial order; file motions in limine; respond to motions in limine; and file objections to witnesses, deposition extracts, and exhibit lists. The final pretrial conference will remain scheduled for July 31, 2020.

**IT IS SO ORDERED.**

**SIGNED this 1st day of July, 2020.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE