# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| *Plaintiff*, § | |
| § | Civil Action No. 4:19-cv-415 |
| v. § | Judge Mazzant |
| § | |
| ALEXANDRU BITTNER, § | |
| *Defendant*. § | |
| § | |

## ORDER

Pending before the Court is the United States' Unopposed Motion to Extend the Deadline to File a Response to Defendant's Motion to Compel (Dkt. #77). The Government seeks to extend the deadline to file its response until July 27, 2020.

After consideration, the Court is of the opinion that the motion should be **GRANTED in part**. The Court finds good cause to extend the deadline for seven (7) days. The Government has until no later than July 16, 2020 to file its response.

**IT IS SO ORDERED.**
SIGNED this 1st day of July, 2020.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE