IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>v.<br><br>ALEXANDRU BITTNER,<br>　　　Defendant. | )<br>)<br>)<br>)<br>)　Case No. 4:19-cv-00415<br>)<br>)<br>)<br>) |

**ORDER GRANTING DEFENDANT'S OPPOSED MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT FOR NON-DISPOSITIVE MOTIONS UNDER LOCAL RULE 7(a)(2)**

On this day came to be heard Defendant's Opposed Motion for Leave to Exceed the Page Limit for Non-Dispositive Motions Under Local Rule 7(a)(2) (the "Motion" - Dkt. #70), and response thereto (Dkt. # 74). The Court finds that good causes exists for granting the Motion.

Accordingly, it is hereby **ORDERED** that the Motion is in all things GRANTED, and Defendant's Motion to Compel may exceed 15-pages.

**SIGNED this 6th day of July, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE