IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　Plaintiff, )<br>　　　　　　　　　　　　　　　　)<br>　　v. )<br>　　　　　　　　　　　　　　　　)　Case No. 4:19-cv-00415<br>ALEXANDRU BITTNER, )<br>　　　Defendant. )<br>_____) | |

## UNITED STATES' WITNESS LIST

1. List of those Witnesses who will be called to testify at trial.

   - Jeff Beckley
   - Alexandru Bittner

2. List of those Witnesses who may be called to testify at trial.

   - IRS Revenue Agent Anh Reach
   - Lynn Booker
   - Former IRS Manager Joseph M. Reneau
   - Former FBAR penalty coordinator Joselyn Albers
   - IRS Appeals Officer Douglas King
   - IRS FBAR Penalty Coordinator, Nancy M. Beasley

3. List of those Witnesses who may be presented by deposition testimony at trial.

   　None

The United States reserves the right to call any witness offered, listed or presented by Defendant Alexandru Bittner.

1



Exhibit B

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General


 /s/ Herbert W. Linder
HERBERT W. LINDER
Ohio Bar No. 0065446
Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood St., Suite 400
Dallas, Texas 75201
Phone: (214) 880-9754
Fax (214) 880-9741
herbert.w.linder@usdoj.gov

ATTORNEYS FOR UNITED STATES


## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Witness List has been made on July 8, 2020, with the pretrial order, by the Clerk's ECF filing system to:

CLARK HILL STRASBURGER
Farley P. Katz
Rachael Rubenstein
2301 Broadway St.
San Antonio, Texas 78209


 /s/ Herbert W. Linder
HERBERT W. LINDER