**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
|     Plaintiff,    ) | |
| ) | Case No. 4:19-CV-00415 |
| v.    ) | |
| ) | |
| ALEXANDRU BITTNER,    ) | |
|     Defendant.    ) | |

**EXHIBIT C TO PRE-TRIAL ORDER**
**DEFENDANT'S WITNESS LIST**

<u>Witnesses who will be called to testify at trial</u>

- Alexandru Bittner
- Lynn Booker
- Jeffrey Beckley

<u>Witnesses who may be called to testify at trial</u>

- Laura Sanders
- Eugene Strungaru
- Doug King

B6544\A63010\4832-2656-0962.v2