✏ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

V.

ALEXANDRU BITTNER

**EXHIBIT AND WITNESS LIST**

Case Number: 19-CV-0415

| PRESIDING JUDGE HONORABLE AMOS L. MAZZANT | PLAINTIFF'S ATTORNEY HERB LINDER | DEFENDANT'S ATTORNEY Rachael Rubenstein, Farley Katz |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Defendant Alexndru Bittner's ("Bittner) Amended 2007 FBAR |
| 2 | | | | | Bittner's Amended 2008 FBAR |
| 3 | | | | | Bittner's Amended 2009 FBAR |
| 4 | | | | | Bittner's Amended 2010 FBAR |
| 5 | | | | | Bittner's Amended 2011 FBAR |
| 10 | | | | | Consent to Extend the time to Assess Civil Penalties for FBAR Violations |
| 11 | | | | | Consent to Extend the time to Assess Civil Penalties for FBAR Violations |
| 12 | | | | | Consent to Extend the time to Assess Civil Penalties for FBAR Violations |
| 13 | | | | | Consent to Extend the time to Assess Civil Penalties for FBAR Violations |
| 14 | | | | | Consent to Extend the time to Assess Civil Penalties for FBAR Violations |
| 15 | | | | | Consent to Extend the time to Assess Civil Penalties for FBAR Violations |
| 16 | | | | | Consent to Extend the time to Assess Civil Penalties for FBAR Violations |
| 19 | | | | | Bittner's letter to the IRS with Bittner's federal tax returns for the 1990-2011 years |
| 20 | | | | | Bittner's UniCredit Tiriac Bank foreign ("RON") account in Romania account statements |
| 21 | | | | | Bittner's UniCredit Tiriac Bank foreign ("USD") account in Romania account statements |
| 22 | | | | | Bittner's UniCredit Tiriac Bank foreign ("EURO") account in Romania account statements |
| 23 | | | | | Bittner's Raiffeisen Bank accounts statements for bank in Romania, |
| 24 | | | | | Bittner's Licechtensteinische Landesbank numbered account statements |
| 25 | | | | | Bittner's Royal Bank of Canada foreign account in Switzerland account statements |
| 26 | | | | | Bittner's Royal Bank of Canada foreign account in Switzerland account statements |
| 27 | | | | | Bittner's Royal Bank of Canada foreign account in Switzerland account statements |
| 30 | | | | | List of Bittner's personal foreign bank accounts |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



Exhibit D

Page 1 of 5 Pages

≈AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES | | | VS. | ALEXANDRU BITTNER | CASE NO. 01-CV-0415 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 31 | | | | | Bittner's an income and bank balance chart |
| 35 | | | | | Bittner's original FBARs for the 1996-2011 years |
| 36 | | | | | Letter provided to the IRS with Bittner's federal tax returns for the 1990-2011 years |
| 37 | | | | | Bittner's letter to the IRS with Bittner's 1996-2011 FBARs |
| 38 | | | | | Reasonable cause statement provided to IRS by Bittner around 9/12/2013 |
| 39 | | | | | Bittner's reasonable cause statement provided to IRS around 2/19/2014 |
| 40 | | | | | Bittner's certification statement |
| 41 | | | | | Bittner's amended 2006 FBAR |
| 42 | | | | | Schedules of foreign bank accounts that was attached to Bittner's amended FBARs |
| 43 | | | | | List of Bittner's entities |
| 47 | | | | | Chart of Bittner's personal foreign bank accounts with bank balances |
| 48 | | | | | Foreign bank accounts that he has an interest in with high accounts balances |
| 51 | | | | | Meeting notes of Jeff Beckley |
| 52 | | | | | Notes to file of Jeff Beckley |
| 56 | | | | | typed electronic version of Bittner's original FBARs for 2003-2011 |
| 57 | | | | | Bittner's Finansbank account statements, bank located in Romania |
| 58 | | | | | Bittner's Banque SCS Alliance in account statements, located in Geneva |
| 59 | | | | | Bittner's Licechtensteinische Landesbank numbered account in Liechtenstein for USD. |
| 60 | | | | | Defendant's Responses to the United States' Request for Admissions |
| 61 | | | | | Certified Transcripts for the assessment of FBAR penalties against Bittner |
| 62 | | | | | Form 13449 Agreement to Assessment and Collection of Penalties |
| 63 | | | | | IRS Form 3709 letter to Bitner regarding FBAR assessments with Form 886-A Agent's report |
| 65 | | | | | Revenue Agents' calculations of aggregate balances in Bittner's foreign accounts |
| 66 | | | | | Global re Limited financial statements |
| 67 | | | | | IRS transcripts for Bittner's 1990, 1991 and 1997-2000 tax years |
| 70 | | | | | Decision document from Bittner's Tax Court case Docket No. 19894-17 |
| 75 | | | | | IRS transcripts for Defendant Bittner's 1987-1989 tax years |

