IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|        Plaintiff,                               ) | |
|                                         ) | |
| v.                                                   ) | |
|                                         ) | Case No. 4:19-cv-00415 |
| ALEXANDRU BITTNER,                  ) | |
|        Defendant.                          ) | |
| _____) | |

**<u>CERTIFICATE OF SERVICE</u>**

      IT IS HEREBY CERTIFIED that service of the Pre-Trial Order and Exhibits A-E has been made on July 8, 2020, by the Clerk's ECF filing system to:

CLARK HILL STRASBURGER
Farley P. Katz
Rachael Rubenstein
2301 Broadway St.
San Antonio, Texas 78209

                Respectfully submitted,

                RICHARD E. ZUCKERMAN
                Principal Deputy Assistant Attorney General


                <u> /s/ Herbert W. Linder</u>
                HERBERT W. LINDER
                Ohio Bar No. 0065446
                Attorney, Tax Division
                U.S. Department of Justice
                717 N. Harwood St., Suite 400
                Dallas, Texas 75201
                Phone: (214) 880-9754
                Fax (214) 880-9741
                herbert.w.linder@usdoj.gov

                ATTORNEYS FOR UNITED STATES