UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>ALEXANDRU BITTNER, )<br>   Defendant. ) | Case No. 4:19-cv-00415<br><br>Filed Electronically |

**DEFENDANT ALEXANDRU BITTNER'S**
**<u>WITHDRAW OF MOTION TO COMPEL DISCOVERY RESPONSES</u>**

  Defendant, Alexandru Bittner, by his undersigned counsel, respectfully notifies the Court that, for the reasons described in the Parties' Proposed Pretrial Order, ECF No. 82, he is withdrawing his Motion to Compel Discovery Responses, ECF No. 71. Defendant reserves the right to seek the Court's permission to re-file his Motion to Compel Discover Responses, as appropriate to the needs of the case.

| | |
|---|---|
| Dated: July 15, 2020 | Respectfully submitted,<br><br>CLARK HILL STRASBURGER<br><br>By:   /s/  Rachael Rubenstein<br>RACHAEL RUBENSTEIN<br>State Bar No. 24073919<br>rrubenstein@clarkhill.com<br><br>CLARK HILL STRASBURGER<br>2301 Broadway Street<br>San Antonio, Texas 78215<br>210-250-6006 Ph.<br>210-258-2714 Fax<br><br>ATTORNEY FOR DEFENDANT |

B6544\A63010\4813-6671-7121.v1

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 15, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Herbert W. Linder
>Mary E. Smith
>Attorney, Tax Division
>United States Department of Justice
>717 N. Harwood, Suite 400
>Dallas, Texas 75201
>Herbert.W.Linder@usdoj.gov
>Mary.E.Smith@usdoj.gov
>*Attorneys for Plaintiff,*
>*United States*

          /s/Rachael Rubenstein
          RACHAEL RUBENSTEIN