IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>         Plaintiff,           )<br>                                      )<br>         v.                          )<br>                                      )<br>ALEXANDRU BITTNER,         )<br>         Defendant.          )<br>_____) | Case No. 4:19-cv-00415 |

**ORDER GRANTING THE JOINT MOTION TO ENTER FINAL JUDGMENT**

Upon consideration of the Plaintiff United States' and Defendant Alexandru Bittner's joint motion for entry of a final judgment and stipulations in this case, the Court finds that the Motion should be GRANTED.

IT IS ORDERED: that a final judgment shall be entered in this case.