IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>      Plaintiff,  )<br>                          )<br>v.  )<br>                          )<br>ALEXANDRU BITTNER,  )<br>      Defendant.  )<br>_____ ) | Case No. 4:19-cv-00415 |

**FINAL JUDGMENT**

The Court has determined that judgment should be entered consistent with its Memorandum Opinion and Order, ECF #75, and the parties' joint stipulations ECF #82 and 83. Accordingly, it is hereby

    ORDERED, ADJUDGED AND DECREED that:

1. Defendant, Alexandru Bittner, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a non-willful failure to timely file a Report of Foreign Bank and Financial Account penalty for the 2007 year in the amount of $10,000 as of June 8, 2017, plus interest and penalties accruing under 31 U.S.C. § 3717(a)(1), 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 from June 8, 2017 until the date of entry of this judgment, and interest and penalties accruing under 28 U.S.C. § 1961(a) and 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 after the date of entry of this judgment.

2. Defendant, Alexandru Bittner, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a non-willful failure to timely file a Report of Foreign Bank and Financial Account penalty for the 2008 year in the amount of $10,000 as of June 8, 2017, plus interest and penalties accruing under 31 U.S.C. § 3717(a)(1), 31 U.S.C. §

3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 from June 8, 2017 until the date of entry of this judgment, and interest and penalties accruing under 28 U.S.C. § 1961(a) and 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 after the date of entry of this judgment.

3. Defendant, Alexandru Bittner, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a non-willful failure to timely file a Report of Foreign Bank and Financial Account penalty for the 2009 year in the amount of $10,000 as of June 8, 2017, plus interest and penalties accruing under 31 U.S.C. § 3717(a)(1), 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 from June 8, 2017 until the date of entry of this judgment, and interest and penalties accruing under 28 U.S.C. § 1961(a) and 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 after the date of entry of this judgment.

4. Defendant, Alexandru Bittner, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a non-willful failure to timely file a Report of Foreign Bank and Financial Account penalty for the 2010 year in the amount of $10,000 as of June 8, 2017, plus interest and penalties accruing under 31 U.S.C. § 3717(a)(1), 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 from June 8, 2017 until the date of entry of this judgment, and interest and penalties accruing under 28 U.S.C. § 1961(a) and 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 after the date of entry of this judgment.

5. Defendant, Alexandru Bittner, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a non-willful failure to timely file an accurate Report of Foreign Bank and Financial Account penalty for the 2011 year in the amount of $10,000 as of June 8, 2017, plus interest and penalties accruing under 31 U.S.C. §  3717(a)(1), 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 from June 8, 2017 until the date of entry of this judgment, and interest and penalties accruing under 28 U.S.C. § 1961(a) and 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 after the date of entry of this judgment.