# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, | § § § | |
| v. | § § | Civil Action No.  4:19-CV-00415<br>Judge Mazzant |
| ALEXANDRU BITTNER, *Defendant*. | § § § § | |

## ORDER

Pursuant to the Memorandum Opinion and Order entered in this case on June 29, 2020 (Dkt. #75) and the parties' joint stipulations (Dkt. #82; Dkt. #84), it is

**CONSIDERED, ORDERED,** and **ADJUDGED** that this case is hereby **DISMISSED**.

All relief not previously granted is hereby **DENIED**.

**SIGNED this 20th day of July, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE