IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) <br>     Plaintiff,       ) <br>                       ) <br> v.       ) <br>                       ) <br> ALEXANDRU BITTNER,       ) <br>     Defendant.       ) <br> _____) | Case No. 4:19-cv-00415 |

### **ORDER GRANTING THE JOINT MOTION TO ENTER FINAL JUDGMENT**

Upon consideration of the Plaintiff United States' and Defendant Alexandru Bittner's joint motion for entry of a final judgment and stipulations in this case (Dkt. #85), the Court finds that the Motion should be GRANTED.

It it therefore **ORDERED** that a final judgment shall be separately entered in this case. The Clerk is directed to terminate the July 31, 2020 Final Pretrial Conference.

**SIGNED this 20th day of July, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE