IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>            Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>ALEXANDRU BITTNER,   )<br>            Defendant.   )<br>_____)  | Case No. 4:19-cv-00415 |

## **ORDER**

The Court hereby *sua sponte* withdraws its Order (Dkt. #86) entered on July 20, 2020.

**IT IS SO ORDERED.**

**SIGNED this 21st day of July, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE