IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>ALEXANDRU BITTNER, )<br>      Defendant. )<br>                                              ) | Case No. 4:19-cv-00415 |

## **FINAL JUDGMENT**

The Court has determined that judgment should be entered consistent with its Memorandum Opinion and Order (Dkt. #75), and the parties' joint stipulations (Dkts. #82; #83; #84). Accordingly, it is hereby

**ORDERED, ADJUDGED AND DECREED** that:

1. Defendant, Alexandru Bittner, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a non-willful failure to timely file a Report of Foreign Bank and Financial Account penalty for the 2007 year in the amount of $10,000 as of June 8, 2017, plus interest and penalties accruing under 31 U.S.C. § 3717(a)(1), 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 from June 8, 2017 until the date of entry of this judgment, and interest and penalties accruing under 28 U.S.C. § 1961(a) and 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 after the date of entry of this judgment.

2. Defendant, Alexandru Bittner, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a non-willful failure to timely file a Report of Foreign Bank and Financial Account penalty for the 2008 year in the amount of $10,000 as of June 8, 2017, plus interest and penalties accruing under 31 U.S.C. § 3717(a)(1), 31 U.S.C. §

3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 from June 8, 2017 until the date of entry of this judgment, and interest and penalties accruing under 28 U.S.C. § 1961(a) and 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 after the date of entry of this judgment.

3. Defendant, Alexandru Bittner, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a non-willful failure to timely file a Report of Foreign Bank and Financial Account penalty for the 2009 year in the amount of $10,000 as of June 8, 2017, plus interest and penalties accruing under 31 U.S.C. § 3717(a)(1), 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 from June 8, 2017 until the date of entry of this judgment, and interest and penalties accruing under 28 U.S.C. § 1961(a) and 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 after the date of entry of this judgment.

4. Defendant, Alexandru Bittner, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a non-willful failure to timely file a Report of Foreign Bank and Financial Account penalty for the 2010 year in the amount of $10,000 as of June 8, 2017, plus interest and penalties accruing under 31 U.S.C. § 3717(a)(1), 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 from June 8, 2017 until the date of entry of this judgment, and interest and penalties accruing under 28 U.S.C. § 1961(a) and 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 after the date of entry of this judgment.

5. Defendant, Alexandru Bittner, is liable to the United States pursuant to 31 U.S.C. § 5321(a)(5) for a non-willful failure to timely file an accurate Report of Foreign Bank and Financial Account penalty for the 2011 year in the amount of $10,000 as of June 8, 2017, plus interest and penalties accruing under 31 U.S.C. § 3717(a)(1), 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 from June 8, 2017 until the date of entry of this judgment, and interest and penalties accruing under 28 U.S.C. § 1961(a) and 31 U.S.C. § 3717(e)(2) and 31 C.F.R. §§ 5.5(a) and 901.9 after the date of entry of this judgment.

**SIGNED this 22nd day of July, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE