# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br>         Plaintiff,           )  <br>                                          )      Case No. 4:19-cv-00415 <br> v.                                    )  <br>                                          )      Filed Electronically <br> ALEXANDRU BITTNER,         )  <br>         Defendant.          )  | |

## DEFENDANT ALEXANDRU BITTNER'S
## NOTICE OF APPEAL

Notice is hereby given that Defendant Alexandru Bittner, in the above-named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the FINAL JUDGMENT (Dkt. #89) entered on July 22, 2020, including the MEMORANDUM OPINION AND ORDER (Dkt. #75) entered in this action on June 29, 2020, denying Defendant Alexandru Bittner's reasonable cause defense under 31 U.S.C. § 5321(a)(5)(B)(ii) regarding the 2007 through 2010 FBAR penalties assessed against him for all purposes of this case, including upon any remand.

Defendant will pay the $505 appeal case filing fees established by FED. R. APP. P. 3(e) and 5TH CIR. R. 3. A transcript is unnecessary for this appeal.

Dated: September 4, 2020              Respectfully submitted,

                                                       CLARK HILL STRASBURGER

                                                       By: /s/ Farley P. Katz
                                                       FARLEY P. KATZ, LEAD ATTORNEY
                                                       State Bar No. 11108790
                                                       FKatz@clarkhill.com
                                                       RACHAEL RUBENSTEIN
                                                       State Bar No. 24073919

1

FORREST M. "TEO" SEGER III
State Bar No. 24070587
TSeger@clarkhill.com

CLARK HILL STRASBURGER
2301 Broadway Street
San Antonio, Texas 78215
210-250-6006 Ph.
210-258-2714 Fax

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 4, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Herbert W. Linder
>Attorney, Tax Division
>United States Department of Justice
>717 N. Harwood, Suite 400
>Dallas, Texas 75201
>Herbert.W.Linder@usdoj.gov
>*Attorney for Plaintiff,*
>*United States*

 /s/Rachael Rubenstein
RACHAEL RUBENSTEIN

2