IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>ALEXANDRU BITTNER, )<br>    Defendant. )<br>_____) | Case No. 4:19-cv-00415 |

## UNITED STATES' NOTICE OF APPEAL

Notice is hereby given that the defendant United States of America hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment (Dkt. #89) entered on July 22, 2020.

Dated September 17, 2020.

    Respectfully submitted,
    RICHARD E. ZUCKERMAN
    Principal Deputy Assistant Attorney General

     /s/ Herbert W. Linder
    HERBERT W. LINDER
    Ohio Bar No. 0065446
    Attorneys, Tax Division
    U.S. Department of Justice
    717 N. Harwood St., Suite 400
    Dallas, Texas 75201
    Phone: (214) 880-9754
    Fax (214) 880-9741
    herbert.w.linder@usdoj.go
    ATTORNEYS FOR UNITED STATES

## **CERTIFICATE OF SERVICE**

      IT IS HEREBY CERTIFIED that service of the foregoing motion has been made on September 17, 2020, by the Clerk's ECF filing system to:

CLARK HILL STRASBURGER
Farley P. Katz
Rachael Rubenstein
2301 Broadway St.
San Antonio, Texas 78209

                    /s/ Herbert W. Linder
                    HERBERT W. LINDER