# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　*Plaintiff*,<br><br>v.<br><br>ALEXANDRU BITTNER,<br>　　*Defendant*. | §<br>§<br>§　Civil Action No.  4:19-cv-415<br>§　Judge Mazzant<br>§<br>§<br>§<br>§ |

### ORDER

The Fifth Circuit recently issued its opinion vacating this Court's final judgment in this matter. *United States v. Bittner*, 19 F.4th 734, 737 (5th Cir. 2021); (Dkts. #89, 98). The opinion affirms the denial of Defendant Bittner's reasonable-cause defense but reverses the application of the $10,000 penalty under 31 U.S.C. § 5321(a)(5)(C). The Fifth Circuit held that "each failure to report a qualifying foreign account constitutes a separate reporting violation subject to penalty" which, therefore, "applies on a per-account, not a per-form, basis." *Bittner*, 19 F.4th at 737. Pursuant to the mandate, issued on January 24, 2022, this Court must redetermine Bittner's liability under the Fifth Circuit's interpretation of 31 U.S.C. § 5321(a)(5)(C).

It is therefore **ORDERED** that the parties in this case meet and confer to determine next steps for further briefing, as well as the scheduling for such briefing. The parties shall submit a joint status report **on or before February 15, 2022**.

　　IT IS SO ORDERED.

　　SIGNED this 1st day of February, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE