UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
|     Plaintiff,  ) | |
| ) | Case No. 4:19-cv-00415 |
| v.  ) | |
| ) | Filed Electronically |
| ALEXANDRU BITTNER,  ) | |
|     Defendant.  ) | |

**JOINT STATUS REPORT**

Defendant, Alexandru Bittner and Plaintiff the United States of America (collectively, the "Parties"), pursuant to the Court's February 1, 2022 order (Dkt. 99) file this joint status report as follows:

1. As the Court noted in its order, the Fifth Circuit reversed this Court's decision regarding computation of the $10,000 penalty under 31 U.S.C. § 5321(a)(5)(C). As a result of this decision, Mr. Bittner has engaged additional counsel in order to seek Supreme Court consideration.

2. Mr. Bittner's deadline to file a petition for a writ of certiorari is February 28, 2022. Notably, as a result of the Fifth Circuit decision there is a split of authority between the circuit courts. *See United States v. Bittner*, 19 F.4th 734, 738 (5th Cir. 2021); *United States v. Boyd*, 991 F.3d 1077, 1079 (9th Cir. 2021). Based on this circuit split, the the Supreme Court could grant Mr. Bittner's petition.

3. Thus, the Parties respectfully request that the Court stay this case until the Supreme Court issues a decision regarding Mr. Bittner's petition for a writ of certiorari. Further,

should the petition be granted, the Parties will file a motion for an extended stay until the Supreme Court issues their ultimate decision.

Dated: February 10, 2022                                  Respectfully submitted,

By: /s/ Farley P. Katz
FARLEY P. KATZ, LEAD ATTORNEY
State Bar No. 11108790
FKatz@clarkhill.com
RACHAEL RUBENSTEIN
State Bar No. 24073919
RRubenstein@clarkhill.com

CLARK HILL
2301 Broadway Street
San Antonio, Texas 78215
210-250-6006 Ph.
210-258-2714 Fax

ATTORNEYS FOR DEFENDANT


RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

By: /s/ Herbert W. Linder
HERBERT W. LINDER
Ohio Bar No. 0065446
Attorneys, Tax Division
U.S. Department of Justice
717 N. Harwood St., Suite 400
Dallas, Texas 75201
Phone: (214) 880-9754/2432
Fax (214) 880-9741
herbert.w.linder@usdoj.gov

ATTORNEYS FOR UNITED STATES

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 10, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Herbert W. Linder
>Mary E. Smith
>Attorney, Tax Division
>United States Department of Justice
>717 N. Harwood, Suite 400
>Dallas, Texas 75201
>Herbert.W.Linder@usdoj.gov
>Mary.E.Smith@usdoj.gov
>*Attorneys for Plaintiff,*
>*United States*

       /s/Rachael Rubenstein
      RACHAEL RUBENSTEIN