# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>ALEXANDRU BITTNER,<br>*Defendant*. | § § § § § § § § § | Civil Action No. 4:19-cv-415<br>Judge Mazzant |

## ORDER

The Fifth Circuit recently issued its opinion vacating this Court's final judgment in this matter. *United States v. Bittner*, 19 F.4th 734, 737 (5th Cir. 2021); (Dkts. #89, 98). The opinion affirms the denial of Defendant Bittner's reasonable-cause defense but reverses the application of the $10,000 penalty under 31 U.S.C. § 5321(a)(5)(C). On February 1, 2022, the undersigned Court ordered a status report from the parties (Dkt. #99). The parties filed a joint status report on February 10, 2022 (Dkt. #100) indicating that Defendant Alexandru Bittner is seeking review of the Fifth Circuit's decision in the Supreme Court. Both parties, therefore, jointly requested that this Court stay the case until the Supreme Court issues a decision regarding Defendant's petition for a writ of certiorari.

It is therefore **ORDERED** that all proceedings in this case are hereby **STAYED** pending the Supreme Court's decision regarding Defendant's petition for a writ of certiorari.

It is further **ORDERED** that the parties notify the undersigned Court when the Supreme Court issues its decision regarding Defendant's petition for a writ of certiorari.

**IT IS SO ORDERED.**
**SIGNED** this 6th day of April, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE