# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 21, 2022

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

> Re: Alexandru Bittner
> v. United States
> No. 21-1195
> (Your No. 20-40597)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is granted.

Sincerely,

**Scott S. Harris**, Clerk



# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

June 22, 2022

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 20-40597    USA v. Bittner
                          USDC No. 4:19-CV-415

Dear Mr. O'Toole,

Enclosed is a copy of the Supreme Court order granting certiorari.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Stacy Carpenter Vial, Deputy Clerk