# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

April 28, 2023

Lyle W. Cayce
Clerk

No. 20-40597

_____

UNITED STATES OF AMERICA,

*Plaintiff—Appellee/Cross-Appellant*,

*versus*

ALEXANDRU BITTNER,

*Defendant—Appellant/Cross-Appellee.*

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CV-415

_____

Before RICHMAN, *Chief Judge*, and CLEMENT and DUNCAN, *Circuit Judges*.

## JUDGMENT ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the case is REMANDED to the district court for further proceedings in light of the Supreme Court's decision in *Bittner v. United States*, 143 S. Ct. 713 (2023).

No. 20-40597

IT IS FURTHER ORDERED that each party bear its own costs on appeal.



**Certified as a true copy and issued**
**as the mandate on Jun 20, 2023**

**Attest:**

*Tyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**