# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 20, 2023

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 20-40597    USA v. Bittner
                          USDC No. 4:19-CV-415

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          *Christina Rachal*
                          By: _____
                          Christina C. Rachal, Deputy Clerk
                          504-310-7651

cc:
    Mr. Paul Andrew Allulis
    Mr. Arthur Thomas Catterall
    Mr. Farley P. Katz
    Ms. Rachael E. Rubenstein