IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>ALEXANDRU BITTNER,<br>    Defendant. | )<br>)<br>)<br>)<br>)  Case No. 4:19-cv-00415<br>)<br>)<br>)<br>) |

## NOTICE OF SATISFACTION OF JUDGMENT

To the Clerk:

The United States of America gives notice that the Final Judgment against Alexandru Bittner, [ECF #104] entered on August 31, 2023, in the above-captioned case, has been satisfied.

Accordingly, the Clerk of the United States District Court for the Eastern District of Texas, Sherman Division is hereby authorized to mark the Final Judgment Against Alexandru Bittner, **SATISFIED** on the Court's record.

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

*/s/ Herbert W. Linder*
HERBERT W. LINDER
Ohio Bar No. 0065446
Trial Attorney, Tax Division
Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201
(214) 880-9754 (Linder)
(214) 880-9741 (facsimile)
Herbert.W.Linder@usdoj.gov

*Counsel for United States of America*

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing motion has been made on September 6, 2023, by the Clerk's ECF filing system to:

CLARK HILL
Farley P. Katz
Rachael Rubenstein
2301 Broadway St.
San Antonio, Texas 78209

/s/ Herbert W. Linder
HERBERT W. LINDER