✎AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| UNITED STATES OF AMERICA | | | VS. | ALEXANDRU BITTNER | CASE NO. 19-CV-0414 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 76 | | | | | Blank copy of 1988 Form 1040 tax return |
| 77 | | | | | Blank copy of 1989 Form 1040 tax return |
| 78 | | | | | 1988 Schedule A/B |
| 79 | | | | | 1989 Schedule A/B |
| 80 | | | | | Bittner's 1990 tax return |
| 81 | | | | | 1988 Form 1040 tax return instructions for Schedule B |
| 82 | | | | | 1989 Form 1040 tax return instructions for Schedule B |
| 83 | | | | | 1990 Form 1040 tax return instructions for Schedule B |
| 84 | | | | | 1991Form 1040 tax return instructions for Schedule B |
| 85 | | | | | 1997 Form 1040 tax return instructions for Schedule B |
| 86 | | | | | 1998 Form 1040 tax return instructions for Schedule B |
| 87 | | | | | 1999 Form 1040 tax return instructions for Schedule B |
| 88 | | | | | 2000 Form 1040 tax return instructions for Schedule B |
| 89 | | | | | 1996 Publication 54, titled "Tax Guide for U.S. Citizens and Resident Aliens Abroad" |
| 90 | | | | | 1997 Publication 54, titled "Tax Guide for U.S. Citizens and Resident Aliens Abroad" |
| 91 | | | | | 1998 Publication 54, titled "Tax Guide for U.S. Citizens and Resident Aliens Abroad" |
| 92 | | | | | 1999 Publication 54, titled "Tax Guide for U.S. Citizens and Resident Aliens Abroad" |
| 93 | | | | | 2000 Publication 54, titled "Tax Guide for U.S. Citizens and Resident Aliens Abroad" |
| 94 | | | | | Bittner's 2004 and 2005 amended FBARs. |
| 95 | | | | | IRS transcripts for bittner's 1983-1986 |
| 96 | | | | | 1993- 2001 FBAR transcripts |
| 97 | | | | | Bittner's 1991, 1997-2000 imfol transcripts |
| 98 | | | | | Copy of the U.S. Embassy in Romania Registration Form for the years 2004-08. |
| 99 | | | | | Nevada Secretary of State records of entity information for ROCALTEX |
| 100 | | | | | Certificate of Formation of Romark Management LLC. |
| 101 | | | | | Certificate of Formation of SunTex Investments LLC. |
| 102 | | | | | a Snapshot of U.S. Embassy website from 2009 from Wayback.com with linked attachment. |

Page __3__ of __5__ Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | VS. | ALEXANDRU BITTNER | | CASE NO. 19-CV-0414 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 103 | | | | | Publication 54 for 2009 |
| 104 | | | | | Publication 54 for 2010 |
| 105 | | | | | Draft copy of Bittner's 1991 return |
| 106 | | | | | Romanian Embassy American Citizen Services eNewsletter from March 2011 |
| 107 | | | | | Romanian Embassy American Citizen Services eNewsletter from April 2011 |
| 108 | | | | | POA September 24, 2014, letter to Revenue Agent |
| 109 | | | | | Certified transcript of total due for the FBAR penalties. |
| 110 | | | | | Wayback.com snapshot of U.S. Embassy website from 2008 with linked attachment of registration |
| 111 | | | | | Wayback.com snapshot of U.S. Embassy website from 2004 with linked attachment of registration |
| 112 | | | | | Wayback.com snapshot of U.S. Embassy website from 2005 with linked attachment of registration |
| 113 | | | | | Bittner's original 2007 Form 1040 return |
| 114 | | | | | Bittner's original 2008 Form 1040 return |
| 115 | | | | | Bittner's original 2009 Form 1040 return |
| 116 | | | | | Bittner's original 2010 Form 1040 return |
| 117 | | | | | Bittner's original 2011 Form 1040 return |
| 118 | | | | | Bittner's Amended 2007 Form 1040X |
| 119 | | | | | Bittner's Amended 2008 Form 1040X |
| 120 | | | | | Bittner's Amended 2009 Form 1040X |
| 121 | | | | | Bittner's Amended 2010 Form 1040X |
| 122 | | | | | Bittner's Amended 2011 Form 1040X |
| 123 | | | | | Letter 5143, dated 10/03/18 |
| 124 | | | | | Letter 3708, dated 6/08/17 |
| 125 | | | | | Agent's FBAR non-willful penalty lead sheet |
| 126 | | | | | Appeals officer's memo |
| 127 | | | | | Bittner 2011 tax organizer |
| 128 | | | | | Bittner's original 1992 Form 1040 |
| 129 | | | | | Bittner's original 1993 Form 1040 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| UNITED STATES OF AMERICA | | VS. | ALEXANDRU BITTNER | | CASE NO. 19-CV-0414 |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 130 | | | | | Bittner's original 1994 Form 1040 |
| 131 | | | | | Bittner's original 1995 Form 1040 |
| 132 | | | | | Bittner's original 1996 Form 1040 |
| 133 | | | | | Bittner's original 1997 Form 1040 |
| 134 | | | | | Bittner's original 1998 Form 1040 |
| 135 | | | | | Bittner's original 1999 Form 1040 |
| 136 | | | | | Bittner's original 2000 Form 1040 |
| 137 | | | | | Bittner's original 2001 Form 1040 |
| 138 | | | | | Bittner's original 2002 Form 1040 |
| 139 | | | | | Bittner's original 2003 Form 1040 |
| 140 | | | | | Bittner's original 2004Form 1040 |
| 141 | | | | | Bittner's original 2005 Form 1040 |
| 142 | | | | | Bittner's original 2006 Form 1040 |
| 143 | | | | | Bittner's chart of income and other items |
| 144 | | | | | currency transaction report dated 8/10/2007 |
| 145 | | | | | currency transaction report dated 8/9/2007 |
| 146 | | | | | Letter dated September 26, 2012, from the IRS |
| 147 | | | | | Form 433 submitted by Alexandru Bittner |
| 148 | | | | | 2007-2011 FBAR transcripts from FinCen |
| 149 | | | | | 2011 FBAR with intstructions |
| 150 | | | | | 2011 Piraeus bank statements |
| | | | | | |
| 6 | | | | | copy of Bittner's Form 2848 |

Page  5  of  5  Pages